CLOSED, JURYDEMAND

# U.S. District Court
## WESTERN DISTRICT OF WASHINGTON (Seattle)
## CIVIL DOCKET FOR CASE #: 2:05-cv-01137-RSM
## Internal Use Only

Amazon.com Inc et al v. Cendant Corporation et al  
Assigned to: Hon. Ricardo S Martinez  
Cause: 35:271 Patent Infringement  

Date Filed: 06/22/2005  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Amazon.com Inc**  represented by  **C J Alice Chen**  
FENWICK & WEST (MT VIEW)  
801 CALIFORNIA ST  
MOUNTAIN VIEW, CA 94041  
650-988-8500  
Fax: 650-938-5200  
Email: AChen@fenwick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Darren E Donnelly**  
FENWICK & WEST (MT VIEW)  
801 CALIFORNIA ST  
MOUNTAIN VIEW, CA 94041  
650-988-8500  
Email: ddonnelly@fenwick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**David Thomas McDonald**  
PRESTON GATES & ELLIS (SEA)  
925 FOURTH AVE  
STE 2900  
SEATTLE, WA 98104-1158  
206-623-7580  
Fax: FAX 224-7095  
Email: davidm@prestongates.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Hector Ribera**  
FENWICK & WEST (MT VIEW)  
801 CALIFORNIA ST  
MOUNTAIN VIEW, CA 94041  
650-988-8500

Fax: 650-938-5200
Email: HRibera@fenwick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J David Hadden**
FENWICK & WEST (MT VIEW)
801 CALIFORNIA ST
MOUNTAIN VIEW, CA 94041
650-988-8500
Fax: 650-494-0600
Email: dhadden@fenwick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn H Pasahow**
FENWICK & WEST (MT VIEW)
801 CALIFORNIA ST
MOUNTAIN VIEW, CA 94041
650-988-8500
Email: lpasahow@fenwick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy L Bjerkness**
FENWICK & WEST (MT VIEW)
801 CALIFORNIA ST
MOUNTAIN VIEW, CA 94041
650-988-8500
Fax: 650-938-5200
Email: wbjerknes@fenwick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A9.com Inc**                    represented by   **C J Alice Chen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren E Donnelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Thomas McDonald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|   |   |   |
|---|---|---|
| | | **Hector Ribera**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **J David Hadden**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lynn H Pasahow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Wendy L Bjerkness**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Cendant Corporation** | represented by | **Douglas E Olson**<br>PAUL HASTINGS JANOFSKY & WALKER (SD)<br>3579 VALLEY CENTRE DRIVE<br>SAN DIEGO, CA 92130<br>858-720-2500<br>Fax: 858-720-2555<br>Email: dougolson@paulhastings.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James V Fazio, III**<br>PAUL HASTINGS JANOFSKY & WALKER (SD)<br>3579 VALLEY CENTRE DRIVE<br>SAN DIEGO, CA 92130<br>858-720-2500<br>Fax: 858-720-2555<br>Email: jamesfazio@paulhastings.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kent Michael Fandel**<br>GRAHAM & DUNN<br>2801 ALASKAN WAY<br>STE 300 PIER 70<br>SEATTLE, WA 98121-1128 |

206-624-8300
Fax: FAX 340-9599
Email: mfandel@grahamdunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S Korniczky**
PAUL HASTINGS JANOFSKY & WALKER (SD)
3579 VALLEY CENTRE DRIVE
SAN DIEGO, CA 92130
858-720-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristofer Ivan Leffler**
GRAHAM & DUNN (SEA)
2801 ALASKAN WAY
STE 300 PIER 70
SEATTLE, WA 98121-1128
206-340-9386
Email: cleffler@grahamdunn.com
*ATTORNEY TO BE NOTICED*

**David Mark Byers**
GRAHAM & DUNN
2801 ALASKAN WAY
STE 300 PIER 70
SEATTLE, WA 98121-1128
206-624-8300
Fax: 206-340-9599
Email: dbyers@grahamdunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trilegiant Corporation**          represented by   **Douglas E Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James V Fazio, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kent Michael Fandel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Stephen S Korniczky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Cristofer Ivan Leffler**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **David Mark Byers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Orbitz LLC**     represented by     **Douglas E Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **James V Fazio, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Kent Michael Fandel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Stephen S Korniczky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Cristofer Ivan Leffler**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **David Mark Byers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Orbitz Inc**     represented by     **Douglas E Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **James V Fazio, III**
(See above for address)

                                                          *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Kent Michael Fandel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S Korniczky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristofer Ivan Leffler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Mark Byers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Budget Rent A Car System Inc**      represented by  **Douglas E Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James V Fazio, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kent Michael Fandel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S Korniczky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristofer Ivan Leffler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Mark Byers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Avis Rent A Car System Inc**    represented by    **Douglas E Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James V Fazio, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kent Michael Fandel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen S Korniczky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristofer Ivan Leffler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Mark Byers**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2005 | 1 | COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL against defendant(s) Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc (Summons(es) issued) (Receipt # 411866) , filed by Amazon.com Inc, A9.com Inc. (Attachments: # 1 Exhibit 1 Patent No. 5,715,399# 2 Exhibit 2 Patent No. 6,029,141# 3 Exhibit 3 Patent No. 6,629,079# 4 Exhibit 4 Patent No. 6,625,609# 5 Civil Cover Sheet)(PM, ) (Entered: 06/24/2005) |
| 06/28/2005 |   | **NON-PUBLIC** ***Staff notes Preassignment of Judge Theiler in the event of consent. (PM, ) (Entered: 06/28/2005) |
| 06/28/2005 | 2 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Trilegiant Corporation on 6/23/2005; Orbitz LLC on 6/23/2005; Orbitz Inc on 6/23/2005 (RS, ) (Entered: 06/29/2005) |
| 06/29/2005 | 3 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Avis Rent A Car System Inc on 6/23/2005 (Attachments: # 1 return of service of summons executed upon Budget Rent a Car System on 6/23/05)(RS, ) (Entered: |

| | | |
|---|---|---|
| | | 07/01/2005) |
| 06/30/2005 | 4 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Cendant Corporation on 6/23/2005 (RS, ) (Entered: 07/01/2005) |
| 07/06/2005 | 5 | NOTICE of Appearance by attorney Kent Michael Fandel on behalf of Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc (Fandel, Kent) (Entered: 07/06/2005) |
| 07/06/2005 | | ***Attorney David Mark Byers for Cendant Corporation; Trilegiant Corporation; Orbitz LLC; Orbitz Inc; Budget Rent A Car System Inc and Avis Rent A Car System Inc, Cristofer Ivan Leffler for Cendant Corporation; Trilegiant Corporation; Orbitz LLC; Orbitz Inc; Budget Rent A Car System Inc and Avis Rent A Car System Inc added. (VB, ) (Entered: 07/08/2005) |
| 07/11/2005 | 6 | REPORT on the filing or determination of an action. E-mailed to the US Patent Office. (MKB) (Entered: 07/11/2005) |
| 07/11/2005 | 7 | REPORT on the filing or determination of an action. E-mailed to the US Patent Office. (MKB) (Entered: 07/11/2005) |
| 07/20/2005 | 8 | APPLICATION by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc AND ORDER admitting Stephen S Korniczky for Cendant Corporation; Trilegiant Corporation; Orbitz LLC; Orbitz Inc; Budget Rent A Car System Inc and Avis Rent A Car System Inc pro hac vice. Receipt # 319950. (RS, ) (Entered: 07/20/2005) |
| 07/20/2005 | 9 | APPLICATION by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc AND ORDER admitting James V Fazio, III for Cendant Corporation; Trilegiant Corporation; Orbitz LLC; Orbitz Inc; Budget Rent A Car System Inc and Avis Rent A Car System Inc pro hac vice. Receipt # 319951. (RS, ) (Entered: 07/20/2005) |
| 07/20/2005 | 10 | APPLICATION by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc AND ORDER admitting Douglas E Olson for Cendant Corporation; Trilegiant Corporation; Orbitz LLC; Orbitz Inc; Budget Rent A Car System Inc and Avis Rent A Car System Inc pro hac vice. Receipt # 319952. (RS, ) (Entered: 07/20/2005) |
| 07/20/2005 | 11 | APPLICATION by Plaintiffs Amazon.com Inc, A9.com Inc AND ORDER admitting J David Hadden for Amazon.com Inc and A9.com Inc pro hac vice. Receipt # 852772. (RS, ) (Entered: 07/20/2005) |
| 07/20/2005 | 12 | APPLICATION by Plaintiffs Amazon.com Inc, A9.com Inc AND ORDER admitting Darren E Donnelly for Amazon.com Inc and A9.com Inc pro hac vice. Receipt # 852772. (RS, ) (Entered: 07/20/2005) |
| 07/20/2005 | 13 | APPLICATION by Plaintiffs Amazon.com Inc, A9.com Inc AND ORDER admitting Lynn H Pasahow for Amazon.com Inc and A9.com Inc pro hac vice. Receipt # 852772. (RS, ) (Entered: 07/20/2005) |

| | | |
|---|---|---|
| 07/20/2005 | 14 | APPLICATION by Plaintiffs Amazon.com Inc, A9.com Inc AND ORDER admitting Wendy L Bjerkness for Amazon.com Inc and A9.com Inc pro hac vice. Receipt # 852772. (RS, ) (Entered: 07/20/2005) |
| 07/20/2005 | 15 | APPLICATION by Plaintiffs Amazon.com Inc, A9.com Inc AND ORDER admitting C J Alice Chen for Amazon.com Inc and A9.com Inc pro hac vice. Receipt # 852772. (RS, ) (Entered: 07/20/2005) |
| 07/20/2005 | 16 | APPLICATION by Plaintiffs Amazon.com Inc, A9.com Inc AND ORDER admitting Hector Ribera for Amazon.com Inc and A9.com Inc pro hac vice. Receipt # 852772. (RS, ) (Entered: 07/20/2005) |
| 08/12/2005 | 17 | MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule* by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc. Noting Date 9/9/2005.Oral Argument Requested. (Attachments: # 1 Proposed Order)(Fandel, Kent) (Entered: 08/12/2005) |
| 08/12/2005 | 18 | MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Motion to Stay Discovery Pending Resolution of the Motions* by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc. Noting Date 9/9/2005.Oral Argument Requested. (Attachments: # 1 Supplement Motion to Dismiss Part Two# 2 Proposed Order)(Fandel, Kent) (Entered: 08/12/2005) |
| 08/12/2005 | 19 | MEMORANDUM filed by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc re 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo Request for Judicial Notice in Support of their Motion to Dismiss or, in the alternative, for more definite statement, motion to stay all Discovery Pending Resolution of the Motions, and Motion to Transfer Venue* (Fandel, Kent) (Entered: 08/12/2005) |
| 08/12/2005 | 20 | DECLARATION of Eric J. Bock filed by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc re 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule*, 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo* (Fandel, Kent) (Entered: 08/12/2005) |
| 08/12/2005 | 21 | DECLARATION of James V. Fazio, III filed by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc re 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer* |

|  |  |  |
|---|---|---|
|  |  | *this action pursuant to the first to file rule*, 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo* (Attachments: # 1 Exhibit A, part one, pgs. 7-18# 2 Exhibit A, part 2, pgs. 19-26# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D, part one, pgs. 29-36# 6 Exhibit D, part two, pgs. 37-43# 7 Exhibit E, part one, pgs. 44-55# 8 Exhibit E, part two, pgs. 56-67# 9 Exhibit E, part three, pgs. 68-79# 10 Exhibit E, part four, pgs. 80-87# 11 Exhibit F# 12 Exhibit G# 13 Exhibit H# 14 Exhibit I# 15 Exhibit J# 16 Exhibit K# 17 Exhibit L# 18 Exhibit M# 19 Exhibit N# 20 Exhibit O# 21 Exhibit P# 22 Exhibit Q# 23 Exhibit R# 24 Exhibit S# 25 Exhibit T# 26 Exhibit U# 27 Exhibit V# 28 Exhibit W# 29 Exhibit X# 30 Exhibit Y# 31 Exhibit Z# 32 Exhibit AA# 33 Exhibit BB# 34 Exhibit CC# 35 Exhibit DD# 36 Exhibit EE# 37 Exhibit FF# 38 Exhibit GG# 39 Exhibit H, part one, pgs. 204-214# 40 Exhibit H, part two, pgs. 215-224# 41 Exhibit II# 42 Exhibit JJ# 43 Exhibit KK# 44 Exhibit LL# 45 Exhibit MM)(Fandel, Kent) (Entered: 08/12/2005) |
| 08/31/2005 | 22 | NOTICE by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc that the following is RE-NOTED: 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule* Noting Date 9/16/2005. (Fandel, Kent) (Entered: 08/31/2005) |
| 08/31/2005 | 23 | NOTICE by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc that the following is RE-NOTED: 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo* Noting Date 9/16/2005. (Fandel, Kent) (Entered: 08/31/2005) |
| 09/12/2005 | 24 | RESPONSE, by Plaintiffs Amazon.com Inc, A9.com Inc, to 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo*. (McDonald, David) (Entered: 09/12/2005) |
| 09/12/2005 | 25 | DECLARATION of C. J. Alice Chen filed by Plaintiffs Amazon.com Inc, A9.com Inc re 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo* (Attachments: # 1 Exhibit A1# 2 Exhibit A2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(McDonald, David) (Entered: 09/12/2005) |
| 09/12/2005 | 26 | RESPONSE, by Plaintiffs Amazon.com Inc, A9.com Inc, to 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule*. (McDonald, David) (Entered: 09/12/2005) |
| 09/12/2005 | 27 | DECLARATION of Wendy Bjerknes filed by Plaintiffs Amazon.com Inc, A9.com Inc re 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C.* |

| | | |
|---|---|---|
| | | 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule (McDonald, David) (Entered: 09/12/2005) |
| 09/12/2005 | 28 | DECLARATION of Kathryn Sheehan filed by Plaintiffs Amazon.com Inc, A9.com Inc re 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule* (McDonald, David) (Entered: 09/12/2005) |
| 09/12/2005 | 29 | CERTIFICATE OF SERVICE by Plaintiffs Amazon.com Inc, A9.com Inc re 28 Declaration,, 24 Response to Motion,, 25 Declaration,, 26 Response to Motion, 27 Declaration,. (McDonald, David) (Entered: 09/12/2005) |
| 09/16/2005 | 30 | REPLY, filed by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc, TO RESPONSE to 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule* (Fandel, Kent) (Entered: 09/16/2005) |
| 09/16/2005 | 31 | REPLY, filed by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc, TO RESPONSE to 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo* (Fandel, Kent) (Entered: 09/16/2005) |
| 09/16/2005 | 32 | DECLARATION of James V. Fazio filed by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc re 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule*, 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo* (Attachments: # 1 Exhibit Ex A pgs. 4 - Ex. C pg. 15# 2 Exhibit C pgs. 16-21# 3 Exhibit C pgs. 22-27# 4 Exhibit C pg. 28 - Ex. D pg. 39# 5 Exhibit Ex D pg. 40- Ex F pg 51# 6 Exhibit F pg. 52- H pg. 63# 7 Exhibit H pg. 64 - K pg. 75# 8 Exhibit K pg. 76-80)(Fandel, Kent) (Entered: 09/16/2005) |
| 10/21/2005 | | Set Oral Argument on 17 MOTION to Transfer Case *Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule*, 18 MOTION to Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo*: Motion Hearing set for 11/21/2005 at 1:30 PM before Hon. Ricardo S Martinez. (LW) (Entered: 10/21/2005) |
| 11/15/2005 | 33 | REQUEST by Defendants Budget Rent A Car System Inc, Avis Rent A Car System Inc, Cendant Corporation, Trilegiant Corporation, Orbitz LLC, Orbitz Inc for Judicial Notice in Support of Defendants' Motion to Dismiss or, in the alternative, for more definite statement, motion to stay all discovery pending resolution of the motions, and motion to transfer venue re 18 MOTION to |

| | | |
|---|---|---|
| | | Dismiss *All Claims Against Cendant Corporation; 2) Motion to Dismiss the Complaint for Failure to State a claim Pursuant to Fed.R.Civ.P.12(b)(6) or, in the alternative, for more definite statement pursuant to Fed.R.Civ.P.12(E); and (3) Mo,* 17 MOTION to Transfer Case Venue Pursuant to 28 U.S.C. 1404(a) or, in the alternative, to dismiss, stay or transfer this action pursuant to the first to file rule. (Attachments: # 1 *Exhibit A)(Fandel, Kent) (Entered: 11/15/2005)* |
| 11/21/2005 | 34 | MINUTE ENTRY for proceedings held before Judge Ricardo S Martinez - Dep Clerk: *Laurie Cuaresma*; Pla Counsel: *David McDonald, Lynn Pasahow, Dave Hadden*; Def Counsel: *Steven Korniczky, James Fazio, Douglas Olson, K. Michael Fandel*; CR: *Laurene Kelly*; Time of Hearing: *1:30 PM*; Courtroom: *13206*;**Motion Hearing** held on 11/21/2005 re 18 MOTION to Dismiss 17 *MOTION to Transfer Case Court hears argument of counsel. Court takes matter under advisement and will rule as soon as possible. (LC, ) (Entered: 11/21/2005)* |
| 11/22/2005 | 35 | Letter from David T. McDonald. (McDonald, David) (Entered: 11/22/2005) |
| 12/13/2005 | 36 | ORDER granting dfts' 17 Motion to Transfer Case to District of Delaware;denying dfts' 18 Motion to Dismiss without prejudice to renewal in the Delaware court by Judge Ricardo S Martinez.(RS, ) (Entered: 12/13/2005) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington



BRUCE RIFKIN, Clerk

By   S/Rhonda Stiles
       Deputy Clerk