The Honorable R. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., and A9.COM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. 05-01137 (RSM)<br><br>**DECLARATION OF C. J. ALICE CHEN IN SUPPORT OF PLAINTIFFS AMAZON.COM, INC. AND A9.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ALL CLAIMS AGAINST CENDANT CORPORATION; MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6) OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e); AND MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THE MOTIONS**<br><br>Noted for consideration September 16, 2005 |

I, C. J. Alice Chen, declare as follows:

1. I am an attorney with the law firm of Fenwick & West LLP, counsel to plaintiffs Amazon.com, Inc. and A9.com, Inc., and have been granted permission to appear *pro hac vice* in this action. I make the following statements based upon my personal knowledge or on information and belief where indicated and, if called upon to testify, would testify competently to

C. J. ALICE CHEN DECL. ISO OPPOSITION TO DEFTS' MTNS TO DISMISS, FOR A MORE DEFINITE STATEMENT & TO STAY DISCOVERY; CASE NO. 05-01137 (RSM)

PRESTON GATES & ELLIS, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
Ph: 206.623.7580; Fax: 206.623.7022

1   the matters contained herein.

2   　　　2.　　Attached hereto as **Exhibit A** is an excerpt of a true and correct copy of Cendant
3   Corporation's Annual Report (Form 10-K) (Mar. 1, 2005), including pages 3-32 (Item I.
4   Business), and F-1, F-9 and F-59 to F-61 of the Financial Statements.

5   　　　3.　　Attached hereto as **Exhibit B** is an excerpt of a true and correct copy of Cendant
6   Corporation's Fall 2004 Quarterly Report (Form 10-Q) (Nov. 2, 2004), including pages 3-23
7   (Item I. Financial Statements).

8   　　　4.　　Attached hereto as **Exhibit C** is an excerpt of a true and correct copy of Cendant
9   Corporation's Summer 2005 Quarterly Report (Form 10-Q) (Aug. 2, 2005), including pages 27-
10  43 (Item 2. Management's Discussion and Analysis of Financial Condition and Results of
11  Operations).

12  　　　5.　　Attached hereto as **Exhibit D** are printouts of the WHOIS Records for
13  www.avis.com, www.budget.com, www.trilegiantaffiliates.com, www.avgautostore.com, and
14  www.orbitz.com (collectively "accused websites") from Network Solutions' domain name
15  registration information, available at http://www.networksolutions.com/whois/index.jhtml. These
16  records list the Cendant DNS Administrator as the Administrative Contact for all of the accused
17  websites except for www.orbitz.com. These records also list NS1.DTC.CENDANT.COM and
18  NS2.DTC.CENDANT.COM as the primary domain servers for www.avis.com and
19  www.budget.com. The record for www.avis.com also lists the Cendant DNS Technical Support
20  as its Technical Contact.

21  　　　6.　　Attached hereto as **Exhibit E** are printouts of www.avis.com and
22  www.budget.com, showing queries for car rental reservations on their homepages and the ability
23  to accept reservations through these websites.

24  　　　7.　　Attached hereto as **Exhibit F** is a printout of the Cendant Corporation website
25  description of the Consumer Travel Americas division of Cendant's Travel Distribution Services,
26  available at http://www.cendant.com/about-cendant/travel-distribution-

1 | services/consumer_travel_americas.html.

2 |     8.    Attached hereto as **Exhibit G** is a printout of the Cendant Corporation website's

3 | description of the Car Rental Group, part of Cendant's Vehicle Services, available at

4 | http://www.cendant.com/about-cendant/vehicle-services/car_rental.html.

5 |     I declare under penalty of perjury under the laws of the United States that the foregoing is

6 | true and correct. Executed on the 9th day of September, 2005, at Mountain View, California.

7

8

9 | _____
                   C. J. Alice Chen

10

11

12

...

26