Exhibit B



# FORM 10–Q

## CENDANT CORP – CD

**Filed: November 02, 2004 (period: September 30, 2004)**

Quarterly report which provides a continuing view of a company's financial position

# PART I – FINANCIAL INFORMATION

### Item 1.    Financial Statements

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholders
of Cendant Corporation
New York, New York

We have reviewed the accompanying consolidated condensed balance sheet of Cendant Corporation and subsidiaries (the "Company") as of September 30, 2004, and the related consolidated condensed statements of income for the three–month and nine–month periods ended September 30, 2004 and 2003 and the related consolidated condensed statements of cash flows for the nine–month periods ended September 30, 2004 and 2003. These interim financial statements are the responsibility of the Company's management.

We conducted our reviews in accordance with the standards of the Public Company Accounting Oversight Board (United States). A review of interim financial information consists principally of applying analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States), the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to such consolidated condensed interim financial statements for them to be in conformity with accounting principles generally accepted in the United States of America.

We have previously audited, in accordance with standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheet of the Company as of December 31, 2003, and the related consolidated statements of income, stockholders' equity, and cash flows for the year then ended; and in our report dated February 25, 2004 (April 29, 2004 as to the effects of the revised segment reporting structure described in Notes 1 and 27, and July 30, 2004 as to the effects of the discontinued operations described in Note 1), we expressed an unqualified opinion (which included an explanatory paragraph with respect to the adoption of the fair value method of accounting for stock–based compensation and the adoption of the consolidation provisions for variable interest entities in 2003, the non–amortization provisions for goodwill and other indefinite–lived intangible assets in 2002, and the modification of the accounting treatment relating to securitization transactions and the accounting for derivative instruments and hedging activities in 2001, as discussed in Note 2 to the consolidated financial statements; and an explanatory paragraph with respect to the accounting for Jackson Hewitt as a discontinued operation, as discussed in Note 1 to the consolidated financial statements) on those consolidated financial statements. In our opinion, the information set forth in the accompanying consolidated condensed balance sheet as of December 31, 2003 is fairly stated, in all material respects, in relation to the consolidated balance sheet from which it has been derived.

/s/ Deloitte & Touche LLP
New York, New York
October 29, 2004

Table of Contents

**Cendant Corporation and Subsidiaries**
**CONSOLIDATED CONDENSED STATEMENTS OF INCOME**
**(In millions, except per share data)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2004 | 2003 | 2004 | 2003 |
| **Revenues** | | | | |
| Service fees and membership, net | $ 3,727 | $ 3,503 | $ 10,363 | $ 9,305 |
| Vehicle–related | 1,630 | 1,574 | 4,449 | 4,317 |
| Other | 6 | 8 | 69 | 49 |
| Net revenues | 5,363 | 5,085 | 14,881 | 13,671 |
| **Expenses** | | | | |
| Operating | 2,777 | 2,621 | 7,717 | 7,063 |
| Vehicle depreciation, lease charges and interest, net | 667 | 651 | 1,882 | 1,865 |
| Marketing and reservation | 517 | 489 | 1,514 | 1,292 |
| General and administrative | 347 | 354 | 1,122 | 1,024 |
| Non–program related depreciation and amortization | 136 | 126 | 395 | 378 |
| Non–program related interest, net: | | | | |
| Interest expense, net | 33 | 74 | 184 | 235 |
| Early extinguishment of debt | – | 4 | 18 | 58 |
| Acquisition and integration related costs (credits): | | | | |
| Amortization of pendings and listings | 5 | 5 | 13 | 12 |
| Other | (9) | 15 | (3) | 30 |
| Total expenses | 4,473 | 4,339 | 12,842 | 11,957 |
| **Income before income taxes and minority interest** | 890 | 746 | 2,039 | 1,714 |
| Provision for income taxes | 296 | 252 | 570 | 566 |
| Minority interest, net of tax | 1 | 4 | 6 | 17 |
| **Income from continuing operations** | 593 | 490 | 1,463 | 1,131 |
| Income (loss) from discontinued operations, net of tax | – | (4) | 64 | 46 |
| Gain on disposal of discontinued operations, net of tax | – | – | 198 | – |
| **Income before cumulative effect of accounting changes** | 593 | 486 | 1,725 | 1,177 |
| Cumulative effect of accounting change, net of tax | – | (293) | – | (293) |
| **Net income** | $ 593 | $ 193 | $ 1,725 | $ 884 |
| **Earnings per share** | | | | |
| **Basic** | | | | |
| Income from continuing operations | $ 0.57 | $ 0.48 | $ 1.43 | $ 1.11 |
| Net income | 0.57 | 0.19 | 1.69 | 0.87 |
| **Diluted** | | | | |
| Income from continuing operations | $ 0.56 | $ 0.47 | $ 1.38 | $ 1.09 |
| Net income | 0.56 | 0.19 | 1.63 | 0.85 |

See Notes to Consolidated Condensed Financial Statements.

Table of Contents

**Cendant Corporation and Subsidiaries**
**CONSOLIDATED CONDENSED BALANCE SHEETS**
**(In millions, except share data)**

| | September 30, 2004 | December 31, 2003 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1,633 | $ 839 |
| Restricted cash | 364 | 448 |
| Receivables, net | 1,544 | 1,665 |
| Deferred income taxes | 502 | 454 |
| Assets of discontinued operations | – | 556 |
| Other current assets | 812 | 1,060 |
| Total current assets | 4,855 | 5,022 |
| Property and equipment, net | 1,749 | 1,763 |
| Deferred income taxes | 1,848 | 1,040 |
| Goodwill | 10,981 | 10,716 |
| Other intangibles, net | 2,494 | 2,311 |
| Other non–current assets | 830 | 965 |
| Total assets exclusive of assets under programs | 22,757 | 21,817 |
| Assets under management and mortgage programs: | | |
| Program cash | 457 | 542 |
| Mortgage loans held for sale | 2,150 | 2,508 |
| Relocation receivables | 761 | 534 |
| Vehicle–related, net | 11,242 | 10,143 |
| Timeshare–related, net | 2,306 | 1,803 |
| Mortgage servicing rights, net | 1,653 | 1,641 |
| Other | 283 | 468 |
| | 18,852 | 17,639 |
| **Total assets** | $ 41,609 | $ 39,456 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable and other current liabilities | $ 4,429 | $ 4,668 |
| Current portion of long–term debt | 864 | 1,629 |
| Liabilities of discontinued operations | – | 61 |
| Deferred income | 809 | 854 |
| Total current liabilities | 6,102 | 7,212 |
| Long–term debt | 3,601 | 4,373 |
| Deferred income | 316 | 311 |
| Other non–current liabilities | 830 | 883 |
| Total liabilities exclusive of liabilities under programs | 10,849 | 12,779 |
| Liabilities under management and mortgage programs: | | |
| Debt | 9,607 | 9,141 |
| Debt due to Cendant Rental Car Funding (AESOP) LLC—related party | 5,963 | 5,644 |
| Deferred income taxes | 2,712 | 1,429 |
| Other | 67 | 277 |
| | 18,349 | 16,491 |
| Commitments and contingencies (Note 11) | | |
| Stockholders' equity: | | |
| Preferred stock, $.01 par value—authorized 10 million shares; none issued and outstanding | – | – |
| CD common stock, $.01 par value—authorized 2 billion shares; issued 1,331,645,414 and 1,260,397,204 shares | 13 | 13 |
| Additional paid–in capital | 11,752 | 10,284 |

| | | |
|---|---|---|
| Retained earnings | 5,918 | 4,430 |
| Accumulated other comprehensive income | 201 | 209 |
| CD treasury stock, at cost—278,806,534 and 251,553,531 shares | (5,473) | (4,750) |
| Total stockholders' equity | 12,411 | 10,186 |
| **Total liabilities and stockholders' equity** | $   41,609 | $   39,456 |

See Notes to Consolidated Condensed Financial Statements.

Table of Contents

**Cendant Corporation and Subsidiaries**
**CONSOLIDATED CONDENSED STATEMENTS OF CASH FLOWS**
**(In millions)**

|  | Nine Months Ended September 30, | |
| --- | --- | --- |
|  | **2004** | **2003** |
| **Operating Activities** | | |
| Net income | $ 1,725 | $ 884 |
| Adjustments to arrive at income from continuing operations | (262) | 247 |
| Income from continuing operations | 1,463 | 1,131 |
| Adjustments to reconcile income from continuing operations to net cash provided by operating activities exclusive of management and mortgage programs: | | |
| Non–program related depreciation and amortization | 395 | 378 |
| Amortization of pendings and listings | 13 | 12 |
| Net change in assets and liabilities, excluding the impact of acquisitions and dispositions: | | |
| Receivables | (13) | 47 |
| Income taxes and deferred income taxes | 480 | 658 |
| Accounts payable and other current liabilities | (119) | (236) |
| Deferred income | (58) | (98) |
| Proceeds from (payments for) termination of fair value hedges | (9) | 200 |
| Other, net | 88 | 215 |
| **Net cash provided by operating activities exclusive of management and mortgage programs** | 2,240 | 2,307 |
| *Management and mortgage programs:* | | |
| Vehicle depreciation | 1,571 | 1,519 |
| Amortization and impairment of mortgage servicing rights | 386 | 735 |
| Net gain on mortgage servicing rights and related derivatives | (70) | (150) |
| Origination of timeshare–related assets | (848) | (554) |
| Principal collection of investment in timeshare–related assets | 462 | 693 |
| Origination of mortgage loans | (28,772) | (53,168) |
| Proceeds on sale of and payments from mortgage loans held for sale | 29,137 | 52,100 |
| Other | (12) | 23 |
|  | 1,854 | 1,198 |
| **Net cash provided by operating activities** | **4,094** | **3,505** |
| **Investing Activities** | | |
| Property and equipment additions | (311) | (307) |
| Net assets acquired, net of cash acquired, and acquisition–related payments | (443) | (234) |
| Proceeds received on asset sales | 30 | 120 |
| Proceeds from dispositions of businesses, net of transaction–related payments | 821 | – |
| Other, net | 42 | 90 |
| **Net cash provided by (used in) investing activities exclusive of management and mortgage programs** | 139 | (331) |
| *Management and mortgage programs:* | | |
| Decrease in program cash | 87 | 66 |
| Investment in vehicles | (9,270) | (9,134) |
| Payments received on investment in vehicles | 6,875 | 7,230 |
| Equity advances on homes under management | (3,565) | (4,439) |
| Repayment of advances on homes under management | 3,503 | 4,383 |
| Additions to mortgage servicing rights | (401) | (819) |
| Cash received on derivatives related to mortgage servicing rights, net | 132 | 273 |
| Other, net | 54 | 32 |
|  | (2,585) | (2,408) |
| **Net cash used in investing activities** | **(2,446)** | **(2,739)** |
| **Financing Activities** | | |
| Proceeds from borrowings | 26 | 2,588 |

| | | |
|---|---:|---:|
| Principal payments on borrowings | (1,353) | (3,215) |
| Issuances of common stock | 1,347 | 247 |
| Repurchases of common stock | (1,153) | (710) |
| Payment of dividends | (237) | – |
| Other, net | (22) | (86) |
| **Net cash used in financing activities exclusive of management and mortgage programs** | (1,392) | (1,176) |
| *Management and mortgage programs:* | | |
| Proceeds from borrowings | 12,145 | 22,570 |
| Principal payments on borrowings | (11,679) | (21,041) |
| Net change in short–term borrowings | 50 | (276) |
| Other, net | (21) | (10) |
| | 495 | 1,243 |
| **Net cash provided by (used in) financing activities** | **(897)** | **67** |
| Effect of changes in exchange rates on cash and cash equivalents | 5 | (10) |
| Cash provided by discontinued operations | 38 | 56 |
| Net increase in cash and cash equivalents | 794 | 879 |
| Cash and cash equivalents, beginning of period | 839 | 125 |
| **Cash and cash equivalents, end of period** | **$ 1,633** | **$ 1,004** |

See Notes to Consolidated Condensed Financial Statements.

6

Table of Contents

**Cendant Corporation and Subsidiaries**
**NOTES TO CONSOLIDATED CONDENSED FINANCIAL STATEMENTS**
**(Unless otherwise noted, all amounts are in millions, except per share amounts)**

1.  **Summary of Significant Accounting Policies**

*Basis of Presentation*

Cendant Corporation is a global provider of a wide range of complementary consumer and business services, focusing primarily on travel and real estate services and operating in the following business segments:

- **Real Estate Franchise and Operations**—franchises the real estate brokerage businesses of four residential and one commercial brands, provides real estate brokerage services and facilitates employee relocations.

- **Mortgage Services**—provides home buyers with mortgage lending services and title, appraisal and closing services.

- **Hospitality Services**—sells and develops vacation ownership interests, provides consumer financing to individuals purchasing these interests, facilitates the exchange of vacation ownership interests, franchises eight lodging brands and markets vacation rental properties in Europe.

- **Travel Distribution Services**—provides primarily global distribution services for the travel industry and travel agency services.

- **Vehicle Services**—operates and franchises the Company's vehicle rental brands and provides commercial fleet management and fuel card services.

- **Marketing Services (formerly, Financial Services)**—provides insurance, membership, loyalty and enhancement products and services to financial institutions and other partners and their customers.

The accompanying unaudited Consolidated Condensed Financial Statements include the accounts and transactions of Cendant Corporation and its subsidiaries ("Cendant"), as well as entities in which Cendant directly or indirectly has a controlling financial interest (collectively, the "Company"). In presenting the Consolidated Condensed Financial Statements, management makes estimates and assumptions that affect the amounts reported and related disclosures. Estimates, by their nature, are based on judgment and available information. Accordingly, actual results could differ from those estimates. In management's opinion, the Consolidated Condensed Financial Statements contain all normal recurring adjustments necessary for a fair presentation of interim results reported. The results of operations reported for interim periods are not necessarily indicative of the results of operations for the entire year or any subsequent interim period. Certain reclassifications have been made to prior period amounts to conform to the current period presentation. These financial statements should be read in conjunction with the Company's 2003 Annual Report on Form 10–K filed on March 1, 2004 and Current Report on Form 8–K filed on August 2, 2004.

The Company's Consolidated Condensed Financial Statements present separately the financial data of the Company's management and mortgage programs. These programs are distinct from the Company's other activities since the assets are generally funded through the issuance of debt that is collateralized by such assets. Specifically, in the Company's vehicle rental, fleet management, relocation, mortgage services, vacation ownership and vacation rental businesses, assets under management and mortgage programs are funded largely through borrowings under asset–backed funding arrangements and unsecured borrowings at the Company's PHH subsidiary. Such borrowings are classified as debt under management and mortgage programs. The income generated by these assets is used, in part, to repay the principal and interest associated with the debt. Cash inflows and outflows relating to the generation or acquisition of such assets and the principal debt repayment or financing of such assets are classified as activities of the Company's management and mortgage programs. The Company believes it is appropriate to segregate the financial data of its management and mortgage programs because, ultimately, the source of repayment of such debt is the realization of such assets.

On June 25, 2004, the Company completed an initial public offering ("IPO") for the sale of 100% of its ownership interest in Jackson Hewitt Tax Service Inc. ("Jackson Hewitt"). Pursuant to Statement of Financial Accounting Standards ("SFAS") No. 144, "Accounting for the Impairment or Disposal of Long–Lived Assets," the account balances and activities of Jackson Hewitt have been segregated and reported as a discontinued operation for all periods presented. See Note 4—Discontinued Operations for a more detailed discussion.

*Recently Issued Accounting Pronouncement*

In September 2004, the Emerging Issues Task Force reached a consensus on Issue No. 04–8, "The Effect of Contingently Convertible Instruments on Diluted Earnings per Share" ("EITF 04–8"), which requires that diluted earnings per share include the dilutive effect of any contingently convertible debt securities regardless of whether the market price trigger had been satisfied during the period. The Company is required to adopt the provisions of EITF 04–8 as of December 31, 2004 and is also required to restate prior period diluted earnings per share for convertible debt

7

Table of Contents

securities that were outstanding during such periods and not ultimately settled in cash or modified prior to December 31, 2004. The Company is currently assessing the impact of adopting EITF 04–8.

*Change in Accounting Policy*

On March 9, 2004, the United States Securities and Exchange Commission ("SEC") issued Staff Accounting Bulletin No. 105—Application of Accounting Principles to Loan Commitments ("SAB 105"). SAB 105 summarizes the views of the SEC staff regarding the application of generally accepted accounting principles to loan commitments accounted for as derivative instruments. The SEC staff believes that in recognizing a loan commitment, entities should not consider expected future cash flows related to the associated servicing of the loan until the servicing asset has been contractually separated from the underlying loan by sale or securitization of the loan with the servicing retained. The provisions of SAB 105 are applicable to all loan commitments accounted for as derivatives and entered into subsequent to March 31, 2004. The adoption of SAB 105 did not have a material impact on the Company's consolidated results of operations, financial position or cash flows, as the Company's preexisting accounting treatment for such loan commitments was consistent with the provisions of SAB 105.

2.  **Earnings Per Share**

The following table sets forth the computation of basic and diluted earnings per share ("EPS").

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2004 | 2003 | 2004 | 2003 |
| Income from continuing operations | $  593 | $  490 | $  1,463 | $  1,131 |
| Income (loss) from discontinued operations | – | (4) | 64 | 46 |
| Gain on disposal of discontinued operations | – | – | 198 | – |
| Cumulative effect of accounting change | – | (293) | – | (293) |
| Net income | $  593 | $  193 | $  1,725 | $  884 |
| Basic weighted average shares outstanding | 1,036 | 1,013 | 1,024 | 1,019 |
| Stock options, warrants and non–vested shares | 28 | 26 | 32 | 20 |
| Convertible debt  (*) | – | – | 3 | – |
| Diluted weighted average shares outstanding | 1,064 | 1,039 | 1,059 | 1,039 |
| *Earnings per share:* | | | | |
| Basic | | | | |
| Income from continuing operations | $  0.57 | $  0.48 | $  1.43 | $  1.11 |
| Income from discontinued operations | – | – | 0.06 | 0.04 |
| Gain on disposal of discontinued operations | – | – | 0.20 | – |
| Cumulative effect of accounting change | – | (0.29) | – | (0.28) |
| Net income | $  0.57 | $  0.19 | $  1.69 | $  0.87 |
| Diluted | | | | |
| Income from continuing operations | $  0.56 | $  0.47 | $  1.38 | $  1.09 |
| Income from discontinued operations | – | – | 0.06 | 0.04 |
| Gain on disposal of discontinued operations | – | – | 0.19 | – |
| Cumulative effect of accounting change | – | (0.28) | – | (0.28) |
| Net income | $  0.56 | $  0.19 | $  1.63 | $  0.85 |

---

(*)  In the nine months ended September 30, 2004, amount represents the dilutive impact of the Company's zero coupon senior convertible contingent notes for the period during which the contingency provisions were satisfied (January 1 through February 13, 2004). The impact of the conversion on February 13, 2004 into shares of Cendant common stock is reflected within basic weighted average shares outstanding from the conversion date forward (22 million and 19 million shares in the three and nine months ended September 30, 2004, respectively). The Company has additional contingently convertible debt securities, which have been excluded from the computation of weighted average shares outstanding as the related contingency provisions were not met during the respective periods. For the three and nine months ended September 30, 2004 and 2003, the Company's 3 7/8% convertible senior debentures, which may convert into as many as 33.4 million shares of Cendant common stock, are not reflected in basic or diluted weighted average shares outstanding. Additionally, basic and diluted weighted average shares outstanding for the three and nine months ended September 30, 2003 did not reflect the potential issuance of 22 million shares relating to the then–outstanding balance of the Company's zero coupon senior convertible contingent notes (which were converted into shares of Cendant stock in February 2004). See Note 9—Long–term Debt and Borrowing Arrangements for more information regarding these contingently convertible debt securities.

8

Table of Contents

The following table summarizes the Company's outstanding common stock equivalents that were antidilutive and therefore excluded from the computation of diluted EPS.

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2004 | 2003 | 2004 | 2003 |
| Options (a) | 24 | 94 | 24 | 121 |
| Warrants (b) | – | 2 | – | 2 |
| Upper DECS (c) | 19 | 40 | 32 | 40 |

(a)   The overall decrease in antidilutive options for the three and nine months ended September 30, 2004 principally reflects a reduction in the total number of options outstanding from 205 million at September 30, 2003 to 156 million at September 30, 2004. The weighted average exercise price for antidilutive options for the three months ended September 30, 2004 and 2003 was $29.71 and $22.57, respectively. The weighted average exercise price for antidilutive options for the nine months ended September 30, 2004 and 2003 was $29.73 and $21.44, respectively.

(b)   The weighted average exercise price for antidilutive warrants for the three and nine months ended September 30, 2003 was $21.31.

(c)   Represents the shares that were issuable under the forward purchase contract component of the Company's Upper DECS securities prior to the settlement of such securities on August 17, 2004, at which time the Company issued 38 million shares of Cendant common stock. The impact of this share issuance is included in basic EPS from the settlement date forward (19 million and 6 million in the three and nine months ended September 30, 2004, respectively). However, the remaining shares that were issued on August 17, 2004 (19 million and 32 million in the three and nine months ended September 30, 2004, respectively) are not included in the diluted EPS calculation, as the Upper DECS were antidilutive during such periods (since the appreciation price of $28.42 was greater than the average price of Cendant common stock). These securities were also antidilutive and excluded from the calculations of diluted EPS for 2003, at which time the Company expected to issue approximately 40 million shares of Cendant common stock based upon the then-current price of such stock.

3.   **Acquisitions**

*Pending Acquisition*
*Orbitz, Inc.* On September 29, 2004, the Company announced that it had entered into a definitive agreement to acquire all the shares of Orbitz, Inc. ("Orbitz"), an online travel company, for $27.50 per share in cash, or approximately $1.0 billion (net of cash acquired), in the aggregate plus transaction costs and expenses. The acquisition is subject to certain conditions, including the successful completion of a tender offer and regulatory approval. The Company currently expects to complete the acquisition during the fourth quarter of 2004.

*Consummated 2004 Acquisitions*
*Trilegiant Loyalty Solutions.* On January 30, 2004, the Company acquired Trilegiant Loyalty Solutions, Inc. ("TLS"), a wholly-owned subsidiary of TRL Group (formerly Trilegiant Corporation), for approximately $20 million in cash. TLS offers wholesale loyalty enhancement services primarily to credit card issuers. The Company has been consolidating the results of TLS (as a component of TRL Group) since July 1, 2003 pursuant to the application of Financial Accounting Standards Board ("FASB") Interpretation No. 46, "Consolidation of Variable Interest Entities" ("FIN 46"). This acquisition resulted in goodwill of $7 million, none of which is expected to be deductible for tax purposes. Such goodwill was assigned to the Company's Marketing Services segment, with the balance assigned to identifiable intangible assets having finite lives.

*Sotheby's International Realty.* On February 17, 2004, the Company acquired the domestic residential real estate brokerage operations of Sotheby's International Realty and obtained the rights to create a Sotheby's International Realty franchise system pursuant to an agreement to license the Sotheby's International Realty brand in exchange for a license fee to Sotheby's Holdings, Inc., the former parent of Sotheby's International Realty. Such license agreement has a 50-year initial term and a 50-year renewal option. The total cash purchase price for these transactions was approximately $100 million. These transactions resulted in goodwill (based on the preliminary allocation of the purchase price) of $48 million, all of which is expected to be deductible for tax purposes. Such goodwill was assigned to the Company's Real Estate Franchise and Operations segment.

*First Fleet Corporation.* On February 27, 2004, the Company acquired First Fleet Corporation ("First Fleet"), a national provider of fleet management services to companies that maintain private truck fleets, for approximately $30 million in cash. This acquisition resulted in goodwill (based on the preliminary allocation of the purchase price) of $18 million, none of which is expected to be deductible for tax purposes. Such goodwill was assigned to the Company's Vehicle Services segment.

*Landal GreenParks.* On May 5, 2004, the Company acquired Landal GreenParks ("Landal"), a Dutch vacation rental company that specializes in the rental of privately owned vacation homes located in European holiday parks, for approximately $78 million in cash, net of cash acquired of $22 million. As part of this acquisition, the Company also assumed approximately $78 million of debt. This acquisition did not result in any goodwill (based on the preliminary allocation of the purchase price as of September 30, 2004).

9

Table of Contents

*Other.* During 2004, the Company also acquired 15 other real estate brokerage operations through its wholly–owned subsidiary, NRT Incorporated ("NRT"), for approximately $68 million in cash, which resulted in goodwill (based on the preliminary allocation of the purchase price) of $60 million that was assigned to the Company's Real Estate Franchise and Operations segment. The acquisition of real estate brokerages by NRT is a core part of its growth strategy. In addition, the Company acquired 22 other individually non–significant businesses during 2004 for aggregate consideration of approximately $107 million in cash, which resulted in goodwill (based on the preliminary allocation of the purchase price) of $90 million that was assigned to the Company's Travel Distribution Services ($52 million), Vehicle Services ($33 million) and Mortgage Services ($5 million) segments. These acquisitions were not significant to the Company's results of operations, financial position or cash flows.

*Utilization of Purchase Acquisition Liabilities for Exiting Activities*

In connection with the Company's November 2002 acquisition of substantially all of the domestic assets of the vehicle rental business of Budget Group, Inc. ("Budget"), as well as selected international operations, the Company established the following purchase accounting liabilities for costs associated with exiting activities that are currently in progress. These exiting activities were formally committed to by the Company's management in connection with strategic initiatives primarily aimed at creating synergies between the cost structures of the Company and the acquired entity. The recognition of such costs and the corresponding utilization are summarized by category as follows:

|  | Personnel Related | Contract Termination | Facility Related | Total |
|---|---|---|---|---|
| Cost and balance at December 31, 2002 | $   35 | $    6 | $    7 | $   48 |
| Cash payments | (28) | – | (4) | (32) |
| Additions | 6 | – | 14 | 20 |
| Balance at December 31, 2003 | 13 | 6 | 17 | 36 |
| Cash payments | (8) | (6) | (6) | (20) |
| Other reductions | (1) | – | (1) | (2) |
| Balance at September 30, 2004 | $    4 | $    – | $   10 | $   14 |

The principal cost reduction opportunity resulting from these exit activities is the relocation of the corporate headquarters of Budget. In connection with this initiative, the Company has relocated selected Budget employees, terminated other Budget employees and abandoned certain facilities primarily related to reservation processing and administrative functions. As a result, the Company incurred severance and other personnel costs related to the termination or relocation of employees, as well as facility–related costs primarily representing future lease payments for abandoned facilities. The adjustments recorded during 2003 represent the finalization of estimates made at the time of acquisition. The Company formally communicated the termination of employment to approximately 1,800 employees, representing a wide range of employee groups, and as of September 30, 2004, the Company had terminated substantially all of these employees. The Company anticipates that the majority of the remaining facility–related costs will be paid through 2007.

*Acquisition and Integration Related Costs*

During third quarter 2004, the Company recorded a net credit of $4 million in connection with acquisition and integration related costs, which comprised a $12 million reversal of a previously established accrual, partially offset by $5 million of non–cash amortization expense relating to the contractual pendings and listings intangible asset and $3 million of costs primarily associated with the integration of Budget's information technology systems with the Company's platform and the integration of real estate brokerages acquired by NRT. The $12 million reversal represents the termination of a lease on more favorable terms than originally anticipated. The nine month results for 2004 further reflect an additional $8 million of non–cash amortization of the contractual pendings and listings intangible asset and an additional $6 million of costs primarily related to the integration of Budget's information technology systems with the Company's platform and the integration of real estate brokerages acquired by NRT.

During the three and nine months ended September 30, 2003, the Company incurred $20 million and $42 million, respectively, of acquisition and integration related costs, of which $5 million and $12 million, respectively, represented the non–cash amortization of the contractual pendings and listings intangible asset. The remaining costs ($15 million and $30 million during the three and nine months ended September 30, 2003, respectively) primarily related to the integration of Budget's information technology systems with the Company's platform and revisions to the Company's original estimate of costs to exit a facility in connection with its decision to outsource its data operations in 2001.

**4.    Discontinued Operations**

As previously discussed in Note 1, on June 25, 2004, the Company completed the IPO of its tax preparation business, Jackson Hewitt, a then wholly–owned subsidiary of the Company within its former Financial Services segment (which

10

Table of Contents

was renamed as the Marketing Services segment upon the completion of the IPO). In connection with the IPO, the Company received $772 million in cash, net of transaction–related costs, and recorded an after–tax gain of $198 million.

Summarized statement of income data for Jackson Hewitt consisted of:

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|  | 2004 | 2003 | 2004 | 2003 |
|---|---|---|---|---|
| Net revenues | $ – | $ 12 | $ 194 | $ 171 |
| *Income (loss) from discontinued operations:* | | | | |
| Income (loss) before income taxes | $ – | $ (7) | $ 106 | $ 76 |
| Provision (benefit) for income taxes | – | (3) | 42 | 30 |
| Income (loss) from discontinued operations, net of tax | $ – | $ (4) | $ 64 | $ 46 |
| *Gain on disposal of discontinued operations:* | | | | |
| Gain on disposal of discontinued operations | | | $ 251 | |
| Provision for income taxes | | | 53 | |
| Gain on disposal of discontinued operations, net of tax | | | $ 198 | |

Summarized balance sheet data for Jackson Hewitt consisted of:

|  | December 31, 2003 |
|---|---|
| *Assets of discontinued operations:* | |
| Current assets | $ 12 |
| Property and equipment, net | 40 |
| Goodwill | 403 |
| Other assets | 101 |
| Total assets of discontinued operations | $ 556 |
| *Liabilities of discontinued operations:* | |
| Current liabilities | $ 21 |
| Other liabilities | 40 |
| Total liabilities of discontinued operations | $ 61 |

5.  **Intangible Assets**

Intangible assets consisted of:

|  | As of September 30, 2004 | | | As of December 31, 2003 | | |
|  | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
|---|---|---|---|---|---|---|
| *Amortized Intangible Assets* | | | | | | |
| Franchise agreements | $ 1,141 | $ 357 | $ 784 | $ 1,141 | $ 330 | $ 811 |
| Customer lists | 557 | 161 | 396 | 543 | 149 | 394 |
| Pendings and listings | 8 | 7 | 1 | 22 | 17 | 5 |
| Other | 217 | 53 | 164 | 139 | 41 | 98 |
|  | $ 1,923 | $ 578 | $ 1,345 | $ 1,845 | $ 537 | $ 1,308 |
| *Unamortized Intangible Assets* | | | | | | |
| Goodwill | $ 10,981 | | | $ 10,716 | | |

| Trademarks [*] | $ 1,149 | $ 1,003 |
| --- | --- | --- |

---

[*] The change in the balance at September 30, 2004 principally reflects the Company's purchase of Marriott International Inc.'s interest in Two Flags Joint Venture LLC in April 2004, which provided the Company with the exclusive rights to the domestic Ramada and Days Inn trademarks.

11

Table of Contents

The changes in the carrying amount of goodwill were as follows:

| | Balance at January 1, 2004 | Goodwill Acquired during 2004 | Adjustments to Goodwill Acquired during 2003 | Foreign Exchange and Other | Balance at September 30, 2004 |
|---|---|---|---|---|---|
| Real Estate Franchise and Operations | $ 2,696 | $ 108 (a) | $ 13 (b) | $ 2 | $ 2,819 |
| Mortgage Services | 80 | 5 (b) | – | – | 85 |
| Hospitality Services | 2,514 | – | – | 22 | 2,536 |
| Travel Distribution Services | 2,555 | 52 (c) | 8 (f) | (3) | 2,612 |
| Vehicle Services | 2,653 | 51 (d) | – | – | 2,704 |
| Marketing Services | 218 | 7 (e) | – | – | 225 |
| Total Company | $ 10,716 | $ 223 | $ 21 | $ 21 | $ 10,981 |

(a)  Relates to the acquisitions of Sotheby's International Realty and real estate brokerages by NRT (January 2004 and forward).

(b)  Relates to the acquisitions of real estate brokerages by NRT (April 2003 and forward).

(c)  Primarily relates to the acquisition of Flairview Travel (April 2004).

(d)  Primarily relates to the acquisitions of First Fleet and Budget licensees (February 2004 and forward).

(e)  Relates to the acquisition of TLS.

(f)  Primarily relates to the acquisition of Travel 2/Travel 4 (November 2003).

Amortization expense relating to all intangible assets, excluding mortgage servicing rights (See Note 6—Mortgage Activities), was as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 |
| Franchise agreements | $ 9 | $ 9 | $ 27 | $ 27 |
| Customer lists | 9 | 9 | 27 | 26 |
| Pendings and listings | 5 | 5 | 13 | 12 |
| Other | 7 | 2 | 15 | 8 |
| Total | $ 30 | $ 25 | $ 82 | $ 73 |

Based on the Company's amortizable intangible assets (excluding mortgage servicing rights) as of September 30, 2004, the Company expects related amortization expense for the remainder of 2004 and the five succeeding fiscal years to approximate $20 million, $80 million, $80 million, $70 million, $60 million and $50 million, respectively.

6.  **Mortgage Activities**

The activity in the Company's residential mortgage loan servicing portfolio consisted of:

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2004 | 2003 |
| Balance, January 1, | $ 136,427 | $ 114,079 |
| Additions | 27,327 | 53,858 |
| Payoffs/curtailments | (24,656) | (46,365) |
| Purchases, net | 5,616 | 11,354 |
| Balance, September 30, (*) | $ 144,714 | $ 132,926 |

(*)  Does not include approximately $2.6 billion and $2.1 billion of home equity loans serviced by the Company as of September 30, 2004 and 2003, respectively. The weighted average note rate on all the underlying mortgages within the Company's servicing portfolio was 5.3% and 5.4% as of September 30, 2004 and 2003, respectively.

Approximately $6.6 billion (approximately 5%) of loans within the Company's servicing portfolio as of September 30, 2004 were sold with recourse. The majority of the loans sold with recourse (approximately $6.0 billion of the $6.6 billion) represents sales under a program where the Company retains the credit risk for a limited period of time and only for a specific default event. The retained credit risk represents the unpaid principal balance of the mortgage loans. For these loans, the Company records an allowance for estimated losses, which is determined based upon the Company's

Table of Contents

history of actual loss experience under the program. Such allowance and the related activity is not significant to the Company's results of operations or financial position.

The activity in the Company's capitalized mortgage servicing rights ("MSR") asset consisted of:

|  | Nine Months Ended September 30, | |
|  | 2004 | 2003 |
| Balance, January 1, | $ 2,015 | $ 1,883 |
| Additions, net | 401 | 819 |
| Changes in fair value | – | 66 |
| Amortization | (230) | (578) |
| Sales | (4) | (11) |
| Permanent impairment | (11) | (315) |
| Balance, September 30, | 2,171 | 1,864 |
| *Valuation Allowance* | | |
| Balance, January 1, | (374) | (503) |
| Provision for impairment | (156) | (157) |
| Reductions | 1 | 4 |
| Permanent impairment | 11 | 315 |
| Balance, September 30, | (518) | (341) |
| **Mortgage Servicing Rights, net** | $ 1,653 | $ 1,523 |

The MSR asset is subject to substantial interest rate risk as the mortgage notes underlying the asset permit the borrowers to prepay the loans. Therefore, the value of the MSR asset tends to diminish in periods of declining interest rates (as prepayments increase) and increase in periods of rising interest rates (as prepayments decrease). The Company primarily uses a combination of derivative instruments to offset expected changes in fair value of its MSR asset that could affect reported earnings. Beginning in 2004, the Company designated the full change in fair value of its MSR asset as the hedged risk and, as a result, discontinued hedge accounting treatment until such time that the documentation required to support the assessment of hedge effectiveness on a full fair value basis could be completed. During the nine months ended September 30, 2004 all of the derivatives associated with the MSR asset were designated as freestanding derivatives.

The net activity in the Company's derivatives related to mortgage servicing rights consisted of:

|  | Nine Months Ended September 30, | |
|  | 2004 | 2003 |
| Net balance, January 1, (*) | $ 85 | $ 385 |
| Additions, net | 422 | 288 |
| Changes in fair value | 70 | 84 |
| Sales/proceeds received | (554) | (561) |
| Net balance, September 30, (*) | $ 23 | $ 196 |

(*)  At January 1, 2004, the net balance represents the gross asset of $316 million net of the gross liability of $231 million. At September 30, 2004, the net balance represents the gross asset of $71 million net of the gross liability of $48 million. The gross asset and liability amounts are recorded within other assets under management and mortgage programs and other liabilities under management and mortgage programs, respectively, on the Company's Consolidated Condensed Balance Sheets.

13

The net impact to the Company's Consolidated Condensed Statements of Income resulting from changes in the fair value of the Company's MSR asset and the related derivatives was as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2004 | 2003 | 2004 | 2003 |
| Adjustment of MSR asset under hedge accounting | $  – | $  193 | $  – | $  66 |
| Net gain (loss) on derivatives related to MSR asset | 240 | (175) | 70 | 84 |
| Net gain | 240 | 18 | 70 | 150 |
| Provision for MSR asset valuation allowance | (249) | – | (156) | (157) |
| Net impact | $  (9) | $  18 | $  (86) | $  (7) |

Based upon the composition of the portfolio as of September 30, 2004 (and other assumptions regarding interest rates and prepayment speeds), the Company expects MSR amortization expense for the remainder of 2004 and the five succeeding fiscal years to approximate $90 million, $320 million, $270 million, $230 million, $190 million and $160 million, respectively. As of September 30, 2004, the MSR portfolio had a weighted average life of approximately 5.1 years.

7.   **Vehicle Rental and Leasing Activities**

The components of the Company's vehicle–related assets under management and mortgage programs are as follows:

| | As of September 30, 2004 | | As of December 31, 2003 | |
| --- | --- | --- | --- | --- |
| | Rental | Leasing | Rental | Leasing |
| Rental vehicles | $  6,831 | $  – | $  6,177 | $  – |
| Vehicles under open–end operating leases | – | 6,147 | – | 5,429 |
| Vehicles under closed–end operating leases | – | 178 | – | 156 |
| **Vehicles held for rental/leasing** | 6,831 | 6,325 | 6,177 | 5,585 |
| Vehicles held for sale | 81 | 2 | 58 | 13 |
| | 6,912 | 6,327 | 6,235 | 5,598 |
| Less: Accumulated depreciation | (650) | (2,778) | (525) | (2,323) |
| **Total investment in vehicles, net** | 6,262 | 3,549 | 5,710 | 3,275 |
| Plus: Investment in Cendant Rental Car Funding (AESOP) LLC | 339 | – | 361 | – |
| Plus: Receivables under direct financing leases | – | 135 | – | 129 |
| Plus: Fuel card related receivables | – | 414 | – | 282 |
| Plus: Receivables from manufacturers | 543 | – | 386 | – |
| **Total vehicle–related, net** | $  7,144 | $  4,098 | $  6,457 | $  3,686 |

The components of vehicle depreciation, lease charges and interest, net are summarized below:

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2004 | | 2003 | | 2004 | | 2003 | |
| | Rental | Leasing | Rental | Leasing | Rental | Leasing | Rental | Leasing |
| Depreciation expense | $253 | $  297 | $258 | $  272 | $702 | $  869 | $702 | $  817 |
| Interest expense, net | 65 | 29 | 73 | 22 | 194 | 79 | 197 | 65 |
| Lease charges | 15 | – | 9 | – | 42 | – | 41 | – |
| (Gain) loss on sales of vehicles, net | 9 | (1) | 17 | – | (2) | (2) | 43 | – |
| Total | $342 | $  325 | $357 | $  294 | $936 | $  946 | $983 | $  882 |

14

Table of Contents

**8.   Accounts Payable and Other Current Liabilities**

Accounts payable and other current liabilities consisted of:

|  | As of September 30, 2004 | As of December 31, 2003 |
|---|---|---|
| Accounts payable | $    1,203 | $    1,142 |
| Accrued payroll and related | 643 | 672 |
| Acquisition and integration–related | 280 | 332 |
| Income taxes payable | 564 | 588 |
| Other | 1,739 | 1,934 |
|  | $    4,429 | $    4,668 |

**9.   Long–term Debt and Borrowing Arrangements**

Long–term debt consisted of:

| | Maturity Date | As of September 30, 2004 | As of December 31, 2003 |
|---|---|---|---|
| **Term notes:** | | | |
| 11% senior subordinated notes [a] | n/a | $       — | $     333 |
| 6 7/8% notes | August 2006 | 849 | 849 |
| 4.89% notes [b] | August 2006 | 100 | — |
| 6 1/4% notes | January 2008 | 797 | 797 |
| 6 1/4% notes | March 2010 | 349 | 348 |
| 7 3/8% notes | January 2013 | 1,191 | 1,190 |
| 7 1/8% notes | March 2015 | 250 | 250 |
| **Contingently convertible debt securities:** | | | |
| Zero coupon senior convertible contingent notes [c] | n/a | — | 430 |
| Zero coupon convertible debentures | n/a | — | 7 |
| 3 7/8% convertible senior debentures [d] | November 2004 (*) | 804 | 804 |
| **Other:** | | | |
| Net hedging gains [e] | | 28 | 31 |
| Other | | 97 | 100 |
| Total long–term debt, excluding Upper DECS | | 4,465 | 5,139 |
| Less: Current portion [f] | | 864 | 1,629 |
| **Long–term debt, excluding Upper DECS** | | 3,601 | 3,510 |
| Upper DECS [b] | | — | 863 |
| **Long–term debt, including Upper DECS** | | $    3,601 | $    4,373 |

(*)   Indicates earliest mandatory redemption date.

[a]   The Company redeemed these notes on May 3, 2004 for $345 million in cash, including accrued interest.

[b]   On May 10, 2004, the Company's outstanding 6.75% senior notes that formed a part of the Upper DECS were successfully remarketed. Accordingly, the interest rate was reset to 4.89%. The Company did not receive any proceeds from the remarketing. Rather, the proceeds generated from the remarketing were utilized to purchase a portfolio of U.S. Treasury securities, which was pledged to the Company as collateral for the forward purchase contracts that also formed a part of the Upper DECS and that required holders of the Upper DECS to purchase shares of Cendant common stock on August 17, 2004. In connection with such remarketing, the Company purchased and retired $763 million of the senior notes for $778 million in cash and recorded a loss of $18 million on the early extinguishment.

[c]   During first quarter 2004, the Company announced its intention to redeem these notes. As a result, holders had the right to convert their notes into shares of Cendant common stock. Virtually all holders elected to convert their notes. Accordingly, the Company issued approximately 22 million shares in exchange for approximately $430 million in notes (carrying value) during February 2004 (see Note 12—Stockholders' Equity).

[d]   The Company intends to redeem these securities in fourth quarter 2004 (see Note 16—Subsequent Events).

15

Table of Contents

(e)   As of September 30, 2004, the balance represents $162 million of realized gains resulting from the termination of interest rate hedges, which will be amortized by the Company as a reduction to future interest expense. Such gains were partially offset by $134 million of mark–to–market adjustments on current interest rate hedges. As of December 31, 2003, the balance represented $201 million of realized gains resulting from the termination of interest rate hedges, which were partially offset by $170 million of mark–to–market adjustments on other interest rate hedges.

(f)   The balance as of September 30, 2004 includes the $804 million 3 7/8% convertible senior debentures. The balance as of December 31, 2003 included the $333 million 11% senior subordinated notes, the $430 million zero coupon senior convertible contingent notes, the $7 million zero coupon convertible debentures and the $804 million 3 7/8% convertible senior debentures.

Aggregate maturities of debt based upon maturity or earliest mandatory redemption dates are as follows:

|  | As of September 30, 2004 |
| --- | --- |
| Within 1 year (a) | $       864 |
| Between 1 and 2 years | 967 |
| Between 2 and 3 years | 46 |
| Between 3 and 4 years | 800 |
| Between 4 and 5 years | 1 |
| Thereafter | 1,787 |
|  | $     4,465 |

(a)   Includes $804 million related to the 3 7/8% convertible senior debentures, which may be converted into shares of Cendant common stock rather than be redeemed in cash if holders make such election.

### 3 7/8% Convertible Senior Debentures Call Spread Options

The Company plans to redeem its 3 7/8% convertible senior debentures in November 2004. In connection with such redemption, holders may elect to convert their debentures into 41.58 shares of Cendant common stock (33.4 million shares in the aggregate). The Company estimates that, as of November 27, 2004 (the date on which the debentures become redeemable at the Company's option), holders would convert their debentures into shares of Cendant common stock if such stock were trading at or above a price of $24.50 per share. In order to offset a portion of the dilution that would occur if the holders of the debentures elect to convert their debentures in connection with the Company's anticipated redemption thereof in November 2004, the Company purchased call spread options on April 30, 2004 covering 16.3 million of the 33.4 million shares issuable upon conversion. The call spread options have a lower strike price of $24.50 and a higher strike price of $28.50. The call spread options will settle in November and December 2004 either by modified physical settlement, net cash settlement or net share settlement, at the Company's election. Modified physical settlement would result in the Company receiving a maximum of approximately 16.3 million shares, to the extent the Cendant common stock price is above $24.50, plus to the extent that the share price is in excess of $28.50, the Company would pay an amount equal to the difference between the market price and $28.50. Net cash settlement of the call spread options would result in the Company receiving an amount ranging from zero (if the price of Cendant common stock is at or below $24.50) to a maximum of $65.3 million (if the price of Cendant common stock is at or above $28.50). Net share settlement would result in the Company receiving up to approximately 2.3 million shares of Cendant common stock. The call spread options, costing $23 million, are accounted for as a capital transaction and included as a component of stockholders' equity.

At September 30, 2004, the credit facilities available to the Company at the corporate level included:

|  | Total Capacity | Borrowings Outstanding | Letters of Credit Issued and Outstanding | Available Capacity |
| --- | --- | --- | --- | --- |
| Maturing in December 2005 (a) | $     2,900 | $       – | $     1,226 | $     1,674 |
| Maturing in July 2009 (b) | 203 | – | 203 | – |

(a)   The Company has the ability to issue an additional $524 million of letters of credit under this facility.

(b)   Represents a separate letter of credit facility, which was entered into by the Company in third quarter 2004.

As of September 30, 2004, the Company also had $400 million of availability for public debt or equity issuances under a shelf registration statement.

At September 30, 2004, the Company was in compliance with all financial covenants of its material debt instruments and credit facilities.

16

Table of Contents

**10.  Debt Under Management and Mortgage Programs and Borrowing Arrangements**

Debt under management and mortgage programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLC) consisted of:

| | As of September 30, 2004 | As of December 31, 2003 |
|---|---|---|
| **Asset–Backed Debt:** | | |
| Vehicle rental program | | |
| Cendant Rental Car Funding (AESOP) LLC [a] | $    5,963 | $    5,644 |
| Other | 841 | 651 |
| Vehicle management program [b] | 3,391 | 3,118 |
| Mortgage program [c] | 1,305 | 1,651 |
| Timeshare program [d] | 1,391 | 1,109 |
| Relocation program | 400 | 400 |
| Vacation rental program [e] | 77 | – |
| | 13,368 | 12,573 |
| **Unsecured Debt:** | | |
| Term notes | 1,848 | 1,916 |
| Commercial paper | 125 | 164 |
| Other | 229 | 132 |
| | 2,202 | 2,212 |
| **Total debt under management and mortgage programs** | $  15,570 | $  14,785 |

[a]  The change in the balance at September 30, 2004 principally reflects the issuance of term notes at various interest rates to support the acquisition of vehicles used in the Company's vehicle rental business.

[b]  The change in the balance at September 30, 2004 principally reflects debt assumed in connection with the Company's acquisition of First Fleet (see Note 3—Acquisitions).

[c]  The change in the balance at September 30, 2004 primarily reflects the January 2004 repayment of $350 million of medium–term notes.

[d]  The change in the balance at September 30, 2004 primarily reflects borrowings under an asset–linked facility to support the creation of consumer notes receivable and the acquisition of timeshare properties related to the Company's timeshare development business, which replaced a $275 million term loan with $219 million outstanding as of December 31, 2003. Borrowings under the Company's asset–linked facility represent bank debt with a three–year term bearing interest at a rate of LIBOR plus 62.5 basis points, based on the Company's current credit ratings.

[e]  This amount represents debt under management and mortgage programs assumed in connection with the acquisition of Landal (see Note 3—Acquisitions).

The following table provides the contractual maturities for debt under management and mortgage programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLC) at September 30, 2004 (except for notes issued under the Company's vehicle management and certain of the Company's timeshare programs, where the underlying indentures require payments based on cash inflows relating to the corresponding assets under management and mortgage programs and for which estimates of repayments have been used):

| | Asset–Backed | Unsecured | Total |
|---|---|---|---|
| Within 1 year | $   2,979 | $    574 | $   3,553 |
| Between 1 and 2 years | 4,460 | 6 | 4,466 |
| Between 2 and 3 years | 2,347 | 184 | 2,531 |
| Between 3 and 4 years | 1,709 | 432 | 2,141 |
| Between 4 and 5 years | 1,384 | 183 | 1,567 |
| Thereafter | 489 | 823 | 1,312 |
| | $  13,368 | $  2,202 | $  15,570 |

17

Table of Contents

As of September 30, 2004, available funding under the Company's asset–backed debt programs and committed credit facilities (including related party debt due to Cendant Rental Car Funding (AESOP) LLC) related to the Company's management and mortgage programs consisted of:

| | Total Capacity | Outstanding Borrowings | Available Capacity |
|---|---|---|---|
| *Asset–Backed Funding Arrangements* [a] | | | |
| Vehicle rental program | | | |
| Cendant Rental Car Funding (AESOP) LLC [b] | $ 7,348 | $ 5,963 | $ 1,385 |
| Other [c] | 1,139 | 841 | 298 |
| Vehicle management program [d] | 3,826 | 3,391 | 435 |
| Mortgage program [e] | 3,116 | 1,305 | 1,811 |
| Timeshare program [f] | 2,253 | 1,391 | 862 |
| Relocation program [g] | 600 | 400 | 200 |
| Vacation rental program | 77 | 77 | – |
| | 18,359 | 13,368 | 4,991 |
| *Committed Credit Facilities* [h] | | | |
| Maturing in June 2007 | 1,250 | – | 1,250 |
| | $ 19,609 | $ 13,368 | $ 6,241 |

[a] Capacity is subject to maintaining sufficient assets to collateralize debt.

[b] The outstanding debt is collateralized by approximately $6.0 billion of underlying vehicles and related assets.

[c] The outstanding debt is collateralized by approximately $1.1 billion of underlying vehicles and related assets.

[d] The outstanding debt is collateralized by approximately $3.9 billion of leased vehicles and related assets.

[e] The outstanding debt is collateralized by approximately $1.4 billion of underlying mortgage loans and related assets.

[f] The outstanding debt is collateralized by approximately $2.5 billion of timeshare–related assets. Borrowings under the Company's asset–linked facility ($425 million) are also recourse to Cendant.

[g] The outstanding debt is collateralized by $561 million of underlying relocation receivables and related assets.

[h] These committed credit facilities were entered into by and are for the exclusive use of PHH Corporation ("PHH"), a subsidiary of the Company.

As of September 30, 2004, the Company also had $874 million of availability for public debt issuances under a shelf registration statement at its PHH subsidiary.

At September 30, 2004, the Company was in compliance with all financial covenants of its material debt instruments and credit facilities related to management and mortgage programs.

**11.   Commitments and Contingencies**

The June 1999 disposition of the Company's fleet businesses was structured as a tax–free reorganization and, accordingly, no tax provision was recorded on a majority of the gain. However, pursuant to an interpretive ruling, the Internal Revenue Service ("IRS") has subsequently taken the position that similarly structured transactions do not qualify as tax–free reorganizations under the Internal Revenue Code Section 368(a)(1)(A). If upon final determination, the transaction is not considered a tax–free reorganization, the Company may have to record a tax charge of up to $270 million, depending upon certain factors. Any cash payments that would be made in connection with this charge are not expected to be significant, as the Company would use its net operating losses as an offset to the charge. Notwithstanding the IRS interpretive ruling and the inherent difficulties in predicting a final outcome, the Company believes that based upon the facts and analysis of the tax law, it is more likely than not that its position would be sustained upon litigation of the matter.

The Company is involved in litigation asserting claims associated with accounting irregularities discovered in 1998 at former CUC business units outside of the principal common stockholder class action litigation. While the Company has an accrued liability of approximately $70 million recorded on its Consolidated Condensed Balance Sheet as of September 30, 2004 for these claims based upon its best estimates, it does not believe that it is feasible to predict or determine the final outcome or resolution of these unresolved proceedings. An adverse outcome from such unresolved proceedings could be material with respect to earnings in any given reporting period. However, the Company does not believe that the impact of such unresolved proceedings should result in a material liability to the Company in relation to its consolidated financial position or liquidity.

Exhibit B
Page 61

In addition to the matters discussed above, the Company is also involved in claims, legal proceedings and governmental inquiries related to contract disputes, securities, business practices, environmental issues and other commercial, employment and tax matters. Based on currently available information, the Company does not believe such matters will have a material adverse effect on its results of operations, financial position or cash flows. However, litigation is inherently unpredictable and, although the Company believes that it has valid defenses in these matters, unfavorable resolutions could occur, which could have a material adverse effect on the Company's results of operations or cash flows in a particular reporting period.

## 12. Stockholders' Equity

### Dividend Payments
The Company paid quarterly cash dividends of $0.07 on both March 16, 2004 and June 15, 2004 and of $0.09 on September 14, 2004 ($237 million in the aggregate during the nine months ended September 30, 2004).

### Share Repurchases
During the nine months ended September 30, 2004, the Company used $669 million of available cash and $484 million of proceeds primarily received in connection with option exercises to repurchase $1,153 million (approximately 50 million shares) of Cendant common stock under its common stock repurchase program. During the nine months ended September 30, 2003, the Company used $463 million of available cash and $247 million of proceeds primarily received in connection with option exercises to repurchase $710 million (approximately 46 million shares) of Cendant common stock under its common stock repurchase program.

### Share Issuances
As previously discussed in Note 9—Long–term Debt and Borrowing Arrangements, during first quarter 2004, the Company announced its intention to redeem its $430 million outstanding zero coupon senior convertible contingent notes for cash. As a result, holders had the right to convert their notes into shares of Cendant common stock. Virtually all holders elected to convert their notes. Accordingly, the Company issued approximately 22 million shares in exchange for approximately $430 million in notes (carrying value) during February 2004. The Company used the cash that otherwise would have been used to redeem these notes to repurchase shares in the open market.

On August 17, 2004, the forward purchase contracts that formed a portion of the Company's Upper DECS securities settled pursuant to the terms of such contracts. Accordingly, the Company issued approximately 38 million shares in exchange for $863 million in cash and recorded an increase of $863 million to stockholders' equity.

### Comprehensive Income

The components of comprehensive income are summarized as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2004 | 2003 | 2004 | 2003 |
| Net income | $ 593 | $ 193 | $ 1,725 | $ 884 |
| Other comprehensive income: | | | | |
| Currency translation adjustments | 35 | 10 | 15 | 78 |
| Unrealized gains (losses), net of tax: | | | | |
| Cash flow hedges | (17) | 17 | 16 | 27 |
| Available–for–sale securities | (5) | 43 | (11) | 39 |
| Reclassification of realized holding gains, net of tax | (3) | – | (28) | – |
| Total comprehensive income | $ 603 | $ 263 | $ 1,717 | $ 1,028 |

19

The after–tax components of accumulated other comprehensive income are as follows:

|  | Currency Translation Adjustments | Unrealized Gains (Losses) on Cash Flow Hedges | Unrealized Gains (Losses) on Available–for–Sale Securities | Minimum Pension Liability Adjustment | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|---|---|
| Balance, January 1, 2004 | $ 224 | $ (3) | $ 46 | $ (58) | $ 209 |
| Current period change | 15 | 16 | (39) | – | (8) |
| Balance, September 30, 2004 | $ 239 | $ 13 | $ 7 | $ (58) | $ 201 |

All components of accumulated other comprehensive income are net of tax except for currency translation adjustments, which exclude income taxes related to indefinite investments in foreign subsidiaries.

### 13. Stock–Based Compensation

On January 1, 2003, the Company began applying the fair value method of accounting provisions of SFAS No. 123, "Accounting for Stock–Based Compensation." Accordingly, the Company recorded pre–tax stock–based compensation expense of $16 million and $30 million during the three and nine months ended September 30, 2004, respectively, and $6 million and $11 million during the three and nine months ended September 30, 2003, respectively. Such compensation expense relates principally to restricted stock units granted to employees. As of September 30, 2004, approximately 17 million restricted stock units, with a weighted average grant price of $20.82, were outstanding. The related deferred compensation balance, which is recorded as a reduction to additional paid–in–capital on the Consolidated Condensed Balance Sheets, approximated $321 million and $73 million at September 30, 2004 and December 31, 2003, respectively. This deferred compensation balance will be amortized to expense over the remaining vesting period of the restricted stock units. However, the deferred compensation balance that was recorded during 2004 relates entirely to restricted stock units that have vesting provisions that are linked to the Company's financial performance. To the extent that the required performance metrics are not achieved, the underlying restricted stock units will not vest and the deferred compensation balance and related expense would be reversed. The following table illustrates the effect on net income and earnings per share as if the fair value based method had been applied by the Company to all employee stock awards granted (including those granted prior to January 1, 2003 for which the Company has not recorded compensation expense):

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2004 | 2003 | 2004 | 2003 |
| Reported net income | $ 593 | $ 193 | $ 1,725 | $ 884 |
| Add back: Stock–based employee compensation expense included in reported net income, net of tax | 10 | 4 | 19 | 7 |
| Less: Total stock–based employee compensation expense determined under the fair value based method for all awards, net of tax [a] | (10) | (14) | (21) | (37) |
| Pro forma net income | $ 593 | $ 183 | $ 1,723 | $ 854 |
| *Net income per share:* | | | | |
| Reported | | | | |
| Basic | $ 0.57 | $ 0.19 | $ 1.69 | $ 0.87 |
| Diluted | 0.56 | 0.19 | 1.63 | 0.85 |
| Pro Forma | | | | |
| Basic | $ 0.57 | $ 0.18 | $ 1.68 | $ 0.84 |
| Diluted | 0.56 | 0.18 | 1.63 | 0.82 |

[a] Pro forma compensation expense reflected for grants awarded prior to January 1, 2003 is not indicative of future compensation expense that would be recorded by the Company, as future expense will vary based upon factors such as the type of award granted by the Company and the then–current fair market value of such award.

### 14. TRL Group, Inc. (formerly Trilegiant Corporation)

On January 30, 2004, Trilegiant Corporation changed its legal name to TRL Group, Inc. ("TRL Group").

Prior to January 30, 2004, TRL Group operated membership−based clubs and programs and other incentive−based loyalty programs through an outsourcing arrangement with Cendant whereby Cendant licensed TRL Group the right to market

20

Table of Contents

products to new members utilizing certain assets of Cendant's individual membership business. Accordingly, Cendant collected membership fees from, and was obligated to provide services to, members of its individual membership business that existed as of July 2, 2001, including their renewals, and TRL Group provided fulfillment services for these members in exchange for a servicing fee paid by Cendant. Furthermore, TRL Group collected the membership fees from, and was obligated to provide membership benefits to, any members who joined the membership–based clubs and programs and all other incentive programs subsequent to July 2, 2001 and recognized the related revenue and expenses. Accordingly, similar to Cendant's franchise businesses, Cendant received a royalty from TRL Group on all revenue generated by TRL Group's new members. The assets licensed to TRL Group included various tradenames, trademarks, logos, service marks and other intellectual property relating to its membership business.

During 2003, Cendant performed a strategic review of the TRL Group membership business, Cendant's existing membership business and Cendant's loyalty/insurance marketing business, which provides enhancement packages for financial institutions and marketing for accidental death and dismemberment insurance and certain other insurance products. Upon completion of such review, Cendant concluded that it could achieve certain revenue and expense synergies by combining its loyalty/insurance marketing business with the new–member marketing performed by TRL Group. Additionally, as a result of the adoption of FIN 46, the Company began consolidating the results of TRL Group since July 1, 2003 even though it did not have managerial control of the entity. Therefore, in an effort to achieve the revenue and expense synergies identified in Cendant's strategic review and to obtain managerial control over an entity whose results were being consolidated, Cendant and TRL Group agreed to amend their contractual relationship by terminating the contractual rights, intellectual property license and third party administrator arrangements that Cendant had previously entered into with TRL Group in 2001.

In connection with this new relationship, Cendant (i) terminated leases of Cendant assets by TRL Group, (ii) terminated the original third party administration agreement, (iii) entered into a new third party administration agreement whereby Cendant will perform fulfillment services for TRL Group, (iv) leased certain TRL Group fixed assets from TRL Group, (v) offered employment to substantially all of TRL Group's employees and (vi) entered into other incidental agreements. These contracts were negotiated on an arm's–length basis and have terms that Cendant's management believes are reasonable from an economic standpoint and consistent with what management would expect from similar arrangements with non–affiliated parties. None of these agreements had an impact on the Company's Consolidated Condensed Financial Statements as the Company continues to consolidate TRL Group subsequent to this transaction. In connection with the TRL Group transaction, the parties agreed to liquidate and dissolve TRL Group in an orderly fashion when and if the number of TRL Group members decreases below 1.3 million, provided that such dissolution may not occur prior to January 2007. Cendant paid $13 million in cash on January 30, 2004 for the contract termination, regained exclusive access to the various tradenames, trademarks, logos, service marks and other intellectual property that it had previously licensed to TRL Group for its use in marketing to new members and now has managerial control of TRL Group through its majority representation on the TRL Group board of directors. TRL Group will continue to service and collect membership fees from its members to whom it marketed through January 29, 2004, including their renewals. Cendant will provide fulfillment services (including collecting cash, paying commissions, processing refunds, providing membership services and benefits and maintaining specified service level standards) for TRL Group's members in exchange for a servicing fee. TRL Group will no longer have the ability to market to new members; rather, Cendant now markets to new members under the Trilegiant tradename. Immediately following consummation of this transaction, Cendant owned approximately 43% of TRL Group on a fully diluted basis and as of September 30, 2004, Cendant's equity ownership interest in TRL Group approximated 45% on a fully diluted basis.

On January 30, 2004, TRL Group had net deferred tax assets of approximately $121 million, which were mainly comprised of net operating loss carryforwards expiring in years 2021, 2022 and 2023. These deferred tax assets were fully reserved for by TRL Group through a valuation allowance, as TRL Group had not been able to demonstrate future profitability due to the large marketing expenditures it incurred (new member marketing has historically been TRL Group's single largest expenditure). However, given the fact that TRL Group will no longer incur marketing expenses (as they no longer have the ability to market to new members as a result of this transaction), TRL Group now believes that it is more likely than not that it will generate sufficient taxable income (as it will continue to recognize revenue from TRL Group's existing membership base in the form of renewals and the lapsing of the refund privilege period) to utilize its net operating loss carryforwards within the statutory periods. Accordingly, TRL Group reversed the entire valuation allowance of $121 million in January 2004, which resulted in a reduction to the Company's consolidated tax provision during the nine months ended September 30, 2004 of $121 million, with a corresponding increase in consolidated net income. The $13 million cash payment the Company made to TRL Group was also recorded by the Company as a component of its provision for income taxes line item on the Consolidated Condensed Statement of Income for the nine months ended September 30, 2004 and partially offsets the $121 million reversal of TRL Group's valuation allowance.

Table of Contents

During the three and nine months ended September 30, 2004 (periods during which TRL Group is consolidated), TRL Group contributed revenues of $135 million and $377 million, respectively, and expenses of $60 million and $231 million, respectively (on a stand–alone basis before eliminations of intercompany entries in consolidation). Reflected within such amounts is $34 million of revenue recorded during third quarter 2004 relating to the early termination of a contractual relationship with a third party marketing partner, originally expected to extend beyond 2005. TRL Group had provided services for this marketing partner in 2002 in exchange for royalties related to the success of the marketing program. TRL Group and the marketing partner disputed certain aspects of the marketing agreement and a settlement was reached in September 2004 that provided for early termination of the agreement.

For the period July 1, 2003 through September 30, 2003 (post consolidation), TRL Group contributed revenues and expenses of $109 million and $111 million, respectively (on a stand–alone basis before eliminations of intercompany entries in consolidation). The consolidation of TRL Group resulted in a non–cash charge of $293 million ($0.28 per diluted share) recorded on July 1, 2003 as a cumulative effect of accounting change. The nine–month results for 2003 further reflect revenues and expenses recorded by the Company in connection with the outsourcing arrangement for the period January 1, 2003 through June 30, 2003 (prior to the consolidation of TRL Group). The Company recorded revenues of $33 million (representing royalties, licensing and leasing fees and travel agency fees) and net expenses of $76 million (relating to fulfillment services and the amortization of the marketing advance made in 2001) for such period.

Cendant's maximum exposure to loss as of September 30, 2004 as a result of its involvement with TRL Group was substantially limited to the advances and loans made to TRL Group, as well as any receivables due from TRL Group (collectively aggregating $57 million as of September 30, 2004), as such amounts may not be recoverable if TRL Group were to cease operations. The creditors of TRL Group have no recourse to Cendant's credit and the assets of TRL Group are not available to pay Cendant's obligations. Cendant is not obligated or contingently liable for any debt incurred by TRL Group.

**15.  Segment Information**

Management evaluates the operating results of each of its reportable segments based upon revenue and "EBITDA," which is defined as income from continuing operations before non–program related depreciation and amortization, non–program related interest, amortization of pendings and listings, income taxes and minority interest. The Company's presentation of EBITDA may not be comparable to similarly–titled measures used by other companies. Presented below are the revenue and EBITDA for each of the Company's reportable segments and the reconciliation of EBITDA to income before income taxes and minority interest.

| | Three Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2004 | | 2003 | |
| | Revenues | EBITDA | Revenues | EBITDA |
| Real Estate Franchise and Operations | $  1,774 | $  358 | $  1,593 | $  325 |
| Mortgage Services | 283 | 55 | 411 | 111 |
| Hospitality Services | 789 | 211 | 696 | 189 |
| Travel Distribution Services | 437 | 123 | 424 | 119 |
| Vehicle Services | 1,693 | 221 | 1,610 | 187 |
| Marketing Services | 389 | 111 | 358 | 67 |
| Total Reportable Segments | 5,365 | 1,079 | 5,092 | 998 |
| Corporate and Other (*) | (2) | (15) | (7) | (43) |
| Total Company | $  5,363 | $  1,064 | $  5,085 | $  955 |
| **Reconciliation:** | | | | |
| EBITDA | | $  1,064 | | $  955 |
| Less: Non–program related depreciation and amortization | | 136 | | 126 |
| Non–program related interest expense, net | | 33 | | 74 |
| Early extinguishment of debt | | – | | 4 |
| Amortization of pendings and listings | | 5 | | 5 |
| Income before income taxes and minority interest | | $  890 | | $  746 |

22

Table of Contents

| | Nine Months Ended September 30, | | | |
| | 2004 | | 2003 | |
| | Revenues | EBITDA | Revenues | EBITDA |
|---|---|---|---|---|
| Real Estate Franchise and Operations | $ 4,742 | $ 842 | $ 3,966 | $ 699 |
| Mortgage Services | 865 | 157 | 1,174 | 316 |
| Hospitality Services | 2,171 | 558 | 1,910 | 483 |
| Travel Distribution Services | 1,337 | 364 | 1,266 | 351 |
| Vehicle Services | 4,637 | 497 | 4,467 | 369 |
| Marketing Services | 1,098 | 257 | 863 | 219 |
| Total Reportable Segments | 14,850 | 2,675 | 13,646 | 2,437 |
| Corporate and Other (*) | 31 | (26) | 25 | (40) |
| Total Company | $ 14,881 | $ 2,649 | $ 13,671 | $ 2,397 |
| **Reconciliation:** | | | | |
| EBITDA | | $ 2,649 | | $ 2,397 |
| Less: Non–program related depreciation and amortization | | 395 | | 378 |
| Non–program related interest expense, net | | 184 | | 235 |
| Early extinguishment of debt | | 18 | | 58 |
| Amortization of pendings and listings | | 13 | | 12 |
| Income before income taxes and minority interest | | $ 2,039 | | $ 1,714 |

(*) Includes the results of operations of certain non–strategic businesses, unallocated corporate overhead and the elimination of transactions between segments. Additionally, revenue and EBITDA for the nine months ended September 30, 2004 include a $40 million gain on the sale of Homestore, Inc. common stock. As of September 30, 2004, the Company owned approximately 7.3 million shares of Homestore, Inc. common stock, which approximated a 5.0% ownership interest. EBITDA for the three and nine months ended September 30, 2004 further reflects a $12 million credit relating to the termination of a lease (see Note 3—Acquisitions). Revenue and EBITDA for the nine months ended September 30, 2003 include a $30 million gain on the sale of Entertainment Publications, Inc. common stock.

## 16. Subsequent Events

### Potential Spin–off of Mortgage and Fleet Leasing Operations

On October 12, 2004, the Company announced its intention to distribute its mortgage and fleet leasing operations to its shareholders. The transaction is anticipated to be structured as a tax–free distribution of the common stock of PHH Corporation; however, the relocation and fuel card businesses will remain a part of the Company. The Company anticipates that it will enter into a joint venture with the mortgage business designed to preserve the cross–selling opportunities with its residential real estate, relocation and settlement services businesses.

As a result of the contemplated transaction, the Company will be required to evaluate the carrying value of its net assets for impairment. Depending on a variety of factors, including the market value established for PHH Corporation when it begins trading as a separate public entity, the Company may be required to adjust the book value of certain long–lived assets, including goodwill. Any adjustments to these values would be recorded as non–cash adjustments.

The dividend distribution to the Company's shareholders of the common stock of PHH Corporation, and the establishment of the record date related thereto, remain subject to the formal declaration of such dividend by the Company's board of directors. The transaction is expected to be consummated in the first quarter of 2005, although there can be no assurance that the transaction will be completed.

### Declaration of Dividend

On October 19, 2004, the Company's Board of Directors declared a quarterly cash dividend of $0.09 per common share payable December 14, 2004 to stockholders of record on November 22, 2004.

### Notice to Redeem 3 7/8% Convertible Senior Debentures

On October 27, 2004, the Company announced its intention to redeem its outstanding 3 7/8% convertible senior debentures on November 27, 2004 for cash. Pursuant to the terms of the underlying indenture, holders have the right to convert their debentures into 41.58 shares of Cendant common stock (33.4 million shares in the aggregate) in lieu of receiving cash on or prior to November 24, 2004.

****