# Exhibit D



**NetworkSolutions.**

# WHOIS Search Results

## GET A FREE DOMAIN
for the life of any annual Web Hosting Package   » LEARN MORE

### WHOIS Record For

**avis.com**



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**                 Make this info private
Avis Rent A Car Systems, Inc.
6 Sylvan Way
Parsippany, NJ 07054
US

**Domain Name:** AVIS.COM

**Administrative Contact :**
Cendant DNS Administrator
dns.administrator@cendant.com
6901 S. HAVANA STREET
CENTENNIAL, CO 80112-3805
US
Phone: 720-535-2222
Fax: 720-535-2199

**Technical Contact :**
CENDANT DNS TECHNICAL SUPPORT
dns.techreq@CENDANT.COM
Cendant Corporation
900 Old Country Rd.
Garden City, NY 11530

**View Order**

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA**

avis   ☑   .bz

Continue »

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.cc

Search by:
◉ **Domain Name**
○ **NIC Handle**
○ **IP Address**

**RELATED CATEGORIE**

**Avis Auto**
**Avis Hertz**
**Avis Montreal**
**Avis.com**
**Avis Rent a Car**

**Hertz Rentals**
**Thrifty**
**Avis Greece**
**Alamo**
**Avis Cars**

Exhibit D
Page 90

US
Phone: 516-222-4454
Fax: 516-222-4032

**Record expires on** 21-Jan-2006
**Record created on** 20-Jan-1995
**Database last updated on** 30-Nov-2004

**Domain servers in listed order:**Manage DNS

NS1.DTC.CENDANT.COM         198.151.35.5
NS2.DTC.CENDANT.COM         198.151.36.1
DNSAUTH1.SYS.GTEI.NET       4.2.49.2
DNSAUTH2.SYS.GTEI.NET       4.2.49.3

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 170.225.0.212  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NORTH CAROLINA-DURHAM |
| **Record Type:** | Domain Name |
| **Server Type:** | Netscape 6 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ** | 1 listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 1 |
| **Data as of:** | 22-Jul-2005 |



**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

POPULAR CATEGORII

**Travel**
**Car Rental**
**Hotels**
**Airline**

**Financial Planning**
**Debt**
**Credit Cards**
**Loans**

**Business and Finance**
**Affiliate Program**
**Student Loans**
**Stocks**

Exhibit D
Page 91



**Secure Your Site with an SSL Certificate**

© Copyright 2005 Network Solutions. All rights reserved.

Exhibit D
Page 92

**NetworkSolutions.**



# WHOIS Search Results

**WANT A DOMAIN NAME THAT'S ALREADY REGISTERED?**
Use our Backorder service
to get that name as soon as it expires.          **» TRY IT NOW**

**View Order**

**BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA**

| budget | ✓ | .bz |
| budget | ✓ | .vg |
| budget | ✓ | .gs |
| budget | ✓ | .tc |
| budget | ✓ | .ms |

**Continue »**

## WHOIS Record For

**budget.com**

Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**          Make this info private
Budget Rent A Car System, Inc.
6 Sylvan Way
Parsippany, NJ 07054
US

**Domain Name:** BUDGET.COM

**Administrative Contact :**
Cendant DNS Administrator
dns.administrator@cendant.com
6901 S. HAVANA STREET
CENTENNIAL, CO 80112-3805
US
Phone: 720-535-2222
Fax: 720-535-2199

**Technical Contact :**
AT&T Enhanced Network Services,
hostmaster@ATTENS.COM
P.O. Box 919014
San Diego, CA 92191
US
Phone: 858-812-5000

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.co

Search by:
◉ **Domain Name**
○ NIC Handle
○ IP Address

Fax: 858-812-3990

**Record expires on** 13-Oct-2005
**Record created on** 21-Mar-1995
**Database last updated on** 08-Jul-2004

**Domain servers in listed order:**Manage DNS

NS1.DTC.CENDANT.COM        198.151.35.5
NS2.DTC.CENDANT.COM        198.151.36.1
DNSAUTH1.SYS.GTEI.NET      4.2.49.2
DNSAUTH2.SYS.GTEI.NET      4.2.49.3

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 170.225.0.197  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NORTH CAROLINA-DURHAM |
| **Record Type:** | Domain Name |
| **Server Type:** | Other 6 |
| **Lock Status:** | REGISTRAR-LOCK |
| **DMOZ** | 1 listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 1 |
| **Data as of:** | 03-Aug-2005 |




**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.




**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.



Secure Your Site with an SSL Certificate

© Copyright 2005 Network Solutions. All rights reserved.



**NetworkSolutions.**

# WHOIS Search Results

## GET A FREE DOMAIN
for the life of any annual Web Hosting Package    » LEARN MORE

### WHOIS Record For

**trilegiantaffiliates.com**



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**                                Make this info private
Trilegiant Corporation
100 Connecticut Avenue
Norwalk, CT 06850
US

**Domain Name:** TRILEGIANTAFFILIATES.COM

**Administrative Contact :**
Cendant DNS Administrator
dns.administrator@cendant.com
6901 S. HAVANA STREET
CENTENNIAL, CO 80112-3805
US
Phone: 720-535-2222
Fax: 720-535-2199

**Technical Contact :**
Trilegiant Corporation
dns.administrator@cendant.com
100 Connecticut Avenue
Norwalk, CT 06850
US

---

View Order

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA...

| trilegiantaf... | ☑ | .t |
| trilegiantaf... | ☑ | .u |
| trilegiantaf... | ☑ | .c |
| trilegiantaf... | ☑ | .v |
| trilegiantaf... | ☑ | .b |
| trilegiantaf... | ☑ | .v |
| trilegiantaf... | ☑ | .g |
| trilegiantaf... | ☑ | .t |
| trilegiantaf... | ☑ | .n |

Continue »

SEARCH AGAIN

Enter a search term:

_____
e.g. networksolutions.co

Search by:
◉ Domain Name
◯ NIC Handle
◯ IP Address

Exhibit D
Page 96

Phone: 720-535-2222
Fax: 720-535-2196

**Record expires on** 19-Jan-2007
**Record created on** 19-Jan-2005
**Database last updated on** 19-Jan-2005

**Domain servers in listed order:**Manage DNS

NS1.PHPWEBHOSTING.COM   64.65.1.112
NS2.PHPWEBHOSTING.COM   67.19.146.50

 Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 67.18.78.130  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-INDIANA-INDIANAPOLIS |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Trilegiant Affiliate Program |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 03-Aug-2005 |




**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.




**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.



Secure Your Site with an SSL Certificate

© Copyright 2005 Network Solutions. All rights reserved.



# NetworkSolutions.

## WHOIS Search Results

**WANT A DOMAIN NAME THAT'S ALREADY REGISTERED?**
Use our Backorder service
to get that name as soon as it expires.    » TRY IT NOW

### WHOIS Record For

**avgautostore.com**



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**                      Make this info private
Trilegiant Corporation
100 Connecticut Avenue
Norwalk, CT 06850
US

**Domain Name:** AVGAUTOSTORE.COM

**Administrative Contact :**
Cendant DNS Administrator
dns.administrator@cendant.com
6901 S. HAVANA STREET
CENTENNIAL, CO 80112-3805
US
Phone: 720-535-2222
Fax: 720-535-2199

**Technical Contact :**
Trilegiant Corporation
hostmaster@TRILEGIANT.COM
40 Oakview Drive
Trumbull, CT 06611
US

**View Order**

**BUY THE AVAILABLE EXTENSIONS
FOR THIS DOMAIN NA**

avgautostore    ☑ .n
avgautostore    ☑ .o
avgautostore    ☑ .ir
avgautostore    ☑ .b
avgautostore    ☑ .tv
avgautostore    ☑ .u
avgautostore    ☑ .c
avgautostore    ☑ .w
avgautostore    ☑ .b
avgautostore    ☑ .v
avgautostore    ☑ .g
avgautostore    ☑ .tc
avgautostore    ☑ .m

**Continue »**

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.c

**Search by:**
◉ Domain Name
○ NIC Handle

Phone: 203-416-2000
Fax: 203-416-7023

**Record expires on** 07-May-2006
**Record created on** 13-Jul-2000
**Database last updated on** 07-Jul-2004

**Domain servers in listed order:** Manage DNS

NS.TRILEGIANT.COM          204.155.122.66
NS2.TRILEGIANT.COM         204.155.124.66
NS3.TRILEGIANT.COM         204.155.124.67

 Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 198.245.183.154  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NEW YORK-NEW YORK |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 5 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | The Auto Store |
| **Secure:** | Yes |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 03-Aug-2005 |

 IP Address

**RELATED CATEGORIE**

**Advance Auto Parts**
**Auto Zone com**
**WWW Autozone com**
**Auto Part**
**Auto Care**

**Napa**
**BMW Automotive Part**
**Auto Insurance**
**Napa Bed and Breakfa**
**Auto Insurers**

**POPULAR CATEGORIE**

**Travel**
**Car Rental**
**Hotels**
**Airline**

**Financial Planning**
**Debt**
**Credit Cards**
**Loans**

**Business and Finance**
**Affiliate Program**
**Student Loans**
**Stocks**





**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.





**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.



© Copyright 2005 Network Solutions. All rights reserved.



# NetworkSolutions.

# WHOIS Search Results

Thousands of domains expire every day.

**View Order**

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.co

**Search by:**
◉ **Domain Name**
○ **NIC Handle**
○ **IP Address**



## WHOIS Record For

**orbitz.com**



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**                    Make this info private
Orbitz LLC
200 South Wacker Drive, 19th Floor
Chicago, IL 60606
US

**Domain Name:** ORBITZ.COM

**Administrative Contact :**
ORBITZ,
ssladmin@orbitz.com
ORBITZ
200 S Wacker, Suite 1900
Chicago, IL 60606
US
Phone: 312 894 5000
Fax: 999 999 9999

**Technical Contact :**
ORBITZ,
hostmaster@ORBITZ.COM
ORBITZ
200 S Wacker, Suite 1900

Chicago, IL 60606
US
Phone: 999 999 9999
Fax: 999 999 9999

**Record expires on** 13-Jan-2006
**Record created on** 18-Nov-1999
**Database last updated on** 08-Jul-2004

**Domain servers in listed order:** Manage DNS

| | |
|---|---|
| NS1.ORBITZ.COM | 65.216.67.53 |
| DNS02.EXODUS.NET | 209.1.222.245 |
| NS2.ORBITZ.COM | 216.64.203.90 |
| DNS01.EXODUS.NET | 209.1.222.244 |

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 198.151.61.100  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-COLORADO-ENGLEWOOD |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ** | 2 listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Orbitz: Airline Tickets, Hotels, Car Rentals, Travel Deals |
| **Meta Description:** | The most low fares for airline tickets, hotels reservations, car rentals, travel deals, cruises and vacation packages. |
| **Meta Keywords:** | Orbitz, airline tickets, hotels, car rentals, travel deals, vacation packages, low fares, airfare, hotel reservations, travel, cruises |
| **Secure:** | No |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 1 |
| **Data as of:** | 03-Aug-2005 |




**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.



Secure Your Site with an SSL Certificate

© Copyright 2005 Network Solutions. All rights reserved.