# Exhibit E

**Help:** Make a Reservation | View/Modify/Cancel | Rapid Rental | TTY/TDD | Global P

## reservations
### Time & Place

### Rental Date & Time                                    Help?

**Pickup Date:**                **Return Date:**
September    1                  September    2

**Pickup Time:**                **Return Time:**
9    00    ◉ AM  ○ PM           9    00    ◉ AM  ○ PM

### Rental Location Information                           Help?

                    City/Town:

Airport/
Location            State/Province:
Code:      -OR-     Please Select One

                    Country:
(if known)          U S A

            ○ Only Airport Locations   ◉ All Locations

☐ I plan to return the car to a different location

### Additional Information (optional)                     Help?

**Wizard Number:**              **Last Name:**

                -AND-

**Arriving Airline:**           **Flight Number:**
None

[Continue →]   [Cancel]

---

Log In | Help | Find an Avis Location    Search avis.com: [          ] →    Advanced Search

Home | Rates & Reservations | Deals | Renter's Guide | Programs | Partners | About Avis | My Avis | Customer Servic

**Check here for our most current Privacy policy.** | Terms of Use

© 2005 Avis Rent A Car System, Inc.




