# Exhibit F

Case 1:06-cv-00041-JJF  Document 38-9  Filed 01/23/2006  Page 1 of 3

Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | Search | Contact Us

 **about**CENDANT

About Cendant > Travel Distribution Services > Consumer Trav

- Main - About Cendant
- At-A-Glance
- Real Estate Services
- Hospitality Services
- **Travel Distribution Services**
- Vehicle Services
- Marketing Services
- Cendant in the Community

**Travel Distribution Services**
# Consumer Travel Americas

Cendant has a number of compelling consumer offerings that provide the leisure traveler with broad offerings, great value - both online and offline - as well as solid customer service. Initiatives have been undertaken to effectively leverage Orbitz.com, CheapTickets.com and Lodging.com under the Travel Distribution umbrella including the migration of the CheapTickets and Lodging sites onto the Orbitz platform and the ongoing utilization of Cendant's legacy strengths such as technology, customer service and supplier relations. CheapTickets.com and Lodging.com have shown significant growth since becoming part of Cendant, and both have considerable potential for continued future growth. We expect the same of Orbitz.

**Cheap Tickets** is a leading seller of discounted leisure travel products both online through its Web site, CheapTickets.com. Cheap Tickets provides consumers access to published and unpublished airfares, cruises, rental cars, hotel accommodations, condo rentals, vacation packages and Last Minute Trips. A new Cheap Tickets site was launched in May 2004.

**Orbitz** is a leading online travel company that enables travelers to search for and purchase a broad array of travel products, including airline tickets, lodging, rental cars, cruises and vacation packages. On Orbitz.com, consumers can search more than 455 airlines, as well as rates at tens of thousands of lodging properties worldwide and at 22 car rental companies.

**Cendant Travel**, a travel agency operation with six contact centers, provides reservation sales, customer service and order fulfillment to travel membership groups on behalf of Trilegiant and RCI, Lodging.com and Cheap Tickets. Cendant Travel also offers internal travel support for all Cendant businesses. Professional travel counselors, handling approximately 10 million calls per year, are available 24/7 through an 800-number. The retail public and 2.5 million travel club members take advantage of the excellent discount rates available through Cendant Travel, which ranks among the top 5 leisure travel agencies.



All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation and/or its subsidiaries.

© Copyright 1999-2005. All rights reserved.
Our policies: Privacy Policy | Terms of Use Policy | Email Attachment Policy