# Exhibit G



About Cendant > Vehicle Services > Car R

**Main - About Cendant**

**At-A-Glance**

**Real Estate Services**

**Hospitality Services**

**Travel Distribution Services**

**Vehicle Services**

**Marketing Services**

**Cendant in the Community**

**Vehicle Services**
# Car Rental Group

The Cendant Car Rental Group has emerged as the world's largest general use car rental company, comprised of Avis, a leading supplier to the business travel industry, and Budget, a top brand in the leisure travel market. The two brands combine for extended global reach that includes over 6,000 car and truck rental locations in the Americas, Australia, New Zealand and the Caribbean.



All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation and/or its subsidiaries.
© Copyright 1999-2005. All rights reserved.
Our policies: Privacy Policy | Terms of Use Policy | Email Attachment Policy