The Honorable R. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., and A9.COM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. 05-01137 (RSM)<br><br>**DECLARATION OF WENDY BJERKNES IN SUPPORT OF PLAINTIFFS AMAZON.COM, INC. AND A9.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a), OR, IN THE ALTERNATIVE, TO DISMISS, STAY, OR TRANSFER THE ACTION PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>Noted for consideration September 16, 2005 |

I, Wendy Bjerknes, declare as follows:

1.    I am an attorney with the law firm of Fenwick & West LLP, counsel to plaintiffs Amazon.com, Inc. and A9.com, Inc., and have been granted permission to appear *pro hac vice* in this action. I make the following statements based upon my personal knowledge or on information and belief where indicated and, if called upon to testify, would testify competently to the matters contained herein.

BJERKNES DECL ISO OPPOSITION TO MOTION TO TRANSFER
Case No. 05-01137 (RSM)

PRESTON GATES & ELLIS, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
Ph: 206.623.7580; Fax: 206.623.7022

1  2. Attached hereto as **Exhibit A** is a true and correct copy of the Judicial Business of
2  the United States Courts, Table C-10 (http://www.uscourts.gov/judbus2004/appendices/c10.pdf).
3  According to the Administrative Office of the United States Courts as stated in this document, for
4  the 12-month period ending September 30, 2004, the median time intervals from filing to trial of
5  civil cases in which trials were completed in the Western District of Washington was 16.4 months
6  for all trials, 18.5 months for non-jury trials, and 15 months for jury trials. By contrast, for the
7  period ending September 30, 2004, the median time intervals from filing to trial of civil cases in
8  which trials were completed in the District of Delaware was 26 months for all trials, 24 months for
9  non-jury trials, and 32 months for jury trials.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 8th day of September, 2005, at Mountain View, California.

_____
Wendy Bjerknes

23984/00403/LIT/1236917.1

---

BJERKNES DECL ISO OPPOSITION TO MOTION TO TRANSFER
Case No. 05-01137 (RSM)                    -2-

PRESTON GATES & ELLIS, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
Ph: 206.623.7580; Fax: 206.623.7022

# Exhibit A

Table C-10.
U.S. District Courts—Median Time Intervals from Filing to Trial of Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2004

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* |
| TOTAL | 3,744 | 22.6 | 1,334 | 20.5 | 2,410 | 23.2 |
| DC | 32 | 27.4 | 14 | 21.0 | 18 | 27.0 |
| 1ST | 184 | 23.2 | 69 | 23.8 | 115 | 23.5 |
| ME | 21 | 13.0 | 6 | - | 15 | 13.0 |
| MA | 85 | 31.7 | 33 | 27.0 | 52 | 33.7 |
| NH | 9 | - | 2 | - | 7 | - |
| RI | 18 | 25.0 | 10 | 17.0 | 8 | - |
| PR | 51 | 22.4 | 18 | 23.5 | 33 | 22.7 |
| 2ND | 421 | 31.4 | 141 | 28.5 | 280 | 33.4 |
| CT | 67 | 31.0 | 12 | 36.5 | 55 | 30.7 |
| NY,N | 36 | 39.5 | 13 | 39.0 | 23 | 41.0 |
| NY,E | 112 | 33.0 | 30 | 30.0 | 82 | 34.7 |
| NY,S | 172 | 26.8 | 74 | 22.0 | 98 | 27.2 |
| NY,W | 23 | 40.0 | 9 | - | 14 | 46.0 |
| VT | 11 | 36.0 | 3 | - | 8 | - |
| 3RD | 366 | 24.7 | 128 | 22.0 | 238 | 25.2 |
| DE | 40 | 26.0 | 24 | 24.0 | 16 | 32.0 |
| NJ | 83 | 33.4 | 26 | 29.0 | 57 | 33.8 |
| PA,E | 117 | 16.0 | 37 | 15.0 | 80 | 17.5 |
| PA,M | 61 | 22.8 | 17 | 20.0 | 44 | 22.4 |
| PA,W | 58 | 29.0 | 21 | 24.0 | 37 | 31.0 |
| VI | 7 | - | 3 | - | 4 | - |
| 4TH | 257 | 18.2 | 85 | 14.7 | 172 | 20.6 |
| MD | 39 | 25.5 | 16 | 17.0 | 23 | 27.0 |
| NC,E | 20 | 20.8 | 7 | - | 13 | 22.0 |
| NC,M | 12 | 19.0 | 4 | - | 8 | - |
| NC,W | 6 | - | - | - | 6 | - |
| SC | 79 | 20.0 | 13 | 18.0 | 66 | 20.4 |
| VA,E | 56 | 9.2 | 29 | 9.0 | 27 | 10.5 |
| VA,W | 27 | 16.4 | 8 | - | 19 | 18.4 |
| WV,N | 8 | - | 2 | - | 6 | - |
| WV,S | 10 | 27.0 | 6 | - | 4 | - |

178

## Table C-10. (September 30, 2004—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* |
| **5TH** | **503** | **19.5** | **211** | **19.1** | **292** | **19.0** |
| LA,E | 84 | 16.2 | 49 | 16.7 | 35 | 16.5 |
| LA,M | 17 | 43.0 | 5 | - | 12 | 32.0 |
| LA,W | 41 | 26.5 | 23 | 25.8 | 18 | 29.0 |
| MS,N | 23 | 19.0 | 4 | - | 19 | 19.0 |
| MS,S | 48 | 21.5 | 21 | 28.7 | 27 | 19.5 |
| TX,N | 79 | 21.7 | 34 | 20.0 | 45 | 24.5 |
| TX,E | 57 | 15.4 | 5 | - | 52 | 15.4 |
| TX,S | 85 | 19.5 | 37 | 19.4 | 48 | 20.4 |
| TX,W | 69 | 16.4 | 33 | 15.8 | 36 | 16.0 |
| **6TH** | **264** | **23.1** | **68** | **21.2** | **196** | **23.5** |
| KY,E | 14 | 21.7 | 3 | - | 11 | 22.0 |
| KY,W | 21 | 20.3 | 7 | - | 14 | 20.4 |
| MI,E | 56 | 22.0 | 11 | 22.0 | 45 | 23.0 |
| MI,W | 19 | 24.0 | 6 | - | 13 | 26.5 |
| OH,N | 38 | 20.7 | 7 | - | 31 | 20.7 |
| OH,S | 30 | 26.0 | 6 | - | 24 | 28.0 |
| TN,E | 22 | 21.5 | 9 | - | 13 | 19.5 |
| TN,M | 30 | 23.0 | 10 | 21.0 | 20 | 24.0 |
| TN,W | 34 | 20.0 | 9 | - | 25 | 20.0 |
| **7TH** | **244** | **25.3** | **80** | **23.0** | **164** | **26.0** |
| IL,N | 116 | 28.4 | 35 | 32.0 | 81 | 27.5 |
| IL,C | 28 | 25.4 | 12 | 22.0 | 16 | 29.7 |
| IL,S | 16 | 20.0 | 5 | - | 11 | 22.0 |
| IN,N | 29 | 28.0 | 10 | 17.0 | 19 | 29.5 |
| IN,S | 25 | 25.0 | 8 | - | 17 | 23.5 |
| WI,E | 11 | 22.0 | 2 | - | 9 | - |
| WI,W | 19 | 10.5 | 8 | - | 11 | 11.0 |
| **8TH** | **270** | **20.8** | **88** | **17.5** | **182** | **21.0** |
| AR,E | 73 | 20.0 | 37 | 16.3 | 36 | 21.0 |
| AR,W | 32 | 15.4 | 9 | - | 23 | 15.7 |
| IA,N | 9 | - | 2 | - | 7 | - |
| IA,S | 12 | 19.0 | 3 | - | 9 | - |
| MN | 26 | 22.0 | 7 | - | 19 | 23.5 |
| MO,E | 42 | 20.4 | 9 | - | 33 | 21.0 |
| MO,W | 21 | 21.5 | 4 | - | 17 | 20.0 |
| NE | 32 | 24.0 | 12 | 16.0 | 20 | 25.0 |
| ND | 8 | - | 1 | - | 7 | - |
| SD | 15 | 25.0 | 4 | - | 11 | 22.0 |

## Table C-10. (September 30, 2004—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* | Number of Trials | Median Time Intervals in Months* |
| **9TH** | **530** | **23.9** | **249** | **20.8** | **281** | **27.2** |
| AK | 10 | 27.0 | 7 | - | 3 | - |
| AZ | 60 | 30.7 | 19 | 24.0 | 41 | 32.7 |
| CA,N | 69 | 22.5 | 31 | 21.4 | 38 | 24.0 |
| CA,E | 31 | 27.5 | 11 | 20.0 | 20 | 32.0 |
| CA,C | 156 | 17.8 | 74 | 14.5 | 82 | 21.0 |
| CA,S | 31 | 30.0 | 21 | 30.0 | 10 | 29.0 |
| HI | 9 | - | 6 | - | 3 | - |
| ID | 7 | - | 1 | - | 6 | - |
| MT | 14 | 24.0 | 4 | - | 10 | 24.0 |
| NV | 38 | 28.0 | 16 | 25.0 | 22 | 33.0 |
| OR | 41 | 20.5 | 18 | 16.4 | 23 | 22.0 |
| WA,E | 17 | 20.0 | 8 | - | 9 | - |
| WA,W | 44 | 16.4 | 31 | 18.5 | 13 | 15.0 |
| GUAM | 1 | - | - | - | 1 | - |
| NMI | 2 | - | 1 | - | 1 | - |
| **10TH** | **267** | **20.7** | **65** | **20.0** | **202** | **20.2** |
| CO | 80 | 26.4 | 20 | 24.0 | 60 | 26.0 |
| KS | 46 | 22.7 | 9 | - | 37 | 22.0 |
| NM | 44 | 20.5 | 11 | 18.0 | 33 | 21.0 |
| OK,N | 17 | 20.5 | 5 | - | 12 | 18.0 |
| OK,E | 7 | - | 2 | - | 5 | - |
| OK,W | 32 | 13.0 | 9 | - | 23 | 13.0 |
| UT | 23 | 21.5 | 5 | - | 18 | 21.0 |
| WY | 18 | 11.2 | 4 | - | 14 | 12.0 |
| **11TH** | **406** | **21.9** | **136** | **21.3** | **270** | **22.8** |
| AL,N | 46 | 27.5 | 8 | - | 38 | 26.5 |
| AL,M | 23 | 20.0 | 5 | - | 18 | 20.0 |
| AL,S | 17 | 16.0 | 5 | - | 12 | 16.0 |
| FL,N | 15 | 17.5 | 3 | - | 12 | 17.5 |
| FL,M | 94 | 20.2 | 45 | 22.0 | 49 | 19.7 |
| FL,S | 124 | 18.0 | 48 | 17.0 | 76 | 19.0 |
| GA,N | 56 | 22.0 | 17 | 21.0 | 39 | 24.0 |
| GA,M | 18 | 32.0 | 5 | - | 13 | 24.5 |
| GA,S | 13 | 33.0 | - | - | 13 | 33.0 |

NOTE: INCLUDES TRIALS CONDUCTED BY DISTRICT AND APPELLATE JUDGES ONLY. ALL TRIALS CONDUCTED BY MAGISTRATE JUDGES ARE EXCLUDED. EXCLUDES THE FOLLOWING TRIALS: LAND CONDEMNATION; FORFEITURES AND PENALTY CASES; PRISONER PETITIONS (HABEAS CORPUS, MOTIONS TO VACATE SENTENCE UNDER 28 U.S.C. 2255, HEARINGS ON EVIDENTIARY MATTERS); BANKRUPTCY PETITIONS; AND THREE-JUDGE COURT CASES. FOR CIVIL CASES RESULTING IN A COMPLETED TRIAL, THE MEDIAN TIME IS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED. FOR REOPENED CIVIL CASES RESULTING IN A SECOND COMPLETED TRIAL, THE MEDIAN TIME REMAINS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED.

* TIME INTERVALS COMPUTED ONLY FOR 10 OR MORE TRIALS.

180

Exhibit A
Page 5