The Honorable R. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., and A9.COM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. 05-01137 (RSM)<br><br>**DECLARATION OF KATHRYN SHEEHAN IN SUPPORT OF PLAINTIFFS AMAZON.COM, INC. AND A9.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a), OR, IN THE ALTERNATIVE, TO DISMISS, STAY, OR TRANSFER THE ACTION PURSUANT TO THE FIRST-TO-FILE RULE**<br><br>Noted for consideration September 16, 2005 |

I, Kathryn Sheehan, declare as follows:

1.  I am Corporate Counsel for Amazon.com, Inc., a position I have held since April 2003. I have personal knowledge of the facts sets forth in this declaration, and if called upon to do so, could and would testify competently thereto.

2.  Amazon.com, Inc. ("Amazon.com") is incorporated in the State of Delaware. Its principal offices are located in Seattle, Washington. Amazon.com owns U.S. Patent Nos. 5,715,399, 6,029,141, and 6,629,079, which are asserted against defendants in this action.

SHEEHAN DECL ISO OPPOSITION TO MOTION TO TRANSFER
Case No. 05-01137 (RSM)

PRESTON GATES & ELLIS, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
PH: 206.623.7580; FAX: 206.623.7022

1      3.    All of Amazon.com's employees with knowledge of the decision-making, product development, web-site development, software development, advertising, marketing, sales, finance, and product and service roll-out relating to the patents asserted in this action work at Amazon.com's offices in Seattle, Washington.  All of the documents concerning these same activities, including documents relating to damages arising from defendants' infringement, are also located in Seattle.  The computer servers that Amazon.com operates to run its web-site features are located in Washington and Virginia.

    4.    Plaintiff A9.com, Inc. ("A9.com") is a wholly-owned subsidiary of Amazon.com and owns U.S. Patent No. 6,625,609, which is also asserted against defendants in this action.  A9.com is a Delaware corporation with its principal place of business in Palo Alto, California.  Because Amazon.com assigned U.S. Patent No. 6,625,609 to A9.com after the patent was issued, all witnesses with knowledge concerning this patent and related documents are located at Amazon.com's offices in Seattle.  A9.com has no facilities or employees in the State of Delaware.

    5.    All of Amazon.com's current employees who participated in the development of the inventions claimed in the patents at issue work at Amazon.com in Seattle, Washington.  The following individuals are named inventors for the patents in suit and have relevant knowledge regarding, among other things, the subject matter, conception and reduction to practice of the claimed inventions:

| Name / Title | Location | Relevance |
|---|---|---|
| **Jeff Bezos**<br><br>**President, Chief Executive Officer, and Chairman of the Board** | Seattle, Washington | Mr. Bezos is the sole the inventor of Amazon.com's U.S. Patent No. 5,715,399 entitled "Secure Method and System for Communicating a List of Credit Card Numbers Over a Non-Secure Network," and one of the co-inventors of Amazon.com's U.S. Patent No. 6,029,141 entitled, "Internet-Based Customer Referral System." |

SHEEHAN DECL ISO OPPOSITION TO MOTION TO TRANSFER
Case No.  05-01137 (RSM)

PRESTON GATES & ELLIS, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
PH: 206.623.7580; FAX: 206.623.7022

| Name / Title | Location | Relevance |
|---|---|---|
| **Ellen Ratajak** | Seattle, Washington | Ms. Ratajak is one of the co-inventors of Amazon.com's U.S. Patent No. 6,029,141 entitled, "Internet-Based Customer Referral System." |
| **Robert McDade** <br><br> **Systems Analyst** | Seattle, Washington | Mr. McDade is one of the co-inventors of Amazon.com's U.S. Patent No. 6,625,609 B1 entitled, "Method and System for Navigating Within a Body of Data Using One of a Number of Alternative Browse Graphs." |
| **Anne K. Krook** <br><br> **Director of Internal Audit** | Seattle, Washington | Ms. Krook is one of the co-inventors of Amazon.com's U.S. Patent No. 6,625,609 B1 entitled, "Method and System for Navigating Within a Body of Data Using One of a Number of Alternative Browse Graphs." |

6. Several of the inventors for the patents at issue are no longer employed at Amazon.com. These former employees have relevant knowledge regarding, among other things, the subject matter, conception and reduction to practice of the claimed inventions, and all of them reside in or near Seattle, Washington:

| Name / Title | Location | Relevance |
|---|---|---|
| **Sheldon Kaphan** | Seattle, Washington | Mr. Kaphan is one of the co-inventors of Amazon.com's U.S. Patent No. 6,029,141 entitled, "Internet-Based Customer Referral System." |
| **Thomas Schonhoff** | Seattle, Washington | Mr. Schonhoff is one of the co-inventors of Amazon.com's U.S. Patent No. 6,029,141 entitled, "Internet-Based Customer Referral System." |

SHEEHAN DECL ISO OPPOSITION TO MOTION TO TRANSFER
Case No. 05-01137 (RSM)

PRESTON GATES & ELLIS, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
PH: 206.623.7580; FAX: 206.623.7022

| Name / Title | Location | Relevance |
|---|---|---|
| **Joel Spiegel** | Woodinville, Washington | Mr. Spiegel is one of the co-inventors of Amazon.com's U.S. Patent No. 6,629,079 B1 entitled, "Method and System for Electronic Commerce Using Multiple Roles." |
| **Maryam Mohit** | Seattle, Washington | Ms. Mohit is one of the co-inventors of Amazon.com's U.S. Patent No. 6,629,079 B1 entitled, "Method and System for Electronic Commerce Using Multiple Roles." |
| **Bonnie Bouman** | Seattle, Washington | Ms. Bouman is one of the co-inventors of Amazon.com's U.S. Patent No. 6,625,609 B1 entitled, "Method and System for Navigating Within a Body of Data Using One of a Number of Alternative Browse Graphs." |

7. I know of no current or former Amazon.com employees, or other non-parties, with knowledge relevant to this action who work or reside in the State of Delaware.

8. In addition to the above noted current and former employees of Amazon.com who reside in or near Seattle, Washington, two of the patent attorneys who prosecuted the patents at issue are located in Seattle, Washington at Perkins Coie LLP. Steven Lawrenz prosecuted the '609 patent, and Maurice Pirio prosecuted the '079 patent. Ronald Anderson, who prosecuted the '399 patent, is located in Bellevue, Washington. These witnesses will have relevant information regarding the prosecution of the patents at issue.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 9th day of September, 2005, at Seattle, Washington.

Kathryn Sheehan

SHEEHAN DECL ISO OPPOSITION TO MOTION TO TRANSFER
Case No. 05-01137 (RSM)

PRESTON GATES & ELLIS, LLP
925 FOURTH AVE., SUITE 2900
SEATTLE, WASHINGTON 98104-1158
PH: 206.623.7580; FAX: 206.623.7022