The Honorable Ricardo S. Martinez

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                             AT SEATTLE

9

AMAZON.COM, INC. and A9.COM, INC.,
10                                                No. 05-01137 RSM
                                     Plaintiffs,
11                                                CERTIFICATE OF SERVICE
              v.
12

CENDANT CORPORATION;
13  TRILEGIANT CORPORATION; ORBITZ,
    LLC; ORBITZ, INC.; BUDGET RENT A
14  CAR SYSTEM, INC.; and AVIS RENT A
    CAR SYSTEM, INC.,
15
                                    Defendants.
16

17        I hereby certify that on September 12, 2005, I electronically filed the following

18  documents:

19
          1.    Plaintiffs Amazon.com, Inc. and A9.com, Inc.'s Opposition to Defendants'
20              Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), or, in the
                Alternative, to Dismiss, Stay, or Transfer the Action Pursuant to the First-to-
21              File Rule;

22        2.    Declaration of Wendy Bjerknes in Support of Plaintiffs Amazon.com, Inc. and
                A9.com, Inc.'s Opposition to Defendants' Motion to Transfer Venue Pursuant
23              to 28 U.S.C. § 1404(a), or, in the Alternative, to Dismiss, Stay, or Transfer the
                Action Pursuant to the First-to-File Rule;
24
          3.    Declaration of Kathryn Sheehan in Support of Plaintiffs Amazon.com, Inc. and
25              A9.com, Inc.'s Opposition to Defendants' Motion to Transfer Venue Pursuant
                to 28 U.S.C. § 1404(a), or, in the Alternative, to Dismiss, Stay, or Transfer the
26              Action Pursuant to the First-to-File Rule;

CERTIFICATE OF SERVICE - 1
Case No. C05-01137 RSM

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1       4.      Plaintiff Amazon.com, Inc. and A9.com, Inc.'s Opposition to Defendants'
       Motion to Dismiss All Claims Against Cendant Corporation; Motion to
2       Dismiss the Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P.
       12(b)(6) or, in the Alternative, for a More Definite Statement Pursuant to Fed.
3       R. Civ. P. 12(e); and Motion to Stay Discovery Pending Resolution of the
       Motions;
4
5       5.      Declaration of C. J. Alice Chen in Support of Plaintiff Amazon.com, Inc. and
       A9.com, Inc.'s Opposition to Defendants' Motion to Dismiss All Claims
       Against Cendant Corporation; Motion to Dismiss the Complaint for Failure to
6       State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) or, in the Alternative, for a
       More Definite Statement Pursuant to Fed. R. Civ. P. 12(e); and Motion to Stay
7       Discovery Pending Resolution of the Motions;

8       6.      Certificate of Service,

9   with the Clerk of the Court using the CM/ECF system which will send notification of such

10  filing to the following:

11  • **David Mark Byers**

12  • **Kent Michael Fandel**

13  • **James V Fazio, III**

14  • **Cristofer Ivan Leffler**

15  • **Douglas E Olson**

16

17  Lisa R. Anderson

18  Secretary to David T. McDonald

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 2
Case No. C05-01137 RSM

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022