The Honorable R. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC. and A9.COM, INC., | No. 05-01137RSM |
| Plaintiffs, | **REPLY DECLARATION OF JAMES V. FAZIO IN SUPPORT OF DEFENDANTS' (1) MOTION TO DISMISS ALL CLAIMS AGAINST CENDANT; (2) MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT; (3) MOTION TO STAY ALL DISCOVERY; AND (4) MOTION TO TRANSFER VENUE** |
| vs. | |
| CENDANT CORPORATION; TRILEGIANT CORPORATION; ORBITZ, LLC; ORBITZ, INC.; BUDGET RENT A CAR SYSTEM, INC.; and AVIS RENT A CAR SYSTEM, INC., | |
| Defendants. | |
| | [ORAL ARGUMENT REQUESTED] |
| | NOTE ON MOTION CALENDAR: |
| | September 16, 2005 |

REPLY FAZIO DECLARATION I/S/O DEFENDANTS' MOTIONS - - 1
SAN/121582.1

No. 05-01137RSM
m32273-632283.doc

PAUL, HASTINGS, JANOFSKY & WALKER
3579 VALLEY CENTRE DRIVE
SAN DIEGO, CA 92130

I, James V. Fazio, III, declare as follows:

1. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for defendants in the above-entitled action. I have been admitted to practice in this District *pro hac vice*. I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of *Asip v. Nielsen Media Research, Inc.*, 2004 WL 315269 (S.D.N.Y. Feb. 18, 2004).

3. Attached hereto as Exhibit B is a true and correct copy of *Intel v. Hyundai Elecs. Am., Inc.*, 1987 U.S Dist. LEXIS 14727 (N.D.Cal. Nov. 23, 1987).+

4. Attached hereto as Exhibit C is a true and correct copy of *Johnson Products Co. v. Pro-Line Corp.*, 1998 WL 699024 (N.D.Ill. Oct. 5, 1998).

5. Attached hereto as Exhibit D is a true and correct copy of *Laitram Corp. v. Morehouse*, 31 U.S.P.Q.2d 1697 (E.D.La. 1994).

6. Attached hereto as Exhibit E is a true and correct copy of *Oki Elec. Industry Co., Ltd. v. LG Semicon Co., Ltd.*, 1998 U.S.Dist. LEXIS 22507 (N.D.Cal. Feb. 25, 1998).

7. Attached hereto as Exhibit F is a true and correct copy of *Pinpoint, Inc. v. Amazon.com*, 2003 WL 22175514 (N.D. Ill. Sep. 19, 2003).

8. Attached hereto as Exhibit G is a true and correct copy of *Quantel Ltd. v. Adobe Systems Inc.*, 1996 U.S.Dist. LEXIS 21651 (D.Del. Dec. 12, 1996).

9. Attached hereto as Exhibit H is a true and correct copy of *R2 Technology, Inc. v. Intelligent Sys. Software, Inc.*, 2002 U.S.Dist. LEXIS 19110 (D.Del. Oct. 9, 2002).

10. Attached hereto as Exhibit I is a true and correct copy of *Shearing v. Optical Radiation Corp.*, 1994 WL 382444 (D.Nev. Mar. 25, 1994).

11. Attached hereto as Exhibit J is a true and correct copy of *Syngenta Seeds, Inc. v. Monsanto Co.*, 2005 WL 678855 (D.Del. Mar. 24, 2005).

REPLY FAZIO DECLARATION I/S/O DEFENDANTS' MOTIONS - - 2
SAN/121582.1

PAUL, HASTINGS, JANOFSKY & WALKER
3579 VALLEY CENTRE DRIVE
SAN DIEGO, CA 92130

No. 05-01137RSM
m32273-632283.doc

12. Attached hereto as Exhibit K is a true and correct copy of *Upjohn Co. v. Syntro Corp.*, 14 U.S.P.Q.2d 1469 (D.Del. 1990).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of September, 2005 at San Diego, California.

By: _____
JAMES V. FAZIO, III

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I presented the foregoing to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David T. McDonald
davidm@prestongates.com

Attorneys for Plaintiffs

/s/ K. Michael Fandel
K. Michael Fandel

REPLY FAZIO DECLARATION I/S/O DEFENDANTS' MOTIONS - 3
SAN/121582.1

PAUL, HASTINGS, JANOFSKY & WALKER
3579 VALLEY CENTRE DRIVE
SAN DIEGO, CA 92130

No. 05-01137RSM
m32273-632283.doc