The Honorable R. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC. and A9.COM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CENDANT CORPORATION; TRILEGIANT CORPORATION; ORBITZ, LLC; ORBITZ, INC.; BUDGET RENT A CAR SYSTEM, INC.; and AVIS RENT A CAR SYSTEM, INC., <br><br> Defendants. | No. 05-01137RSM <br><br> **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT, MOTION TO STAY ALL DISCOVERY PENDING RESOLUTION OF THE MOTIONS, AND MOTION TO TRANSFER VENUE** <br><br> [ORAL ARGUMENT REQUESTED] <br><br> NOTE ON MOTION CALENDAR: <br><br> November 21, 2005 |

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE I/S/O
DEFENDANTS' MOTIONS-- 1
LEGAL_US_W # 52963095.1
No. 05-01137RSM
M32273-632455

PAUL, HASTINGS, JANOFSKY & WALKER
3579 VALLEY CENTER DRIVE
SAN DIEGO, CA 92130

Pursuant to Federal Rule of Evidence 201, defendants Cendant Corporation ("Cendant"); Trilegiant Corporation ("Trilegiant"); Orbitz, LLC ("Orbitz, LLC"); Orbitz, Inc. ("Orbitz, Inc."); Budget Rent A Car System, Inc. ("Budget"); and Avis Rent A Car System, Inc. ("Avis") (collectively, "Defendants") hereby request the Court to take judicial notice of the following:

1. Cendant's October 24, 2005 press release entitled "Cendant Corporation Board of Directors Announces Plan To Separate Cendant Into Four Publicly Owned, Pure-Play Companies," a true and correct copy of which is attached hereto as Exhibit A. The press release is also available at http://www.cendant.com/media/pr/press_release.cgi/Corporate/11948. This Court may take judicial notice of press releases. *In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 816 (C.D. Cal. 2004); *Buckley v. Directv, Inc.*, 276 F.Supp. 2d 1271, 1272 n. 1 (N.D. Ga. 2003).

Dated this 15 day of November, 2005

By: _____
Douglas E. Olson
James V. Fazio
Paul Hastings, Janofsky & Walker LLP
Attorneys for Defendants,
CENDANT CORPORATION; TRILEGIANT CORPORATION; ORBITZ LLC; ORBITZ, INC.; BUDGET RENT A CAR SYSTEM, INC.; AND AVIS RENT A CAR SYSTEM, INC.

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE I/S/O
DEFENDANTS' MOTIONS-- 2
LEGAL_US_W # 52963095.1
No. 05-01137RSM
M32273-632455

PAUL, HASTINGS, JANOFSKY & WALKER
3579 VALLEY CENTER DRIVE
SAN DIEGO, CA 92130

and

**GRAHAM & DUNN PC**
K. Michael Fandel
WSBA# 16281
Email: mfandel@grahamdunn.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I presented the foregoing to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David T. McDonald
davidm@prestongates.com

Attorneys for Plaintiffs

/s/ K. Michael Fandel
K. Michael Fandel

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE I/S/O
DEFENDANTS' MOTIONS-- 3
LEGAL_US_W # 52963095.1
No. 05-01137RSM
M32273-632455

PAUL, HASTINGS, JANOFSKY & WALKER
3579 VALLEY CENTER DRIVE
SAN DIEGO, CA 92130