IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | C.A. No. 05-00414 (JJF) |
| AMAZON.COM, INC., and A9.COM, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.,<br><br>        Defendants. | C.A. No. 06-00041 (JJF) |

**AMAZON.COM, INC. AND A9.COM, INC.'S
MOTION TO CONSOLIDATE**

Pursuant to Federal Rule of Civil Procedure 42(a), Amazon.com, Inc. and A9.com, Inc. hereby move the Court for an order consolidating Civil Action No. 05-00414 (JJF) and Civil Action No. 06-00041 (JJF). The grounds for this motion are set forth in the Amazon.com, Inc.

and A9.com, Inc.'s Opening Brief In Support of Motion to Consolidate, filed contemporaneously herewith.

Dated: February 2, 2006 . AMAZON.COM, INC. and A9.COM, INC.

*Karen E. Keller*
Josy W. Ingersoll (I.D. # 1088)
John W. Shaw (I.D. # 3362)
Karen E. Keller (I.D. # 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600

Attorneys for Defendant/Plaintiffs
AMAZON.COM, INC. and A9.COM, INC.

OF COUNSEL:
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Wendy L. Bjerknes
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on February 2, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esq.
>ASHBY & GEDDES
>222 Delaware Ave.
>P.O. Box 1150
>Wilmington, DE 19899
>sbalick@ashby-geddes.com

I further certify that on February 2, 2006, I caused a copy of the foregoing document to be served by hand delivery and electronic mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS & E-MAIL**

Douglas E. Olson
*dougolson@paulhastings.com*
Stephen S. Korniczky
*stevekorniczky@paulhastings.com*
James V. Fazio, III
*jamesfazio@paulhasting.com*
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
3579 Valley Center Drive
San Diego, CA 92130

Steve Lieberman, Esq. *slieberman@rfem.com*
ROTHWELL, FIGG, ERNST
 & MANBECK, PC
1425 K Street, NW, Suite 800
Washington, D.C. 20005

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>   /s/  Karen E. Keller
>John W. Shaw (ID# 3362)
>Karen E. Keller (ID#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>Telephone:  (302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>      Defendant. | C.A. No. 1:05-00414 (JJF) |

**ORDER OF CONSOLIDATION**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that:

1. The following actions are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a):

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>      Defendant. | C.A. No. 05-00414 (JJF) |
| AMAZON.COM, INC., and A9.COM, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.,<br><br>      Defendants. | C.A. No. 06-00041 (JJF) |

2. The caption of the consolidated matter shall be:

2

| | |
|---|---|
| CD INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>             Defendant. | Consolidated C.A. No. 05-00414 (JJF) |
| AMAZON.COM, INC., and<br>A9.COM, INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.,<br><br>             Defendants. | C.A. No. 06-00041 (JJF) |

   3.   Until further order of the Court, all papers in these cases shall be filed in Consolidated Civil Action No. 05-00414 (JJF).

                                               _____
                                               United States District Judge

23984/00403/LIT/1244067.1

2