IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON.COM, INC. and A9.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-041-JJF |

**DEFENDANTS' (1) MOTION TO DISMISS ALL CLAIMS AGAINST CENDANT CORPORATION; (2) MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT; AND (3) MOTION TO STAY ALL DISCOVERY PENDING RESOLUTION OF THE MOTION**

Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(e), defendants Cendant Corporation ("Cendant"); Trilegiant Corporation ("Trilegiant"); Orbitz, LLC ("Orbitz LLC"); Orbitz, Inc. ("Orbitz Inc."); Budget Rent A Car System, Inc. ("Budget"); and Avis Rent A Car System, Inc. ("Avis") (collectively, "Defendants") hereby move (1) to dismiss all claims against Cendant (the parent corporation); (2) to dismiss the complaint in its entirety against all Defendants for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, for a more definite statement of the claims pursuant to Federal Rule of Civil Procedure 12(e); and (3) to stay all discovery pending resolution of the motion.[1]

The grounds for this motion are set forth in Defendants' opening brief filed concurrently herewith.

---

[1] As a result of the recently-announced reorganization of Cendant and its subsidiaries, the names and capacities of the Defendants (and hence the case caption) may need to be changed. For ease of reference, however, Defendants submit this motion bearing the same case caption (and using the same nomenclature) as used in the Western District of Washington until an appropriate stipulation and order is entered.

          ASHBY & GEDDES

          /s/ *John G. Day*

          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D.# 2403)
          Tiffany Geyer Lydon (I.D. #4261)
          222 Delaware Ave., 17th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          Telephone: (302) 654-1888
          Facsimile: (302) 654-2067
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          tlydon@ashby-geddes.com

          *Attorneys for Defendants*

*Of Counsel:*

Douglas E. Olson
Stephen S. Korniczky
James V. Fazio, III
PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, California 92130
(858) 720-2500

Dated: February 14, 2006
166666.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2006, the attached **DEFENDANTS' (1) MOTION TO DISMISS ALL CLAIMS AGAINST CENDANT CORPORATION; (2) MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT; AND (3) MOTION TO STAY ALL DISCOVERY PENDING RESOLUTION OF THE MOTION** was served upon the below-named counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                              <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Lynn H. Pasahow, Esquire                           <u>VIA FEDERAL EXPRESS</u>
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

/s/ *John G. Day*
_____
John G. Day

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON.COM, INC. and A9.COM, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vi. ) <br> ) <br> CENDANT CORPORATION, TRILEGIANT ) <br> CORPORATION, ORBITZ, LLC, ORBITZ, INC., ) <br> BUDGET RENT A CAR SYSTEM, INC., ) <br> and AVIS RENT A CAR SYSTEM, INC., ) <br> ) <br> Defendants. ) | C.A. No. 06-041-JJF |

**ORDER GRANTING DEFENDANTS' (1) MOTION TO DISMISS ALL CLAIMS AGAINST CENDANT CORPORATION; (2) MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT; AND (3) MOTION TO STAY ALL DISCOVERY PENDING RESOLUTION OF THE MOTION**

This _____ day of _____, 2006, the Court having having read and considered the parties' briefs, declarations, exhibits and other evidence submitted in connection with Defendants' motion, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

1. All claims against Cendant Corporation are hereby dismissed with prejudice.

2. The complaint is hereby dismissed in its entirety for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In the alternative, the complaint is hereby dismissed with leave to amend under Federal Rule of Civil Procedure 12(e), and Plaintiffs are hereby ordered to provide a more definite statement of their claims.

3. Defendants' motion to stay all discovery pending resolution of Defendants' motion is hereby granted.

_____
United States District Judge