IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMAZON.COM, INC. and A9.COM, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 06-041-JJF |
| v. | ) | |
| | ) | |
| CENDANT CORPORATION, TRILEGIANT | ) | |
| CORPORATION, ORBITZ, LLC, ORBITZ, INC., | ) | |
| BUDGET RENT A CAR SYSTEM, INC., | ) | |
| and AVIS RENT A CAR SYSTEM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ERIC J. BOCK IN SUPPORT OF DEFENDANTS' (1) MOTION TO DISMISS ALL CLAIMS AGAINST CENDANT CORPORATION; (2) MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT; AND (3) MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THE MOTION**

I, Eric J. Bock, declare as follows:

1.    I am an Executive Vice President in the Legal Department of Cendant Corporation ("Cendant"). I have been continuously employed by Cendant and its predecessor HFS, Inc. since July, 1997. I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto.

## Background

2.    Cendant Corporation ("Cendant") owns some of the largest travel and real estate franchise systems in the world. Cendant owns some of the world's largest hotel chains, the world's largest vacation companies, some of the world's largest car rental companies, and the world's largest real estate brokerage companies. Cendant is also one of the largest owners of travel information processing businesses worldwide. Attached hereto collectively as Exhibit A are publicly-available documents describing Cendant (available at www.cendant.com).

3.    Cendant currently owns a number of subsidiaries, including co-defendants Orbitz, LLC ("Orbitz LLC"); Orbitz, Inc. ("Orbitz Inc.") (collectively, "Orbitz"); Budget Rent A Car System, Inc. ("Budget"); and Avis Rent A Car System, Inc. ("Avis") (collectively, the "Subsidiary Defendants"). Cendant acquired Avis in 2001, long after the website www.avis.com was launched. Cendant acquired Budget in 2002, well after the website www.budget.com was launched. Neither Avis nor Budget is owned directly by Cendant. Instead, both Avis and Budget are owned by an intermediate subsidiary known as Cendant Car Rental, Inc., which is a direct subsidiary of Cendant. Cendant acquired Orbitz in 2004, years after the website www.orbitz.com was launched.

4.    Co-defendant Trilegiant Corporation ("Trilegiant") used to be a wholly-owned subsidiary of Cendant. On July 26, 2005, Cendant announced a definitive agreement to sell its entire Marketing Services Division, including Trilegiant and several other marketing businesses, to Affinity Acquisitions Holdings LLC (an affiliate of Apollo Management L.P.). The sale closed in 2005. Accordingly, Cendant no longer owns Trilegiant.

5.    On October 24, 2005, Cendant announced that its Board of Directors had

2

approved a plan to separate Cendant into four independent, publicly-traded companies—one each for Cendant's real estate, travel distribution, hospitality and vehicle rental businesses. The names for each of these four separate companies has not yet been determined. Following the proposed transaction, Cendant's shareholders will own 100% of the equity in all four companies. The transaction is expected to be effected through three 100% spin-offs beginning in the summer of 2006. Once the reorganization is completed, the Cendant name will be retired. A true and correct copy of Cendant's October 24, 2005 press release is attached hereto as Exhibit B.

**Cendant Is Separate And Distinct From Each of Its Subsidiaries**

6.      Cendant is a legal entity separate and distinct from Trilegiant and from each of its wholly-owned subsidiaries, including the Subsidiary Defendants. No employee of any Subsidiary Defendant is an employee of Cendant, and no employee of Cendant is also an employee of any Subsidiary Defendant. In fact, most of Cendant's shared services personnel are employed by an entity known as Cendant Operations, Inc., which performs certain administrative, payroll and other functions common to the Subsidiary Defendants. Only two of Cendant's directors are also directors of one or more of the Subsidiary Defendants. Likewise, only about one-fifth of Cendant's officers are also officers of one or more of the Subsidiary Defendants.

7.      Plaintiffs accuse the following five websites of patent infringement: www.trilegiantaffiliates.com, www.orbitz.com, www.avis.com, www.budget.com, and www.avgautostore.com. Cendant has not designed or developed any of these websites, Cendant does not operate any of these websites, and Cendant does not direct or control the content of any of these websites. Rather, each of the allegedly infringing websites has been designed and developed independently by one of the Subsidiary Defendants. Likewise, each of the allegedly infringing websites is operated exclusively by one of the Subsidiary Defendants and/or its third-party contractors.

8.      Cendant does not exercise day-to-day control over the operation or content of the www.avis.com or www.budget.com websites. Instead, each of these websites was designed and

3

developed, and is currently operated and managed, by Avis and Budget, respectively, and/or their third-party contractors. Likewise, Cendant does not direct or control the daily operations, management or content of the www.orbitz.com website. This website is instead operated and managed exclusively by Orbitz and/or its third-party contractors. Further, the websites www.avgautostore.com and www.trilegiantaffiliates.com are websites that were designed and developed, and are currently operated, exclusively by Trilegiant. Cendant does not exercise control over the day-to-day operation, management or content of the www.avgautostore.com or www.trilegiantaffiliates.com websites.

9.      Cendant does not control the day-to-day operations or management of Trilegiant or of any of the Subsidiary Defendants.

10.     Cendant and each of the Subsidiary Defendants strictly observe, and have always strictly observed, all corporate formalities. Cendant maintains its own books and records separately from each of the Subsidiary Defendants, Cendant maintains its own bank accounts separately from each of the Subsidiary Defendants, and Cendant and the Subsidiary Defendants each have their own separate headquarters.

11.     Each Subsidiary Defendant makes its own personnel, marketing and management decisions, and each Subsidiary Defendant holds its own patents separately from Cendant. In fact, Cendant does not actually own any patents. Instead, CD Intellectual Property Holdings LLC ("CD") owns the company's patents. Like its parent, CD does not exercise control over the day-to-day operations of any Subsidiary Defendant, nor control over the management or content of any of the allegedly infringing websites.

**Defendants Offer Countless Different Products And Services**

12.     Within its global business network, Cendant owns dozens of broad-based brands and business units, including (1) vehicle companies such as Avis and Budget, (2) real estate services and brokerage companies such as Century 21 and Coldwell Banker, (3) travel distribution companies such as Orbitz and CheapTickets, and (4) hospitality service companies such as Howard Johnson, Days Inn, Super 8 Motel, Ramada and Travelodge. *See* Exhibit A.

4

13.     Within these numerous different business units, the Subsidiary Defendants offer a great number of different products and services.  Few programs are alike and most offer wide-ranging services and products spanning multiple industries.  Upon information and belief, Trilegiant is a premier membership-based provider of travel, shopping, health, dental, entertainment, and consumer protection services.  Upon information and belief, Trilegiant alone sponsors well over a dozen different and unrelated products and services, including AutoVantage (which supplies or operates, among other things, a service center network, emergency roadside assistance and new car summaries), Great Fun (a diverse program that delivers discount opportunities to customers on local dining, shopping, hotel savings, various leisure activities and numerous other items), Just for Me (which offers discounts and rebates to women on such things as gym memberships, spa treatments, and cellular telephones), Pet Privileges (which offers discounts and other privileges in connection with veterinary procedures, pharmacy products and related items), and Small Business Central (which helps small business owners save on expenses for health insurance, office products, telephone costs, equipment leasing and other items).  Attached hereto collectively as Exhibit C are publicly-available documents describing Trilegiant (available at www.trilegiant.com).

14.     Aside from these diverse products and services, and upon information and belief, Trilegiant also offers educational programs like Clever Clubhouse, which assists parents in designing and implementing educational ideas for young children.  Upon information and belief, Trilegiant also operates The Auto Store located at www.avgautostore.com (one of the websites plaintiffs attack).  Upon information and belief, The Auto Store offers a veritable cornucopia of consumer goods and services, ranging from home leisure products (such as air conditioners, art, gourmet foods, small appliances, furniture, tools, and vacuum cleaners), to computers and office equipment (including telephones, printers, hardware, software, handheld devices, and monitors), to sporting goods (including pools, trampolines, camping equipment and gym equipment), to toys and video games, to health and beauty products.  Attached hereto collectively as Exhibit D are

publicly-available documents describing The Auto Store's countless product and service offerings (available at www.avgautostore.com).

15.     Cendant also owns a wide variety of different hospitality services and businesses, including Resort Condominiums International, LLC ("RCI"), Fairfield Resorts, Inc. ("Fairfield"), Trendwest Resorts, Inc. ("Trendwest"), and Hotel Dynamics Limited ("Hotel Dynamics"). RCI has offices in more than 50 countries and provides its global community of more than three million timeshare owners with quality vacation experiences at more than 3,700 resorts in 101 countries worldwide. Fairfield specializes in the development, marketing and sales of vacation products at over 60 premier resorts across the United States. Trendwest operates 54 resorts in several different countries. Hotel Dynamics specializes in the design and development of tailored marketing programs for the hospitality industry around the world. *See* Exhibit A.

16.     Cendant also owns some of the world's largest real estate services and brokerage companies, including Century 21, Coldwell Banker, and Sotheby's International Realty. Taking these together, Cendant has more than 14,000 real estate offices worldwide. As part of its real estate holdings, Cendant also owns Cendant Settlement Services Group, which offers title, settlement and vendor management services to real estate companies, corporations, and financial institutions. Cendant also owns Cendant Mobility, which is the world's largest corporate relocation service. Cendant Mobility provides home sale and purchase assistance, home marketing support and management of personal moving affairs to more than 100,000 relocating employees annually. *See* Exhibit A.

17.     Orbitz offers a wide variety of travel and hospitality products and services through its website www.orbitz.com. This website allows customers to browse and purchase airline flights, hotel reservations, rental car reservations, cruises and vacations online. The website also offers various travel services such as select airport and city guides, travel tips, news and advisories, weather forecasts and other information. Attached hereto collectively as Exhibit E are publicly-available documents describing Orbitz (available at www.orbitz.com).

18.     Avis and Budget are rental car companies that permit customers to inquire about rental rates, make reservations, and obtain other helpful information through the Internet. Attached hereto collectively as Exhibit F are publicly-available documents describing Avis and Budget (available at www.avis.com and www.budget.com, respectively).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of February, 2006 at New York, New York.

By: _____

ERIC J. BOCK

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2006, the attached **DECLARATION OF ERIC J. BOCK IN SUPPORT OF DEFENDANTS' (1) MOTION TO DISMISS ALL CLAIMS AGAINST CENDANT CORPORATION; (2) MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT; AND (3) MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THE MOTION** was served upon the below-named counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                              <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Lynn H. Pasahow, Esquire                           <u>VIA FEDERAL EXPRESS</u>
Fenwick & West, LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

/s/ *John G. Day*
_____
John G. Day

# EXHIBIT A

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | Search | Contact Us |

About Cendant

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

# About Cendant

### Cendant At-A-Glance

Browse Cendant's divisions, business units and brands.

Cendant is one of the foremost providers of travel and real estate services in the world;

One of the world's largest hotel franchisors, the world's largest vacation ownership organization, and one of the world's largest car rental operators;

And the world's largest real estate brokerage franchisor, and the world's largest provider of outsourced corporate employee relocation services; and leading providers of travel information processing services worldwide.

### Leadership

Read biographies of our boa... and corporate officers, and... committee composition with... Corporate Governance.

### Investors

In the Investor Center, exp... Reports, Cendant's SEC Fili... Stock information, Analyst ... Historical Financial Data and... to receive alerts for Financi... SEC filings, Webcasts and e...

### Diversity & Inclusion

Cendant's long-standing cu... diverse people and ideas co... driving force behind our Co... move forward and continue... global leader in travel and r... services.

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a... subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT |   Search   Contact Us |

About Cendant

At-A-Glance

Travel Distribution

Travel Content

Real Estate Services

Diversity & Inclusion

# At-A-Glance

## Travel Distribution Services

The Travel Distribution Services division of Cendant has a dynamic portfolio of complementary travel distribution businesses, making it one of the most geographically diverse and vertically integrated travel distribution companies in the global travel industry. Created in August 2002, Travel Distribution Services is leveraging the entire Cendant travel asset portfolio to provide a single, one-stop source for multiple distribution services that helps travel suppliers and sellers increase sales volume while reducing total distribution costs. Its assets include a leading global distribution service, a number of leading consumer travel Web sites and a comprehensive suite of industry-leading technologies. Travel Distribution Services is playing an integral role in the transformation of the travel industry model.

## Travel Distribution Brands

**Business to Business/Corporate**

- Galileo International
- Gullivers Travel Associates (GTA)
- Orbitz for Business®
- Shepherd Systems
- THOR®
- Travel 2® and Travel 4®
- Travel Bound
- Travelport℠
- Travelwire
- TRUST℠ International
- WizCom®

**Business to Co**

- AoYou.com
- Asia-hotel
- Away.com
- CheapTick
- Cendant T
- ebookers.c
- HotelClub.
- Lodging.co
- Neat Grou
- OctopusTr
- Orbitz®
- RatesToGo

## Travel Content

Cendant Travel Content is one of the world's leading diversified providers of travel-related products and services to business and consumers, with leading brands in vehicle rental, lodging franchising, timeshare development, vacation rentals and vacation exchange. The business units that comprise Cendant Travel Content are among the world's

## Travel Content Brands

**Hospitality Services**
*Hotel Group*

- Amerihost Inn®
- Days Inn®
- Howard Johnson®
- Knights Inn®
- Ramada Inn®
- Super 8®
- Travelodge®
- Wingate Inn®
- Wyndham

*Vacation Ne
Group*

- RCI®
- Condo R
  Network
- Cuendet
- Landal C
- French L
- Novasol

**Real Estate**

The Cendant Real Estate Services division encompasses the largest residential real estate organization in the world. With four of the world's leading residential real estate franchise systems, a major national commercial real estate franchise system, the largest relocation company in the world, the nation's largest and most successful residential real estate brokerage company and a leading title and closing services provider, Cendant holds a clear leadership position in the real estate industry.

**Real Estate Brands**

**Real Estate Franchise Group**

- CENTURY 21®
- Coldwell Banker®
- Coldwell Banker Commercial®
- ERA®
- Sotheby's International Realty®

**Real Estate Brokerage**

- NRT

**Relocation**

- Cenda Mobili

**Title and S Services**

- Cenda Settle Servic

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | Search | Contact Us |

**About Cendant**                                                    About Cendant >

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

# Travel Distribution

The comprised businesses of Travel Distribution Services create one of the
geographically diverse and vertically integrated travel companies in the glo
industry. Travel Distribution Services is focused on changing the experienc
improving systems, making processes more efficient and employing a more
focused approach. Travel Distribution Services is dedicated to identifying, c
and delivering maximum value to its customers.

Travel Distribution Services has nearly 9,000 employees located in approxir
countries around the world. While the division is composed of 22 distinct br
complementary businesses are managed geographically by customer chann
core channels are Business to Business/Corporate and Business to Consum

The 22 brands within Travel Distribution Services are: AoYou.com, Asia-hot
Away.com, Cendant Travel, CheapTickets, ebookers.com, Galileo Internatic
Gullivers Travel Associates, HotelClub.com, Lodging.com, Neat Group, Octo
Orbitz, Orbitz for Business, RatesToGo.com, Shepherd Systems, THOR, Tra
4, Travel Bound, Inc., Travelport, TRUST International and WizCom. Additic
Distribution Services manages the Travelers Advantage business, which is c
Trilegiant, a premier membership-based business that provides solutions su
redemptions.

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a
subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

Case 1:06-cv-00041-JJF     Document 48-2     Filed 02/14/2006     Page 6 of 25

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | Search | Contact Us |

About Cendant

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

About Cendant > Travel Distribution > Business t

# Business to Business/Corporate

Travel agencies remain an important and trusted resource to consumers and corporations in helping them plan business travel, vacations and find package deals.



Through the Galileo Global Distribution System (GDS), the cornerstone of the travel distribution business, Travel Distribution Services helps its travel agency customers by providing better content, more automated technology to reduce labor and transaction costs, and additional revenue through increased sales and other commission opportunities. Through direct-to-desktop systems, Galileo distributes travel inventory from multiple supplier sources, as well as e-ticketing and booking products for airlines and travel agencies. Galileo also provides innovative programs benefiting all players in the distribution chain. Divided into the Americas and International Markets, Galileo generates approximately 65 percent of its revenues outside the U.S., and connects more than:







- 50,000 locations connected to the GDS
- 470 airlines
- 23 rental car companies
- 60,000 approximate hotel properties
- 431 tour operators



Gullivers Travel Associates (GTA) group consists of GTA and Travel Bound. GTA is a leading wholesaler of accommodation and ground travel products for tour groups and independent travelers. GTA services 26,000 groups annually in excess of 30,000 individuals per day. GTA operates through 31 offices across 24 countries, with sales in over 100 countries.



Orbitz for Business, an online corporate travel agency, offers a familiar online booking experience to business travelers and is ideal for companies seeking an out-of-the-box travel program.



THOR is the fastest growing consortium in the travel industry, specializing in distribution, marketing and 24-hour emergency services to travel-related companies including hoteliers, travel agencies and non-hotel vendors around the world.



Case 1:06-cv-00041-JJF     Document 48-2     Filed 02/14/2006     Page 8 of 25

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a
subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | | Search | | Contact Us |

---

**About Cendant**

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

About Cendant > Travel Distribution > Business to

# Business to Consumer Services



Cendant has a number of compelling consumer offerings that provide the leisure traveler with breadth of choice, great value — both online and offline — and solid customer service.



AoYou.com is a Beijing-based joint venture with one of the major Chinese tour operators targeting the FIT (Flexible Independent Traveler) market.



Asia-hotels.com is the leading Asian specialist hotel guide and reservations service. Operated by Flairview Travel Pty Ltd., it has been providing online reservations services since June 1997 to over 800,000 unique visitors on a monthly basis. Collaborating with sister Web sites, RatesToGo.com and HotelClub.com, asia-hotels.com devotes resources in the Asian markets, where it has extensive knowledge of the marketplace. With a base of over 4,000 hotels and resorts and 50,000 customer comments, asia-hotels.com offers independent advice to consumers on hotels and destinations throughout Asia.





The Away Network comprises three U.S. Web sites specializing in niche travel for affluent travelers seeking unique experiences and activities: Away.com, Gorp.com and Outsideonline.com. Combined, over 2.5 million unique monthly visitors use these travel portals for information on aspirational travel options such as sailing, hiking, skiing, safaris, arts and culture.





Cendant Travel, a U.S. travel agency operation with three contact centers, provides reservation sales and customer service for Lodging.com and CheapTickets. Cendant Travel also offers internal travel support for all Cendant businesses. Professional travel counselors, handling multiple calls per year, are available 24/7 through a toll-free number. The retail public takes advantage of the excellent discount rates available through Cendant Travel.





CheapTickets is a leading U.S. online travel company offering discounted leisure travel products through its Web site, CheapTickets.com. CheapTickets provides consumers access to published and unpublished



Case 1:06-cv-00041-JJF      Document 48-2      Filed 02/14/2006      Page 11 of 25

wide variety of discounted airfares, hotel

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a
subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email



| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | | Search | Contact Us |

About Cendant                                                                                      About Cenda

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

## Travel Content

As a leading provider of travel products and services to businesses and con
Cendant Travel Content businesses hold either the #1 or #2 positions withi
segments.

The Cendant Car Rental Group is the world's second-largest general-use ca
company and the leader in brand loyalty; the Cendant Hotel Group is the w
largest lodging franchisor; the Cendant Timeshare Resort Group is the worl
developer and manager of vacation ownership interests and resorts; and th
Vacation Network Group operates the world's largest vacation exchange co
the #1 vacation rental company in Europe.

The business units of Cendant Travel Content lead the way in leisure travel
shared commitment to outstanding customer service, innovation and branc

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a
subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email



| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT |

Search          Contact Us

About Cendant                                    About Cendant > Travel Content >

At-A-Glance

Travel Distribution

Travel Content

Real Estate Services

Diversity & Inclusion

# Hospitality Services

Cendant's Hospitality Services Division comprises the Cendant Hotel Group
world's leading franchisors of mid-economy market lodging brands, and the
Vacation Network Group, which includes the global leader in timeshare exc
European cottage rental groups.

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a
subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT |     Search     Contact Us

---

**About Cendant**                              About Cendant > Travel Content > Hospitality Ser

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

# Hotel Group

Cendant's Hotel Group, based in Parsippany, N.J., is the world's largest lodging franchisor, with nearly 6,400 hotels representing more than 513,000 rooms on five continents under the Super 8®, Days Inn®, Ramada®, Travelodge®, Howard Johnson®, Wingate Inn®, AmeriHost Inn®, Wyndham Worldwide and Knights Inn® brands. Cendant's franchised hotels sell nearly one out of every five economy and mid-priced room-nights in the United States, and Cendant franchises 10.3 percent of the entire U.S. hotel room supply, according to Smith Travel Research and Cendant financial data. All hotels are individually owned and operated under franchise agreements with Cendant subsidiaries.

Cendant Hotel Group's TripRewards® loyalty program, the largest of its kind in the lodging industry based on the number of participating hotels, enables leisure travelers to earn rewards quickly, just like frequent business travelers, because points can be earned on everyday purchases.

















Case 1:06-cv-00041-JJF     Document 48-2     Filed 02/14/2006     Page 16 of 25

Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation and subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | Search | Contact Us |

**About Cendant**

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

About Cendant > Travel Content > Hospitality Services > Vaca

# Vacation Network Group




The Cendant Vacation Network Group represents developers, owners, managers and marketers of outstanding vacation properties, sending consumers on dream vacations to the world's great tourism destinations through brands that are global market leaders within their segments.



The Cendant Vacation Network Group is a global leader in innovative travel membership and rental products, end-to-end business solutions and world-class customer service, providing consumers with access to the full spectrum of vacation networks, including timeshare condominiums, vacation homes, villas, chalets, cottages, caravan parks, vacation parks, bungalows, whole-ownership condominiums, canal boats, houseboats, oceangoing catamarans, fractional resorts, private residence clubs, condo hotels, destination clubs and more.



Organizationally, Cendant Vacation Network Group comprises Resort Condominiums International (RCI), a global leader in vacation exchange and travel membership products, and Cendant Vacation Rental Group (VRG), the leader in vacation accommodation rentals. With headquarters in Parsippany, New Jersey, and London, England, Cendant Vacation Network Group is led by Ken May, chairman and CEO.



The Cendant Vacation Network Group comprises brands, businesses and more than 8,000 employees and generated more than four million transactions in 2004.



Following is a complete list of the Vacation Network Group brands:

Blakes Boating & Parks
Canvas Holidays
Chez Nous
Condo Rental Network
Cottages4you.com
Country Cottages in Scotland
Country Cottages in Ireland
Country Cottages in France
Country Holidays
Country Manors

RCI
Ragatz Associates
The Registry Collection
Ski Life
Stillwells

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a
subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email



Search          Contact Us

About Cendant

About Cendant > Travel Content >

At-A-Glance

Travel Distribution

Travel Content

Real Estate Services

Diversity & Inclusion

## Timeshare Resorts

Cendant Timeshare Resort Group (CTRG) is the leading international developer, marketer and manager of diversified and flexible vacation ownership products. CTRG markets vacation ownership interests under two primary consumer brands - Fairfield Resorts and Trendwest Resorts - which together comprise more than 130 resort properties throughout North America and the South Pacific. CTRG is the largest vacation ownership company in the world, with more than 700,000 owner families and 15,000 individual timeshare units.





All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation and subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT |

Search          Contact Us

About Cendant                                            About Cendant > Travel Conte

At-A-Glance

Travel Distribution

Travel Content

Real Estate Services

Diversity & Inclusion

## Vehicle Rental

The Cendant Car Rental Group has emerged as the world's largest general use car rental company, comprising Avis, a leading supplier to the business travel industry, and Budget, a top brand in the leisure travel market. The two brands combine for extended global reach that includes over 6,000 car and truck rental locations in the Americas, Australia, New Zealand and the Caribbean.





All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies:  Privacy Policy  |  Terms of Use Policy  |  Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | | Search | | Contact Us |

About Cendant                                                                 About Cendant > F

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

Hospitality Services

Timeshare Exchange

Vehicle Services

# Real Estate Services

The Cendant Real Estate Services Division encompasses the largest resider estate organization in the world. With four of the world's leading residentia franchise systems, a major national commercial real estate franchise syster largest relocation company in the world, the nation's largest and most succ residential real estate brokerage company and a leading title and closing se provider, Cendant holds a clear leadership position in the real estate indust

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT |   Search        Contact Us |

About Cendant                                                          About Cendant > Real Estate Se

- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

## Relocation



Cendant Mobility[SM] is the premier provider of global
mobility management and workforce development
solutions serving the corporate, military, government
and affinity markets. Through its industry-leading
outsourcing, consulting, language and intercultural
training, logistical support and supplier management, Cendant Mobility help
workforces of organizations of all sizes achieve success worldwide. With 50
experience, Cendant Mobility helps clients achieve cost reductions and enha
service performance to accomplish its organizational objectives. It assists n
100,000 transferring employees annually around the globe for more than 2
including two-thirds of the Fortune 50 and numerous government agencies
organizations.

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a
subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | Search | Contact Us |

About Cendant

About Cendant > Real Estate Services > Title and S

At-A-Glance

Travel Distribution

Travel Content

Real Estate Services

Diversity & Inclusion

# Title and Settlement Services

Cendant Settlement Services Group (CSSG) is a full-service title, settlement and vendor management services company serving real estate companies, affinity groups, corporations and financial institutions in support of residential and commercial real estate transactions. Headquartered in Mount Laurel, N.J., Cendant Settlement Ser is a national company with 2,000 employees. CSSG and its family of compa licensed to do business in more than 30 states.



All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email



| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT | Search | Contact Us |

---

About Cendant

About Cendant > Real Estate Services > Re



- At-A-Glance
- Travel Distribution
- Travel Content
- Real Estate Services
- Diversity & Inclusion

# Real Estate Brokerage

Owning the most successful residential real estate brokerage company in the nation, NRT, Cendant owns and operates companies in more than 35 of the nation's largest metropolitan markets, with more than 1,000 offices and 64,000 sales associates. By any measure of real estate success, Cendant is the industry leader, proven that nearly all companies are ranked No. 1 or No. 2 in their respective mark 2004, NRT accounted for $204 billion in closed sales volume.

NRT

---

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

| Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT |   Search          Contact Us |

About Cendant



About Cendant > Real Estate Services > Real Esta

At-A-Glance

Travel Distribution

Travel Content

Real Estate Services

Diversity & Inclusion

# Real Estate Franchise Group

Cendant is the world's largest franchisor of real estate brokerages, with almost 15,000 offices and 313,000 sales associates worldwide.



The Cendant family of real estate brands is well known around the world.

- **Century 21®** is one of the most recognized names in real estate, more than 7,800 independently owned and operated franchised brokerage offices in more than 42 countries and territories worldwide.



- **Coldwell Banker®** is among the nation's oldest real estate companies, with 100 years of experience in the industry. It now has almost 4,000 residential and commercial real estate offices.



- **Coldwell Banker Commercial®**, serves the needs of landlords, sellers and buyers in the leasing, acquisition, disposition and management of commercial real estate property.



- **ERA®**, with its expanding presence in international markets, is a resid estate brokerage franchise system with more than 2,800 franchised b offices.



- Founded in 1976 to provide independent brokerages with a powerful and referral program for luxury listings, the **Sotheby's International R** network was designed to connect the finest independent real estate c to the most prestigious clientele in the world. Cendant added to the S International Realty name to its family of brands in February 2004 pu long-term license agreement with Sotheby's Holdings, Inc. (NYSE: BI STBA).

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email

# EXHIBIT B



FOR IMMEDIATE RELEASE

### CENDANT CORPORATION BOARD OF DIRECTORS ANNOUNCES PLAN TO SEPARATE CENDANT INTO FOUR PUBLICLY OWNED, PURE-PLAY COMPANIES

*Creation of Separate Publicly Traded Real Estate, Travel Distribution, Hospitality and Vehicle Rental Companies Intended to Maximize Value for Cendant Shareholders*

*New Companies Will Have Strong Balance Sheets, Significant Scale, Leading Market Positions and Brands, and World-Class, Experienced Management Teams*

*Company Reassesses Impact of Recent Trends and Events on Future Results*

**New York, NY 10-24-2005** – Cendant Corporation (NYSE: CD) today announced that its Board of Directors has approved a plan to separate Cendant into four independent, publicly traded, pure-play companies – one each for Cendant's real estate, travel distribution, hospitality and vehicle rental businesses. The plan is designed to enable shareholders and the four companies to realize Cendant's value, which has not yet been fully recognized by the market, despite the strong operating and financial performance of Cendant's businesses.

Following the proposed transaction, Cendant's shareholders will own 100% of the equity in all four companies. The transaction is expected to be effected through three 100% spin-offs in the summer of 2006. It is expected to be tax-free for the Company and its shareholders.

**Move Designed to Unlock Value**

Cendant's Chairman and Chief Executive Officer, Henry R. Silverman, said, "We believe that this is the right thing to do, for the right reasons and at the right time. Creating four strong and focused pure-play companies is the best way to unlock the full value of Cendant's businesses for the benefit of our shareholders in both the short and long term. All of our businesses have done well, yet despite Cendant's consistently strong operating and financial performance in recent years, the market has not fully recognized the value of the Company. Our successful efforts to simplify Cendant's structure and divest non-core businesses have underscored the benefits of greater clarity and focus. With these efforts complete, we have now concluded that it is in the best interests of our shareholders to establish pure-play enterprises, as we and our advisors believe the sum of the parts has a value in excess of our current share price."

Cendant anticipates that the separation of the Company's core businesses will facilitate a clearer understanding and fairer market valuation of each of these businesses. The transaction is intended to reduce the complexity surrounding investor understanding and analysis of Cendant's businesses and enable investors to choose how to diversify their Cendant holdings. Cendant also expects to attract new interest from investors who want to own stock in one or more of the separate companies, even though they might not have been as interested in Cendant's diversified holdings as a single company.

Cendant's President and Chief Financial Officer, Ronald L. Nelson, added, "Since mid-2004, we have created three focused public companies – Jackson Hewitt, PHH Corporation and

1

CENDANT

Wright Express – through two initial public offerings and one spin-off.  The share price appreciation of each of these companies has significantly outperformed its respective industry groupings, the S&P 500 and Cendant, giving greater credence to our view that the aggregate valuations of the four proposed new companies will exceed that of Cendant today."

**Strategic Rationale**

The Company and its advisors evaluated a number of strategic alternatives to increase shareholder value, including a leveraged recapitalization; a sale of one, several or all of Cendant's business units; and different configurations of a separation.

"We concluded that this proposed transaction is the most feasible and the most financially attractive," Mr. Silverman continued.  "It is a tax-efficient approach and does not preclude the other alternatives considered by our Board after the separation occurs.  This structure removes another layer of complexity, enables the companies to have readily identifiable market comparables and preserves most of the revenue synergies among our business units.  And we will seek to preserve other synergies through arms'-length contractual arrangements."

**Geopolitical Risk**

In considering this transaction, the Company also reassessed its previously articulated view that it manages event-related risk through size and diversity.  Commenting on this reassessment, Mr. Nelson said, "Obviously, we thought long and hard about the fact that there will be more volatility in the separate travel assets than currently exists.  However, each new company will be affected differently and we expect that each will be sufficiently capitalized to manage event-driven risk.  Moreover, it has become clear in the last few years that the advantages of focused pure-play companies in the market outweigh the incremental benefits offered by Cendant's hedged portfolio."

**Four Strong Competitors**

"From inception," Mr. Silverman said, "each of the new companies will be a major competitor in its sector.  Each will have leading brands and market positions, strong balance sheets, significant scale and world-class, experienced management teams."

Mr. Silverman emphasized these key strengths of the new companies:

- Real Estate Services is the leader in the residential real estate services sector – the largest real estate brokerage franchisor and operator, the world's premier employee relocation and mobility services company, and a leading provider of title agency and other settlement services.
- Travel Network encompasses Cendant's Travel Distribution Services division as well as RCI and Vacation Rental Group – with a powerful portfolio of global brands and a strong U.S. and international presence, it is a leader in the growing travel intermediary sector, and is the largest timeshare exchange company as well as the largest marketer of European vacation rentals.
- Hospitality is one of the world's largest lodging companies, with nine of the best-known brands, and the world's largest developer, marketer and manager of timeshares.

CENDANT

- <u>Vehicle Rental Services</u>, with two of the most-recognized brands in its sector, is one of the largest general-use car rental businesses in the U.S.

**Experienced Managements**

The four new companies will be led by teams drawn from Cendant's current senior leadership.  Richard A. Smith will be Chief Executive Officer of Real Estate Services, with Mr. Silverman serving as Non-Executive Chairman.  At Travel Network, Mr. Silverman will serve as Chairman and Chief Executive Officer, with Samuel L. Katz as Vice Chairman and President.  Hospitality will be headed by Stephen P. Holmes as Chairman and Chief Executive Officer, while Mr. Nelson will lead Vehicle Rental Services as its Chairman and Chief Executive Officer.

"Cendant is fortunate to have these four world-class executives – Ron Nelson, Richard Smith, Steve Holmes and Sam Katz – to provide the new companies with the leadership they need," Mr. Silverman commented.  "The best way for me to make a contribution is to help Richard and Sam launch these exciting new enterprises."

**Highest Governance Standards**

Each of the new companies' Board of Directors will be composed of a diverse group of experienced directors, with a majority of independent directors and a commitment to the highest standards of corporate governance.

**No Change in Operations; New Opportunities for Employees**

The Company emphasized that the planned transaction should not affect the operations of its business units and that generally customers, suppliers, franchisees and other business partners should see no changes in their relationships with Cendant businesses.  It also emphasized that employees generally should not be affected.

Mr. Nelson said, "The creation of four separate, pure-play companies will offer Cendant employees important new opportunities for growth.  Most business unit and division employees won't see any significant changes in their day-to-day responsibilities.  And many corporate employees will have new opportunities available to them in the four new companies.  One of our highest priorities will be to ensure that as many employees as possible are placed in appropriate positions at the new companies."

**Strong Capitalization, Restructured Debt**

It is expected that the new companies will be prudently and conservatively capitalized, which is expected to offset any potential exposure to added market volatility they may face as focused businesses, while at the same time providing flexibility for long-term growth.

Any refinancing of Cendant's corporate debt will be apportioned between Real Estate Services and Travel Network.  Real Estate Services and Travel Network will share responsibility for the Company's contingent liabilities.  It is expected that Hospitality and Vehicle Rental Services will have no legacy corporate debt but will assume the existing securitized debt related to timeshare and rental vehicle assets, respectively.



**Dividend and Share Repurchase Strategy**

The Company noted that it expects to continue to recommend to its Board of Directors payment of the regular $0.11 quarterly dividend until the separation is completed. Following the separation, it is currently expected that all four companies will pay dividends, which, in the aggregate, will approximate the dividend currently paid by Cendant. Individual company payments will be determined at a later date and will be within the discretion of the respective Boards of Directors, although Cendant anticipates that the Real Estate Services and Travel Network entities will pay the substantial majority of the post-separation aggregate dividend.

The Company also said that, in light of the proposed transaction, it will re-assess its share repurchase targets as it refines the capital structure and credit ratings of each of the four new companies. Accordingly, while the Company's share repurchase authorization remains in place, its previously announced share repurchase target of $2 billion over the course of 2005 and 2006 is no longer operative.

**Company Headquarters and Names**

The Real Estate, Hospitality and Vehicle Rental companies are expected to continue to be based in Parsippany, N.J., where they are now located. Travel Network will headquarter at Cendant's current New York City office. No change in the location of the Company's workforce is anticipated.

No new names have been selected yet for the new companies. That process will be completed prior to the completion of the separation. The Cendant name will be retired.

Stock exchange listings for the four new publicly traded companies have not yet been determined.

Cendant is being advised by Evercore Partners and JPMorgan in connection with this transaction, and its outside legal counsel is Skadden, Arps, Slate, Meagher & Flom LLP.

**Conditions Precedent to Completion of Transaction**

Consummation of the proposed transaction will be subject to certain conditions precedent, including final approval by Cendant's Board of Directors, receipt of a tax opinion of counsel and the filing and effectiveness of registration statements with the Securities and Exchange Commission. Also, the separation is subject to the completion of applicable refinancings. Approval of Cendant's shareholders is not required.



**Additional Information on Four New Companies**

The proposed four new companies will represent the following proportions of Cendant's estimated 2005 key financial metrics:

|  | Real Estate Services (a) | Travel Network (a) | Hospitality (a) | Vehicle Rental Services (a) |
|---|---|---|---|---|
| % of Cendant Estimated 2005 Revenue | 39—41% | 18—20% | 12—14% | 27—29% |
| % of Cendant Estimated 2005 EBITDA (b) | 40—42% | 28—30% | 14—16% | 14—16% |
| % of Cendant Estimated 2005 Pre-tax Earnings (b) | 44—46% | 21—23% | 16—18% | 15—17% |

(a) EBITDA represents income from continuing operations before non-program related depreciation and amortization, non-program related interest, amortization of pendings and listings, income taxes and minority interest.  All percentages are based on the Company's guidance to be issued in connection with its third quarter 2005 earnings release (excluding the results of its former mortgage business).  The percentages for Travel Network and Hospitality reflect the transfer of the Company's timeshare exchange business, RCI, and its European vacation rental business from Hospitality to Travel Network.  The percentages have been provided for informational purposes and are not necessarily indicative of the results of future operations or the actual results that would have been achieved had the separation occurred at the beginning of 2005.

(b) EBITDA percentages reflect the allocation of corporate overhead based upon Cendant's estimate of each company's relative consumption of Corporate services as a stand-alone public entity.  Cendant's preliminary estimates indicate that the aggregate Corporate services costs incurred by the stand-alone entities will not exceed Cendant's total Corporate services costs.  The pre-tax earnings percentages further reflect the allocation of (i) Corporate depreciation and amortization using the same methodology described above and (ii) Corporate debt interest expense based upon each company's proposed debt structure, under which Cendant expects its Corporate debt to be apportioned equally between Real Estate Services and Travel Network.

Additional information about the four new companies is appended below.

**Future Financial Results**

Cendant will report its third quarter results today after the market closes.  Earnings per share were $0.44, which is consistent with the low end of the range of the Company's previous guidance.

Based upon current trends in the Company's consumer-oriented travel businesses, EBITDA from core operating segments (excluding restructuring charges) is expected to increase approximately 14%, year-over-year, in the fourth quarter 2005, as compared with our previous projected growth of approximately 25%.

Mr. Nelson commented, "Several of our leisure travel units began to show signs of slowing growth during the third quarter.  Although some of what we experienced can be directly attributed to the impact of terrorism, devastating hurricanes and higher gasoline prices, we also began to feel the impact of, among other things, the slowdown in the rate of growth currently affecting all online businesses, as well as the ongoing channel shift to supplier sites, demand weakness in certain key markets in the global distribution business, and continued economic weakness in Europe.  In addition, we combined our timeshare exchange business, RCI, and our Vacation Rental Group to create the new Vacation Network Group.  This combination is expected to save the Company approximately $9 million annually as well as



broaden the marketing capability of our European travel business, but will result in severance and facility closing costs of approximately $0.01 per share in fourth quarter 2005. As a result of this restructuring and the slower growth noted above, the Company will reduce its projection for fourth quarter 2005 earnings per share by $0.03 to $0.04 to a range of $0.23 to $0.26. This projection does not include any potential charges associated with the transaction."

Mr. Nelson continued, "The effect of these items on 2006 is not yet clear. However, based upon the current trends noted above, together with increased fleet costs and higher interest cost in the rental car business, we preliminarily project revenue to grow by approximately 10% and EBITDA from core operating segments to grow by 11%-13% in 2006 versus 2005, down from our previous estimate of 11% revenue and 19% EBITDA growth."

The Company will not be providing specific earnings per share guidance for Cendant for 2006, as it is no longer relevant due to the contemplated transaction. The Company expects to provide guidance for each of the proposed new companies at its 2006 Investor Day, currently planned for February 2, 2006.

**Investor Conference Call**

Cendant will host a conference call to discuss this announcement today, Monday October 24, 2005, at 9:00 AM (ET). Investors may access the call live at www.cendant.com or by dialing 888-889-1958 within the United States, or 517-308-9005 for international callers, using the access code: "Cendant". A web replay will be available at www.cendant.com following the call. A telephone replay will be available from 12:00 PM (ET) on October 24, 2005 until midnight (ET) on October 31, 2005 at 866-455-0587 within the United States, or at 203-369-1266 for international callers.

**About Cendant Corporation**

Cendant Corporation is primarily a provider of travel and residential real estate services. With approximately 85,000 employees, New York City-based Cendant provides these services to businesses and consumers in over 100 countries. More information about Cendant, its companies, brands and current SEC filings may be obtained by visiting the Company's Web site at www.cendant.com.

**Forward-Looking Statements**

Certain statements in this press release constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such forward-looking statements involve known and unknown risks, uncertainties and other factors which may cause the actual results, performance or achievements of the Company to be materially different from any future results, performance or achievements expressed or implied by such forward-looking statements. Statements preceded by, followed by or that otherwise include the words "believes", "expects", "anticipates", "intends", "projects", "estimates", "plans", "may increase", "may fluctuate" and similar expressions or future or conditional verbs such as "will", "should", "would", "may" and "could" are generally forward-looking in nature and not historical facts. Any statements that refer to expectations or other characterizations of future events, circumstances or results are forward-looking statements. The Company cannot

CENDANT

provide any assurances that the separation or any of the proposed transactions related thereto will be completed, nor can it give assurances as to the terms on which such transactions will be consummated. The transaction is subject to certain conditions precedent, including final approval by the Board of Directors of Cendant.

Various risks that could cause future results to differ from those expressed by the forward-looking statements included in this press release include, but are not limited to: risks inherent in the contemplated separation and related transactions and borrowings and costs related to the proposed transactions; distraction of the Company and its management as a result of the proposed transactions; changes in business, political and economic conditions in the U.S. and in other countries in which Cendant and its companies currently do business; changes in governmental regulations and policies and actions of regulatory bodies; changes in operating performance; and access to capital markets and changes in credit ratings, including those that may result from the proposed transaction. Other unknown or unpredictable factors also could have material adverse effects on Cendant's and its companies' performance or achievements. In light of these risks, uncertainties, assumptions and factors, the forward-looking events discussed in this press release may not occur. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date stated, or if no date is stated, as of the date of this press release. Important assumptions and other important factors that could cause actual results to differ materially from those in the forward looking statements are specified in Cendant's 10-Q for the quarter ended June 30, 2005, including under headings such as "Forward-Looking Statements" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." Except for the Company's ongoing obligations to disclose material information under the federal securities laws, the Company undertakes no obligation to release publicly any revisions to any forward-looking statements, to report events or to report the occurrence of unanticipated events unless required by law.

This press release includes management's estimate of EBITDA growth from core operating segments for fourth quarter 2005. Management believes the most directly comparable GAAP measure would be "Net Income." As the Company has not yet completed its calculation of the gain resulting from the October 17, 2005 sale of its Marketing Services division, the Company is only capable of providing a reconciliation to Net Income before the results of Discontinued Operations. Provided below is a reconciliation of EBITDA to Income from Continuing Operations (which represents Net Income before the results of Discontinued Operations) for fourth quarter 2005 (projected) and 2004:

|  | 2005P | 2004 |
|---|---|---|
| EBITDA for core operating segments | $ 625 - 655 | $ 575 |
| Mortgage Services | - | 9 |
| Corporate and Other | (70 - 55) | 8 |
| Total Company EBITDA | 555 - 600 | 592 |
| Less: Non-program related depreciation and amortization | 135 - 130 | 141 |
| Less: Non-program related interest expense, net | 60 - 55 | 66 |
| Less: Amortization of pendings and listings | 20 - 10 | 3 |
| Pretax income | 340 - 405 | 382 |
| Less: Provision for income taxes and minority interest | 110 - 135 | 134 |
| Income from continuing operations | $ 230 - 270 | $ 248 |



***Media Contacts*:**

Elliot Bloom
Cendant Corporation
212-413-1832

Walter Montgomery
Robinson Lerer & Montgomery
646-805-2002

Rupert Younger
Finsbury Group
+44-207-251-3801

***Investor Contacts*:**

Sam Levenson
Cendant Corporation
212-413-1834

Henry A. Diamond
Cendant Corporation
212-413-1920



## VEHICLE RENTAL SERVICES

**Vehicle Rental Services** is one of the largest general-use car rental operators in the U.S. and an industry leader in the car rental sector.  It brings together two of the most recognized brands in the industry, Avis, a leading supplier to the business travel segment, and Budget, a top brand in the leisure travel market.

***Avis Rent A Car*** is recognized as an industry leader in applying new technologies and is one of the world's top brands for customer loyalty.  ***Budget Rent A Car*** is the owner and franchisor of one of the world's best-known car rental brands.  ***Budget Truck Rental*** is the second-largest consumer truck rental company in the United States, operating through a network of more than 2,800 locations throughout the continental United States, serving both the consumer and light duty commercial sectors.
Combined, the two brands have an extended global reach that includes over 6,600 car and truck rental locations in the Americas, Australia, New Zealand and the Caribbean.

### Avis Rent A Car System, Inc.
Avis and its subsidiaries operate the world's second-largest general-use car rental business, with approximately 2,000 locations in the United States, Canada, Australia, New Zealand and the Latin American/Caribbean region.  It is a leading brand for customer loyalty, ranking as the number one car rental company in the 2005 Brand Keys® Customer Loyalty Index.  Vehicle Rental Services will hold marketing agreements with Avis Europe Plc, a separately owned UK-based company owning or franchising an additional 3,000 Avis locations in Europe, Asia, the Middle East and Africa.

### Budget Rent A Car System, Inc.
Budget operates and/or franchises approximately 1,800 rental locations in the U.S., Canada, Latin America, Caribbean, Australia and New Zealand.  Today, as an industry leader, Budget continues to appeal to value-minded renters by offering quality vehicles and a rewarding rental experience.
The Budget System in Europe, Africa and the Middle East is operated under a royalty-free license arrangement with Zodiac Europe Limited, an independent third party and an affiliate of Avis Europe, and is comprised of approximately 800 locations.

### Key Statistics
Headquarters:  Parsippany, N.J.
Employees:  31,000
Worldwide car & truck locations (approx):  6,600
Airport car locations vs. Hertz:  175%
Airport car locations vs. Enterprise:  200%

### Senior Executives
Ronald L. Nelson, Chairman and CEO
Robert Salerno, President and COO



## REAL ESTATE SERVICES

**Real Estate Services** is a leader in the residential real estate services sector, operating the world's largest real estate brokerage franchisor, the largest U.S. residential real estate brokerage firm, a premier provider of employee relocation and global mobility services, as well as one of the country's leading providers of title agency and other settlement services.

### Real Estate Franchise Group
The largest franchisor of real estate brokerages has more than 14,000 offices and 300,000 sales associates worldwide, including the following brands:

- *Century 21*® – World's largest residential real estate sales organization with 137,000 brokers and sales associates and over 7,500 independently owned and operated franchised broker offices in 39 countries and territories.
- *Coldwell Banker*® – One of the nation's oldest real estate companies with over 3,900 residential and commercial real estate offices and 125,000 sales associates in 28 countries.
- *Coldwell Banker Commercial*® – One of the nation's largest commercial real estate franchise operations with affiliates offering clients comprehensive buying, selling, leasing, acquisition, disposition and management services.
- *ERA*® – A growing residential real estate brokerage franchise system with over 2,700 offices, more than half of which are international.
- *Sotheby's International Realty*® – A luxury real estate network designed to connect the finest independent real estate companies to the most prestigious clientele in the world.

### Real Estate Brokerage Group
**NRT** is the largest residential real estate brokerage company in the U.S. It owns and operates companies in more than 35 of the nation's largest metropolitan markets. NRT has more than 1,000 offices, 8,000 employees and over 60,000 sales associates nationwide. In 2004, NRT again posted an industry record with more than $200 billion in sales volume.

### Relocation Services
**Cendant Mobility** is a premier provider of employee relocation and mobility services. It operates six global services centers on four continents. The company annually assists over 100,000 employees around the globe for a broad client base including nearly two-thirds of the Fortune 50, as well as government agencies and affinity organizations. The performance-based Cendant Mobility Broker Network closed over 70,000 properties on behalf of Cendant Mobility clients in 2004.

### Title and Settlement Services
**Cendant Settlement Services Group** is one of the nation's leading full-service title, settlement, and vendor management services companies. It serves real estate companies, affinity groups, corporations and financial institutions in support of residential and commercial real estate transactions.

### Key Statistics
Headquarters:  Parsippany, N.J.
Employees:  15,000

### Senior Executives
Henry R. Silverman, Non-Executive Chairman
Richard A. Smith, CEO

 CENDANT

## HOSPITALITY

**Hospitality** is the world's largest lodging franchisor, with nearly 6,500 hotels on five continents under nine brand names. Hospitality is also the world's largest timeshare developer with over 140 resorts throughout North America and the South Pacific. Currently comprised of Fairfield Resorts and Trendwest Resorts, the Timeshare Resort Group accounts for more than 760,000 owner families worldwide.

### Hotel Group

This group is one of the world's largest lodging companies, with nearly 6,500 hotels and approximately 540,000 rooms on five continents. Its *TripRewards*® loyalty program, the lodging industry's largest based on the number of participating hotels, has grown to more than 4 million members in its first year. The group totals more than 5,300 employees and is headquartered in Parsippany, N.J.

- *Wyndham*® -- 109 hotels and resorts in the United States, Caribbean and Mexico
- *Ramada*® – 977 hotels and resorts worldwide
- *Days Inn*® – 1,863 hotels worldwide*Super 8*® – 2,072 motels in the United States, Canada and China*Wingate Inn*® – 143 hotels and resorts in the United States and Canada
- *Howard Johnson*® – 457 hotels worldwide
- *Travelodge*® – 521 hotels in the United States, Canada and Mexico
- *AmeriHost Inn*® – 104 hotels in the United States
- *Knights Inn*® – 212 motels in the United States and Canada

### Timeshare Resort Group

The group consists of *Fairfield Resorts* and *Trendwest Resorts*, and is the largest vacation ownership company in the world with over 140 resorts, more than 13,000 individual timeshare units, and over 760,000 owner families. The group totals more than 14,000 employees and is headquartered in Orlando, Fla.

- *Fairfield Resorts* specializes in the development and marketing of travel products including vacation ownership intervals at over 70 resorts throughout the U.S. Fairfield was one of the first U.S. developers to move from traditional fixed-week timeshare ownership to a points-based exchange program with the launch of FairShare Plus in 1991.
- *Trendwest Resorts* is a leading vacation ownership company offering a network of resorts with a flexible points-based system of ownership. The company currently operates 57 WorldMark resorts in the United States, British Columbia, Mexico and Fiji.

### Key Statistics

| | |
|---|---|
| Headquarters: Parsippany, NJ | Worldwide Timeshare Resorts: 143 |
| Employees: 19,000 | TripRewards Membership: 4,100,000 |
| Worldwide Hotels: Nearly 6,500 | Timeshare Owner Families: 760,000 |

### Senior Executives

Stephen P. Holmes, Chairman and CEO
Franz Hanning, CEO, Timeshare Resort Group
Steven A. Rudnitsky, CEO, Hotel Group



## TRAVEL NETWORK

**Travel Network (TN)** is a leading global travel network focused on operating across both the consumer direct and business-to-business channels, providing the most comprehensive blend of technology and content available in the industry today.

TN's customers include travel agencies, tour operators, resort developers, corporate travel buyers, airlines, hotels, car rental companies and online and offline consumers. With over 17,000 employees in approximately 140 countries, TN is the most geographically diverse and vertically integrated travel company in the global travel industry today with unparalleled scale. Some of TN's major business activities are:

**Business to Business**
- Group travel and wholesale services including hotels, transfers and sight seeing provided by *Gullivers Travel Associates.*
- Global Distribution System (GDS) services provided to travel agencies, suppliers and corporations through *Galileo*.
- Corporate travel management services provided by *Travelport* and *Orbitz for Business*, for corporations seeking fully managed on-line travel.
- Hotel inventory management and connectivity solutions provided by *TRUST/Wizcom.*
- Travel business intelligence provided by *Shepherd Systems* for airlines, travel agencies and travel-related companies.

**Business to Consumer**
- Consumer retail travel through brands such as *Orbitz* and *Cheap Tickets* in the U.S. and the *ebookers*, *HotelClub.com*, *RatesToGo.com*, *aoyou.com* and *OctopusTravel.com* brands internationally.

**Vacation Network Group**
- Formed by the combination of RCI and Vacation Rental Group, Vacation Network Group offers leisure accommodations, including more than 55,000 villas and cottages; vacation ownership condominiums; and bungalow parks and campgrounds throughout the U.S., Europe and Asia Pacific through brands such as *RCI, Landal Green Parks*, *English Country Cottages* and *Novosol.* VNG includes luxury private residency clubs and a number of travel destination clubs.
- Through Leisure Real Estate Solutions, provides consultancy services to resort developers and real estate investors.

**Key Statistics:**
Headquarters: New York, N.Y.
Employees: 17,000
Travel agencies served: Over 50,000
Hotel properties served: 59,000
Global locations: 140 countries
Vacation properties: 55,000
Exchange and rental customers: 4.4 million
GDS revenue in comparison to total TN revenue: Americas – 18%; International markets – 27%
Gross bookings (direct and indirect): 10 billion online; 47 billion offline

**Senior Executives:**
Henry R. Silverman, Chairman and CEO
Samuel L. Katz, Vice Chairman and President
Kenneth N. May, Chairman and CEO, Vacation Network Group

EXHIBIT C





Contact Us      Site Map      Search

About Us    Programs    Strategic Alliances    Loyalty    Media    Careers    Privacy



We touch the lives of 100 million Americans.

Continuing our more than 30-year tradition of providing best-in-class, high-value loyalty and affinity programs to the world's leading financial service and retail companies

Interested in marketing with Trilegiant?

© Trilegiant Corporation 2000-2004

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Contact Us - Site Map - Search

Case 1:06-cv-00041-JJF     Document 48-4     Filed 02/14/2006     Page 3 of 37



We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us     Programs     Strategic Alliances     Loyalty     Media     Careers     Privacy

## About Us



We are the premier membership-based provider of travel, shopping, health, dental, entertainment, and consumer protection services. Through our membership club and loyalty product businesses, we provide products and services that touch the lives of more than 100 million people across America. Our individual membership club and loyalty-building programs offer exceptional values, savings, convenience and protection to our customers.

Our business began in 1973 and has grown to serve more than 25 million members across America. Our 3,000 employees deliver high-value programs and services to our members. These programs, combined with superlative service and turnkey operations, help enhance brand loyalty and revenue for our affinity marketing partners.

We offer consumers a risk-free opportunity to sample and join our programs. We stand behind our programs with a generous free trial and a money-back guarantee. Our members save money, enjoy the convenience of shopping at home or online, and find value in their membership. That is why they join our programs - and stay with them - at very high levels.

Our corporate headquarters are located at 100 Connecticut Avenue in Norwalk, CT 06850 (203.956.1000). We operate seven additional facilities in six states. We are the successor to Cendant Membership Services, Inc. and Cendant Incentives.

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search


We touch the lives of 100 million Americans.

Contact Us      Site Map      Search

About Us      Programs      Strategic Alliances      Loyalty      Media      Careers      Privacy

## Our Programs

### AutoVantage



Today, the average vehicle in the United States is 8 years old and has traveled 80,000 miles. Each year, an average American spends $653 on vehicle maintenance.

Maintaining a new car can be even more expensive: Manufacturers recommend spending more than $1,000 each year. AutoVantage Gold offers its members a way to beat the high cost of buying and maintaining a car. AutoVantage Gold benefits include:

**Service Center Network**
Significant discounts on nearly every type of automotive maintenance and repair at more than 20,000 participating service centers nationwide.

**Emergency Roadside Assistance**
24-hour, 7-day-a-week, toll-free phone number for emergency roadside assistance from more than 10,000 service providers nationwide (up to $80 per occurrence).

**New Car Summaries**
Detailed model evaluations, including road test data, warranty information, factory invoice pricing, standard and optional equipment, and manufacturers suggested retail price.

**Buying Program**
No-haggle, no-hassle car buying service at over 1,200 Dealer Franchises nationwide.

**Used Car Evaluation Service**
Estimated retail and wholesale prices, trade-in value, specifications and re-call history all help you get the best price,

**Related Services**
Ranging from hotel discounts and personalized trip routing and maps to discounts on car and truck rentals.

- Convenient online access

- Home lock-out protection
- Savings at select airport valet parking areas
- Driver education program discounts
- Discounts at KOA Kampgrounds

Visit the AutoVantage Web site.

Customer Service: 877-259-2696

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search


**We touch the lives of 100 million Americans.**

Contact Us     Site Map     Search

About Us     Programs     Strategic Alliances     Loyalty     Media     Careers     Privacy

## Our Programs

**Buyers Advantage**





***Buyers Advantage*** offers consumers unparalleled coverage and protection on the purchases they make, as well as on some items they already own. We recognize that consumers don't always have time to wait for a sale, or that they sometimes change their minds after making an impulsive purchase. We also realize that over time, those purchases may need to be fixed or replaced. ***Buyers Advantage*** is here to save consumers time, hassle and money.

Benefits for active members include:

**Warranty Extension Protection**
Members can enjoy automatic extension of the manufacturer's U.S. warranty to a full 3 years from the date of purchase on items costing up to $5,000.00, regardless of the length of the original warranty.*

**20% Repair Cost Protection**
Members can save up to $100.00 on eligible repairs to many major home electronics and appliances, regardless of how or when the item was originally purchased.*

**Return Guarantee Protection**
For any reason, members can return eligible unused, non-damaged purchases to ***Buyers Advantage*** for a full refund of the purchase price, up to $250 per claim and $1,000 per membership year, for returns made within 60 days.

**New Purchase Price Protection**
If, during a 60-day period after purchase, an item purchased at the same retail store or chain of same-named retail stores is reduced in price, members can receive a refund equal to the price difference, up to $250.00 per claim and $1,000.00 per membership year.

Visit the Buyers Advantage Web site for complete information about these benefits and membership terms and conditions.

*Certain states deem certain of the benefits of Buyers Advantage to be a form of insurance; accordingly, those benefits are offered in those states through Trilegiant Insurance Services, Inc. and are underwritten by Combined Specialty Insurance Company. For complete benefit restrictions, please visit

www.buyersadvantage.com. Buyers Advantage is not FDIC insured, is not a bank
deposit, and is not guaranteed by any bank or federal government agency.
Neither Buyers Advantage nor any of its affiliates is the provider of the repair
rebate and extended warranty benefits of the service. Buyers Advantage is
provided by Trilegiant Corporation, which may modify or improve any part of the
service at any time and without prior notice. Buyers Advantage is a registered
service mark of Cendant Publishing, Inc.

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search


We touch the lives of 100 million Americans.

Contact Us      Site Map      Search

About Us      Programs      Strategic Alliances      Loyalty      Media      Careers      Privacy

## Our Programs

### Clever Clubhouse



**Watch your kids excel while they have fun!**

Imagine, education that's so fun, your children will want to learn. Now you can get your kids ready for a successful future: Start them on the road to lifelong learning and confidence at Clever Clubhouse.com®. Designed for children ages 3-8 and up to 3 children per each account. Develops parental confidence through the skills of top educators and child behaviorists with award-winning content.

As Clever Clubhouse members, you can always stay involved and informed through our special parents-only "Parental Control Center." Review Progress Updates, Skills Charts
"Parental Control Center'" even get virtual report cards any time.

Don't let your children fall behind — keep them on top by letting them learn and improve skills such as:

- Reading
- Writing
- Arithmetic
- Grammar
- Music
- Phonics
- Social Studies
- Computer Skills
- Geography
- Logic
- Counting
- Science
- Art
- Spelling
- and many more



You and your kids will enjoy:

- The many ways Clever Clubhouse makes it fun for kids ages 3-8 to learn!
- More than 90 great activities and games that help build 27 valuable skills.
- Activities for readers and pre-readers designed to give parents the ability to control difficulty levels ranging from easy to hard.
- And best of all, Clever Clubhouse is a secure and safe Web site with no advertising or links to the outside!

Once you join, be on the lookout for the Clever Letter! Filled

with all the newest Clever Clubhouse activities and latest site updates, both you and your children will love the fun it provides!

Visit the Clever Clubhouse site to sign up right now!

The website that powers Clever Clubhouse was honored and recommended by leaders in education and child development.







About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us     Programs     Strategic Alliances     Loyalty     Media     Careers     Privacy

## Our Programs



### CompleteHome



CompleteHome is a resource for good ideas and great savings on home improvements and purchases. With savings on products and services for the home and with access to resources to help homeowners and renters make smart decisions, CompleteHome makes "home making" more economical and more rewarding (and less stressful).

**Home Savings Coupons**
Get instant savings at popular home-related retailers and service companies, such as Carpet One, Linen's 'n Things, and Consumer Reports, as well as great deals on carpet buying/cleaning, paint, wallpaper, and security services.

**The Shopping Outlet**
Shopping discounts: Get 10%-50% off MSLP every day on nearly 500 product categories from over 1,200 brand name manufactures at our Shopping Outlet. Member savings are backed by a 200% Low Price Guarantee and products with a manufacturer's U.S. warranty are automatically backed by up to a 2-Year Extended Warranty from date of purchase while membership is active.

**Decorate Today: Members take an extra 15% off at decoratetoday.com**
Hundreds of creative home ideas... and extra savings off regular prices on design and decorating items for CompleteHome members only, from a major direct-to-consumer supplier of discount blinds, wallpaper and so much more.

**How-To Guides**
Don't sweat the small stuff - get the know-how you need to speak knowledgeably with tradespeople - and get the job done right - - by yourself. Choose from among 160 projects.

**Contractor Solutions**
More than 20,000 pre-screened tradespeople for nearly every home improvement project. Helps prevent the big jobs from turning into big disasters by keeping them on target and within budget.

Each project is backed by a $1,000 Satisfaction Guarantee for extra peace of mind when you hire a referred tradesperson through our network. CompleteHome backs the workmanship, helping to protect your investment. Please see below for important restrictions.[1]

**Real Estate & Moving**
Save when buying or selling a home or moving into a new rental. Members receive $50.00 to $1,800.00 cash back if they buy or sell a home through a realtor we recommend and up to $3,600.00 cash back if they buy and sell a home through a recommended realtor. Certain state restrictions apply. Please see below for important restrictions.[2] Save a minimum of 45% off a national van line service when moving state-to-state, at least 75 miles or more.

Visit the CompleteHome Web site.

Customer Service: 800-232-4663

[1]Contractor Solutions
Work will be covered to the extent that it is incomplete, not in compliance with the terms of any binding contract, or not within normal standards of workmanship. This coverage is limited to the amount of actual financial cost to correct the work, but will in no event exceed $1,000. All claims must be made within 30 days after the job is completed. All contracts and receipts must be provided upon request for each specific project. For coverage under this Guarantee, you must be an active CompleteHome member at the time the tradesperson is referred, the work is performed, and the Guarantee claim is made. When making a claim under this Guarantee, you must provide a professional estimate of the cost to repair the work for each specific project. This coverage is voided under any of the following circumstances: (1) during the course of the job, a tradesperson or contractor outside CompleteHome Contractor Solutions is used to perform part of the job; (2) materials not supplied by the CompleteHome tradesperson are used in the job; (3) the work involves carpet cleaning and/or maid service. CompleteHome Contractor Solutions is provided by ServiceMagic, Inc.

[2] For Real Estate & Moving
Due to state restrictions, the Cash Back Rebates are not available in all states. In: Kentucky, Oregon and Tennessee: Savings at closing based on sales commission when you buy or sell a home. In Kansas: Savings at closing based on sales commission when you sell a home. In Arkansas, Iowa, Louisiana, Mississippi, New Jersey, Oklahoma and West Virginia: No benefit is available when you buy a home. Since State restrictions may change; please call 1-800-232-HOME (4663) for up-to-date information.

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

http://www.trilegiant.com/programs/completehome.html                    2/10/2006

Case 1:06-cv-00041-JJF     Document 48-4      Filed 02/14/2006     Page 12 of 37

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us      Site Map      Search

About Us      Programs      Strategic Alliances      Loyalty      Media      Careers      Privacy

## Our Programs

**PC SafetyPlus**



With identity theft, fraud and computer viruses on the rise, it's never too soon to start safeguarding yourself, your family and your computer. PC SafetyPlus – one of the most advanced computer security software services available – will help stop identity thieves in their tracks, and allows you to be safe at any speed on the Internet. Key features of PC SafetyPlus include virus protection that stays up-to-date, personal firewalls to alert you about hackers, a spam blocker, parental controls, identity theft protection, identity theft fraud support services and identity theft insurance coverage – up to $10,000 – to help cover certain costs incurred to recover your identity. Don't let the unexpected happen to you! Arm yourself today with the online protection you need.



About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us     Programs     Strategic Alliances     Loyalty     Media     Careers     Privacy

## Our Programs



### Great Fun

Great Fun[SM] delivers discount opportunities to you on services ranging from local dining, shopping, hotel savings, and admission to individual and family-oriented leisure activities. Great Fun brings you high-quality, offers from leading national brands in: Dining, Entertainment, Shopping, and Travel.

## Save with Great Fun:

**National Values® Guide**
National Values Guide is a coupon book with approximately 30 offers from over 20 national partners in three categories:

- Entertainment: movie theater chains, Universal Studios, Regal Cinemas
- Shopping: The Sharper Image®, Linens'nThings and Vermont Teddy Bear Company
- Dining: Planet Hollywood, Godfather's Pizza, Mrs. Fields Cookies

**More Shopping and Entertainment Discounts**
Great Fun also contains valuable clip-and-save coupons from the following national retailers and entertainment locations:




- A&W Restaurants
- Nathan's Restaurants
- Planet Hollywood®
- Universal Hollywood®
- Jazzercise®
- 1-800-Flowers.com®
- Dallas Zoos
- Cruise America
- KOA
- Pet Food Direct
- International Tennis Hall of Fame

Great Fun offers theme park discounts at parks around the country.

**Great Fun Online**

- Shopping
  Download and print special offers from over 80,000
  merchants nationwide at www.greatfunonline.com!
- Dining
  50% off coupons & more!
- Travel
  Downloadable airport discount coupons; listing of car
  rental and hotel discount numbers; and more!
- Entertainment
  Make an advance reservation at over 300 golf courses
  & more!
- Shopping
  Save on dozens of software titles; pet food and pet
  supplies; the hottest video games; board games;
  science and educational toys; digital cameras and
  accessories; even satellite TVs and installation!

**Great Fun Travel Benefits**
In addition to the travel packages on the greatfun.perks.com
site, the following travel benefits are also available:

- Hotel Savings Network - 5%-30% off the non-
  discounted room rate at over 6,500 hotels
- Hotels at HalfPrice® Directory
- Vacation packages and cruises - we offer select
  vacation packages and cruises at special member
  pricing
- Trip Routing
- Car and truck rental coupons

**Great Fun Regional Benefits**
Regional Dining and Regional Attractions guides are
available for Great Fun members.

- The Dining program is card based and offers a 20%
  discount at over 12,000 restaurants across the
  country.
- The Attractions guides contain coupons for discounts
  at local attractions, such as museums, zoos,
  aquariums, and local sports teams.

Customer Service: 800-214-6422

---

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us    Site Map    Search

About Us    Programs    Strategic Alliances    Loyalty    Media    Careers    Privacy

## Our Programs

### Great Options



Great Options

**Great Options** helps you spend your leisure time well and your money wisely by providing money-saving travel, dining, wellness and financial benefits. With **Great Options, you** can get the most out of life and more value for every dollar.

- **Your Passport to Unlimited Travel Discounts**: Deep Discounts and Valuable Offers through our full-service travel agency. Our travel consultants make sure you get our lowest available rates for tour packages, airfares, hotels and rental cars, all backed by our Low Price Guarantee. 50% off non-discounted room rates at over 5,000 participating hotels. Discounts on cruises from island-hopping in the Caribbean to a riverboat ride down the Mississippi.

- **5% Cash Back on Travel**: 5% Cash Bonus Redemption on your itinerary for tours, cruises and vacation packages through a variety of designated tour operators, currently including Carnival Cruise Lines®, Celebrity Cruises®, Disney Cruise Line®, American Airlines Vacations[SM], Club Med®, US Airways Vacations® and more.

- **Condo Vacations**: Savings through ResorTrip during off-peak travel times and save big! Fabulous condo getaways available in locations like Mexico, Spain, Florida and more

- **Dining Discounts**: Dine out and save 20% off your meals every time you dine at your choice of participating restaurants.

- **Health and Wellness Discounts**: 20% discount at over 800 participating spas through SpaWish. Get from 10 to 50% off Manufacturer's Suggested Retail Prices on prescription prices at over 48,000 participating pharmacies, as well as from 5 to 50% off retail prices for mail-order prescriptions, vitamins and health-related items.

- **Magazine and Newsletter**: Be informed about medical breakthroughs and new findings! Receive six issues of the Harvard Health Letter. Be prepared for the future and receive Where to Retire magazine with our compliments.

**Our Promise**:
Great Options is "Your Single Most Valuable Resource for Spending Leisure Time Well and Money Wisely. It Will Help You Get the Most Out of Life and More Value for Every Dollar."

---

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us    Programs    Strategic Alliances    Loyalty    Media    Careers    Privacy

## Our Programs

### HealthSaver



HEALTH*saver*.net

HealthSaver provides a wide range of savings opportunities, convenience, and helpful information in the care of members' most valuable possession — their health and well-being.

**Dental Care**
Members and their families have access to any dentist in a network of more than 28,000 and can save between 5% and 40% off the usual and customary fees at the point of service.

**Prescription Drugs**
Members and their families simply present their membership card at any of the over 48,000 participating pharmacies in the national network to receive:

- Brand name drug discounts that average 20% off the regular retail price.
- Generic drug discounts of 10 to 50% off the regular retail price.

Members may also receive Quantum Alert ® Protection to warn your pharmacist if problems may arise from drug interactions....insufficient or excessive dosages...pregnancy conflicts.
Members also enjoy a convenient mail-order pharmacy where they can save 10 to 50% on prescription and non-prescription medications, vitamins and supplements, as well as discounts on medical supplies not typically covered by health insurance.

**Vision Care**
Members and their families may purchase top-quality eyeglasses at over 6,000 participating vision care providers and save between 10% and 40% off the manufacturer's retail price.  Through LensExpress, members also save between 10% and 40% off the MSLP on contact lenses, prescription eyeglasses, designer sunglasses, eye exams and more,

**Hearing Care**
Members and their families can save between 5% and 20% off normal walk-in rates at over 2,800 participating providers.

Members also have access to free hearing tests and can save between 5% and 20% on hearing devices.

**Alternative Care**
Members can save between 15% and 30% off on Acupuncture, Chiropractic Care, Massage Therapy, and Non-Formulary drugs at over 12,000 participating providers.

**Well Being**
Members can save between 15% and 50% off on smoking cessation programs, weight management, alcohol and substance abuse programs, behavioral health costs, family counseling services, and nutritional needs at over 584 participating centers and programs nationwide.

**Preventive Care**
Members can save between 10% and 50% off on preventive care services such as MRIs, CT Scans, and Cancer Screenings at 2,000 participating providers.

**Additional Benefits**
Members can save between 5% and 20% off walk-in rates for Infertility consultations and treatments from 680 nationwide providers.  Also, members can receive between 15% and 40% off walk-in rates for Physical Therapy treatments.

Read our Member Survey Testimonials.

Visit the HealthSaver Web site.

Customer Service: 800-7-HEALTH (800-743-2584)

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us     Programs     Strategic Alliances     Loyalty     Media     Careers     Privacy

## Our Programs

### Hot-Line



HOT-LINE®
CREDIT CARD BUREAU OF AMERICA

The Hot-Line program is a comprehensive card protection service. Hot-Line service is available 24 hours a day, 7 days a week to assist members in the case of loss, theft or fraudulent use of their cards.

**Cancel and Replace Lost, Stolen or Fraudulently Used Cards**
Members call one toll-free phone number to promptly cancel and replace an unlimited number of cards in the event of loss, theft or fraudulent use, whether the cards are pre-registered or not. We will contact all banks and issuers to de-activate the cards and order replacements.

**Fraud Liability Protection[1]**
If a member is held liable for any fraudulent charges on lost, stolen or fraudulently used credit cards, Hot-Line will reimburse the member up to the legal liability. (Please scroll down for important information.

**Register Valuable Cards and Documents**
Register an unlimited number of credit, debit, and cash-machine cards, and your valuable documents that you don't want to lose track of such as stocks, bonds and insurance policies.

**New Purchase Price Protection**
If, during a 60-day period after purchase, an item purchased at the same retail store or chain of same-named retail stores is reduced in price, members can receive a refund equal to the price difference, up to $250.00 per claim and $1,000.00 per membership year.

**Return Guarantee**
For any reason, members can return eligible unused, non-damaged purchases to Hot-Line for a full refund of the purchase price, up to $250 per claim and $1,000 per membership year, for returns made within 60 days.

**Emergency Cash and Airline Tickets[2]**
If a member's wallet and tickets are lost or stolen while traveling, Hot-Line will wire emergency cash to the member,

and have a prepaid ticket home waiting at the nearest airport.

**Emergency Message Relay and Travel Message Service**
Members call one toll-free phone number to contact up to three people in an emergency, or they can leave a message that friends and loved ones can easily retrieve.

**Change of Address Service**
Hot-Line will notify a member's credit card issuers, major magazines and up to five relatives of the member's new address.

**DateReminder® Service**
Members can register important dates such as birthdays, anniversaries, special days and events. Hot-Line will send a monthly reminder, so member's will not forget these dates.

www.nationalcardregistry.com
Click the link above for complete information about these benefits and membership terms and conditions.

[1]IMPORTANT NOTICE: MEMBER LIABILITY FOR FRAUDULENT CHARGES UNDER FEDERAL LAW: **For credit cards**: If the card issuer has notified the member of their maximum potential liability, has provided a means for the member to notify the card issuer of credit card loss or theft, and if the credit card contains a way of identifying the cardholder or authorized user, then the member's liability for fraudulent charges made to their account before the card issuer is notified is up to $50.00 for each card. **For debit and cash machine cards**: Member liability for fraudulent use of their cards is up to $50.00 if the member notifies the card issuer of the loss or theft of the card within two business days after learning of the loss or theft of the card. After that, member liability is up to $500.00 for each card. Or, if the member does not notify the card issuer within 60 days of receipt of a monthly statement showing unauthorized transfers, then the member's liability for each card is up to the total amount of unauthorized transfers that occurred after the 60-day period and before notice, provided that the card issuer establishes that the unauthorized transfers would not have occurred if the member had notified the card issuer within the 60-day period. Member may also be liable for up to $50.00 or $500.00 for each card as described above, as applicable.

[2]Member must be at least 100 miles from home and have available credit on a designated card. Emergency cash is charged as a cash advance, and emergency airline tickets are charges as a purchase to your credit card account and both are subject to that account's finance rates.

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us    Site Map    Search

About Us    Programs    Strategic Alliances    Loyalty    Media    Careers    Privacy

## Our Programs

### Identity Secure





With IdentitySecure, members can reduce their worries about
becoming a victim of the growing threat of identity fraud.
Identity Secure protects members in the event they become
a victim of identity fraud, and provides personal assistance in
resolving the damage done by identity fraud. Identity Secure
provides members with the following benefits…

**Card Protection**

**Cancel and Replace Cards**

Members call one toll-free phone number to promptly
cancel and replace an unlimited number of cards in
the event of fraudulent use, theft or loss, whether the
cards are pre-registered or not. This includes cards
that have been fraudulently used on the Internet. We
will contact all banks and issuers to de-activate the
cards and order replacements.

**Fraud Liability Protection[1]**

If a member is held liable for any fraudulent charges
on their credit cards, IdentitySecure will reimburse the
member up to the legal liability. (Please scroll down for
important information.)
Optional Credit Card Registration
Register an unlimited number of credit, debit, and
cash-machine cards, and those of your spouse and
dependent children. IdentitySecure does not require
that you register your cards for them to be protected.

**Emergency Cash and Airline Tickets[2]**

If a member's wallet and tickets are lost or stolen while
traveling, IdentitySecure will wire emergency cash to
the member, and have a prepaid ticket home waiting
at the nearest airport.

**Identity Fraud Protection**

**Identity Fraud Assistance and Resolution**

In the event a member becomes a victim of identity fraud, they will receive a personal Victim's Assistance Kit. Our representatives will explain how to alert the authorities, such as credit bureaus, card issuers, police, the Federal Trade Commission, DMV and post office to help prevent additional fraud.

**Identity Fraud Protection[3]**

Members are eligible for up to $10,000 in identity fraud protection if they incur a covered financial loss from identity fraud.

1 IMPORTANT NOTICE: MEMBER LIABILITY FOR FRAUDULENT CHARGES UNDER FEDERAL LAW: For credit cards: If the card issuer has notified the member of their maximum potential liability, has provided a means for the member to notify the card issuer of credit card loss or theft, and if the credit card contains a way of identifying the cardholder or authorized user, then the member's liability for fraudulent charges made to their account before the card issuer is notified is up to $50.00 for each card. For debit and cash machine cards: Member liability for fraudulent use of their cards is up to $50.00 if the member notifies the card issuer of the loss or theft of the card within two business days after learning of the loss or theft of the card. After that, member liability is up to $500.00 for each card. Or, if the member does not notify the card issuer within 60 days of receipt of a monthly statement showing unauthorized transfers, then the member's liability for each card is up to the total amount of unauthorized transfers that occurred after the 60-day period and before notice, provided that the card issuer establishes that the unauthorized transfers would not have occurred if the member had notified the card issuer within the 60-day period. Member may also be liable for up to $50.00 or $500.00 for each card as described above, as applicable.

2 Member must be at least 100 miles from home and have available credit on a designated card. Emergency cash is charged as a cash advance, and emergency airline tickets are charges as a purchase to your credit card account and both are subject to that account's finance rates.

3 The insurance benefits are being offered nationwide through Trilegiant Insurance Services, Inc. in conjunction with Marsh, Inc. and underwritten by a Member Company of American International Group ("AIG Member Company").

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search

http://www.trilegiant.com/programs/identitysecure.html                      2/10/2006



We touch the lives of 100 million Americans.

Contact Us      Site Map      Search

About Us      Programs      Strategic Alliances      Loyalty      Media      Careers      Privacy

## Our Programs

**Just for Me**



Just for Me

Just for Me® offers a variety of services, information and discounts to empower today's busy women and help save money on everyday needs. Just for Me benefits currently include:

**Benefits for Your Body:**

- 20% Off SpaWish

- **$50 Salon Rebates** at your local salon for hair cuts, manicures & more!

- **Gold's Gym** - Receive a two week trial at Participating Gold's Gym.

- **$50 in Rebates** on **Fitness Classes**

- Three **Jazzercise** classes and Free S&H on Jazzertogs

- Vitamin and Nutritional Values
  - Deep discounts from **Heartland** mail-order vitamins, Rx and more **Beauty and Health Mart** - Hot items at discounted prices with a 200% low price protection

**Benefits for Your <u>Mind</u>:**

- **Sales Price Protection** - Never Miss a Sale

- **New Car Buying Referral Service** - No haggle, no hassle car buying experience

- **New and Used Car Buying Summaries** - Information is power

- **Mechanic's Hotline** - Call for Right Repair™ and Fair

Repair™

- **Credit Report** - One-time single-bureau credit check

- **Discounted Cellular Phones & Service** and Two-Way Radios & Pagers
  - ○ Cellular Service with prepaid airtime – no monthly contract/no credit check

**Benefits for Your Budget:**

- 25% Off Federal tax preparation from **Jackson Hewitt Tax Service®**

- Discounted magazine offers. **Money-saving coupons** from various retailers and e-tailers

Visit the Just For Me Web site.

**To join Just for Me, call 877-848-8888.**

---

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us      Site Map      Search

About Us      Programs      Strategic Alliances      Loyalty      Media      Careers      Privacy

## Our Programs

### National Card Registry



**National Card Registry™**

The National Card Registry program is a comprehensive card protection service. National Card Registry service is available 24 hours a day, 7 days a week to assist members in the case of loss, theft or fraudulent use of their cards.

**Cancel and Replace Lost, Stolen or Fraudulently Used Cards**
Members call one toll-free phone number to promptly cancel and replace an unlimited number of cards in the event of loss, theft or fraudulent use, whether the cards are pre-registered or not. We will contact all banks and issuers to de-activate the cards and order replacements.

**Fraud Liability Protection[1]**
If a member is held liable for any fraudulent charges on lost, stolen or fraudulently used credit cards, National Card Registry will reimburse the member up to the legal liability. (Please scroll down for important information.)

**Register Valuable Cards and Documents**
Register an unlimited number of credit, debit and cash-machine cards, as well as your valuable documents that you don't want to lose track of, such as stocks, bonds and insurance policies.

**New Purchase Price Protection**
If, during a 60-day period after purchase, an item purchased at the same retail store or chain of same-named retail stores is reduced in price, members can receive a refund equal to the price difference, up to $250.00 per claim and $1,000.00 per membership year.

**Return Guarantee**
For any reason, members can return eligible unused, non-damaged purchases to National Card Registry for a full refund of the purchase price, up to $250 per claim and $1,000 per membership year, for returns made within 60 days

**Emergency Cash and Airline Tickets[2]**
If a member's wallet and tickets are lost or stolen while

traveling, National Card Registry will wire emergency cash to the member, and have a prepaid ticket home waiting at the nearest airport.

**Emergency Message Relay and Travel Message Service**
Members call one toll-free phone number to contact up to three people in an emergency, or they can leave a message that friends and loved ones can easily retrieve.

**Change of Address Service**
National Card Registry will notify a member's credit card issuers, major magazines and up to five relatives of the member's new address.

**DateReminder® Service** Members can register important dates such as birthdays, anniversaries, special days and events. National Card Registry will send a monthly reminder, so members will not forget these dates.

www.nationalcardregistry.com
Click the link above for complete information about these benefits and membership terms and conditions.

[1] IMPORTANT NOTICE: YOUR LIABILITY FOR FRAUDULENT CHARGES UNDER FEDERAL LAW: **For credit cards:** If the card issuer has notified the member of their maximum potential liability, has provided a means for you to notify the card issuer of credit card loss or theft, and if the credit card contains a way of identifying the cardholder or authorized user, then your liability for fraudulent charges made to your account before the card issuer is notified is up to $50.00 for each card. **For debit and cash-machine cards:** Your liability for fraudulent use of your cards is up to $50.00 if you notify the card issuer of the loss or theft of the card within two business days after learning of the loss or theft of the card. After that, your liability is up to $500.00 for each card. Or, if you do not notify the card issuer within 60 days of receipt of a monthly statement showing unauthorized transfers, then your liability for each card is up to the total amount of unauthorized transfers that occurred after the 60-day period and before notice, provided that the card issuer establishes that the unauthorized transfers would not have occurred if you had notified the card issuer within the 60-day period. You may also be liable for up to $50.00 or $500.00 for each card as described above, as applicable. Your credit card issuer may choose to not hold you liable for these amounts.

[2] Member must be at least 100 miles from home and have available credit on a designated bank card. Emergency cash is charged as a cash advance, and emergency airline tickets are charged as a purchase to your credit card account and both are subject to that account's finance rates.

---

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us    Programs    Strategic Alliances    Loyalty    Media    Careers    Privacy

## Our Programs

### Netmarket.com



Netmarket.com offers safe, secure online and catalog shopping services. At Netmarket.com members can select from more than 500,000 items - virtually all at savings of 10%-50% off MSLP.

**200% Low Price Guarantee**
We stand behind our prices! If a member finds a competitor offering a lower price on a product you purchased from Netmarket, we will gladly refund double the difference.

**Netmarket Cash**
Netmarket pays you to shop! When you complete qualifying transactions on Netmarket, you earn 3.5% Netmarket Cash to redeem on future purchases.

**Free 2-Year Product Warranty**
Your Netmarket purchase is covered! Active members enjoy the added protection of 2-Year Product Warranty coverage at no extra charge! All eligible purchases qualify for an automatic extension of the coverage for up to 2 full years from the date of purchase.

**Secure Shopping**
Shop with complete confidence! Netmarket makes it easy to shop securely. We use the latest technology to ensure that your personal information is safe.

**Personal Shopper**
Have a shopping dilemma? This member-only feature offers personal shopping assistants, who are ready to help you out, no matter what the quandary.

**Ask The Expert**
Need help? Have a question concerning one of our products? We are here for you! Our in-house shopping experts are just an e-mail away. Send us your questions and you'll receive a personalized response.

Visit the Netmarket.com Web site.

Customer Service: 888-696-2753

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us      Site Map      Search

About Us    Programs    Strategic Alliances    Loyalty    Media    Careers    Privacy

## Our Programs

Pet Privileges

Pet Privileges benefits include:



**25% Discount on Veterinarian Procedures**: 25% discount off usual and customary fees given at the point of sale on every veterinary procedure (no forms, no deductible, no hassles) at participating veterinarians.

**National Pet Pharmacy**: Savings on more than 200 prescription items with free shipping and handling for your order. The online selection also includes more than 300 non-prescription items offered at 10% off Manufacturer's Suggested Retail Prices.

Information on Pet Insurance

10% Discount on Purchases from over 4,500 items on Pet Food Direct

24/7 Pet Reunion Service – for peace of mind if your pet is lost

Pet Coupon Book with Over 200 National Offers, worth over $1,000



Information on over 10,000 Pet Friendly Accommodations

For more information call us at 1-800-847-PETS!

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search


We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us     Programs     Strategic Alliances     Loyalty     Media     Careers     Privacy

## Our Programs

### PrivacyGuard



**PRIVACYGUARD**

Could someone really steal your identity? A recent Federal Trade Commission report stated that one in eight adults have had their credit cards abused, identity compromised or credit rating tarnished by identity thieves over the past five years. Often, **identity theft** strikes people with a good, solid credit history — people who may suddenly find they are facing unauthorized bills for thousands of dollars.

- PrivacyGuard serves as an early warning system so members can see if anyone is obtaining credit in their names.
- PrivacyGuard provides members with an accurate and easy-to-understand summary of their credit records from one or all of the nation's top three credit reporting agencies.
- Every credit report includes a credit score based upon data from one or all three of the nation's top credit reporting agencies. Included is an analysis of the leading "drivers" of an individual's score.
- Members can call PrivacyGuard toll-free to speak with credit representatives for help understanding their report. PrivacyGuard also provides the forms a member needs to tell a credit bureau what to change in the event of an discrepancy — and PrivacyGuard sends a new copy of the member's record 90 days later to verify the mistake has been corrected.
- Every month, PrivacyGuard's Credit Monitoring alerts members as to whether anyone has been looking into their credit at any one or all three of the nation's top credit reporting agencies. Members receive regular notification if a new line of credit has been opened in their name, or an inquiry or negative notation has been made to their files with that agency. Additionally, members will receive a quarterly positive notification if no activity has occurred.
- With PrivacyGuard members can obtain their official driver's records. They'll see the same document that can be accessed by insurance companies. Along with such basics as license type and status, members'

records include the number and type of violations or points they are currently carrying. Members can even see if out-of-state violations have been noted and whether they count on their licenses. PrivacyGuard will reimburse members for any costs associated with obtaining these reports.

- Access to your medical file at the Medical Information Bureau if one exists. Whenever members apply for individual life, health, or disability insurance, the medical information they provide to the insurer may be sent to the Medical Information Bureau. Insurance companies take into account various factors when setting rates. Information from medical records may be included in their decisions, and your rates, for both life and health coverage, can be affected. PrivacyGuard will reimburse members for any costs associated with obtaining these reports.

Visit the PrivacyGuard Web site.

Customer Service: 877-202-8828

---

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us     Programs     Strategic Alliances     Loyalty     Media     Careers     Privacy

## Our Programs

### Shoppers Advantage



Shoppers Advantage offers members unlimited toll-free and online discount shopping. Established in 1973, Shoppers Advantage is our flagship service and offers members:

- **Savings of 10%-50%** off Manufacturers' Suggested Retail Prices.
- **Thousands of top-shelf personal and home products** to choose from, spanning nearly 500 product categories and 1,200 brands.
- **200% Low Price Guarantee**
  We stand behind our prices! If a member finds a competitor offering a lower price on a product you purchased from Shoppers Advantage, we will gladly refund double the difference.
- **2-Year Product Warranty**
  Active members enjoy the added protection of 2-Year Product Warranty coverage at no extra charge! All eligible purchases qualify for an automatic extension of the coverage for up to 2 full years from the date of purchase.
- **Shopping at home**
  7 days a week, toll-free or via the Internet.

Visit the Shoppers Advantage Web site.



Customer Service: 800-526-4848

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us     Site Map     Search

About Us     Programs     Strategic Alliances     Loyalty     Media     Careers     Privacy

## Our Programs

### Small Business Central





**Small Business Central** helps business owners save time and money on business-to-business services, travel, and financial management. **Small Business Central** can help a business owner save on expenses ranging from health insurance to office products and telephone costs to equipment leasing.

**Discounts on Business-to-Business Services**

- Overnight Delivery: Discounts on express shipping, next day air and second day air
- Car Rental Discounts: 15% off Avis corporate rates plus other added benefits
- Office Products: 1% rebate on orders of $250 or more plus 3% discount for all orders placed online. Free shipping on orders over $25 in the US.
- Computers: 5% or greater discount off Micron's regularly priced products including computers, software, and more
- Checks and Forms: Discounts on checks and other business forms
- Check Collection: Collection of NSF checks plus $5 reimbursement to cover bank fees

**Business Owner Resources**

- Telephone Discount Shopping Service: Discounts of 10% to 50% off manufacturers' suggested list prices on brand name items.
- Bonus Travel: 24-hour access to licensed travel agents for business or personal travel with 5% cash back of travel booked through this service with preferred providers when you return
- Concierge Service: Ticket buying, gift purchasing reservations, and more
- Automotive Savings: Maintenance service and repair discounts, new and used car pricing and summaries

**Financial Products**

- Commercial Finance
- Non-Bank Credit
- Equipment Leasing
- Equipment Lending
- P&C Insurance
- Life & Health Insurance
- 401K Planning

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search



We touch the lives of 100 million Americans.

Contact Us      Site Map      Search

About Us    Programs    Strategic Alliances    Loyalty    Media    Careers    Privacy

## Our Programs



**Travelers Advantage** has more than 2.2 million members who are served 24 hours a day, 365 days a year by some of our 1,000 highly trained travel representatives. Members can receive 5% cash back on eligible travel booked through **Travelers Advantage**. They also can save through special deals and discounts we only offer to **Travelers Advantage** members.

**Travelers Advantage** benefits include:

- **Unlimited, 24-hour, toll-free access to the service** 365 days a year.
- **Low Price Guarantee** so if you find a lower available price on the airfare, car rental, or hotel accommodations you purchased through us, call us within 30 days prior to your departure and we'll match the price or refund the difference. The lower price must be published, for the same travel arrangements, and available to the general public at the time of booking. (Charter, tour packages, consolidator rated, and group rates are excluded.)
- **5% Cash Back** on all eligible travel reservations booked through the service with our preferred partner, redeemable upon completion of the trip.
- **5-50% off non-discounted at over 11,000 hotels and motels** - 50% off at 5,000 hotels with Hotels at HalfPrice®, 5-30% off at over 6,000 hotels with Hotel Savings Network.
- **Airline Savings Certificates** worth up to $700 .
- **Discounts** on most major carriers with 5% cash back.
- **Car rental savings and upgrades** with Avis, Budget and Dollar



**Member Vacations**
Specially negotiated tour packages to such popular destinations as Las Vegas, Florida, the Caribbean, and Hawaii.

**Member Cruises**
Travelers Advantage provides access to member pricing and

category upgrades with premier cruise lines such as
Carnival, Holland America, Royal Caribbean, Celebrity,
Renaissance, and more. And, of course, we give 5% of the
purchase price back to members for travel they book through
us with our preferred partners.

**Online Research and Booking**
Plan and book online at www.travelersadvantage.com.

Customer service: 877-259-2691

---

About Us: Corporate Officers - Contact Us

About Trilegiant - Our Programs - Strategic Alliances - Loyalty Solutions - Media Center - Career Center - Privacy Center

Home - Contact Us - Site Map - Search

EXHIBIT D



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Today's Dea

**Special Partner Offers**
**Gift Gallery**
**Rebate Central**
**Buyer's Guides**

 Search by Brand

• Show All Categories



**JOBAR**
Electric Roll A Piano
Your Price: **$69.99**
**Buy Now!**

**BUFFAL**
4000 Wa
Your Pric
**Buy No**



**SOUTH. ENTERPRISES**
Fireplace - Faux Stone
Your Price: **$479.99**
**Buy Now!**

**MARKE**
14K Whi
Earrings
Your Pric
**Buy No**

## Shopping Made Easy!
Getting more of the brand name products you want for less has never been easier — thanks to rewarding and convenient shopping features including informative Buyer's Guides, the Gift Gallery, a BTU Calculator, and Rebate Central!

Check out more

**Looking For…**
• What's New
• As Seen On TV
• Ride-Ons
• Humidifiers
• Wine Coolers
• DVD Players
• Scooters
• Cordless Phones
• GPS
• MP3 Players
• Luggage
• Golf Sets
• Exercise

**Shop By Brand**
• Bose
• Canon
• Step2
• Fuji
• Leap Frog
• Minolta
• Panasonic

 **Special Partner Offers**

 **Gift Gallery**

 **Reb**

 Enjoy special deals on American Blinds, Wallpaper & More, Flowers, Art, Jewelry, and More.

 Shop gifts: Under $25, Under $50, Under $100, and More!

 Lear and avai and

 **Portable DVD Players**
Long car rides? No problem! Get a little DVD diversion from great brands like: Panasonic, Toshiba, Jwin, Coby, and More!

 **TVs**
Score big this sports unbeatable selection Plasma TVs, LCD TV Directview TVs!

 **Digital Cameras**
Shop by brand: Fuji, Minolta, Nikon, Canon, Pentax, Hewlett Packard, Panasonic, Olympus, Toshiba, Samsung and More!

 **Computers**
Enjoy great prices on Computers, Noteboo Deals, and More!

 **Personal Care**
Look good, feel great! Shop: Hair Care, Skin Care & Makeup, Foot Care, Nail Care, Razors & Trimmers, Sun Therapy, Massagers, and More!

 **Home Furnishings**
Shop: TV Cabinets, S Rockers, Sofas, Chai Bedroom Furniture, K Accents, and More!

- Pioneer
- Playstation 2
- Toshiba



**Secure Shopping**

Security
Privacy Policy

**About You**

Order Status

**Shopping Help**

How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beauty | Fact |

**Welcome back!**

Home | Electronics

## Home Theater
### personal PJ screenings

Hmmm... hard theater seat or comfy couch? For the bes
pajama entertainment shop our selection of: Projection T
TVs, DVD Players, Receivers, Speakers, Home Theater
Accessories and more.

Search by Brand


GO

**Electronics**

- Audio
- DJ Equipment
- Home Theater
- Mobile Electronics
- Musical Instruments
- Phone Systems
- Televisions
- Video
- Wireless
  Communications

Special Partner Offers
Gift Gallery
Rebate Central
Buyer's Guides


**This Week's Best Buys**



**JWIN** Retro Turntable Console Stereo
**$169.99 Buy Now!**
Console features a handsome cherry wood finish
console with storage drawer and bottom shelf. The
hinged lid conceals: a 3 speed turntable with auto-
stop; front loading, CD-R compatible, 3 CD changer;
a single-well cassette player/recorder, as well as an
analog AM/FM tuner and headphone jack.
Shop more Compact Stereo Systems

**MAGELLAN** RoadMate 700 GPS Receiver
**$629.99 Buy Now!**
Imagine having a personal assistant in your car!
That's what you get with this portable navigation
system. Features a built-in database of the U.S. and
Canada with a full-color touch-screen display,
WAAS/EGNOS assistance, 4-ways to select your
route, 3 guidance screens, QuickSpell, auto re-
route, address book, instant locate feature, and
auto startup/shutdown.
Shop more GPS Units





**MUSTEK** 8 Mpxl Dig Camera/Camcorder/MP3 player
**$97.99 Buy Now!**
It boasts a 2 Megapixel CMOS sensor with up to 8.0
Megapixel interpolated, 1.5-Inch color TFT LCD
screen, quality video recording with MPEG4
technology. And, 32MB of built-in memory. Other
features: 640 x 480 VGA resolution, 4X digital
zoom, real-time video recording, and USB interface.
Shop more Camcorders

**COBY** 6.2" Portable DVD Player w/Swivel Screen
**$111.99\* Buy Now!**
Plays DVD, CD, CD-R, CD-RW, MP3, and JPEG
compatible discs. Features 6.2-Inch color TFT
display. NTSC/PAL video system, slow/fast motion
play, on-screen display, built-in stereo speakers,
composite video output, and optical audio output.









- Audio/V
- GPS Un
- Radar D
- Two-Wa
- Home T
- DVD Pla
- Stereo
- Boombc
- Compac
- and Mor



Full function remote, AV cable, 110-240V UL adapter, DC car charger, stereo headphones, and Li-Ion rechargeable battery included.
* After $20.00 mail-in rebate.  Regular Price $131.99
Shop more DVD Players



**Portable DVDs**
For the best in Portable DVDs from popular brands, shop: Panasonic, Toshiba, Jwin, Coby, and More!



**GPS**
Home is never more a couple of lefts and away! Shop our sele by Garmin and Mage



**Portable Electronics**
MP3 Players, BoomBox, Personal CD Player, Portable DVD, FRS/GMRS Radios, Hand-Held TVs, Personal Cassette Player and More!



**2-Way Radios**
Shop by brand: Garm Audiovox, Uniden, Cc and More!

 **Secure Shopping**
Security
Privacy Policy

 **About You**
Order Status

 **Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery



© 2006 Trilegiant Corporation



## The Auto Store

Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau

**Welcome back!**

Home | Computers & Office | Office Furniture

### This Week's Best Buys







**Search by Brand**


**Computers & Office**

* Desktops & Monitors
* Digital Cameras
* Drives & Storage
* Handhelds & PDAs
* Laptops & Notebooks
* Networking
* Office Electronics
* Office Furniture
  - Armoires/Credenzas
  - Bookcases/Libraries
  - Computer Furniture
  - Desks/Hutches
  - Desk Accessories
  - File Cabinets
  - Office Chairs
* PC Accessories
* Phones
* Printers & Scanners
* Software

**$111.99** * **BuyNow**
**O'SULLIVAN**
61303
OSULLIVAN
#61303,Corner
Workcenter
* After $20 Mail-in
Rebate


**$153.99 BuyNow**
**SAUDER**
2624
SAUDER
#2624,Barrister
Bookcase


**$230.99 BuyNow**
**OFFICE STAR
PRODUCTS**
EL4300-4
Professional High Back
Leather Chair

**$362.9**
HOME
8853337
Wood "
Compu

**$219.99 BuyNow**
**BUSH**
MM80502
Computer Cart
Black/Cherry Color




**$219.99 BuyNow**
**BUSH**
MM80302
Computer Cart
Black/Maple Color




**$109.99 BuyNow**
**OFFICE STAR
PRODUCTS**
EX8126-3
Executive High Back
Top Leather Chair


**$167.9**
SAUDE
3330
Compu
Color
* After $
Rebate


---

**Shop by Brand**













**Secure Shopping**    **About You**    **Shopping Help**

Security         Order Status        How-to-Shop

Privacy Policy

Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

# The Auto Store

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

<u>Home</u> | <u>Computers & Office</u> | PC Accessories

## This Week's Best Buys






**Search by Brand**

 GO ▶

**Computers & Office**

- **Desktops & Monitors**
- **Digital Cameras**
- **Drives & Storage**
- **Handhelds & PDAs**
- **Laptops & Notebooks**
- **Networking**
- **Office Electronics**
- **Office Furniture**
- **PC Accessories**
    - Joysticks/Wheels
    - Keyboards/Mice
    - Modems
    - Power Protection
    - Sound Cards
    - Speakers/Headphones
    - WebCams/Video
    - Editing
- **Phones**
- **Printers & Scanners**
- **Software**






**$26.99 BuyNow**
KENSINGTON
72116
Mobile Optical
PocketMouse Pro

**$16.99 BuyNow**
LINKSYS
EC2TCD3
3-LED Coupler for
Ethernet PCMCIA Card

**$18.99 BuyNow**
MICROSOFT
D6600029
2-Button Wheel Mouse
Optical

**$15.99**
PLANT
AUDIO7
Stereo
Headse
Volume






**$95.99 BuyNow**
A.T.I.
100-703147
TV Wonder Pro Board
w/Remote

**$33.99 BuyNow**
CREATIVE LABS
WMU91S
USB Wireless Optical
Mouse

**$24.99 BuyNow**
D-LINK
DSBC110
USB 1.1 Streaming PC
Camera

**$24.99**
BELKI
A8E358
Gold Se
Starter I

### Shop by Brand









**Secure Shopping**
<u>Security</u>
<u>Privacy Policy</u>

**About You**
<u>Order Status</u>

**Shopping Help**
<u>How-to-Shop</u>
<u>Buyer's Guides</u>
<u>Gift Gallery</u>

© 2006 Trilegiant Corporation



# The Auto Store

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Computers & Office | Phones

## This Week's Best Buys







**$104.99 BuyNow**
AT&T
5870
Cordless Answering
System with Caller ID

**$44.99 BuyNow**
NORTHWEST BELL
35807HS
5.8GHz Cordless Phone
CID Plus Headset



**$94.99 BuyNow**
MOTOROLA
MD481SYS
Digital Cordless Phone
with two Handsets

**$104.99**
AT&T
E5860
5.8GHz
Cordless

### Search by Brand


**Computers & Office**
- Desktops & Monitors
- Digital Cameras
- Drives & Storage
- Handhelds & PDAs
- Laptops & Notebooks
- Networking
- Office Electronics
- Office Furniture
- PC Accessories
- Phones
  - Phone Answering Systems
  - Business Phones
  - Corded Phones
  - Cordless Phones
  - Novelty Phones
  - Phone Cards
  - Phone Accessories
  - Special Needs Phones
- Printers & Scanners
- Software






**$146.99 BuyNow**
AT&T
E5900B
5.8GHz Expandable
Cordless Answering

**$157.99 BuyNow**
PANASONIC
KXTG6500B
2-Line 5.8GHz
Expandable w/Caller ID

**$229.99 BuyNow**
PANASONIC
KXTG6502B
2-Line 5.8GHz Exp.
Phone w/2 Handsets

**$89.99**
V-TECH
VTV267
2.4GHz
System

### Shop by Brand

   
    

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

# The Auto Store

Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Bea

**Welcome back!**

Home | Computers & Office | Printers & Scanners

### This Week's Best Buys

   

Search by Brand 

**Computers & Office**

- Desktops & Monitors
- Digital Cameras
- Drives & Storage
- Handhelds & PDAs
- Laptops & Notebooks
- Networking
- Office Electronics
- Office Furniture
- PC Accessories
- Phones
- Printers & Scanners
    - Copiers
    - Ink, Toner, & Accessories
    - Publishing & Presentation
    - Multifunction & Fax Machines
    - Printers
    - Scanners
- Software

**$454.99 BuyNow**
CANON
I9900
BubbleJet
4800x2400dpi Photo
Printer

**$234.99 BuyNow**
CANON
PC430
Compact 50 Sheet
Legal Size Copier

**$328.99 BuyNow**
EPSON
FX890
9-pin High-Speed Dot
Matrix Printer

**$159.99**
BROTH
MFC334
6-in-1 M
Center

 





**$449.99 BuyNow**
EPSON
4990PHOTO
Photo Scanner

**$79.99 BuyNow**
HEWLETT
PACKARD
ROJ4215
All-In-One Printer / Fax /
Scan / Copier

**Factory
Serviced**

**$169.99 * BuyNow**
BROTHER
DCP7020
3-In-1 Office Machine
w/Flatbed Copier
* After $20 Mail-in
Rebate

**$164.99**
EPSON
CX7800
Stylus A
Display
* After $
Rebate

### Shop by Brand

   

   

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau

**Welcome back!**

**Home** | **Computers & Office** | Software

### This Week's Best Buys











**$17.99 BuyNow**
JACK OF ALL
GAMES
710425212031
Grand Theft Auto III

**$16.99 BuyNow**
TRI SYNERGY
699030111604
Port Royale

**$12.99 BuyNow**
MASQUE
PUBLISHING
098252101996
Solitaire Antics Ultimate

**$34.99**
SUMM
831666
Empire

Search by Brand


**Computers & Office**

- Desktops & Monitors
- Digital Cameras
- Drives & Storage
- Handhelds & PDAs
- Laptops & Notebooks
- Networking
- Office Electronics
- Office Furniture
- PC Accessories
- Phones
- Printers & Scanners
- Software
  - All Macintosh
    Software
  - Educational Software
  - Gaming Software
  - Office Software
  - Personal Interest
    Software
  - Utilities Software









**$18.99 BuyNow**
ENCORE
627006901669
Battle Of Britain:
Memorial Flight

**$19.99 BuyNow**
MICROSOFT
805529221543
Freelancer: The
Universe Of Possibility

**$26.99 BuyNow**
ENCORE
705381280088
Cold Zero

**$15.99**
SOFTE
852898
No Man

**Shop by Brand**







 **Secure Shopping**
Security
Privacy Policy

 **About You**
Order Status

 **Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery



© 2006 Trilegiant Corporation



**The Auto Store**

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Bea |

**Welcome back!**

Home | Home & Leisure | Major Appliances | Air Conditioners | Air Conditioners

**Browse these Smart Buys or Feature Shop below.**
We have 27 models available today.

    

Search by Brand

**GO**

**Home & Leisure**

- Air Conditioners
- Art for Less
- Automotive
- Baby & Toddler
- Bed, Bath & Window
- Build-A-Bed
- Flowers/Gift Baskets
- Furnishings
- Gourmet Foods
- Kitchen & Tabletop
- Luggage
- Major Appliances
  - Air Comfort Products
  - Air Conditioners
  - Appliance Accessories
  - Compactors
  - Dishwashers
  - Microwaves
  - Ranges & Ovens
  - Refrigeration
  - Washers & Dryers
  - Water Purification
- Outdoor Living
- Pet Shop
- Small Appliances
- Tools/Hardware
- Vacuums & Steam Cleaners

**$261.99 BuyNow**
SHARP
AFS100FX
10,000 BTU Air
Conditioner with
Remote

**$206.99 BuyNow**
SHARP
AFS80FX
8,000 BTU Air
Conditioner with
Remote

**$165.99 BuyNow**
SHARP
AFS60FX
6,000 BTU Air
Conditioner with
Remote

**$263.99**
SHARP
AFR120F
12,000 BT
Condition
Remote

     

**$514.99 BuyNow**
WHIRLPOOL
ACU108PR
Thru Wall 10,000 BTU
Air Conditioner



**$339.99 BuyNow**
AMCOR
AL-10000E
Amcor Portable 10,000
BTU AC

**$199.99 BuyNow**
SHARP
AFR100DX
Sharp 10,000 BTU AC
with Remote



**$146.99**
SHARP
AFR60DX
Sharp 6,0
with Rem

☐ = Items to compare. Select box associated with each item above.     **Compare S**

**Feature Shop**
**Choose the one that is best for you.**

 Buyer's Guide

**27** available in our store today or     Browse All

To find the perfect one for you, select from the options below.

Special Partner Offers
Gift Gallery
Rebate Central
Buyer's Guides

**Calculate BTUs**

**Price Range**

Minimum 99.99    Maximum 1602.99

**Manufacturer**

☑ Show All Brands        ☐ AMCOR            ☐ DANBY
☐ DELONGHI               ☐ KENWOOD          ☐ SHARP
☐ SOLEUS                 ☐ WHIRLPOOL

**Placement**

No Preference

**BTU capacity**

No Preference

**Slide out chassis**

No Preference

**EER**

No Preference

**Minimum Window Width**

No Preference

**Show Me My Choices**

**Secure Shopping**        **About You**        **Shopping Help**
Security                   Order Status         How-to-Shop
Privacy Policy                                  Buyer's Guides
                                                Gift Gallery

© 2006 Trilegiant Corporation

**The Auto Store**

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Home & Leisure | Furnishings

## This Week's Best Buys

Search by Brand

**Home & Leisure**

- Air Conditioners
- Art for Less
- Automotive
- Baby & Toddler
- Bed, Bath & Window
- Build-A-Bed
- Flowers/Gift Baskets
- Furnishings
    - TV/Entertainment Ctr.
    - Bedroom Furniture
    - Children's Furniture
    - Home Accents
    - Dining Room
    - Kitchen Furniture
    - Laundry Room
    - Lighting
    - Living Room
    - Office Furniture
    - Seasonal/Holiday
    - Storage Solutions
- Gourmet Foods
- Kitchen & Tabletop
- Luggage
- Major Appliances
- Outdoor Living
- Pet Shop
- Small Appliances
- Tools/Hardware
- Vacuums & Steam



$79.99 **BuyNow**
ENNIS
810
ENNIS #810,Glider
Rocker & Ottoman



$549.99 **BuyNow**
BUSH
WL43961K
BUSH
#WL43961K,Home
Theater





$219.99 **BuyNow**
LINON
9039/9037
LINON #9039/9037,Pine
Corner "Nook" Set



$329.9
SOUTH
ENTER
FA5500
Oak Fire
Stain



$142.99 **BuyNow**
SPARTAK
2362
SPARTAK #2362,Media
Cabinet - Top Load



$26.99 **BuyNow**
SAUDER
1820-105
24"Shelf Life Shelf-
Classic Cherry Color





$439.99 **BuyNow**
HOME ELEGANCE
454BK
Sleeper Ottoman - Black
Leather & Vinyl



$1649.
HOME
9954
Section

**Shop by Brand**

 SAUDER    O'SULLIVAN     powell    

Home Styles    LINON    Bush FURNITURE

| Secure Shopping | About You | Shopping Help | |
| Security | Order Status | How-to-Shop | |
| Privacy Policy | | Buyer's Guides | |
| | | Gift Gallery | |

© 2006 Trilegiant Corporation

Case 1:06-cv-00041-JJF     Document 48-5     Filed 02/14/2006     Page 15 of 59

**Cleaners**



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Bea |

**Welcome back!**



**Spotlight Products**

Special Partner Offers
Gift Gallery
Rebate Central
Buyer's Guides

Search by Brand

GO ▶

### Product Areas

Explore your favorite **OMAHA STEAKS** product areas.

Desserts & Candy
Meat Products
Seafood



**$49.99 BuyNow**
OMAHA STEAKS
968
5lb. Chocolate Ecstasy
Cake



**$29.99 B**
OMAHA
324
Gourmet



**$45.99 BuyNow**
OMAHA STEAKS
633
Lobster Tails



**$17.99 B**
OMAHA
427
New York



**$45.99 BuyNow**
OMAHA STEAKS
1135
Filet Mignon



**$41.99 B**
OMAHA
583
4 (8 oz.) T
1/8" Thick

**Secure Shopping**

Security
Privacy Policy

**About You**

Order Status

**Shopping Help**

How-to-Shop
Buyer's Guides
Gift Gallery

**Contact & Info**

Customer Center
Email Us

© 2006 Trilegiant Corporation



**The Auto Store**

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

**Home** | **Home & Leisure** | Major Appliances

### This Week's Best Buys

   

**$269.99** BuyNow
**DANBY**
DTT420
Portable 10lb Twin Tub
Laundry

**$337.99** BuyNow
**DANBY**
DDW1805W
Portable Rolling
Dishwasher

**$849.00** BuyNow
**WHIRLPOOL**
GEW9250PW
Duet Front Load Electric
Dryer - White


**$1099.** 
**WHIRL**
GHW91
Duet Fro
Washer

**Search by Brand**


**Home & Leisure**

* Air Conditioners
* Art for Less
* Automotive
* Baby & Toddler
* Bed, Bath & Window
* Build-A-Bed
* Flowers/Gift Baskets
* Furnishings
* Gourmet Foods
* Kitchen & Tabletop
* Luggage
* Major Appliances
  * Air Comfort Products
  * Air Conditioners
  * Appliance Accessories
  * Compactors
  * Dishwashers
  * Microwaves
  * Ranges & Ovens
  * Refrigeration
  * Washers & Dryers
  * Water Purification
* Outdoor Living
* Pet Shop
* Small Appliances
* Tools/Hardware
* Vacuums & Steam Cleaners

   

**$214.99** BuyNow
**WHIRLPOOL**
GT4175SPQ
Sensor Microwave -
White


**$199.99** BuyNow
**DANBY**
DWC310BL
30 Bottle Wine Cooler -
Black

**$209.99** BuyNow
**DANBY**
DIM1524W
Countertop Ice'nEasy
Ice Maker

**$299.9**
**WHIRL**
AD70U
70 Pint
Baseme

**Shop by Brand**

   

**KitchenAid**    **SHARP**    **Panasonic**

**DeLonghi**    **Whirlpool**    **Avanti**

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

# The Auto Store

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Home & Leisure | Small Appliances

## This Week's Best Buys

**Search by Brand**

GO

### Home & Leisure

- Air Conditioners
- Art for Less
- Automotive
- Baby & Toddler
- Bed, Bath & Window
- Build-A-Bed
- Flowers/Gift Baskets
- Furnishings
- Gourmet Foods
- Kitchen & Tabletop
- Luggage
- Major Appliances
- Outdoor Living
- Pet Shop
- Small Appliances
  - Blenders & Mixers
  - Can Openers
  - Convection Ovens
  - Coffee/Tea/Espresso
  - Deep Fryers & Griddles
  - Food Processors
  - Ice Cream/Cotton Candy
  - Indoor Grills & Rotisseries
  - Irons & Steamers
  - Juicers
  - Knives & Sharpeners
  - Sewing




**Price Drop!**
NOSTALGIA ELECTRIC
CCP509
Old Fashioned Popcorn Cart



**$99.99 BuyNow**
GEORGE FOREMAN
GRP99
George Foreman Next Generation Grill



**$299.99 BuyNow**
KITCHENAID
KV25G0XMC
5-Quart Stand Mixer - Chrome



$124.99
KEURI
B50
One-Cu



**$89.99 BuyNow**
DENI
14200
Classic Electric Food Slicer



**$89.99 BuyNow**
WARING
WMK300
Professional Belgian Wafflemaker



**$69.99 BuyNow**
NOSTALGIA ELECTRIC
CFF900
Chocolate Fondue Fountain



**Price**
TASSII
TA1400
Tassimo
Serve C

### Shop by Brand

   

  

| | | | |
| --- | --- | --- | --- |
| **Secure Shopping** | **About You** | **Shopping Help** | |
| Security | Order Status | How-to-Shop | |
| Privacy Policy | | Buyer's Guides | |
| | | Gift Gallery | |

© 2006 Trilegiant Corporation

Slicers & Vacuum
  Sealers
Small Appliance
  Accessories
Specialty Appliances
Steamers & Cookers
Toasters/Toaster
  Ovens

- **Tools/Hardware**

- **Vacuums & Steam
  Cleaners**

# The Auto Store

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Home & Leisure | Tools/Hardware

## This Week's Best Buys

Search by Brand 

**Home & Leisure**

- Air Conditioners
- Art for Less
- Automotive
- Baby & Toddler
- Bed, Bath & Window
- Build-A-Bed
- Flowers/Gift Baskets
- Furnishings
- Gourmet Foods
- Kitchen & Tabletop
- Luggage
- Major Appliances
- Outdoor Living
- Pet Shop
- Small Appliances
- Tools/Hardware
  - Batteries
  - Hardware
  - Heaters
  - Lighting
  - Outdoor Lighting
  - Pest Control
  - Power Equipment
  - Power Tools
  - Security&Safety
  - Spot/Flashlights
  - Tool Sets
- Vacuums & Steam Cleaners



**$319.99 BuyNow**
BOSCH
3912
12" Compound Miter Saw



**$79.99 BuyNow**
JWIN
JVTV3080
Wireless Observation System



**$89.99 BuyNow**
BUFFALO TOOL
GMSA
4FT Folding Steel Scaffold



**$399.99**
BUFFA
GEN400
Buffalo T
6.5hp G



**$119.99 BuyNow**
DESA REMINGTON
104317
8" Pole Chainsaw



**$379.99 BuyNow**
LITTLE GIANT LADDER
10102
Model 17 ASTV 15ft. Little Giant Ladder





**$139.99 BuyNow**
TRISTAR
ULTIMATELDR
ASTV The Ultimate Ladder



**$98.99**
CAMP
HAUSF
PW1319
1300psi
Pressur

### Shop by Brand



| Secure Shopping | About You | Shopping Help |
|---|---|---|
| Security | Order Status | How-to-Shop |
| Privacy Policy | | Buyer's Guides |
| | | Gift Gallery |

© 2006 Trilegiant Corporation

Case 1:06-cv-00041-JJF     Document 48-5     Filed 02/14/2006     Page 23 of 59

# The Auto Store

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

**Home** | **Home & Leisure** | Vacuums & Steam Cleaners

## This Week's Best Buys





**Search by Brand**



**$100.99 BuyNow**
BISSELL
1672
Big Green Multi-Purpose Deep Cleaner

**$214.00 BuyNow**
HOOVER
F7220900
SteamVac V2

**$59.99 BuyNow**
SCUNCI
SS1000
Scunci Steamer

**$159.99**
BISSELL
3750
Lift Off V
Detacha

### Home & Leisure

* Air Conditioners
* Art for Less
* Automotive
* Baby & Toddler
* Bed, Bath & Window
* Build-A-Bed
* Flowers/Gift Baskets
* Furnishings
* Gourmet Foods
* Kitchen & Tabletop
* Luggage
* Major Appliances
* Outdoor Living
* Pet Shop
* Small Appliances
* Tools/Hardware
* Vacuums & Steam Cleaners

    Carpet Sweepers
    Cordless Vacuums
    Shampooers
    Steam Cleaners
    Vacuums
    Vacuum Accessories
    Wet/Dry Vacs







**$345.00 BuyNow**
ELECTROLUX
EL6988A
Oxygen Canister Vacuum

**$281.99 BuyNow**
ROOMBA
4210
Roomba Discovery
iRobot Vacuum Cleaner

**$499.99 BuyNow**
DYSON
00063
DC15 The Ball Vacuum
FREE SHIPPING

**$79.99**
BISSEL
35766
CleanVi
Upright
Vacuum

**Shop by Brand**







| **Secure Shopping** | **About You** | **Shopping Help** |
| Security | Order Status | How-to-Shop |
| Privacy Policy | | Buyer's Guides |
| | | Gift Gallery |

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Bea... |

**Welcome back!**



Home | Computers & Office | Phones

### This Week's Best Buys

      

**Search by Brand**

**Computers & Office**

- Desktops & Monitors
- Digital Cameras
- Drives & Storage
- Handhelds & PDAs
- Laptops & Notebooks
- Networking
- Office Electronics
- Office Furniture
- PC Accessories
- Phones
  - Phone Answering
    Systems
  - Business Phones
  - Corded Phones
  - Cordless Phones
  - Novelty Phones
  - Phone Cards
  - Phone Accessories
  - Special Needs
    Phones
- Printers & Scanners
- Software

**$104.99 BuyNow**
**AT&T**
5870
Cordless Answering
System with Caller ID

**$44.99 BuyNow**
**NORTHWEST BELL**
35807HS
5.8GHz Cordless Phone
CID Plus Headset




**$104.99 BuyNow**
**AT&T**
E5860
5.8GHz Expandable
Cordless Answering

**$146.99**
**AT&T**
E5900B
5.8GHz
Cordles...

   

**$157.99 BuyNow**
**PANASONIC**
KXTG6500B
2-Line 5.8GHz
Expandable w/Caller ID

**$229.99 BuyNow**
**PANASONIC**
KXTG6502B
2-Line 5.8GHz Exp.
Phone w/2 Handsets

**$89.99 BuyNow**
**V-TECH**
VTV2675
2.4GHz DSS Phone
System w/3 Handsets

**$80.99**
**MOTOR...**
MD781
5.8GHz
Expand...
Phone



**Shop by Brand**

 SIEMENS
 GE

 Panasonic
 VTECH

BELL Phones
BY NORTHWESTERN BELL PHONES
POLYCOM

U...

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

**Home** | **Computers & Office** | Desktops & Monitors

## This Week's Best Buys

   

**Search by Brand**



**Computers & Office**

- **Desktops & Monitors**
  - Computers
  - Monitors
  - Factory Serviced
- **Digital Cameras**
- **Drives & Storage**
- **Handhelds & PDAs**
- **Laptops & Notebooks**
- **Networking**
- **Office Electronics**
- **Office Furniture**
- **PC Accessories**
- **Phones**
- **Printers & Scanners**
- **Software**

**$249.99 BuyNow**
COMPAQ
500DPWM17-3
Pentium III 500MHz
6GB 128MB

**Factory Serviced**

**$169.00 BuyNow**
COMPAQ
COMPAQ266BDL
Pentium II 266MHz
w/15" Monitor

**Factory Serviced**

**$579.00 * BuyNow**
COMPAQ
SR1611NX-BDJ
Presario 1.8GHz
Desktop w/17" Monitor
* After $100 Mail-in
Rebate

**$789.00**
SONY
VGC-RI
VAIO 3C
250GB
* After $
Rebate

  

**$759.99 * BuyNow**
HEWLETT
PACKARD
A1240N
Pavilion 3GHz Desktop
200GB DVR
* After $50 Mail-in
Rebate

**$769.99 * BuyNow**
COMPAQ
1650FS7600DJ
Presario 2.2GHz 250GB
Desktop Package
* After $150 Mail-in
Rebate

**$889.00 * BuyNow**
HEWLETT
PACKARD
1240NMX705DJ
Pavilion 3GHz 200GB
Desktop Package
* After $150 Mail-in
Rebate

**Shop by Brand**

  

 Secure Shopping
Security
Privacy Policy

 About You
Order Status

 Shopping Help
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

[Home](#) | [Computers & Office](#) | Digital Cameras

## This Week's Best Buys


**Search by Brand**

   

**$57.99 BuyNow**
**SAN DISK**
SDCFH512901
512MB Ultra2
CompactFlash

**$74.99** * **BuyNow**
**DXG DIGITAL CAMERAS**
DXG-308
3 Megapixel Camera
* After $10 Mail-in Rebate

**$267.99 BuyNow**
**FUJI**
FINEPIXS3100
4-Megapixel Superzoom Camera

**$144.9**
**CANON**
A400SI
3.2 Meg

### Computers & Office
- Desktops & Monitors
- Digital Cameras
  - Digital Cameras
  - Digital Camera Accessories
  - Digital Memory
  - WebCams/Video
  - Editing
  - Scanners
  - Printers
- Drives & Storage
- Handhelds & PDAs
- Laptops & Notebooks
- Networking
- Office Electronics
- Office Furniture
- PC Accessories
- Phones
- Printers & Scanners
- Software

   

**$1019.99** * **BuyNow**
**CANON**
REBELXTKIT
Rebel-XT Digital SLR with Bag
* After $20 Mail-in Rebate

**$290.99 BuyNow**
**KODAK**
C340BUNDLE
5-Megapixel Camera w/ Printer Dock

**$241.99 BuyNow**
**KODAK**
V530SILVER
5-Megapixel Silver Camera

**$265.9**
**CANON**
SD400
5-Mega
Camera

### Shop by Brand

  **OLYMPUS**
 **Panasonic**

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Bea |

**Welcome back!**

 C

**Home** | **Computers & Office** | Drives & Storage

### This Week's Best Buys

      

Search by Brand 

**$20.99 BuyNow**
DIGITAL INNOVATIONS
SKIPDOCTOR
Disc Scratch Repair Device

**$19.99 BuyNow**
NETGEAR
FA312
10/100Mbps PCI Ethernet Network Card

**$48.99 BuyNow**
LEXAR MEDIA
CF512231
512MB CompactFlash 4x

**$39.99**
FUJI
USB128
128MB
Drive

**Computers & Office**

- Desktops & Monitors
- Digital Cameras
- Drives & Storage
    - CD, CD-RW & DVD Drives
    - CD Holders & Racks
    - Media, Adapters & Accessories
    - Portable Storage & Hard Drives

         

**$59.99 BuyNow**
FUJI
USB256FUJI
256MB USB 2.0 Flash Drive

**$99.99 BuyNow**
FUJI
USB512FUJI
512MB USB Flash Drive

**$104.99 BuyNow**
UNIVERSAL BUSLINK
RW3240
32x/10x/40x EIDE CD-RW Drive

**$69.99**
LEXAR
XD512-
512MB

- Handhelds & PDAs
- Laptops & Notebooks
- Networking
- Office Electronics
- Office Furniture
- PC Accessories
- Phones
- Printers & Scanners
- Software

### Shop by Brand

   

   

| Secure Shopping | About You | Shopping Help |
|---|---|---|
| Security | Order Status | How-to-Shop |
| Privacy Policy | | Buyer's Guides |
| | | Gift Gallery |

© 2006 Trilegiant Corporation

# The Auto Store

Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau

**Welcome back!**

**Home** | **Computers & Office** | Laptops & Notebooks

## This Week's Best Buys

   

**Search by Brand**



**Computers & Office**

- Desktops & Monitors
- Digital Cameras
- Drives & Storage
- Handhelds & PDAs
- Laptops & Notebooks
  - Notebooks
  - Notebook Add-Ons
- Networking
- Office Electronics
- Office Furniture
- PC Accessories
- Phones
- Printers & Scanners
- Software

**$2731.99 BuyNow**
TOSHIBA
P25-S676
Satellite 3.4GHz
Notebook 80G DVDR
17"

**$2030.99 BuyNow**
TOSHIBA
P35-S629
Satellite 3.3GHz
Notebook 100GB DVDR
17"

**$1249.00 * BuyNow**
HEWLETT PACKARD
ZV6270
Pavilion 2.2GHz
Notebook 100GB DVR
15.4"
* After $50 Mail-in Rebate

**$999.99** 
COMP
V2410U
Presari
Notebo
14"
* After $
Rebate

  

**$949.99 * BuyNow**
COMPAQ
V2565US
Presario 1.8GHz
Notebook 80GB DVR
* After $30 Mail-in Rebate

**$987.99 BuyNow**
AVERATEC
AV4155-EH1
Ultra 1.6GHz Notebook
80GB DVR 13.3"

**$1309.99 BuyNow**
TOSHIBA
M55-S351
Satellite 1.86GHz
Notebook 120GB DVR

**Shop by Brand**

   

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Computers & Office | Networking

### This Week's Best Buys

   

Search by Brand 



**$54.99 BuyNow**
LINKSYS
BEFSR41
Cable/DSL Router w/4
LAN Port

**$46.99 BuyNow**
LINKSYS
WPC11
PC Card Wireless
11Mbps Network
Adapter

**$60.99 BuyNow**
D-LINK
DI704P
Ethernet Firewall,
Router w/Switch

**$79.99**
LINKS
EG1064
Gigabit
Network

**Computers & Office**
- Desktops & Monitors
- Digital Cameras
- Drives & Storage
- Handhelds & PDAs
- Laptops & Notebooks
- Networking
  - Cabling
  - Ethernet Networking
  - KVM Devices
  - Modems
  - Phoneline / Powerline
  - USB Hubs
  - Wireless Networking
- Office Electronics
- Office Furniture
- PC Accessories
- Phones
- Printers & Scanners
- Software

   

**$34.99 BuyNow**
NETGEAR
FA511
CardBus 10/100Mbps
Mobile Adapter

**$52.99 BuyNow**
SMC
SMC8416BT
16-Bit ISA 10BaseT
Network Card

**$66.99 BuyNow**
LINKSYS
WRT54G
Wireless-G Broadband
Router

**$58.99**
LINKS
WMP54
54Mbps
Card

**Shop by Brand**

    
  
  

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

**The Auto Store**

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Computers & Office | Office Electronics

## This Week's Best Buys




**Search by Brand**   GO

**Computers & Office**

- Desktops & Monitors
- Digital Cameras
- Drives & Storage
- Handhelds & PDAs
- Laptops & Notebooks
- Networking
- Office Electronics

   Calculators & Cash Registers
   Copiers
   Dictation
   Ink, Toner, & Accessories
   Publishing & Presentation
   Multifunction & Fax Machines
   Office Supplies & Accessories
   Pens, Pencils & Laser Pointers
   Printers
   Digital Projectors
   Scanners
   Shredders
   Typewriters & Word Processors

- Office Furniture
- PC Accessories
- Phones
- Printers & Scanners
- Software







**$588.99 BuyNow**
FELLOWES
320
Medium Office Standing Shredder

**$329.99 BuyNow**
BROTHER
MFC8500
Refurbished Laser Multi-Function Center

**$129.99 BuyNow**
LEXMARK
X6150
All-In-One Print/Scan/Fax/Copy

**$550.99**
BROTH
MFC882
5-In-1 M
Center










**$34.99 BuyNow**
MONROE
ML900
Laminator

**$94.99 BuyNow**
HEWLETT PACKARD
OJ4215
All-In-One Printer / Fax / Scan / Copier


**$79.99 * BuyNow**
BROTHER
MFC210C
6-In-1 Flatbed Multifunction Center
* After $20 Mail-in Rebate

**$889.0**
HEWLI
PACKA
1240NM
Pavilion
Desktop
* After $
Rebate

**Shop by Brand**















**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

Case 1:06-cv-00041-JJF          Document 48-5          Filed 02/14/2006          Page 33 of 59

# The Auto Store

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Camera & Optics | Accessories

## This Week's Best Buys

**Search by Brand**

GO

### Camera & Optics

- **Digital Cameras**
- **Camcorders**
- **Cameras**
- **Optics**
- **Accessories**
  - Digital Camera Accessories
  - Digital Memory
  - Camcorder Accessories
  - Camera Accessories
  - Binocular Accessories
  - Telescope Accessories


**$22.99 BuyNow**
LENMAR
PRO37
Universal AC Adapter


**$442.99 BuyNow**
PENTAX
FA-24-90MM
FA-24-90mm Zoom Lens


**$49.99 BuyNow**
FUJI
256MB-XD
256MB XD Memory Card


**$71.99**
HEWLE
PACKA
C8886A
PS735/
Station


**$21.99 BuyNow**
KODAK
KODAKPAPER
Paper for Printerdock


**Price Drop!**
SONY
DPPEX50
Digital Photo Printer


**$38.99 BuyNow**
SAN DISK
SDMSPD256A10
256mb Memory Stick Pro Duo


**$97.99**
LEXMA
P315
SnapSh
Photo P

### Shop by Brand

   

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

# The Auto Store

Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau

**Welcome back!**

Home | Camera & Optics | Optics

## This Week's Best Buys

Search by Brand  GO

**Camera & Optics**

- **Digital Cameras**
- **Camcorders**
- **Cameras**
- **Optics**
  - Binoculars
  - Binocular Accessories
  - Nightvision
  - Rangefinders
  - Telescope Accessories
  - Telescopes
  - Rifle Scopes
  - Microscopes
  - Magnifiers & Loupes
  - Sunglasses
- **Accessories**



**$14.99 BuyNow**
TASCO
165RB
8x21mm Compact
Folding Binoculars
 FREE SHIPPING



**$54.99 BuyNow**
BUSHNELL
131205
12x25 H2O Waterproof
Compact Binoculars



**$34.99 BuyNow**
NIGHT OWL OPTICS
NOCA42
Camera Adapter

**$47.99**
BUSHN
139755
7-15x25
Compa



**$52.99 BuyNow**
TASCO
30060402
Novice 402x60mm
Refractor Telescope



**$46.99 BuyNow**
RAYBAN
RB4009-627
Predator Potion Wrap
Sunglasses



**$89.99 BuyNow**
BUSHNELL
110718
Digital Camera
Binoculars

**$82.99**
RAYBA
RB3156
SideStre

### Shop by Brand

  

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Camera & Optics | Camcorders

### This Week's Best Buys

  

Search by Brand 

**Camera & Optics**

- **Digital Cameras**
- **Camcorders**
  - Camcorders
  - Camcorder Accessories
  - Home Observation Systems
- **Cameras**
- **Optics**
- **Accessories**

**$333.99** * **BuyNow**
**CANON**
ZR300KIT
MiniDV/440X Zoom
Camcorder/2.4" Screen
* After $50 Mail-in
Rebate

**$361.99 BuyNow**
**JVC**
GRD270US
MiniDV 25X Optical
Zoom Camcorder

**$649.99 BuyNow**
**PANASONIC**
PVGS150KIT
3CCD MiniDV/700X Zm
Camcordr/2.5" Screen

**$680.99**
**PANAS**
VDRM7
DVD-RA
Palmco

  

**$856.99 BuyNow**
**PANASONIC**
VDRM95
DVD-RAM/-R DIGA
Palmcorder/2.1MP Stills

**$163.99 BuyNow**
**DXG DIGITAL
CAMERAS**
DXG301V
3.2 Megapixel Digital
Camcorder/Camera

**$435.99 BuyNow**
**JVC**
GRDX75US
MiniDV/700X Zm
CyberCam/2.5" LCD
Monitor

**$1196.**
**CANON**
OPTUR
MiniDV/
Camcor

**Shop by Brand**

    

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

 

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Bea... |

**Welcome back!**

[Home](#) | [Camera & Optics](#) | Cameras

### This Week's Best Buys





Search by Brand



**$356.99 BuyNow**
**NIKON**
N75KIT
SLR Camera Kit

**$999.99 BuyNow**
**CANON**
REBELXT
Rebel-XT Digital SLR Kit

**$541.99 BuyNow**
**CANON**
S2-IS
5-Megapixel Superzoom

**Camera & Optics**

- **Digital Cameras**
- **Camcorders**
- **Cameras**
  - SLR & Rangefinder Cameras
  - SLR Lenses
  - Medium Format Cameras
- **Optics**
- **Accessories**

### Shop by Brand






**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Camera & Optics | Optics | Binoculars | Binoculars

**Browse these Smart Buys or Feature Shop below.**
We have 179 models available today.

Search by Brand



**Camera & Optics**

- Digital Cameras
- Camcorders
- Cameras
- Optics
  - Binoculars
  - Binocular
    Accessories
  - Nightvision
  - Rangefinders
  - Telescope
    Accessories
  - Telescopes
  - Rifle Scopes
  - Microscopes
  - Magnifiers & Loupes
  - Sunglasses
- Accessories

Special Partner Offers
Gift Gallery
Rebate Central
Buyer's Guides






**$199.99 BuyNow**
BUSHNELL
118323
8x30 Binocular with 3-MP Camera

**$64.99 BuyNow**
BUSHNELL
118200
8x21 Binocular/ VGA Digital Camera

**$99.99 BuyNow**
BUSHNELL
111210
Digital Binoculars with color LCD Screen

**$69.99 B**
BUSHNE
111025
Digital Ca
Binoculars






**Price Drop!**
PENTAX
8x28/DCF-MP
8x28mm DCF-MP Waterproof

**$54.99 BuyNow**
BUSHNELL
131205
12x25 H2O Waterproof Compact Binoculars

**$49.99 BuyNow**
BUSHNELL
131005
10x25 H2O Waterproof Compact Binoculars

**$44.99 B**
BUSHNE
130805
8x25 H2C
Compact

= Items to compare. Select box associated with each item above.    Compare S

**Feature Shop**
Choose the one that is best for you.

Buyer's Guide

**179** available in our store today.

To find the perfect one for you, select from the options below.

**Price Range**

Minimum 14.99    Maximum 872.99

**Manufacturer**

☑ Show All Brands    ☐ BROWNING SPORTS    ☐ BSA OPTICS

☐ BUSHNELL    ☐ CANON    ☐ FIELDVISION

☐ NIGHT OWL OPTICS    ☐ PENTAX    ☐ STEINER

☐ TASCO

**Magnification**

No Preference ▾

**Focus**

No Preference ▾

**Design**

No Preference ▾

**Lens coating**

No Preference ▾

**Sealed**

No Preference ▾

**Size**

No Preference ▾

》 Show Me My Choices

**Secure Shopping**    **About You**    **Shopping Help**
Security                Order Status       How-to-Shop
Privacy Policy                             Buyer's Guides
                                           Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Camera & Optics | Digital Cameras

### This Week's Best Buys

   

Search by Brand



**$57.99 BuyNow**
**SAN DISK**
SDCFH512901
512MB Ultra2
CompactFlash

**$74.99 * BuyNow**
**DXG DIGITAL
CAMERAS**
DXG-308
3 Megapixel Camera
* After $10 Mail-in
Rebate

**$267.99 BuyNow**
**FUJI**
FINEPIXS3100
4-Megapixel Superzoom
Camera

**$144.99**
**CANON**
A400SI
3.2 Meg

**Camera & Optics**

- **Digital Cameras**
  - Digital Cameras
  - Digital Memory
  - Digital Camera
    Accessories
  - Scanners
  - Printers

- **Camcorders**

- **Cameras**

- **Optics**

- **Accessories**

   

**$1019.99 * BuyNow**
**CANON**
REBELXTKIT
Rebel-XT Digital SLR
with Bag
* After $20 Mail-in
Rebate

**$290.99 BuyNow**
**KODAK**
C340BUNDLE
5-Megapixel Camera w/
Printer Dock

**$241.99 BuyNow**
**KODAK**
V530SILVER
5-Megapixel Silver
Camera

**$265.99**
**CANON**
SD400
5-Mega
Camera

**Shop by Brand**

   

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**



Home | Electronics | Video | Televisions

**Select a category below.**

Black & White Televisions                    Projection Tele
Color Televisions                             Plasma TVs
TV/DVD Combos                                 Television Stan
HDTV Receivers                                Television/VCR
LCD TVs

Search by Brand

**Electronics**

- **Audio**
- **DJ Equipment**
- **Home Theater**
- **Mobile Electronics**
- **Musical Instruments**
- **Phone Systems**
- **Televisions**
- **Video**
  - Camcorders
  - Camcorder Accessories
  - DVD Players
  - Digital Projectors
  - Televisions
  - TV/Entertainment Ctr.
  - VCRs
  - Video Accessories
- **Wireless Communications**

Special Partner Offers
Gift Gallery
Rebate Central
Buyer's Guides

**Secure Shopping**        **About You**        **Shopping Help**
Security                   Order Status         How-to-Shop
Privacy Policy                                  Buyer's Guides
                                                Gift Gallery

© 2006 Trilegiant Corporation

# The Auto Store

Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau

**Welcome back!**

Home | Electronics | Video

## This Week's Best Buys

   



**Search by Brand**

**GO**

**Electronics**

- Audio
- DJ Equipment
- Home Theater
- Mobile Electronics
- Musical Instruments
- Phone Systems
- Televisions
- Video
  - Camcorders
  - Camcorder Accessories
  - DVD Players
  - Digital Projectors
  - Televisions
  - TV/Entertainment Ctr.
  - VCRs
  - Video Accessories
- Wireless Communications

**$142.99** BuyNow
**AUDIOVOX**
D1708
7" ac/dc/car Portable
16:9 DVD Player

**$53.99** * BuyNow
**SAMSUNG**
DVDV4600X
Refurb Prog Scan DVD
Player/VCR Comb
* After $20 Mail-in
Rebate

Factory Serviced

**$2284.99** BuyNow
**PANASONIC**
PT52LCX65
52" HD Micro Display
LCD Projection TV



**$680.99**
**PANAS**
VDRM7
DVD-RA
Palmco







**$76.99** BuyNow
**CASIO**
TV-980
Handheld 2.3" Color TV

 

**$111.99** * BuyNow
**COBY**
TFDVD7050
7" Tablet LCD Portable
DVD Player
* After $20 Mail-in
Rebate

 

## Shop by Brand

 
 

  

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

Case 1:06-cv-00041-JJF     Document 48-5     Filed 02/14/2006     Page 43 of 59



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |
|---|---|---|---|---|---|---|

**Welcome back!**



**Home** | **Electronics** | Wireless Communications

### This Week's Best Buys


**Search by Brand**


**Electronics**

- **Audio**
- **DJ Equipment**
- **Home Theater**
- **Mobile Electronics**
- **Musical Instruments**
- **Phone Systems**
- **Televisions**
- **Video**
- **Wireless Communications**

  Two-Way Radios & Accessories
  ATT Prepaid Wireless
  Cellular Accessories
  CB Radios & Scanners
  GPS
  Portable Computing





**$81.99 BuyNow**
**UNIDEN**
BC244CLT
30 Channel Scanner with clock

**$89.99 BuyNow**
**NOKIA**
2260EPW
AT&T Prepaid Advantage Phone

**$501.99 BuyNow**
**GARMIN**
IQUE3600NAV
iQue 3600 PDA GPS with Car Kit

**$50.99**
**MIDLA**
GXT400
GXT400
w/Weath






**$346.99 BuyNow**
**GARMIN**
IQUE3200
iQUE 3200 Integrated PDA/GPS Unit

**$30.99 BuyNow**
**MIDLAND**
LXT210VP
Pair of LXT210 2-Way Radios w/Package

**$74.99 BuyNow**
**MIDLAND**
GXT550VP4
GXT550 2-Way Camoufalge Radio Package

**$669.99**
**GARMI**
QUEST
Quest 2
Street N

#### Shop by Brand















**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beauty |

**Welcome back!**

[Home](#) | [Electronics](#) | DJ Equipment

### This Week's Best Buys

   

**Search by Brand**



**Electronics**
- **Audio**
- **DJ Equipment**
  - DJ Mixers
  - DJ Power Amps
  - DJ Packages
  - DJ Speakers & PAs
  - DJ CD Players
  - DJ Turntables
  - DJ Preamps & Equalizers
  - DJ Mics & Headphones
  - DJ Accessories
  - Karaoke
- **Home Theater**
- **Mobile Electronics**
- **Musical Instruments**
- **Phone Systems**
- **Televisions**
- **Video**
- **Wireless Communications**

**$159.99 BuyNow**
PYLE
PYD1910
4 Channel Mixer

**$149.99 BuyNow**
PYLE
PYD1920
4 Channel Echo Mixer

**$70.99 BuyNow**
GEMINI
VH-101M
VHF Wireless System

**$249.99**
NUMARK
RM6
Rack M

       

**$372.99 BuyNow**
STANTON
SPINCYCLEPAK
DJ Pro Package

**$387.99 BuyNow**
GEMINI
DISCOMIX4.0
Pro Tabletop CD
Turntable DJ Package

**$328.99 BuyNow**
GEMINI
PDT6000
Professional Digital
Turntable

**$199.99**
GEMINI
CDX-01
Profess
CD Play

    

**Shop by Brand**

  

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

**Home** | **Factory Outlet** | Electronics

## This Week's Best Buys

**Search by Brand**



**Factory Outlet**

- **Appliances**
- **Backpacks & Luggage**
- **Computers & Office**
- **Electronics**
  - Cameras Closeouts/ Refurbs
  - Home Audio
  - Mobile Electronics Clearance
  - Musical Instruments Clearance
  - Phones Clearance
  - TV & Video
- **Home & Garden**
- **Personal Care Clearance**
- **Personal Interest & Gifts**
- **Phones Clearance**
- **Sports & Exercise Clearance**
- **Watches Clearance**

   

**$7.99 BuyNow**
**CCM**
CIGCORD
Cigarette Lighter
Adapter


**$54.99 BuyNow**
**PYLE**
PLCD25
160W AM/FM/CD
Receiver

**$119.99 BuyNow**
**DAEWOO**
DTQ19H1FCX
REFURBISHED 19"
TV/VCR Combination
**Factory Serviced**

**$79.00**
**DAEWO**
DVQ9H
REFUR
TV/VCR

 

  

**$499.00 BuyNow**
**COMPAQ**
CPQ600RB
PIII 600MHz 128MB
10GB DVD
**Factory Serviced**

**$53.99** * **BuyNow**
**SAMSUNG**
DVDV4600X
Refurb Prog Scan DVD
Player/VCR Comb
* After $20 Mail-in
Rebate
**Factory Serviced**

**$899.00 BuyNow**
**SHARP**
XR1S-R
REFURBISHED
Notevision DLP
Projector
**Factory Serviced**

**$119.99**
**HEWLE**
**PACKA**
RPS375
Photo P

 

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

# The Auto Store

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Bea |

**Welcome back!**

**Home** | **Electronics** | Audio

## This Week's Best Buys






Search by Brand
 GO

**Electronics**

- **Audio**
  - Bookshelf Systems
  - Portable / Personal Stereos
  - Receivers
  - Components
  - Speakers
  - Headphones
  - Clock Radios / Radios
  - Stereo Accessories
  - MP3 Players
- **DJ Equipment**
- **Home Theater**
- **Mobile Electronics**
- **Musical Instruments**
- **Phone Systems**
- **Televisions**
- **Video**
- **Wireless Communications**

**$41.99 BuyNow**
**GRUNDIG**
FR200
Emergency AM/FM/SW
Radio


**$295.00 BuyNow**
**BOSE**
301SERVB
Direct/Reflecting
Speaker System


**$60.99 BuyNow**
**PANASONIC**
SLMP80
Portable CD/MP3/WMA
Player

**$169.99**
**JWIN**
JK777
Retro T
Stereo




**$104.99 BuyNow**
**RCA**
LAWTON
Lawton Victrola-Styled
Stereo System

**$208.99 BuyNow**
**APPLE COMPUTERS**
MA099LL/A
2GB iPod Nano - Black


**Shop by Brand**











| Secure Shopping | About You | Shopping Help |
| --- | --- | --- |
| Security | Order Status | How-to-Shop |
| Privacy Policy | | Buyer's Guides |
| | | Gift Gallery |

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Sports & Fitness | Sporting Goods

## This Week's Best Buys

   

**Search by Brand** 

**$54.99 BuyNow**
CENTURY
10114000015
"Classic" Canvas Heavy
Bag ~ 70 lbs

**$89.99 BuyNow**
INSTEP
QE100
Instep Quick & EZ
Trailer

**$299.99 BuyNow**
LIFETIME
71594
World Class Street
Court Basketball

**$211.99**
DUNLO
436-020
Vengea
Set -MR

  



**Sports & Fitness**

- **Exercise Equipment**
- **Sporting Goods**
    - Archery
    - Basketball
    - Cycling
    - Game Tables
    - Inline Skates &
      Skateboards
    - Lawn Games
    - Martial Arts & Boxing
    - Scooters
    - Sports Equipment
    - Trampolines
    - Winter Recreation
- **Camping &
  Recreation**
- **Golf Shop**
- **Pools & Spas**

   

**$49.99 BuyNow**
WILSON
B0700R
Wilson NCAA Solution
Indoor Basketball

**$1979.99 BuyNow**
MURREY BILLIARDS
P3250A
Outdoor Billiards Table

**$329.99 BuyNow**
AIRZONE
133469
14' Trampoline with
Safety Enclosure

**$362.9**
MONG
R6102
Mongo
Scooter

  

**Shop by Brand**

   

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



**The Auto Store**

Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beauty | Fact

**Welcome back!**

Home | Sports & Fitness | Camping & Recreation

## This Week's Best Buys







**Search by Brand**

GO

### Sports & Fitness

- **Exercise Equipment**
- **Sporting Goods**
- **Camping & Recreation**
  - Air Mattresses
  - Screenhouse/Canopy/ Awning
  - Tents
  - Camping Equipment
  - Camping / Portable Furniture
  - Coolers
  - Sport Knives & Gun Cases
  - Fishing Equipment
  - Boating & Equipment
  - Hammocks
  - Binoculars
  - Metal Detectors
  - Two-Way Radios & Accessories
  - GPS
  - Weather/Climate Instruments
- **Golf Shop**
- **Pools & Spas**

**$25.99 BuyNow**
E-Z SALES
RCL3000
Rechargeable Remote
Control Lantern

**$54.99 BuyNow**
BUSHNELL
131205
12x25 H2O Waterproof
Compact Binoculars

**$117.99 BuyNow**
TEXSPORT
02845
Wendover Screen Arbor
-13' x 10'

**$85.99**
COLEM
5065-70
RoadTri









**$30.99 BuyNow**
TEXSPORT
14280
Seadrift
Hammock/Stand Combo

**$28.99 BuyNow**
WENGER
WG10010
Ticino SwissTherm
Sleeping Bag

**$103.99 BuyNow**
TEXSPORT
01326
Shelby 3-Room
Hexagon Vestbule Tent

**$131.99**
COLEM
6151A7
Colema
Party Ca

### Shop by Brand














**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

[Home](#) | [Sports & Fitness](#) | Pools & Spas

### This Week's Best Buys







Search by Brand


**Sports & Fitness**

- **Exercise Equipment**
- **Sporting Goods**
- **Camping & Recreation**
- **Golf Shop**
- **Pools & Spas**
  - Pools
  - Pool Accessories
  - Games & Dive Gear
  - Inflatables

**$145.99** BuyNow
**KREEPY KRAULY**
50-600
EZ Vac Above Ground
Pool Cleaner

**$29.99** BuyNow
**SEVYLOR**
PT100
Waterball Basketball
Game

**$26.00** BuyNow
**COLEMAN**
5990A135
Float 'N Sofa

**$279.99**
**SWIM**
**POOLS**
FSC153
Fun 'n S
Round F





**$153.99** BuyNow
**FARLEY ICE TECH.**
OCS-930
Ocean Fx Scooter -
Inflatable Jet Ski

**$1979.99** BuyNow
**SWIM N' PLAY**
**POOLS**
IF3318DR
33' x 18' x 52" Oval
Deluxe Pool Outfit

**$2639.99** BuyNow
**SWIM N' PLAY**
**POOLS**
IF4518DR
45' x 18' x 52" Oval
Deluxe Pool Outfit

**Shop by Brand**







**Secure Shopping**
Security
Privacy Policy


**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery



© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beauty |

**Welcome back!**

Home | Sports & Fitness | Sporting Goods | Trampolines | Trampolines & Accessories

**Browse these Smart Buys or Feature Shop below.**
We have 15 models available today.



Search by Brand

**Sports & Fitness**
- Exercise Equipment
- Sporting Goods
  - Archery
  - Basketball
  - Cycling
  - Game Tables
  - Inline Skates & Skateboards
  - Lawn Games
  - Martial Arts & Boxing
  - Scooters
  - Sports Equipment
  - Trampolines
  - Winter Recreation
- Camping & Recreation
- Golf Shop
- Pools & Spas

Special Partner Offers
Gift Gallery
Rebate Central
Buyer's Guides




**$196.99 BuyNow**
AIRZONE
133032
8' Spring Trampoline w/ Enclosure



**$106.99 BuyNow**
AIRZONE
132752
12' Safety Enclosure




**$207.99 BuyNow**
AIRZONE
132736
12' Trampoline



**$82.99 B**
THE BO
BODRN1
The Body



**$329.99 BuyNow**
AIRZONE
133469
14' Trampoline with Safety Enclosure




**$32.99 BuyNow**
STAMINA
35-1650C
38" 4-Way Folding Trampoline




**$25.99 BuyNow**
AIRZONE
132746
13' Trampoline Cover




**$83.99 B**
AIRZON
132753
8' Trampo






= Items to compare. Select box associated with each item above.    >> Compare S

**Feature Shop**
Choose the one that is best for you.

15 available in our store today or    >> Browse All

To find the perfect one for you, select from the options below.

**Price Range**
Minimum 21.99    Maximum 329.99

**Manufacturer**

☑ Show All Brands          ☐ AIRZONE          ☐ THE BODY
                                               BURNER

☐ STAMINA

**Type of Product**

No Preference ☐

**Size**

No Preference ☐

>> Show Me My Choices

**Secure Shopping**          **About You**          **Shopping Help**

Security                     Order Status          How-to-Shop
Privacy Policy                                     Buyer's Guides
                                                   Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beauty |

**Welcome back!**



Home | Sports & Fitness | Exercise Equipment | Weight Benches / Equipment | Weight E Equipment

**Browse these Smart Buys or Feature Shop below.**
We have 26 models available today.

Search by Brand  GO

**Sports & Fitness**
• **Exercise Equipment**
  Ab Exercisers
  Dietary & Nutrition
  Elliptical / Rower / Stepper
  Exercise Accessories
  Exercise Bikes
  Fitness Monitors
  Home Gyms
  Inversion Tables
  Martial Arts & Boxing
  Scales/Analyzers
  Treadmills
  Weight Benches
  Weight Equipment
• **Sporting Goods**
• **Camping & Recreation**
• **Golf Shop**
• **Pools & Spas**

Special Partner Offers
Gift Gallery
Rebate Central
Buyer's Guides



**$89.99 BuyNow**
STAMINA
20-2020B
AB Hyper Bench

**$109.99 BuyNow**
MARCY
MWB716
MWB/716 Olympic Bench

**$54.99 BuyNow**
MARCY
SB240
Military/ Incline/ Flat/ Decline Bench

**$241.99**
APEX
AX-PWR7
Deluxe W
Lat Pull



**$76.99 BuyNow**
APEX
SB681
Apex Deluxe FID Bench

**$87.99 BuyNow**
APEX
WM-348.1
Multi-Position Weight Bench

**$102.99 BuyNow**
COMPETITOR
CB430
Standard Multi-Function Bench

**$97.99 B**
MARCY
AB4050
Multi-Purp

= Items to compare. Select box associated with each item above.    Compare S

**Feature Shop**
Choose the one that is best for you.

**26** available in our store today or  Browse All

To find the perfect one for you, select from the options below.

**Price Range**
Minimum 36.99    Maximum 241.99

**Manufacturer**

☑ Show All Brands ☐ APEX ☐ COMPETITOR

☐ GOLD'S GYM ☐ IRONMAN ☐ MARCY

☐ PHOENIX HEALTH & FIT ☐ STAMINA ☐ WEIDER

**Type**

No Preference ▢

**Adjustable Incline**

No Preference ▢

**Leg Attachment**

No Preference ▢

**Multi-position**

No Preference ▢

〉〉 Show Me My Choices

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation

# The Auto Store

Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beauty | Fact

**Welcome back!**

Home | Toys & Video Games | Toys: Shop By Age

### This Week's Best Buys

**Search by Brand**
 

**Toys & Video Games**

- Toys: Shop By Age
  - Birth -- 12 Months
  - Toys: 12 -- 24 Months
  - Toys: 2 Years
  - Toys: 3 & 4 Years
  - Toys: 5 -- 7 Years
  - Toys: 8 -- 11 Years
  - Toys: 12 -- 14 Years
  - Toys: All Ages
- Activities & Learning
- Baby & Toddler
- Collectibles
- Musical Instruments
- Outdoor Toys & Games
- Video Games



$69.99 **BuyNow**
FISHER PRICE
77760
Lil' Quad



$30.99 **BuyNow**
LITTLE TIKES
168200070
DiscoverSounds Workshop



$86.99 **BuyNow**
LITTLE TIKES
440Y00070
MagiCook Kitchen



$67.99
LITTLE
440Z00
Swirlin'
Worksh





$26.99 **BuyNow**
LITTLE TIKES
420300070
Fashion Time Talking Vanity



$13.99 **BuyNow**
CHICCO
68442
Chiccoland Tree House



$49.99 **BuyNow**
TRADING SPACES
708
Trading Spaces Design & Redesign House



$524.9
STEP 2
756500
Welcom
Playhou

**Shop by Brand**

      

   

**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



**The Auto Store**

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |
|---|---|---|---|---|---|---|

**Welcome back!**

Home | Toys & Video Games | Video Games

## This Week's Best Buys

 



 



**Search by Brand**



**$89.99 BuyNow**
STEP 2
7A0000
Video Center



**$62.99 BuyNow**
STEP 2
7A1900
Rock 'N Fold Video
Chair




**$20.99 BuyNow**
PLAYSTATION 2
LORDOFRINGS
The Lord Of The Rings -
PLAYSTATION 2

**$32.99**
NINTE
METEO
Meteos
DS

### Toys & Video Games

• Toys: Shop By Age

• Activities & Learning

• Baby & Toddler

• Collectibles

• Musical Instruments

• Outdoor Toys &
  Games

• Video Games

  XBox 360
  PlayStation Portable
  Nintendo DS
  PlayStation 2
  XBox
  Game Cube
  Gameboy Advance
  PlayStation









**$19.99 BuyNow**
PLAYSTATION 2
FLIPNIC
Flipnic: Pinball -
PLAYSTATION 2

**$27.99 BuyNow**
PLAYSTATION 2
NASCAR2006
NASCAR 06: Total
Team - PLAYSTATION
2

**$27.99 BuyNow**
XBOX
NHL2006
NHL 06 - XBOX

**$28.99**
XBOX
WORLD
World S
XBOX

**Shop by Brand**










**Secure Shopping**
Security
Privacy Policy

**About You**
Order Status

**Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery

© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

 **Home** | **Health & Beauty** | Fragrances

### This Week's Best Buys

**Search by Brand** 

**Health & Beauty**

- Fragrances
  - Ladies' Fragrances
  - Men's Fragrances

- Home Medical

- Jewelry

- Outerwear

- Personal Care

- Sunglasses

- Watches



**$21.99 BuyNow**
**GEOFFREY BEENE**
GREYFLANNEL4
Grey Flannel 4 oz. EDT
Spray



**$26.99 BuyNow**
**PERRY ELLIS**
360PELLIS3.4
360 Degrees by Perry
Ellis 3.4 oz. EDT



**$36.99 BuyNow**
**GUERLAIN**
SHALIMAR1.7
Shalimar 1.7 oz. EDT
Spray



**$35.99**
**GUERL**
SAMSA
Samsar
Spray



**$39.99 BuyNow**
**DAVIDOFF**
COOLWATER42
Cool Water 4.2 oz. EDT
Spray



**$29.99 BuyNow**
**FENDI**
FENDI3.4M
Fendi 3.4 oz. EDT
Spray



**$35.99 BuyNow**
**CALVIN KLEIN**
OBSESSET25
Osbession-Calvin Klein
2.5 oz. EDT Spray



**$19.99**
**GIANN**
BABYR
Baby R
oz. EDT

 **Secure Shopping**
Security
Privacy Policy

 **About You**
Order Status

 **Shopping Help**
How-to-Shop
Buyer's Guides
Gift Gallery



© 2006 Trilegiant Corporation



| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**

Home | Health & Beauty | Home Medical

### This Week's Best Buys



**Search by Brand**







**Health & Beauty**

- Fragrances
- Home Medical
  - Blood Pressure Monitors
  - Scales/Health Monitors
  - Household Aids
  - Air Purifiers/ Humidifiers
  - Massage Therapy
  - Mobility
  - Pre-natal/Nursing Aids
  - Professional
  - Therapeutic Aids
  - Thermometers
- Jewelry
- Outerwear
- Personal Care
- Sunglasses
- Watches

**$9.99 BuyNow**
LUMISCOPE
200-415
Sprague Rappaport
Type Stethoscope

**$21.99 BuyNow**
LIFESTREAM
LSP3200
Lifestream Cholesterol
Test Strips

**$99.99 BuyNow**
MABIS
40-270-000
MABISMIST II
Ultrasonic Nebulizer

**$76.99**
HOLMI
HAP422
99% HE
Purifier









**$60.99 BuyNow**
MABIS
04-248-001
Smartread Plus Wrist
Blood Press Monitor

**$137.99 BuyNow**
DURO-MED
50110524100
Ultra-Lightweight
Transport Chair-Titan.

**$99.99 BuyNow**
DURO-MED
50110284100
Lightweight Aluminum
Rollator - Titanium

**$99.99**
DURO-
5011037
Steel Fo
Chair - F

**Shop by Brand**





   

| Secure Shopping | About You | Shopping Help |
|---|---|---|
| Security | Order Status | How-to-Shop |
| Privacy Policy | | Buyer's Guides |
| | | Gift Gallery |

© 2006 Trilegiant Corporation

**The Auto Store**

| Electronics | Camera & Optics | Computers & Office | Home & Leisure | Sports & Fitness | Toys & Video Games | Health & Beau |

**Welcome back!**



**Home** | **Health & Beauty** | Personal Care

### This Week's Best Buys

**Search by Brand**



**Health & Beauty**

- Fragrances
- Home Medical
- Jewelry
- Outerwear
- Personal Care
  - Dental & Oral Care
  - Dietary & Nutrition
  - Foot Care
  - Hair Grooming
  - Hair Removal
  - Massage Therapy
  - Nail Care
  - Razors / Trimmers
  - Scales/Analyzers
  - Skin Care/Makeup
  - Sun Lamps/Therapy
- Sunglasses
- Watches



**$91.99 BuyNow**
MANIQUICK
500
Rechargeable Pedicure
Manicure Set



**$19.99 BuyNow**
ANDIS
22725
Rechargeable
Beard/Mustache
Trimmer



**$14.99 BuyNow**
IGIA
AT7292
Permanent Kiss Long
Lasting Lipsticks



**$54.99**
IONIZE
IONIZA
Ionize A
Purifier



**$174.99 BuyNow**
LIFEGEAR
55545
Portable Salon Massage
Table



**$65.99 BuyNow**
CONAIR
BMS5
Shiatsu Roller Massager
Cushion



**$3199.99 BuyNow**
PANASONIC
EP3202KU
Massage Chair - Black



**$2969.9**
PANAS
EP3222
Real Pro
Lounger

#### Shop by Brand

      

      

| Secure Shopping | About You | Shopping Help |
| --- | --- | --- |
| Security | Order Status | How-to-Shop |
| Privacy Policy | | Buyer's Guides |
| | | Gift Gallery |

© 2006 Trilegiant Corporation

EXHIBIT E



**ORBITZ** AND GO!™

Welcome to Orbitz.  Sign

| Quick Search | Vacation Packages | Hotels | Cars-Rail | Cruises | Flights |

My Trips | My Account   Deals   Custom Servic
MY STUFF

○ **Flight only**     ○ Flight + Hotel        **Book together and**
○ **Hotel** only     ○ Hotel + Car            **save $174** on average
○ **Car** only       ○ Flight + Hotel + Car

# LAS VEGAS VAL

**From** City name or airport        **To** City name or airport

**Leave**                            **Return**
mm/dd/yy                             mm/dd/yy

Anytime                              Anytime

Bally's          Luxor
Bellagio         MGM Gra
Excalibur        Paris

**Travelers** (Children or seniors?)
Adult
(18-64)

1                    **Find Flights**

**Find Flight + Hotel**

**Explore destinations & interests**

Las Vegas          Asia Pacific
Europe             SWEEPSTAKES
Gay & Lesbian      Golf

Expand search options (Multi-city, non-stops, preferred airlines, etc.)

One-way | Flexible dates

**More featured deals**     View all deals

Cruise Bonus Event
Save up to $100 on Romantic Escapes in Feb.
Students Fly Cheaper: Study Abroad Specials

* Some taxes, fees additional. Learn more

**Don't you deserve a little TLC when you travel?**

Access top Orbitz deals instantly
 Learn more

Every one of our customers gets treated like a VIP, thanks to OrbitzTLC.

See OrbitzTLC in action

Northeast winter storm update

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights
Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises                    Add Orbitz
RSS feeds

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724

BONU
REWAR



#1  2005 2004 2003
Online Customer Respect Study

#1  BEST IN
    BUSINESS TRAVEL
    2005  2004  2003
    Business Traveler Magazine


"Highest Customer Satisfaction
For Independent Travel
Web Sites – Hotels"



 RSS feeds

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.

© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724




"Highest Customer Satisfaction For Independent Travel Web Sites – Hotels"



My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights
Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises          Add Orbitz
RSS feeds  RSS

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724





"Highest Customer Satisfaction
For Independent Travel
Web Sites – Hotels"

**WANT DEALS THAT MATCH YOUR INTERESTS?**
Register now and choose your preferences!

**ORBITZ** AND GO!™

Welcome to Orbitz.  **Sign**

| Quick Search | Vacation Packages | Hotels | Cars-Rail | Cruises | Flights |

My Trips | My Account | Deals | Custom Service
**MY STUFF**

○ Flight only     ○ Flight + Hotel
○ Hotel only      ○ Hotel + Car
● Car only
○ Rail only       ○ Flight + Hotel + Car

**Book together and save $174** on average

● Airport    ○ City / point of interest    ○ Address (US and Canada)

**Pick-up** City name or airport
Where from?

**Drop-off** City name or airport
Same as pick-up

**Pick-up**
mm/dd/yy
9 am

**Drop-off**
mm/dd/yy
9 am

**Driver's age** (at time of rental)
25+

Find

**Additional search options**

Enter corporate / association discount code.
(You'll enter the number on the next screen.)
No preference

**Air conditioning**    ● Yes    ○ No
**Transmission**        ○ Automatic    ○ Manual

**PRESIDENT'S DAY WEEKEND!**
Driving Deals
from **$13**/day

**Explore destinations & interests**

Las Vegas            Asia Pacific
Hawaii               SWEEPSTAKES
Gay & Lesbian        Beach

**More featured deals**

Avis: Last-Minute Driving Deals
Hertz: Last-Minute Specials!
Great midsize rates from Dollar!

Access top Orbitz deals instantly
RSS Learn more

BON

**NO STICKER SHO**
Total pricing for conveni

My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights
Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises                Add Orbitz
RSS feeds RSS

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724



#1 2005 2004 2003
Online Customer Respect Study

#**1** BEST IN BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

 "Highest Customer Satisfaction
For Independent Travel
Web Sites – Hotels"





"Highest Customer Satisfaction
For Independent Travel
Web Sites – Hotels"



My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz

Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises          Add Orbitz

RSS feeds  RSS

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724





"Highest Customer Satisfaction
For Independent Travel
Web Sites – Hotels"





**Welcome to Orbitz.  Sign**

## News & Guides: Stay in the know with Travel Watch

**Travel Watch home**

**Resources**

Airport guides

Airline guides

City guides

Overseas travel

**News & Features**

News

Flying Forecast

Travel tips

Features

**Travel Protection**

Travel with confidence.
Buy travel protection



### Flying Forecast

Snow removal slows flights at LaGuardia, Newark. (1 p.m. CST)  Full Story



Click an airport on the map, or select one from the menu, for airport details.

Select an airport    **Go**

### Travel news



**Introducing OrbitzTLC**

We think every traveler should be treated like that's what **OrbitzTLC** is all about -- helping y problems before they affect your trip. Full Sto

Strike expected to cause flight delays in Fran

Northeast digs out from record snowstorm

Portland, Oregon, rated best city for cycling

**More news**

### Flight status

Select an airline

Select an airline

Flight number           Date

Flight #                Today    **Go**

### My weather

**Local Forecasts -** Get your three-day local fo an extended outlook and other weather featur Orbitz.

### Care Alerts

Book with Orbitz, and we'll notify you of flight delays, cancellations and other events that could affect your plans. Learn more

### Customer Service

Help is here. Get assistance with our frequen questions, or send an email to a representativ

Islands hopping

Checking out music fests in the Caribbean for 2006, from reggae to reggaeton to rock.  Full Story



### Travel tips

Tips for avoiding, coping with summer flight d

U.S. instates new passport rule for minors

Time-savers: Packing smart

Find tips about:

Select a topic       **Go**



My Trips | My Account | Flight status | Site map | Contact Us | Site feedback | About Orbitz | Corporate Travel Solutions | Advertise on Orbitz

Become an affiliate | Careers | Media | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Travel Deals | Travel Guides | Cruises                    Add Orbitz

RSS feeds   RSS

**Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.**
© 2001 - 2006, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724





EXHIBIT F

Log In | Help | Find an Avis Location





| Rates & Reservations | Deals | Renter's Guide | Programs | Partners | About Avis | My Avis | Custo... |

Corporate Information
Press Room
Employment

## About Avis

In this section, you will find information on Avis and its executive team as comprehensive library of press releases.

**Corporate Information**

Avis mission and Avis Values, corporate facts, history, executive biographies and quotable facts.

**Click Here** ➡

**Employment**

Includes both employments in the United States for Avis' corporate headquarters as well as Agency Operator openings.

**Click Here** ➡

**Avis In The News:**

CNBC's Outside the Box with Mike Hegedus reports on the 40th Anniversary of Avis and the success of their ubiquitous "We Try Harder" slogan.

**Click Here** ➡

**Press Room**

A comprehensive listing of pas Avis press releases.

**Click Here** ➡

**Who Tries Harder Winners**

As part of our celebration of th anniversary of "We Try Harder our customers to tell us about extraordinary experience with employee who is a great exam Tries Harder."

**Click Here** ➡

Home | Rates & Reservations | Deals | Renter's Guide | Programs | Partners
About Avis | My Avis | Customer Service | Affiliate | Site Map

Check here for our most current Privacy policy. | Terms of Use

© 2005 Avis Rent A Car System, Inc.







Time & Place | Rates & Discounts | Car Selection | Conf Rat

# Time & Place

## Rental Date & Time                                    Help?

Pickup Date:
February   14

Return Date:
February   15

Pickup Time:
9   00   ● AM   ○ PM

Return Time:
9   00   ● AM   ○ PM

## Rental Location Information                           Help?

City/Town:

Airport/
Location
Code:                -OR-

State/Province:
Please Select One

Country:
(if known)          U S A

○ Only Airport Locations   ● All Locations

☐ I plan to return the car to a different location

## Additional Information (optional)                     Help?

Wizard Number:       -AND-      Last Name:

Arriving Airline:
None                            Flight Number:

[ Continue → ]   [ Cancel ]

Log In | Help | Find an Avis Location

Home | Rates & Reservations | Deals | Renter's Guide | Programs | Partners
About Avis | My Avis | Customer Service | Affiliate | Site Map

**Check here for our most current Privacy policy.** | Terms of Use

© 2005 Avis Rent A Car System, Inc.

Click here

to verify





| Rates & Reservations | Deals | Renter's Guide | Programs | Partners | About Avis | My Avis | Custom |



**Make a Reservation**   View/Modify/Cancel >>

**Rental Date & Time**                              Help?

Pick-up Date:                    Return Date:
February      14                 February      15

Pick-up Time:                    Return Time:
9    00   ⦿ AM ○ PM              9    00   ⦿ AM ○ PM

**Rental Location Information**                     Help?

                    City/Town:

Airport
Location           State/Province:
Code:   - OR -     Please Select One

                   Country:
(if known)         U S A
                   ○ Only Airport Locations  ⦿ All Locations
                   ☐ I plan to return the car to a different location

**Additional Information** (optional)               Help?

Wizard Number:              Last Name:
            - AND -

Arriving Airline:           Flight Number:
None

**Continue to Next Step →**

**My Avis**

My Avis Members
Login Here »

Not Yet a Member?
Register »  |  Benefits

**Red Hot From Avis**

→ **Save $15 off weekly rentals**
→ **Rent Off Airport and Save**
→ **Explore Europe and Save**

**FRESH POWDER, COOL DEALS**
Save on our fully equipped
SUVs for your next ski trip.
**BOOK NOW**

**Customize You**

**Country of Reside**
US/Global

**Language Prefere**
English

Rent 5 days
**FREE WE**

week

SIGN UP N

weeke

More Special Deals From

Home  |  Rates & Reservations  |  Deals  |  Renter's Guide  |  Programs  |  Partners
About Avis  |  My Avis  |  Customer Service  |  Affiliate  |  Site Map

**Check here for our most current Privacy policy.**  |  Terms of Use

Click here

to verify



© 2005 Avis Rent A Car System, Inc.

Log In | Help | Find an Avis Location



| Rates & Reservations | Deals | Renter's Guide | Programs | Partners | About Avis | My Avis | Custo |

## Renter's Guide - United States

**Rental Location**
**Vehicle Guide**
**Policies & Procedures**
**Maps & Driving Directions**
**International Weather**



### Rental Locations

Detailed rental location information on over 4,400 Avis Rent A Car Locations worldwide.

- Search for Locations
- Browse for Locations
- Find Nearby Locations

### Maps and Directions

Avis offers you several map options to get to you to your destination. These include printable driving directions, driving maps and airport terminal maps.

### Policies & Procedures

How old must I be to rent an Avis Vehicle? How can I get a Child Safety Seat? What types of insurance are available? The answers to these and many more of your questions regarding our policies and procedures can be found in this section.

### Vehicle Guide

Avis offers a variety of GM c features you need for safety comfort: stereo cassette, d passenger-side airbags and anti-lock brakes to name a f

### Weather

Are you traveling to a specif destination and need to kno weather is? Avis can help y latest weather information o of destinations worldwide.

### Avis Cares®

Avis Cares sums up Avis' ph about our customers, emplo communities we operate in. Cares Program has been de help ensure our customers h and stress-free trip. Compor Avis Cares Program include: Safety Tips, Child Safety Se more about LATCH, Vehicle Guides, Weather Fax, Cellula

Home | Rates & Reservations | Deals | Renter's Guide | Programs | Partners
About Avis | My Avis | Customer Service | Affiliate | Site Map

**Check here for our most current Privacy policy.** | Terms of Use

Click here



to verify



© 2005 Avis Rent A Car System, Inc.



### about us
- **company information**
- **press**
- **jobs**
- **partners**

## About Us

**Renting great cars to value-minded customers since 1958**

Want to know more about how Budget got its start? Looking for exciting career opportunities? Interested in becoming an affiliate partner? You've landed in the right place!

### Company Information                                                    » |

Our company history, leaders' profiles, and other interesting facts about Budget Rent A Ca

### Press                                                                  » |

The Press Room is your best source for current news as well as archival company informa press releases are posted regularly, so visit us often.

### Jobs                                                                   » |

Steer yourself into the fast lane with Budget's professional employment opportunities.

### Partners                                                               » |

If you're a <u>travel agent</u>, or just want to promote Budget on your Web site by becoming a b <u>affiliate</u>, it's easy to earn commission and other great rewards by partnering with us!

<u>home</u> | <u>PRIVACY</u> | <u>terms of use</u> | <u>site map</u> | <u>moving trucks</u> | <u>contact us</u>                                      <u>travel</u>

Copyright © 2006 Budget Rent A Car System, Inc.







## Reservations

**Everything you need to book a car**

**Summary:** Whether you want to make or cancel a reservation, learn more about the rental process, or review our policies, you've come to the right place!

## Make a New Reservation

Reserving is easy! To get started, enter your three-digit airport code in the p location field at left. If you're not picking up at an airport or don't know the co enter your desired pick-up city, state, zip or country. Then, enter your rental times and click "show me the best rates" to find locations, available cars, an

## Common Questions

What's a BCD? What's a Coupon Code and where can I find one? What's a Number? Common questions is the place to find these and other answers to questions.

## Find a Location

Need to find the most convenient rental location? Want to browse all Budget a city, state or zip code? Our location finder can help. Just enter your location zip or country, rental dates and times in the fields at left, and we'll find the B location nearest your destination!

## Already Have a Reservation?

You'll need your confirmation number and the last name to view, change or c reservation.

home | PRIVACY | terms of use | site map | moving trucks | contact us                    travel

Copyright © 2006 Budget Rent A Car System, Inc.