## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON.COM, INC. and A9.COM, Inc.<br><br>Plaintiff,<br><br>v.<br><br>CENDANT CORPORATION, TRILEGIANT CORPORATION, ORBITZ, LLC, ORBITZ, INC., BUDGET RENT A CAR SYSTEM, INC., AND AVIS RENT A CAR SYSTEM, INC.<br><br>Defendant. | Civil Action No. 06-041 JJF |

**DECLARATION OF J. DAVID HADDEN IN SUPPORT OF PLAINTIFFS AMAZON.COM, INC. AND A9.COM, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ALL CLAIMS AGAINST CENDANT CORPORATION; MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY FOR FAILURE TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6) OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e); AND MOTION TO STAY ALL DISCOVERY PENDING RESOLUTION OF THE MOTIONS**

I, J. David Hadden, declare as follows:

1.     I am a partner with the law firm of Fenwick & West LLP, counsel to plaintiffs Amazon.com, Inc. and A9.com, Inc., and have been granted permission to appear *pro hac vice* in this action.  I make the following statements based upon my personal knowledge or on information and belief where indicated and, if called upon to testify, would testify competently to the matters contained herein.

2.     Attached hereto as **Exhibit A** is an excerpt of a true and correct copy of Cendant Corporation's Annual Report (Form 10-K) (Mar. 1, 2005), including pages 3-32 (Item I. Business), and F-1, F-9 and F-59 to F-61 of the Financial Statements.

3.     Attached hereto as **Exhibit B** is an excerpt of a true and correct copy of Cendant

Corporation's Fall 2004 Quarterly Report (Form 10-Q) (Nov. 2, 2004), including pages 3-23 (Item I.  Financial Statements).

4.    Attached hereto as **Exhibit C** is an excerpt of a true and correct copy of Cendant Corporation's Summer 2005 Quarterly Report (Form 10-Q) (Aug. 2, 2005), including pages 27-43 (Item 2.  Management's Discussion and Analysis of Financial Condition and Results of Operations).

5.    Attached hereto as **Exhibit D** is an excerpt of a true and correct copy of Cendant Corporation's Fall 2005 Quarterly Report (Form 10-Q) (Nov. 2, 2005), including pages 8-27 (Item 1. Notes to Consolidated Condensed Financial Statements).

6.    Attached hereto as **Exhibit E** are printouts, printed on February 17, 2006, of the WHOIS Records for www.avis.com and www.budget.com from Network Solutions' domain name registration information, available at http://www.networksolutions.com/whois/index.jhtml. These records list the Cendant DNS Administrator as the Administrative Contact and NS1.DTC.CENDANT.COM and NS2.DTC.CENDANT.COM as the primary domain servers. The record for www.avis.com also lists the Cendant DNS Technical Support as its Technical Contact.

7.    Attached hereto as **Exhibit F** are printouts, printed on February 19, 2006, of www.avis.com and www.budget.com, showing queries for car rental reservations on their homepages and the ability to accept reservations through these websites.

8.    Attached hereto as **Exhibit G** is a printout, printed on February 19, 2006, of the Cendant Corporation website description of its Travel Distribution Services, available at http://www.cendant.com/about-cendant/travel-distribution/.

9.    Attached hereto as **Exhibit H** is a printout, printed on February 17, 2006, of the

Cendant Corporation website's description of the Car Rental Group, part of Cendant's Vehicle Services, available at http://www.cendant.com/about-cendant/travel-content/vehicle-rental.html.

10.    Attached hereto as **Exhibit I** is a printout of the WHOIS Records for www.trilegiantaffiliates.com and www.avgautostore.com from Network Solutions' domain name registration information, printed from http://www.networksolutions.com/whois/index.jhtml on or about September, 2005, before Cendant sold its Marketing Services Division, which included Trilegiant.  These records list the Cendant DNS Administrator as the Administrative Contact.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on the 1st day of March 2006, at Mountain View, California.


J. David Hadden

3

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on March 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 222 Delaware Ave.
> P.O. Box 1150
> Wilmington, DE 19899
> sbalick@ashby-geddes.com

I further certify that on March 1, 2006, I caused a copy of the foregoing document to be served by hand delivery and electronic mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL & U.S. MAIL

> Douglas E. Olson, Esquire
> Stephen S. Korniczky, Esquire
> James V. Fazio, III, Esquire
> PAUL HASTINGS JANOFSKY & WALKER LLP
> 3579 Valley Centre Drive
> San Diego, CA 92130

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> John W. Shaw (ID# 3362)
> Karen E. Keller (ID# 4489)
> Monté T. Squire (ID# 4764)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> Telephone: (302) 571-6600
> jshaw@ycst.com
> Attorneys for Defendant

063675.1002



# FORM 10–K

## CENDANT CORP – CD

**Filed: March 01, 2005 (period: December 31, 2004)**

Annual report which provides a comprehensive overview of the company for the past year

Table of Contents

## PART I

**ITEM 1. BUSINESS**

*Except as expressly indicated or unless the context otherwise requires, the "Company", "Cendant", "we", "our" or "us" means Cendant Corporation, a Delaware corporation, and its subsidiaries.*

We are one of the foremost providers of travel and real estate services in the world. Our businesses provide consumer and business services primarily in the travel and real estate services industries, which are intended to complement one another and create cross–marketing opportunities both within and among our following four core business segments:

- Our Real Estate Franchise and Operations segment franchises the real estate brokerage businesses of the CENTURY 21, Coldwell Banker, Coldwell Banker Commercial, Sotheby's International Realty, and ERA brands; provides real estate brokerage services under our Coldwell Banker, ERA, Corcoran Group, The Sunshine Group and Sotheby's International Realty brands through NRT; and assists in employee relocations through Cendant Mobility.

- Our Hospitality Services segment operates the worldwide Wingate Inn, Ramada, Howard Johnson, AmeriHost Inn, Days Inn, Travelodge (in North America only), Super 8 Motel and Knights Inn lodging franchise systems; facilitates the exchange of vacation ownership interests through Resort Condominiums International; facilitates the development and sale of vacation ownership interests through Fairfield Resorts and Trendwest Resorts; and markets and manages vacation rental properties through fifteen recognized brands.

- Our Travel Distribution Services segment provides travel content and services to consumers, travel agencies, corporations and suppliers of travel products and services worldwide through the following operations:

  - Travel Agency Services, where our Galileo, THOR, Travelwire and Travel 2 Travel 4 businesses provide distribution and travel content to travel agencies throughout the world;

  - Consumer Travel Services, where our Orbitz.com, CheapTickets.com, HotelClub.com, RatesToGo.com, Away Network (away.com, GORP.com and OutsideOnline.com), Lodging.com, ebookers.com (acquired in February 2005), AsiaHotels.com, Neat Group and Cendant Travel businesses and our Chinese travel joint venture, CYTS–Cendant Travel Service, provide consumers with the ability to search for and purchase a broad array of travel products such as airline tickets, lodging, car rental, cruises and vacation packages;

  - Corporate Travel Solution Services, where our Travelport and Orbitz for Business corporate travel products provide a platform for corporations to manage and facilitate the purchase of a wide array of travel products for employees both online and through our GDS; and

  - Supplier Services, through which our Galileo business manages airline, cruise and tour provider relationships; and Shepherd Business Intelligence, TRUSTInternational.com and WizCom facilitate and enhance our travel supplier customers' operational efficiency and revenue generating capabilities.

- Our Vehicle Services segment operates and franchises our Avis and Budget vehicle rental businesses. For 2004, this segment also included our PHH Arval fleet management business and Wright Express fuel card services business. As of February 1, 2005 and February 22, 2005, respectively, neither PHH Arval nor Wright Express are part of our company as further described under "Strategic Realignment Plan" below.

For 2004, our company also included the following non-core business segments:

- Our Mortgage Services segment included our former mortgage business conducted through Cendant Mortgage (now known as PHH Mortgage), which, on January 31, 2005, was distributed to our stockholders as further described under "Strategic Realignment Plan" below. This segment also

3

Table of Contents

includes our settlement services business, including our title insurance and closing services businesses, through Cendant Settlement Services Group, which we consider to be integral to our core real estate business.

- Our Marketing Services segment provides enhancement packages to financial institutions and insurance–based products to consumers through Progeny Marketing Innovations, Cims and Trilegiant Loyalty Solutions; and a variety of membership programs offering discounted products and services to consumers through our Trilegiant subsidiary. In 2005, as previously announced, we intend to dispose of this business as further described under "Strategic Realignment Plan" below.

\* \* \*

## Strategic Realignment Plan

During 2004, we began the process of simplifying our business mix to focus solely on our core travel and real estate services businesses. In connection with this process, we began a four–phase strategic realignment plan to divest our non–core businesses. In the first phase, completed in June 2004, we disposed of our Jackson Hewitt tax preparation services business in an initial public offering where we received proceeds of approximately $770 million (net of offering expenses). In the second phase, completed on January 31, 2005, we spun–off our mortgage, appraisal and fleet management businesses through the distribution to our stockholders of all of the shares of common stock of PHH Corporation. In the third phase, completed on February 22, 2005, we disposed of our Wright Express fuel card business in an initial public offering, and in connection with the disposition, we received approximately $1 billion (net of offering expenses). The fourth and final phase of our strategic realignment plan is to dispose of our Marketing Services division, including our Progeny Marketing Innovations, Trilegiant, Trilegiant Loyalty Solutions and Cims businesses, which we expect to be consummated before the conclusion of the third quarter of 2005. Upon completion of the strategic realignment plan, our principal focus will be on the growth and profitability of our travel and real estate services businesses.

Although we focus on organic growth, we may augment such growth through the select acquisition of (or possible joint venture with) complementary businesses in the real estate and travel services industries. We expect to fund the purchase price of any such acquisition with cash on hand or borrowings under our credit lines. No assurance can be given with respect to the timing, likelihood or business effect of any possible transaction. In addition, we continually review and evaluate our portfolio of existing businesses to determine if they continue to meet our business objectives. As part of our ongoing evaluation of such businesses, we intend from time to time to explore and conduct discussions with regard to joint ventures, divestitures and related corporate transactions. However, we can give no assurance with respect to the magnitude, timing, likelihood or financial or business effect of any possible transaction. We also cannot predict whether any divestitures or other transactions will be consummated or, if consummated, will result in a financial or other benefit to us. We intend to use a portion of the proceeds from any such dispositions and cash from operations to retire indebtedness, repurchase our common stock, make acquisitions and for other general corporate purposes.

## Company History

We were created through a merger with HFS Incorporated in December 1997 with the resultant corporation being renamed Cendant Corporation. Our principal executive office is located at 9 West 57th Street, New York, New York 10019 (telephone number: (212) 413–1800). We are subject to the informational requirements of the Securities Exchange Act of 1934, as amended, and in accordance therewith, we file reports, proxy and information statements and other information with the Securities and Exchange Commission (the "Commission" or the "SEC") and certain of our officers and directors file statements of changes in beneficial ownership on Form 4 with the Commission. Such reports, proxy statements and other information and such Form 4s can be accessed on our web site at www.cendant.com as soon as reasonably practicable after we electronically file such material with, or furnish it to, the SEC. A copy of our Codes of Conduct and Ethics, as defined under Item 406 of Regulation S–K, including any amendments thereto or waivers thereof, Corporate Governance Guidelines, Director Independence Criteria and Board Committee Charters can also be accessed on our web site. We will provide, free of charge, a copy of our Codes of Conduct and Ethics, Corporate Governance Guidelines and Board

4

Table of Contents

Committee Charters upon request by phone or in writing at the above phone number or address, attention: Investor Relations. In accordance with New York Stock Exchange (NYSE) Rules, on May 19, 2004, we filed the annual certification by our Chief Executive Officer certifying that he was unaware of any violation by us of the NYSE's corporate governance listing standards at the time of the certification.

## SEGMENTS

In the first quarter of 2004, we established a new segment, the Mortgage Services segment, consisting of our former mortgage business and our settlement services business which were previously contained within the Real Estate Services segment. The Real Estate Services segment was renamed the Real Estate Franchise and Operations segment in connection with such realignment. In the second quarter of 2004, we also changed the name of our Financial Services segment to Marketing Services. We recast the financial information for our segments in connection with these changes to our segment structure and in connection with the disposition of our tax preparation business on Current Reports on Form 8–K dated May 3, 2004 and August 2, 2004, respectively. As a result of the spin–off of our mortgage, appraisal and fleet management businesses, we may further change our segment structure during 2005.

**REAL ESTATE FRANCHISE AND OPERATIONS SEGMENT** (31%, 29% and 28% of revenue for 2004, 2003 and 2002, respectively)

*Real Estate Franchise Business* (4%, 4% and 5% of revenue for 2004, 2003 and 2002, respectively)

Our real estate franchise business is the world's largest real estate brokerage franchisor and was involved in approximately one in four single–family home purchase or sale transactions in the United States in 2004. We franchise real estate brokerage businesses under the following franchise systems:

- CENTURY 21, one of the world's largest residential real estate brokerage franchisors, with approximately 7,200 franchise offices and approximately 131,800 sales agents located in 36 countries and territories;

- Coldwell Banker, one of the world's leading brands for the sale of million–dollar–plus homes and one of the largest residential real estate brokerage franchisors, with approximately 3,650 offices in the United States, Canada and 26 other countries and territories and approximately 119,800 sales agents;

- ERA, a leading residential real estate brokerage franchisor, with approximately 2,600 offices and more than 33,200 sales agents located in 31 countries and territories;

- Sotheby's International Realty, a luxury real estate brokerage franchisor with approximately 50 franchise offices and approximately 1,450 sales agents in the United States, which franchise system was launched this year following our February 2004 acquisition of the rights to create such a system; and

- Coldwell Banker Commercial, a leading commercial real estate brokerage franchisor with approximately 100 franchise offices and approximately 1,000 sales agents in the United States.

Our primary objectives are to sell new franchises, renew existing franchises and, most importantly, provide world–class service and support to our franchisee real estate brokers in a way that enables them to increase their revenue and profitability. We support our franchisees with dedicated national marketing programs, technology, training and education.

In exchange for the right to participate in one of our real estate franchise systems, our franchisees pay us fees. Royalty and marketing fees on commissions from real estate transactions are the primary component of revenue for our real estate franchise business. Our franchise contracts generally have a term of ten years. In addition to offices owned and operated by our franchisees, we own and operate approximately 940 of the Coldwell Banker, ERA, Coldwell Banker Commercial and Sotheby's International Realty offices through our NRT subsidiary. NRT pays intercompany royalty and marketing fees to our real estate franchise business in connection with its operation of these offices. In 2004, NRT represented approximately 40% of the revenue generated by our real estate franchise business though such revenue is eliminated in consolidation.

5

Table of Contents

We also offer service providers an opportunity to market their products to our brokers through our Preferred Alliance Program. To participate in this program, service providers generally pay us an up–front fee, commissions or both. In connection with the spin–off of our former mortgage business, PHH Mortgage will be the only Cendant endorsed provider of mortgages for the franchisees of our real estate franchise systems. We will receive a marketing fee for promotion in connection with our endorsement.

We own the trademarks and intellectual property related to the CENTURY 21, Coldwell Banker and ERA franchise systems. We have an exclusive license to franchise the Sotheby's International Realty system pursuant to a license agreement with Sotheby's Holdings, Inc. Such license agreement has a 100–year term, which consists of an initial 50–year term and a 50–year renewal option, whereby we pay a licensing fee to Sotheby's Holdings for the use of the Sotheby's International Realty name. In connection with our acquisition of such license, we also acquired the domestic residential real estate brokerage operations of Sotheby's which are now operated by NRT. We paid approximately $100 million in connection with such license and brokerages.

Each of our brands has a consumer web site that offers real estate listings, contacts and services. Century21.com, coldwellbanker.com, coldwellbankercommercial.com, sothebysrealty.com and era.com are the official web sites for the CENTURY 21, Coldwell Banker, Coldwell Banker Commercial, Sotheby's International Realty and ERA real estate franchise systems, respectively. In addition, listings of our CENTURY 21, Coldwell Banker and ERA brands are available through the Realtor.com web site.

**Growth.** Our strategies for growth include the continued expansion of our franchise systems through additional franchise sales; facilitating mergers and acquisitions with our franchisees; providing products, tools and technologies to improve broker revenue profitability; international expansion; and aggressive marketing of the Sotheby's International Realty brand.

**Competition.** Competition among the national real estate brokerage brand franchisors to grow their franchise systems is intense. Our largest national competitors in this industry include the Prudential, GMAC Real Estate and RE/MAX real estate brokerage brands. In addition, a real estate broker may choose to affiliate with a regional chain or choose not to affiliate with a franchisor but to remain independent. We believe that competition for the sale of franchises in the real estate brokerage industry is based principally upon the perceived value and quality of the brand and services offered to franchisees.

The ability of our real estate brokerage franchisees to compete in this industry is important to our prospects for growth. The ability of an individual franchisee to compete may be affected by the location of its office, the services provided to its real estate agents, the number of competing offices in the vicinity, its affiliation with a recognized brand name, community reputation and other factors. A franchisee's success may also be affected by general, regional and local economic conditions. The potential negative effect of these conditions on our results of operations is generally reduced by virtue of the diverse geographical locations of our franchisees. At December 31, 2004, our combined real estate franchise systems had approximately 8,650 brokerage offices in the United States and approximately 13,700 offices worldwide. The real estate franchise systems have offices in 57 countries and territories in North and South America, Europe, Asia, Africa and Australia.

*Real Estate Brokerage Business* (25%, 23% and 20% of revenue for 2004, 2003 and 2002, respectively)

Through our NRT Incorporated subsidiary, we operate the largest residential real estate brokerage firm in the United States and have offices in the United Kingdom. We offer assistance with the sale and purchase of properties through approximately 1,000 full service real estate brokerage offices nationwide, principally under the Coldwell Banker, ERA, Corcoran Group, The Sunshine Group and Sotheby's International Realty brand names. In addition, as a full service real estate brokerage offering one–stop shopping to consumers, we promote the services of Cendant Mobility and Cendant Settlement Services, in addition to PHH Mortgage (formerly Cendant Mortgage).

Our real estate brokerage business derives revenue primarily from sales commissions, which we receive at the closing of real estate transactions. Sales commissions usually range from 5% to 7% of the sales price. In transactions in which we act as broker on one side of a transaction (either the buying side or the selling side) and a third party is acting as broker on the other side of the transaction, we typically agree to share half of the sales commission with the other broker. Sales associates generally receive between 50% and 80% of such commissions.

6

Table of Contents

In connection with the spin–off of our former mortgage business, we formed a venture (the "mortgage venture") with PHH, named PHH Home Loans, LLC, for the purpose of originating and selling mortgage loans primarily sourced through our residential real estate brokerage and relocation businesses. We own 49.9% of the mortgage venture. The mortgage venture has a 50–year term, subject to earlier termination upon the occurrence of certain events or at our election at any time after January 31, 2012 by providing two years' notice to PHH. PHH may terminate the venture upon the occurrence of certain events or, at its option, after January 31, 2030. All mortgage loans originated by the mortgage venture will be sold to PHH Mortgage or other third party investors, and PHH Home Loans will not hold any mortgage loans for investment purposes or perform servicing functions for any loans it originates. Accordingly, we will have no mortgage servicing rights asset risk. PHH Home Loans will be the exclusive recommended provider of mortgages for NRT. Until the mortgage venture is fully licensed, we have agreed that PHH Mortgage is the exclusive recommended provider of mortgage products and services promoted by NRT and Cendant Mobility for which we will receive a marketing fee.

**Growth.** Our strategy is to grow both organically and through the acquisition of independent real estate brokerages. In 2004, we acquired 21 brokerages (excluding the February 2004 acquisition of Sotheby's International Realty) for approximately $115 million in cash. To grow organically, we seek to recruit and retain sales associates, continue to provide exceptional service in existing markets, and enter new markets. When we acquire a real estate brokerage, we typically convert it to one of our existing real estate brands. We believe that approximately 60% of real estate brokerages are currently unaffiliated with a real estate franchise brand.

**Competition.** The real estate brokerage industry is highly competitive, particularly in the metropolitan areas in which NRT operates. In addition, the industry has relatively low barriers to entry for new participants, including participants pursuing non–traditional methods of marketing real estate, such as internet–based listing services. Companies compete for sales and marketing business primarily on the basis of services offered, reputation, personal contacts, and brokerage commissions. NRT competes primarily with franchisees of local and regional real estate franchisors; franchisees of our brands and of other national real estate franchisors, such as the RE/MAX, GMAC Real Estate and Prudential real estate brokerage brands; regional independent real estate organizations, such as Weichert Realtors and Long & Foster Real Estate; discount brokerages, such as Foxtons; web sites such as Lendingtree.com, and smaller niche companies competing in local areas.

*Relocation Business* (2%, 2% and 3% of revenue for 2004, 2003 and 2002, respectively)

Cendant Mobility is a global provider of outsourced employee relocation services. We are the largest such provider in the United States and in 2004 assisted more than 115,000 affinity customers and transferring employees (both permanent and temporary assignments), including over 25,000 transferring employees internationally in over 130 countries. We deliver services from facilities in the United States, England, Australia, Singapore and Hong Kong. In addition, we deliver services at client facilities.

We primarily offer corporate and government clients employee relocation services, such as:

- home–sale assistance, including the evaluation, inspection, purchasing and/or selling of a transferee's home, the issuance of home equity advances to employees permitting them to purchase a new home before selling their current home (these advances are generally guaranteed by the corporate client), certain home management services and assistance in locating a new home;

- expense processing, relocation policy counseling, relocation–related accounting, including international compensation administration, and other consulting services;

- arranging household goods moving services, with over 61,000 domestic and international shipments in 2004, and providing support for all aspects of moving an employee's household goods, including the handling of insurance and claim assistance, invoice auditing and quality control;

- visa and immigration support, intercultural and language training and expatriation/ repatriation counseling and destination services; and

- group move management services providing coordination for moves involving a large number of employees to or from a specific regional area over a short period of time.

Exhibit A
Page B6

Table of Contents

The wide range of our services allows clients to outsource their entire relocation programs to us.

Clients pay a fee for the services performed and/or permit Cendant Mobility to retain referral fees collected from brokers. We also receive commissions or referral fees from third–party service providers, such as van lines. The majority of our clients pay interest on home equity advances and reimburse all costs associated with our services, including, if necessary, repayment of home equity advances and reimbursement of losses on the sale of homes purchased. This limits our exposure on such items to the credit risk of our corporate clients rather than to the potential changes in value of residential real estate or to the creditworthiness of the individual transferring employee. We believe such risk is minimal due to the credit quality of our corporate clients. Net credit losses as a percentage of the average balance of relocation receivables serviced has been less than 0.25% in each of the last five years. In addition, the average holding period for U.S. homes we purchased in 2004 on behalf of our clients was 47 days. In transactions where we assume the risk for losses on the sale of homes (primarily U.S. federal government agency clients), which comprise less than 5% of net revenue for our relocation business, we control all facets of the resale process, thereby limiting our exposure.

About 5% of our relocation revenue is derived from our affinity services, which provide real estate and relocation services, including home buying and selling assistance, as well as mortgage assistance and moving services, to organizations such as insurance and airline companies that have established members. Often these organizations offer our affinity services to their members at no cost and, where permitted, provide their members with a financial incentive for using these services. This service helps the organizations attract new members and retain current members. Personal assistance is provided to over 60,000 individuals, with approximately 27,000 real estate transactions annually. In addition, we derive about 6% of our relocation revenue from referrals within our real estate broker network.

**Growth.** Our strategy is to grow our global relocation business by generating business from corporations and U.S. federal government agencies seeking to outsource their relocation function due to downsizing, cost containment initiatives and increased need for expense tracking. This strategy includes bringing innovative products and services to the market and expanding our business as a lower cost provider by focusing on operational improvements and policy counseling and design. We also seek to grow our affinity services business by increasing the number of accounts, as well as through higher penetration of existing accounts.

**Competition.** Competition is based on service, quality and price. We are the largest provider of outsourced relocation services in the United States and a leader in the United Kingdom, Australia and Southeast Asia. In the United States, we compete with in–house relocation solutions and with numerous providers of outsourced relocation services, the largest of which is Prudential Real Estate and Relocation Services, Inc. Internationally, we compete with in–house solutions, local relocation providers and international accounting firms.

### Real Estate Franchise and Operations Seasonality

The principal sources of revenue for our real estate franchise and real estate brokerage businesses are based upon the timing of residential real estate sales, which are generally lower in the first quarter of each year. The principal sources of revenue for our relocation business are based upon the timing of transferee moves, which are generally lower in the first and last quarters of each year.

### Real Estate Franchise and Operations Trademarks and Intellectual Property

We own the trademarks "CENTURY 21," "Coldwell Banker," "Coldwell Banker Commercial," "ERA," "Corcoran," "The Sunshine Group" and "Cendant Mobility" and related trademarks and logos, and such trademarks and logos are material to the businesses that comprise our Real Estate Franchise and Operations segment. Our franchisees and subsidiaries in our Real Estate Franchise and Operations segment actively use these marks and all of the material marks are registered (or have applications pending for registration) with the United States Patent and Trademark Office as well as major countries worldwide where these businesses have significant operations. We license the Sotheby's International Realty mark from SPTC, Inc., a subsidiary of Sotheby's Holdings, Inc.

8

Table of Contents

*Real Estate Franchise and Operations Employees*

The businesses that make up our Real Estate Franchise and Operations segment employed approximately 11,500 people as of December 31, 2004.

**MORTGAGE SERVICES SEGMENT** (6%, 8% and 5% of revenue for 2004, 2003 and 2002, respectively)

*Mortgage Services Business* (4%, 5% and 3% of revenue for 2004, 2003 and 2002, respectively)

As discussed above, we distributed our mortgage business in a spin–off on January 31, 2005. Our mortgage business originated and serviced mortgages through Cendant Mortgage Corporation, which has changed its name to PHH Mortgage Corporation. PHH Mortgage is a centralized mortgage lender conducting business throughout the United States with a focus on retail mortgage originations in which it provides mortgages directly to consumers. In the United States, for the nine months ended September 30, 2004, PHH Mortgage was the sixth largest retail originator of residential mortgages, a leading outsource provider of mortgage origination services to financial institutions and the only mortgage company authorized to use the Coldwell Banker, CENTURY 21 and ERA brand names.

In connection with the spin–off, we formed the mortgage venture discussed above for the purpose of originating and selling mortgage loans primarily sourced through our owned residential real estate brokerage and relocation businesses. PHH Home Loans, the mortgage venture, is the exclusive recommended provider of mortgages for NRT and Cendant Mobility and the only endorsed provider of mortgages for franchisees of our real estate franchise systems.

*Settlement Services Business* (2%, 3% and 2% of revenue for 2004, 2003 and 2002, respectively)

Our settlement services business provides settlement services for both residential and commercial real estate transactions, including title insurance and closing services throughout the United States. More specifically:

- We act in the capacity of a title agent and sell title insurance to property buyers and mortgage lenders. We issue title insurance policies on behalf of large national underwriters. This is accomplished through a centralized title agency licensed in 36 states and Washington, D.C., and through wholly and partially owned agency operations with physical locations in 15 states. We typically are only liable for the first $5,000 of loss for such policies.

- We manage a network of closing agents, some of whom are our employees, and attorneys to facilitate the closing of loans and the clearing of title defects.

- We provide title review services.

- We also provide property tax tracking services, flood zone determinations for properties and closing management services.

We derive revenue for this business through fees charged in real estate transactions for rendering the services described above as well as a commission on each title insurance policy sold. We provide many of these services in connection with our residential and commercial real estate brokerage and relocation operations.

In January 2005, our appraisal review services business was distributed to PHH in connection with the spin–off of our mortgage and commercial fleet management businesses. This business provides appraisals through a network of approximately 4,000 professionally licensed appraisers offering local coverage throughout the United States, as well as credit research, flood certification and tax services.

**Growth.** We intend to grow our settlement services business through continued realization of the cross selling opportunities presented by our other real estate businesses with particular focus on growing our share of business originated by our real estate brokerage business. In addition, we plan to expand our business within Cendant's franchise network, market new product offerings and continue the expansion of our geographic coverage.

**Competition.** The settlement services business is highly competitive and fragmented. The number and size of competing companies vary in the different areas in which we conduct business. Generally, in metropolitan and suburban localities, we compete with other title insurers, title agents and other vendor management companies. While we are an agent for some of the large insurers, we also compete with the owned agency operations of these

9

Table of Contents

insurers. These national competitors include Fidelity National Title Insurance Company, Land America Title Insurance Company, Stewart Title Guaranty Company, First American Title Insurance Company and Old Republic Title Insurance Group. In addition, numerous agency operations and small underwriters provide competition on the local level.

### Mortgage Services Seasonality

The principal sources of revenue for our settlement services business are based upon the timing of residential real estate sales, which are generally lower in the first calendar quarter of each year.

### Mortgage Services Trademarks and Intellectual Property

Our settlement services business does not use material trademarks or intellectual property.

### Mortgage Services Employees

The businesses that make up our Mortgage Services segment employed approximately 8,200 people as of December 31, 2004. This includes approximately 6,100 people employed by our former mortgage and appraisal businesses.

## HOSPITALITY SERVICES SEGMENT (15%, 14% and 16% of revenue for 2004, 2003 and 2002, respectively)

### Lodging Franchise Business (2%, 2% and 3% of revenue for 2004, 2003 and 2002, respectively)

We are a leading hotel franchisor, operating eight lodging franchise systems.

The lodging industry can be divided into four broad sectors based on price and services: upper upscale, with room rates above $110 per night; upscale, with room rates between $80 and $110 per night; middle market, with room rates generally between $55 and $79 per night; and economy, with room rates generally less than $55 per night.

The following is a summary description of our lodging franchise systems properties that were open and operating as of December 31, 2004, including the average occupancy rate, average room rate and total room revenue divided by total available rooms for each property, in each case for 2004. We do not own or operate any hotel properties.

Information regarding such properties is derived from information we receive from our franchisees.

| Brand | Primary Domestic Sector Served | Avg. Rooms Per Property | # of Properties | # of Rooms | Location[*] | Average Occupancy Rate | Average Room Rate | Total Room Revenue/ Available Rooms |
|---|---|---|---|---|---|---|---|---|
| Wingate Inn | Upper Middle Market | 94 | 138 | 12,934 | U.S. and International [1] | 62.4% | $74.95 | $46.74 |
| Ramada | Middle Market | 119 | 1,005 | 119,991 | U.S. and International [2] | 47.2% | $60.56 | $28.60 |
| Howard Johnson | Middle Market | 96 | 466 | 44,923 | U.S. and International [3] | 48.1% | $57.06 | $27.46 |
| AmeriHost | Middle Market | 70 | 107 | 7,451 | U.S. and International [4] | 57.2% | $58.93 | $33.70 |
| Days Inn | Upper Economy | 82 | 1,872 | 153,701 | U.S. and International [5] | 49.4% | $54.08 | $26.70 |
| Travelodge | Upper Economy Lower Economy | 77 | 527 | 40,476 | U.S. and International [6] | 44.4% | $51.17 | $22.70 |
| Super 8 Motel | Economy | 61 | 2,076 | 125,844 | U.S. and International [7] | 52.7% | $50.95 | $26.88 |
| Knights Inn | Lower Economy | 76 | 205 | 15,540 | U.S. and International [8] | 42.3% | $37.91 | $16.04 |
| Total | | | 6,396 | 520,860 | Total Average: | | | $27.11 |

10

**Table of Contents**

(*)   Description of rights owned or licensed.

(1)   Two properties located in Canada and one property located in Ireland.

(2)   69 properties located in Canada, 59 properties located in England, 48 properties located in Germany, and 88 properties located in Australia, Bahrain, China, Czech Republic, Egypt, Finland, Guatemala, Hungary, India, Indonesia, Ireland, Italy, Japan, Korea, Morocco, Netherlands, Oman, Qatar, Saudi Arabia, Sweden, Switzerland, Thailand, Turkey and United Arab Emirates.

(3)   50 properties located in Canada, and 45 properties located in Argentina, China, Colombia, Dominican Republic, Dutch Antilles, Ecuador, Guatemala, India, Israel, Jordan, Malta, Mexico, Oman, Peru, Romania, Venezuela and United Arab Emirates.

(4)   One property located in Canada.

(5)   80 properties located in Canada and 57 properties located in Argentina, China, Egypt, England, Guam, India, Ireland, Italy, Jordan, Mexico, Philippines, South Africa and Uruguay.

(6)   120 properties located in Canada and two properties located in Mexico.

(7)   102 properties located in Canada.

(8)   Nine properties located in Canada.

Our primary objectives are to sell new franchises, renew existing franchises and, most importantly, provide world–class service and support to our franchisees in a way that enables them to increase their revenue and profitability. We support our franchisees with dedicated national marketing programs, technology, training and education.

Our lodging franchise business derives substantially all of its revenue from franchise fees, which are comprised of royalty and marketing/reservation fees. The royalty fee is intended to cover our operating expenses, such as expenses incurred for franchise services, including quality assurance, administrative support and design and construction advice, and to provide us with operating profits. The marketing/reservation fee is intended to reimburse the franchisor for expenses associated with providing such franchise services as a central reservation system, national advertising and marketing programs and certain training programs. Since we do not own or operate hotel properties (we derive our revenue for this business from franchise fees), we do not incur renovation expenditures. Renovation costs are the obligation of each franchisee. Similar to our real estate franchise business, our lodging franchise business also derives revenue through our Preferred Alliance Program.

In December 2003, we commenced marketing for TripRewards, a new loyalty program which enables customers to earn points when purchasing services from any of our lodging brands, Avis, Budget, RCI, Fairfield or Trendwest. In addition, travel packages can be booked on our TripRewards web site. Members can also earn points when purchasing from over 35 independent businesses. There are over 100 point redemption options for members to redeem TripRewards points for lodging, airline tickets, resort vacations, movie and theme park tickets or at various retailers and restaurants, including Home Depot, Circuit City, Olive Garden and Chili's. Businesses where points can be earned pay a fee to participate in the program and those fees are then used to reimburse businesses where the points are redeemed. TripRewards currently has over 3 million members.

In 2004, we also continued the execution of "Project Restore" to encourage and/or require our franchisees' to upgrade their properties. This initiative resulted in the termination of certain franchisees and required other franchisees to independently renovate and upgrade their properties. We believe this initiative will ultimately lead to higher revenue per available room at our franchisees' properties. In addition, we have decentralized our field support organization to increase the "hands on" support of franchisee operations. In 2004, we also began a program to increase the quality of the Ramada properties by requiring franchisees to renovate and upgrade their hotels and by introducing a new Ramada logo.

Our lodging franchisees are dispersed geographically, which minimizes our exposure to any one hotel owner or geographic region. Of the approximately 6,400 properties and approximately 4,900 franchisees in our lodging systems, no individual hotel owner accounts for more than 2% of our franchised lodging properties.

We own all of the trademarks associated with our lodging franchise systems. In December 2004, we purchased Ramada International Hotels & Resorts from Marriott International which completed the acquisition of all of the worldwide trademark rights for the Ramada brand by us. In the third quarter of 2004, we merged our Villager brand into our Knights Inn brand and eliminated the Villager brand as a franchise system.

Table of Contents

**Growth.** The sale of long–term franchise agreements to operators of existing and newly constructed hotels is the leading source of revenue and earnings growth in our lodging franchise business. We believe that 48% of hotel owners in the United States remain independent and unaffiliated with any franchise which provides substantial opport unity for continued growth of our franchise systems.

We market franchises principally to independent hotel and motel owners, as well as to owners who have the right to terminate franchise affiliations of their properties with other hotel brands. We believe that our existing franchisees also represent a significant potential growth opportunity because many own, or may own in the future, other hotels, which can be converted to one of our lodging brands. Accordingly, a significant factor in our sales strategy is maintaining the satisfaction of our existing franchisees by providing quality services. We employ a national franchise sales force, compensated primarily through commissions.

We seek to expand our franchise systems on an international basis through license agreements with developers, franchisors and franchisees based outside the United States. As of December 31, 2004, our franchising subsidiaries have entered into international licensing agreements for part or all of approximately 43 countries on five continents.

In April 2004, we granted a master franchise of Super 8 motels in China, consummating a strategy to compete in China in three lodging tiers: two to three star hotels under the Super 8 brand, three to four star hotels under the Days Inn brand and four to five star hotels under the Howard Johnson brand. In addition, in November 2004, we granted a master franchise to franchise Days Inn hotels in Russia and 14 other countries of the former Soviet Union. As noted above, in December 2004, we completed the acquisition of all Ramada worldwide trademark rights. The transaction also conveyed Ramada trademark rights in Canada. The financial impact of this transaction was not material. Earlier in the year, we acquired the trademark rights for the Ramada brand in the United States by exercising our right to redeem, for approximately $200 million, the interest we did not own in a venture with Marriott.

**Central Reservation Systems.** The lodging business is characterized by remote purchasing through travel agencies and the use by consumers of toll–free telephone numbers and the Internet. We maintain two reservation centers that are located in Aberdeen, South Dakota and Saint John, New Brunswick, Canada. In 2004, we booked an aggregate of approximately 7.9 million roomnights from all Internet booking sources, compared to approximately 4.9 million roomnights booked in 2003, an increase of 61%. Each of our brands has a consumer web site and provides content to other travel–related sites, including Orbitz.com and CheapTickets.com.

**Competition.** Competition among the national lodging brand franchisors to grow and maintain their franchise systems is intense. Our largest national lodging brand competitors are the Holiday Inn and Best Western brands and Choice Hotels, which franchises various brands, including the Comfort Inn, Quality Inn and Econo Lodge brands. Our Days Inn, Travelodge and Super 8 brands compete with brands, including the Comfort Inn, Red Roof Inn and Econo Lodge brands, in the economy sector. Our Ramada, Howard Johnson, Wingate Inn and AmeriHost Inn brands compete with brands, including Holiday Inn and Hampton Inn, in the middle market sector. Our Knights Inn and Travelodge brands compete with Motel 6 and similar properties. In addition, a lodging facility owner may choose not to affiliate with a franchisor but to remain independent.

We believe that competition for the sale of franchises in the lodging industry is based principally upon the perceived value and quality of the brand and services offered to franchisees. We believe that prospective franchisees value a franchise based upon their view of the cost/benefit relationship between affiliation and conversion costs and future charges to the potential for increased revenue and profitability and the reputation of the franchisor. We also believe that the perceived value of brand names to prospective franchisees is, to some extent, a function of the success of the brand's existing franchisees.

The ability of an individual franchisee to compete may be affected by the location and quality of its property, the number of competing properties in the vicinity, its affiliation with a recognized brand name, community reputation and other factors. A franchisee's success may also be affected by general, regional and local economic conditions. The potential negative effect of these conditions on our results of operations is substantially reduced by virtue of the diverse geographical locations of our franchised properties.

12

Table of Contents

*Timeshare Exchange Business* (3%, 3% and 4% of revenue for 2004, 2003 and 2002, respectively)

Our Resort Condominiums International, LLC ("RCI") subsidiary is a leading provider of timeshare vacation exchange opportunities and services for over three million timeshare subscribers from more than 3,900 resorts in more than 100 countries. Our RCI business consists primarily of the publication of *Endless Vacation* magazine and other publications related to the vacation and timeshare industry and travel–related services, the operation of three worldwide exchange programs for timeshare owners at affiliated resorts and the operation of a vacation rental network consisting of vacation inventory available for rent to consumers. RCI has significant operations in North America, Europe, Latin America, Southern Africa, Australia and the Pacific Rim as well as limited operations in the Middle East. In exchange for timeshare exchange services, RCI charges its subscribers an annual subscription fee and an exchange fee for each exchange, resulting in revenue from such fees of approximately $402 million during 2004.

**Growth.** The timeshare exchange industry has experienced significant growth over the past decade. We believe that the factors driving this growth include the demographic trend toward older, more affluent Americans who travel more frequently; the entrance of major hospitality and entertainment companies into timeshare development; a worldwide acceptance of the timeshare concept; and an increasing focus on leisure activities, family travel and a desire for value, variety and flexibility in a vacation experience. We believe that future growth of the timeshare exchange industry will be determined by general economic conditions both in the United States and worldwide, the public image of the timeshare industry, improved approaches to marketing and sales and a greater variety of products and price points. RCI members are acquired primarily through developers; as a result, the growth of our timeshare exchange business is dependent on the sale of timeshare units by affiliated resorts. RCI affiliates consist of international brand names and independent developers, owners' associations and vacation clubs.

In 2004, we added ten timeshare resorts in China to our network of affiliated resorts. In 2004, we also relaunched our Elite Rewards credit card, an RCI branded credit card which allows RCI members to earn points that can be used for vacation products.

**Competition.** The global timeshare exchange industry is comprised of a number of entities, including resort developers and owners. RCI's competitors include specialized firms such as Interval International Inc., vacation club products, internal exchange programs and regional and local timeshare exchange companies.

*Timeshare Sales and Marketing Business* (9%, 8% and 8% of revenue for 2004, 2003 and 2002, respectively)

Through our Fairfield Resorts, Inc. and Trendwest Resorts, Inc. subsidiaries, we are the largest vacation ownership company in the United States in terms of property owners and vacation units constructed. Our vacation ownership business includes sales and marketing of vacation ownership interests, providing consumer financing to individuals purchasing vacation ownership interests and providing property management services to property owners' associations. We believe that we have a well balanced portfolio of properties with a high degree of geographic and customer diversity, helping to insulate our timeshare operations from regional downturns. While we operate Fairfield and Trendwest as separate brands, we cross market to all of our timeshare owners and obtain referrals from our lodging and car rental operations. We are presently undertaking strategic initiatives to integrate certain business functions of Fairfield and Trendwest, including consumer finance, information technology, certain staff functions, product development and certain marketing activities. We utilize a points–based sales system at both Fairfield and Trendwest to provide our owners with flexibility as to resort location and length of stay. We generate revenue by selling vacation ownership interests, management of resort properties and providing consumers with financing to purchase vacation ownership interests. At Fairfield, purchasers acquire a deeded interest in real estate. Use rights associated with the real estate are assigned to an exchange program managed by Fairfield and purchasers are allocated a specific quantity of points permitting them to reserve and use accommodations at other Fairfield resorts. At Trendwest, purchasers acquire a club membership associated with a specific quantity of points entitling the holder to use of WorldMark, The Club resorts. In each instance, the points permit a purchaser to reserve and use a resort unit, depending on unit type and season.

Table of Contents

**Fairfield Resorts.** Fairfield, based in Orlando, Florida, acquires, plans, designs and constructs timeshare properties and markets, sells and finances vacation products that provide quality recreational experiences to its more than 495,000 property owners and customers. As of December 31, 2004, Fairfield's portfolio of resorts consisted of 77 resorts, nine of which are in various stages of construction, located in 21 states and the U.S. Virgin Islands. The average purchase price of a Fairfield vacation ownership interest is approximately $14,900. In 2004, we expanded our resort portfolio in Orlando, Florida, Las Vegas, Nevada and Hawaii. In 2005, we expect to further expand our portfolio in Atlantic City, New Jersey and in 2006, we expect to include properties in New Orleans, Louisiana, San Antonio, Texas and Waikiki, Hawaii. Fairfield's vacation products consist of a deeded interest in a particular unit or resort for a certain amount of time annually, depending on unit type and season. The annual maintenance fees associated with the average vacation ownership interest purchased ranges from approximately $400 to $600, paid to a property owners' association. These fees are used to replace and renovate furnishings, defray maintenance and cleaning costs and cover taxes, insurance and other related costs. Typically, the property owners' associations contract with Fairfield to manage the properties.

**Trendwest Resorts.** Trendwest, based in Redmond, Washington, acquires, plans, designs and constructs timeshare properties and markets, sells and finances WorldMark, The Club and WorldMark South Pacific Club vacation ownership interests. The 65 properties Trendwest markets are located primarily in the western United States, British Columbia, Mexico, Hawaii and the South Pacific. In 2004, the properties that we market were expanded to include properties in San Francisco, California and Australia and in 2005 we expect to include properties in Seattle, Washington and New Zealand. At December 31, 2004, there were over 230,000 vacation credit owners in the WorldMark system. Trendwest's vacation ownership interests consist of vacation credits which entitle the owner to book a vacation through the WorldMark system for a specified number of days as opposed to a deeded interest in a particular resort as offered by Fairfield. In 2004, the average new owner purchase was approximately $10,900. Owners of an average Trendwest vacation ownership interest pay annual maintenance fees of approximately $450 per year to WorldMark, The Club.

Trendwest formed WorldMark, The Club and WorldMark South Pacific Club (collectively the "Clubs") in 1989 and 1999, respectively. The Clubs own, operate and manage the real property conveyed to the Clubs by Trendwest. Trendwest develops vacation properties and deeds them to the Clubs in exchange for the exclusive right to sell the vacation credits associated with the properties contributed and retain the proceeds. Our ownership interest in both Clubs results from Trendwest's ownership of unsold vacation credits. The percentage of vacation credits owned by Trendwest in the Clubs is minimal.

Trendwest has management agreements with the Clubs under which Trendwest acts as the exclusive manager and servicing agent of the vacation owner programs. Trendwest oversees the property management and service levels of the resorts as well as certain administrative functions. As compensation for services, Trendwest generally receives a management fee. Each of the management agreements of WorldMark, The Club and WorldMark South Pacific provides for automatic one–year and five–year renewals, respectively, unless such renewal is denied by a majority of the voting power of the owners, which excludes Trendwest.

**Consumer Financing.** Both Fairfield and Trendwest offer financing to the purchasers of vacation ownership interests. Loans extended are typically securitized. Fairfield and Trendwest continue to service loans extended by them and therefore remain responsible for the maintenance of accounts receivable files and all customer service, billing and collection activities through our consumer finance operation located in Las Vegas, Nevada. This operation employs 320 people. In addition, we employ 91 people in Redmond, Washington who are responsible for Trendwest's compliance and loan servicing. As of December 31, 2004, we serviced a portfolio of 237,000 loans totaling approximately $2.1 billion in aggregate principal amount outstanding. Approximately 80% of our borrowers make their loan payments through direct withdrawal.

**Sales and Marketing.** Fairfield sells its vacation ownership interests at 39 resort locations and 7 off–site sales centers. Trendwest's sales primarily occur at 30 off–site sales offices located in metropolitan areas in six regions, including the South Pacific. The remainder of its sales occur at 22 on–site sales offices. Both Fairfield and Trendwest employ diverse types of marketing methods and media to encourage prospective purchasers to attend sales presentations. Typical marketing methods include vacation packages, in–person solicitation and solicitation of resort guests. Typical marketing media include direct mail, referrals, Internet marketing, affinity marketing and

14

Table of Contents

outbound telemarketing. As a result of Do Not Call legislation, Fairfield and Trendwest have reduced their reliance on outbound telemarketing.

**Growth.** The growth strategy for our timeshare sales and marketing business is driven primarily by further development of existing and future resort locations. Numerous factors, including favorable demographic trends and low overall penetration of potential demand indicate continued potential growth in the timeshare industry. We also continually explore strategic corporate alliances and other transactions that would complement our timeshare sales and marketing business.

**Competition.** The timeshare sales and marketing industry is highly competitive and is comprised of a number of companies specializing primarily in timeshare development, sales and marketing. In addition, a number of national hospitality chains develop and sell vacation ownership interests to consumers. Our largest competitors include Disney Vacation Club, Hilton Grand Vacations Company LLC, Marriott Ownership Resorts, Inc. and Starwood Vacation Ownership, Inc.

*Vacation Rental Business* (1%, 1% and 1% of revenue for 2004, 2003 and 2002, respectively)

We are a leading global marketer of vacation rental properties. The properties we market are principally privately owned villas, cottages, bungalows, apartments and stationary caravans located on vacation parks. In some locations we offer property management services for properties under contract ranging from key–holding to full maintenance. Rental properties are marketed to consumers through online and offline distribution channels under proprietary brand names such as Cuendet, Dansommer, Novasol, Blakes, Ferrysavers.com, Country Cottages in France, English Country Cottages, Welcome Holidays, French Life, Chez Nous, The Individual Travellers Company, Canvas Holidays, and Landal GreenParks. We derive revenue primarily through commissions on gross rent, which range from approximately 25% to 40%. Other sources of revenue consist of travel insurance sales, transportation, property management fees, and on–site revenue from ancillary services.

We do not generally own properties, but act as an intermediary for the owners in exchange for a fee. We have an ownership interest or a long–term rental commitment for approximately 14% of the properties in our rental portfolio.

Our vacation rental business has relationships with approximately 42,000 independent property owners in over 22 countries, including the United States, United Kingdom, France, Ireland, The Netherlands, Belgium, Italy, Spain, Portugal, Denmark, Norway, Sweden, Germany, Greece, Austria, Croatia and eastern European countries. Property owners enter into one year, evergreen or multi–year contracts with our Vacation Rental subsidiaries that market the 52,000 rental properties in our portfolio. In 2004, our vacation rental business booked approximately 880,000 vacation weeks.

Our Vacation Rental subsidiaries globally market the properties they represent through direct marketing, proprietary and third party on–line distribution channels, tour operators and travel agents.

In May 2004, we acquired Landal GreenParks, a leading Dutch vacation rental company, which specializes in the rental of privately owned vacation homes located in European holiday parks for approximately $81 million, in cash, net of cash acquired. As part of this acquisition, we also assumed approximately $78 million of debt. Landal GreenParks manages and markets properties throughout Europe, with approximately 8,500 vacation homes located in 53 parks primarily in Holland, and also in Germany, Austria, Belgium and the Czech Republic. These properties are offered through a combination of direct marketing, travel agencies, tour operators, and on–line channels including www.landal.nl. In October 2004, we acquired Canvas Holidays. The financial terms of this acquisition were not material to Cendant. Canvas Holidays markets camping and stationary caravan vacations located on holiday parks in approximately 100 destinations to consumers from the United Kingdom, Germany and The Netherlands. The vacations are marketed through a combination of on–line direct marketing and travel agent partner channels.

**Growth.** Our growth strategy is based upon increasingly successful marketing of properties in existing and new geographic destinations to an expanding database of targeted consumers that have demonstrated a propensity for the holidays we offer. We also aim to make available our world's most extensive consumer offering of vacation rental properties to consumers in regions that have not been a focus of past marketing through direct marketing,

15

Table of Contents

travel agencies and on-line channels. We plan to use tuck–in acquisitions to expand both our portfolio of properties and targeted consumer databases where we lack relevant scale or where the opportunity for operating cost synergies in existing markets yields attractive returns.

**Competition.** Our Vacation Rental business markets principally European destinations to a global consumer base that includes holiday consumers from Europe, the United States, Australia, and South Africa. Companies that offer vacation rental product in these four regions rent an aggregate of 47 million vacations on an annual basis. This market is highly fragmented, and even large operators such as the ResortQuest brand, Bourne Leisure Limited, Holidaybreak PLC and Interhome Group, represent only a small portion of industry volume. We believe that competition for vacation rental properties is based principally on the number and quality of properties offered.

*Hospitality Trademarks and Intellectual Property*

We own the trademarks "Days Inn," "Ramada," "Howard Johnson," "Super 8," "Travelodge," "Wingate Inn," "Knights Inn," "AmeriHost Inn," "RCI," "Resort Condominiums International," "Fairfield," "Trendwest," "WorldMark" and related trademarks and logos, and such trademarks and logos are material to the businesses that comprise our Hospitality segment. Our franchisees and subsidiaries in our Hospitality segment actively use these marks and all of the material marks are registered (or have applications pending) with the United States Patent and Trademark Office as well as major countries worldwide where these businesses have significant operations. We own the "Travelodge" mark only in North America. We own the "WorldMark" mark pursuant to an assignment agreement with WorldMark. If our relationship with WorldMark should terminate, such mark would revert back to WorldMark upon request.

*Hospitality Seasonality*

Our lodging franchise business generates higher revenue during the summer months because of increased leisure travel. Therefore, any occurrence that disrupts travel patterns during the summer period could have a greater adverse effect on our lodging franchisees' annual performance and consequently our annual performance than in other periods. A principal source of timeshare exchange revenue relates to exchange services to members. Since members have historically shown a tendency to plan their vacations in the first quarter of the year, revenue is generally slightly higher in the first quarter. In timeshare sales, we rely upon tour flow to generate timeshare sales; consequently, sales volume tends to increase in the summer months as a result of greater tour flow from summer travelers. We cannot predict whether these trends will continue in the future.

Most consumers in our vacation rental business book accommodations 8 to 15 weeks in advance of their departure date. Approximately 50% of departure dates fall during the summer. Therefore, most bookings are made during the first and second quarters. Recently, some consumers have begun to book accommodations closer to their departure date, shifting some bookings to the third quarter.

*Hospitality Employees*

The businesses that make up our Hospitality Services segment employed approximately 24,100 people as of December 31, 2004.

**TRAVEL DISTRIBUTION SERVICES SEGMENT** (9%, 9% and 12% of revenue for 2004, 2003 and 2002, respectively)

Our Travel Distribution Services ("TDS") segment is one of the leading global travel intermediaries in the world. We connect suppliers of travel products such as airlines, hotels and car rental companies throughout the world. We distribute travel content and services directly to consumers and corporations worldwide as well as through traditional travel agencies and other third parties. TDS businesses provide services across four principal areas based on the customer or supplier group served by each:

- Travel Agency Services, which includes Galileo, THOR, Travelwire and Travel 2 Travel 4;

- Consumer Travel Services, which includes Orbitz, CheapTickets.com, Away Network (away.com, GORP.com and OutsideOnline.com), HotelClub.com, Neat Group, Lodging.com, RatesToGo.com, ebookers (acquired February 2005), AsiaHotels.com and Cendant Travel, and our Chinese joint venture, CYTS–Cendant Travel Service Co., Ltd;

16

Table of Contents

- Corporate Travel Solutions, which includes Travelport and Orbitz for Business; and

- Supplier Services, which includes WizCom, TRUST International and Shepherd Business Intelligence.

With the anticipated acquisition of Gullivers Travel Associates and Octopustravel.com in April 2005, TDS plans to expand the wholesale travel services component of its portfolio of businesses providing travel agents and consumers with an even greater array of wholesale travel inventory. Our Travel 2, Travel 4 and Flairview businesses currently offer such inventory.

In 2004, TDS focused on its transition from an "order taker" to an "order maker" strategy to become a leading global travel intermediary. As an order taker, TDS is a leading transaction processor of travel information through the global distribution system as well as through our WizCom, Trust, THOR and Shepherd businesses. As an order maker, TDS is a transaction generator that generates volume and demand through the distribution of customized travel packages and end–to–end travel solutions. Our goal is to create a strategic synthesis between the order taking and order making businesses.

For 2004, 2003 and 2002, Travel Agency Services accounted for substantially all of the revenue of our TDS segment.

*Travel Agency Services*

We provide, through Galileo, an electronic global distribution system ("GDS") for the travel industry using a sophisticated computerized reservation system. This is a core component of our order taking business. Travel suppliers such as airlines, hotel companies and car rental firms store, display, manage and sell their products and services through our GDS system. We market our GDS under the brands Apollo and Galileo. Apollo is utilized in North America and Japan, and Galileo is utilized in the rest of the world. Travel agencies and other subscribers at approximately 43,500 locations throughout the world and numerous Internet travel sites, such as CheapTickets.com, as well as corporations that use self–booking products, such as those provided by Corporate Travel Solutions, are able to access schedule and fare information, book reservations and issue tickets for nearly 500 airlines. Travel agency subscribers represent a significant source of bookings that result in fees payable by travel suppliers to Galileo. Bookings generated by our five largest travel agency subscribers constituted approximately 20% of the bookings made through our GDS in 2004. Our GDS also provides subscribers with information and booking capabilities covering approximately 23 car rental companies, approximately 240 hotel companies with nearly 60,000 properties and approximately 430 tour companies and major cruise lines throughout the world. In 2004, Galileo processed approximately 270 million bookings. Galileo operates in approximately 120 countries.

We generate the vast majority of our Galileo GDS revenue from booking fees paid by travel suppliers. In 2004, we generated approximately 93% of this booking fee revenue from airlines. Other Galileo GDS revenue sources include lease fees for equipment provided to subscribers, such as travel agents, as well as advertising revenue paid by travel suppliers. We generate approximately 64% of our Galileo GDS revenue outside the United States.

Additional order taking products and services provided through Travel Agency Services include our THOR subsidiary, which provides 24–hour travel reservation assistance to customers of its travel agency clients; our Travel 2 Travel 4 subsidiary, which specializes in providing inventory for long–haul travel exclusively through the travel agency channel; and Travelwire, which provides office administration solutions to tour operators and travel agencies through its process automation solutions, including the virtual travel agency, which provides a complete software package for web–based or traditional travel agencies that want to distribute, administer and sell a full range of inventory via the Internet.

United Airlines, Inc. is the largest single travel supplier utilizing our system, generating revenue of approximately $140 million relating to hosting, network services and GDS booking fees, which accounted for approximately 8% of our total TDS segment revenue in 2004. In 2004, Galileo began a ten–year agreement with United to provide reservations system technology and other services. In 2002, UAL Corporation, the parent of United, filed for bankruptcy protection. If UAL does not successfully emerge from bankruptcy as expected in 2005, we may not be able to recover outstanding amounts as of the date of any subsequent liquidation, which could range from $10 to $20 million, and we would expect certain components of revenue for this segment, such as revenue generated from reservation and network management services (excluding GDS booking fees), to be negatively affected.

17

Table of Contents

We have introduced new products to increase revenue and reduce costs for our travel agency subscribers, such as Galileo Fee Manager, a valuable tool to permit travel agencies to charge on a service rather than commission basis; and International Public Fares, which completes our 360 Fares product, making us the only GDS with a fully automated fares system. We have implemented national vendor platforms in many European countries, ensuring agencies have access to the best local content for their customers via their desktop and full content agreements with key airlines, such as British Airways, Qantas, SWISS and KLM. We also introduced Galileo HotelClub, which widens the reach of our HotelClub portfolio and offers additional content to our travel agency subscribers. We plan to aggressively distribute these products and services through Travel Agency Services.

The global travel industry remains sensitive to the effects of military conflict, terrorist threat alerts; continuing economic pressures, and natural disasters, such as the tsunami that occurred in Asia in December 2004. The continuing sensitivity to security, economic and environmental concerns gives rise to greater volatility in the travel industry. As a result, several major travel suppliers are experiencing liquidity problems and some, such as UAL, US Airways Group and ATA, have sought, and others may seek, bankruptcy protection. Therefore, the risk of non−payment of GDS fees from travel suppliers has increased. Travel activity could be further reduced if any of these conditions continue or resurface, which could negatively impact our TDS segment.

**Distribution of Products and Services.** We market, distribute and support our Galileo products and services for subscribers primarily through our internal sales and marketing organizations ("SMOs") throughout the world, which accounted for approximately 70% of our 2004 bookings.

In regions not supported directly by our SMOs, we provide our products and services through our relationships with independent national distribution companies ("NDCs"), which are typically independently owned and operated by a local travel−related business in the related country. Each NDC is responsible for maintaining the relationship with subscribers in its territory and providing ongoing customer support. We pay each NDC a commission based upon the booking fees generated in the NDC's territory, and the NDC retains all subscriber fees billed in the territory. NDCs accounted for approximately 30% of our bookings in 2004.

**Growth.** In order to grow our GDS business, we intend to expand our focus beyond booking fees as an order taker to become a retailer of travel inventory and travel products and services as an order maker, and thereby strengthen our relationships with our travel suppliers and travel agency customers. In doing so, we intend to continue to capitalize on our competitive strengths, the key elements of which are: (i) Cendant's business−to−business relationships and travel−related assets; (ii) a diversified global presence; (iii) established relationships with a diverse group of travel suppliers and travel agencies; (iv) a comprehensive offering of innovative products and services; and (v) new product and services initiatives with strong appeal to travel consumers, agencies and suppliers.

**Competition.** Our competitors include: the three major traditional GDS companies, Sabre, Inc., Amadeus Global Travel Distribution S.A. and Worldspan, L.P.; the major regional reservation systems, including Abacus International, Inc., Axess International Network, Inc., Infini Travel Information, Inc. and Topas Co., Ltd.; and other travel infrastructure companies such as Pegasus Solutions, Inc., Navitaire, Inc. and Datalex Communications USA, Inc. We also compete with alternative channels by which travel products and services are distributed; for example, some airlines operate computerized reservation systems on their web sites, and some low−cost airline carriers do not utilize a GDS distribution channel. In addition, travelers are increasingly using the Internet to make their own bookings, thereby shifting business away from the traditional travel agency community.

Competition to attract and retain travel agency subscribers is intense. As a result, we and other computerized reservation system service providers offer incentives to travel agency subscribers if they achieve certain productivity or booking volume growth targets. Although continued expansion of such incentive payments could adversely affect our profitability, our failure to continue to make such incentive payments could result in the loss of some travel agency subscribers, while competitive offerings could result in increased opportunities.

*Consumer Travel Services*

As part of our order maker functions, we provide travel services directly to consumers. We are a full service travel agency, providing airline, car rental, hotel, vacation packages and other travel reservation and fulfillment capabilities. We offer such services through Orbitz.com, CheapTickets.com and ebookers.com, our full service

18

Table of Contents

online travel agencies; Lodging.com, Hotelclub.com, RatesToGo.com and AsiaHotels.com, our online hotel booking sites; Neat Group, an online service that enables customers to design their own vacation packages; and the Away Network, comprising away.com, GORP.com and OutsideOnline.com, our online providers of travel information. We also provide consumer travel services to customers of our Marketing Services businesses and other membership programs, including members of our timeshare exchange business.

Our Consumer Travel businesses provide travel suppliers with distribution, packaging and connectivity through a single point of contact. We work directly with travel suppliers to secure both non–published and regularly available fares and rates to supply discounted travel to our customers. We market and distribute this inventory to consumers through our branded web sites and through our membership channels. In addition to our online presence, we maintain call centers located in the United States and abroad: Aurora, Colorado; Moore, Oklahoma; Mankato, Minnesota; and Nashville, Tennessee in the United States, as well as Sydney, Australia; Toronto, Canada; and Bangalore, India. We also outsource call center functions in Tijuana, Mexico, and Manila, Philippines.

We generate revenue from commissions, service fees and incentives on bookings from hoteliers, car rental companies, airlines, cruise lines, tour operators and consumers as well as mark–ups on travel inventory. We also generate transaction–related advertising revenue from our online agencies, Orbitz, CheapTickets, and Lodging.com.

We substantially completed the build–out of our consumer travel services business in 2004 and early 2005 through the following acquisitions:

- In April 2004, we acquired Australia–based Hotel Club Pty Ltd., which has a technological infrastructure throughout Europe and Asia Pacific, for approximately $88 million in cash, net of cash acquired. Hotel Club, through its subsidiary, Flairview Pty Ltd., supports the distribution and sale of hotel stays in multiple languages and currencies through its websites Hotelclub.com and RatesToGo.com. The combined merchant hotel offerings of Lodging.com, Hotelclub.com and RatesToGo.com represent nearly 26,000 properties worldwide.

- In September 2004, we purchased a 40% share in China CYTS Tours Holding Co., Ltd., to create CYTS–Cendant Travel Service. This joint venture will provide China's growing leisure and business travel industry with a full range of products and services at competitive prices, focusing initially on hotel offerings, and later including air and land packages for inbound, outbound and intra–China travel. The financial terms of our investment in CYTS–Cendant Travel Service were not material to us.

- On November 12, 2004, we acquired Orbitz, Inc. for approximately $1.1 billion, net of cash acquired. The addition of Orbitz immediately positioned Cendant as a leading competitor in the domestic online travel distribution business. With the acquisition, TDS is well equipped to take advantage of the increasing trend of offline bookings moving online. Additionally, the acquisition provides a foundation for significant synergies in technology, fulfillment services and operations, which will allow both Orbitz and CheapTickets to continue to

aggressively market and promote their respective brands while increasing profitability. The Orbitz acquisition expands TDS' distribution capabilities, providing more choices for consumers, suppliers, corporations and travel agents. Our increased scale and relevance, combined with the transaction synergies, will provide considerable benefits to both customers and our company. Further, the Orbitz technology includes Orbitz Supplier Link, which is a sophisticated network of connections able to communicate and book inventory directly with airline ticketing systems, resulting in lower costs for suppliers.

- On February 28, 2005, we completed the acquisition of ebookers plc, a U.K. company specializing in European online travel for approximately $350 million, net of cash acquired. In connection with this acquisition, we also assumed $30 million of debt.

- In December 2004, we also agreed to acquire privately held, U.K.–based Donvand Limited (which operates under the name Gullivers Travel Associates) and Octopus Travel Group Limited for approximately $1.1 billion in cash, net of estimated cash acquired. Gullivers Travel Associates is a leading wholesaler of hotel stays, destination services, travel packages and group tours, and Octopus

19

Table of Contents

Travel is a global online provider of lodging and destination services. The acquisition is subject to certain regulatory filings and we expect to complete the acquisition in April 2005.

**Growth.** We intend to build on our existing position as a leading provider of online travel to pursue initiatives that provide high margin products to our customers. Some of these initiatives include increasing sales of packages through Orbitz's new dynamic packaging product and expanding Neat's distribution to new markets. We also intend to enhance our marketing efforts to strengthen our brands and our position as a leading retailer of attractive and well-priced travel content. Our complementary brands, products, and technology strategies are focused on improving the customer experience by providing industry leading features and functionality, while maintaining a robust operating environment. We intend to continue to add international distribution channels to our portfolio and increase our international content to our current distribution channels.

**Competition.** We compete with companies with Internet travel web sites, such as IAC/InterActiveCorp's Expedia, Inc., Hotels.com L.P. and Hotwire.com businesses, Sabre, Inc.'s Travelocity.com L.P., Lastminute.com and Priceline.com Incorporated and a large number of leisure travel agencies, including among others Liberty Travel, Inc. and American Express Travel Related Services Company, Inc.

*Corporate Travel Solutions*

Corporate Travel Solutions consists of our Travelport and Orbitz for Business corporate travel solutions businesses. These businesses offer travel solutions to a broad array of enterprises, ranging from Fortune 500 companies with sophisticated travel policies and global travel management requirements to small businesses, typically with fewer travel policy management needs. Corporate Travel Solutions offers domestic and international corporations the services of the Galileo GDS, a choice of the Travelport or Orbitz for Business online booking tools, and customer care and fulfillment services to meet their corporate travel requirements. Corporate Travel Solutions assists companies in the control and reduction of their travel expenses through the use of our web-based self-booking and ticketing capabilities which enable our corporate customers to manage their unique travel supplier agreements and corporate travel policies, while lowering the dependence of their employees upon a travel agent to make travel arrangements.

We generate revenue from online booking fees paid by corporate customers on a per transaction basis. We also collect transaction fees from corporate customers for fulfillment and customer care services offered as part of our end-to-end corporate travel solution, as well as fees from supplier agreements that Corporate Travel Solutions has negotiated for the benefit of all of its customers. In 2004, Orbitz for Business, which today serves the U.S. marketplace exclusively, grew its customer base by nearly 100%.

**Growth.** We remain focused on providing a valuable service to our corporate clients to increase the number of bookings made by our existing corporate clients through increased adoption of our online booking tools within their enterprise. We also intend to grow through the pursuit of additional large corporate clients, both domestically and internationally, as the shift to online corporate travel management tools continues to accelerate. With our end-to-end, vertically integrated travel services offering, we intend to pursue small and middle market customers in North America. In part our growth will be generated by our attractive offering of travel content, as leveraged by our relationship with other TDS companies and other Cendant businesses, superior rates, and world-class customer service.

**Competition.** Our primary competition comes from those companies that offer multiple travel services for corporate clients, such as Expedia Corporate Travel, Travelocity for Business, American Express, and other traditional corporate travel agencies. We also find competition in companies which focus solely on the creation and distribution of online booking tools to corporate clients and travel agencies, including: Outtask, Inc., through its Cliqbook product; Navitaire, Inc.; Sabre, Inc., through its corporate booking product, Travelocity for Business; TRX, Inc. through its Res-X product; and Carlson Travel Group, Inc. through its Wagonlit Symphonie/Horizon product, KDS.

*Supplier Services*

Our Supplier Services businesses focus on enhancing our relationships with our travel suppliers to pursue and obtain the most competitive and comprehensive rates for our TDS customers benefiting our Galileo business. We

20

Table of Contents

also provide our travel suppliers with reservation–related systems and marketing information processing services that make their operations more efficient and enhance their revenue generation. Our Supplier Services businesses generate revenue from transaction fees and service fees paid to us by travel suppliers for our products and services. Our Supplier Services offerings are comprised of:

- WizCom, which provides hotel and car rental suppliers with electronic distribution and e–commerce solutions for Internet, GDS and other travel reservation systems. WizCom provides hotel and car rental suppliers with direct connectivity to the Internet and to global distribution systems, and provides central GDS information management services.

- TRUST International, which develops and implements central reservation systems ("CRS") through its Voyager CRS, providing customized, real–time reservations and global distribution services to the hospitality industry. TRUST also provides a range of travel related call center operations to hotel chains from its global communication call centers in Frankfurt, Germany (headquarters), Orlando, Florida and Singapore, which serve approximately 40 countries in 9 languages.

- Shepherd Systems, which provides sales and marketing intelligence technologies and services, and distributes marketing information data tapes ("MIDT") on behalf of Galileo, to approximately 50 of the world's leading airlines to strengthen their ability to make strategic decisions and help drive better business results.

- GlobalFares, a service which provides fare quotation services for approximately 30 airlines worldwide. In 2004, we upgraded the GlobalFares system to provide fully automated fare and rule processing for public and private fares filed by airlines globally.

**Growth.** We intend to increase our Internet distribution reach and enhance our product and service portfolio aimed at the hospitality sector allowing hotel and car rental companies to further optimize their sales mix. We intend to promote new products to meet our clients' needs, such as Hotel Cache, which offers hotel companies a cost effective solution to the high volume of rate requests from Internet–based systems, and JumpStart, our newly developed cost–effective interface for distribution of hotel content over the Internet. We are also focused on enhancing our data analysis capabilities and developing consulting services related to MIDT and other data sources for the airline industry. We are launching a new airline reservations hosting line of business, building upon our expertise in providing systems for United Airlines, with an initial focus on the low cost carrier segment. We are also relaunching our GlobalFares sales efforts to expand the reach of that product within the sector.

**Competition.** In providing electronic distribution services to hotel customers, we compete with third party connectivity providers and also with supplier direct connection technology providers. WizCom and TRUST International compete with many companies that provide computerized reservation system services to hotel customers, including hotels that develop their own proprietary systems. Our competitors include: Pegasus Solutions, Inc. and its affiliate, Vantis International Corporation; SynXis Corporation (which agreed to be acquired by Sabre Holdings Corporation in December 2004); iHotelier, a subsidiary of TravelCLICK, Inc.; MICROS Systems, Inc.; Amadeus Global Travel Distribution, S.A. and its affiliate Optims; and Lanyon, Inc. In addition, WizCom and TRUST compete with any travel service provider bypassing their connectivity solutions and connecting suppliers directly to their platforms. Shepherd Systems' competitors include providers of market and business intelligence information, primarily in the airline industry such as Sabre, Inc. and Lufthansa Systems. Our competition in the airline–hosting sector includes traditional providers, such as Sabre, Amadeus and Unisys as well as Navitaire, owned by Accenture.

*Travel Distribution Trademarks and Intellectual Property*

The trademarks and service marks "Galileo," "Apollo," "CheapTickets," "Orbitz," "WizCom," "Lodging.com," "THOR," "Travelport", "HotelClub", "RatesToGo" and related trademarks and logos used in 2004 are material to the businesses in our TDS segment. Galileo and our other subsidiaries in the TDS segment and their licensees actively use these marks. All of the material marks used by these companies are registered (or have applications pending for registration) with the United States Patent and Trademark Office as well as major countries throughout the world where these businesses operate. We own the material marks used in the TDS segment.

21

Table of Contents

We also use a combination of patent, copyright, trade secret, confidentiality procedures and contractual provisions to protect the software, business processes and other proprietary information we use to conduct the businesses in our TDS segment. These assets and the related intellectual property rights are important assets of the businesses in our TDS segment.

Unauthorized use of our intellectual property could have a material adverse effect on our TDS segment and there can be no assurance that our legal remedies would adequately compensate us for the damage caused by such use.

*Travel Distribution Seasonality*

We experience a seasonal pattern in our operating results, with the first and fourth quarters typically having lower total revenue and operating income compared to the second and third quarters due to decreased bookings and travel during the winter months in the northern hemisphere.

*Travel Distribution Employees*

The businesses that make up our Travel Distribution Services segment employed approximately 4,700 people as of December 31, 2004.

**VEHICLE SERVICES SEGMENT** (31%, 33% and 31% of revenue for 2004, 2003 and 2002, respectively)

Our Vehicle Services segment consists of the vehicle rental operations of Avis and Budget, and the Avis and Budget franchise systems. During 2004, this segment also consisted of our fleet management and fuel card businesses; however, these businesses are no longer part of our company as described below.

*Vehicle Rental Operations and Franchise Businesses* (22%, 25% and 20% of revenue for 2004, 2003 and 2002, respectively)

We are one of the largest vehicle rental operators in the world under two leading brands, Avis and Budget. We operate Avis and Budget as separate brands, with differentiated positioning, service and pricing. The Avis brand targets customers who are seeking a premium service while the Budget brand focuses on providing a value rental experience. We perform certain administrative and operational functions for both Avis and Budget, such as tax planning and financing, as well as voice reservation services through our contact centers. Furthermore, we provide Avis and Budget locations with access to the Wizard System, our online computer system which is used by these locations for (i) global reservations processing, (ii) rental agreement generation and administration, and (iii) fleet accounting and control. For 2004, our car rental operations had an average fleet of approximately 324,500 vehicles.

*Avis* (13%, 15% and 19% of revenue for 2004, 2003 and 2002, respectively)

We operate and/or franchise approximately 1,900 of the approximately 4,900 car rental locations that comprise the Avis System, which represents one of the largest car rental systems in the world, based on total revenue and number of locations, including locations at most of the largest airports and cities in the United States and internationally. The Avis System in Europe, Africa, part of Asia and the Middle East is operated under a royalty–free license arrangement with Avis Europe Holdings Ltd. ("Avis Europe"), an independent third party, and is comprised of approximately 3,000 locations.

We own and operate approximately 1,080 Avis car rental locations in both airport and non–airport (downtown and suburban) locations in the United States, Canada, Puerto Rico, the U.S. Virgin Islands, Argentina, Australia and New Zealand. For 2004, Avis generated total vehicle rental revenue of approximately $2.67 billion, of which approximately 85% (or $2.28 billion) was derived from U.S. operations. In addition, we franchise the Avis System to independent business owners in approximately 850 locations throughout the United States, Canada, Latin America and the Asia Pacific region. In 2004, approximately 95% of the Avis System rental revenue in the United States was generated by locations owned by us or operated for us under agency arrangements, and the remainder was generated by locations operated by independent franchisees. Independent franchisees pay fees based either on total time and mileage charges or total revenue.

The Avis System offers customers a variety of premium services, including: (i) "Avis Cares," a program which provides customers with area–specific driver safety information, the latest child safety seats (available for rental)

22

Table of Contents

and driving maps; (ii) a counter by–pass program, Avis Preferred Service, which is available at major airport locations; (iii) Avis Access, a full range of special products and services for drivers and passengers with disabilities; (iv) "Avis Assist", a portable cell phone equipped with GPS navigation which provides talking directions, traffic and weather advisories, and Amber Alert information to renters and may also be used for E911, roadside assistance and Avis reservation phone calls; and (v) Avis InterActive, an online reporting system which provides Avis corporate accounts real–time access to aggregated information on their car rental expenses to better manage their car rental expenditures.

**Avis Marketing.** In 2004, approximately 74% of vehicle rental transactions generated from our owned and operated car rental locations were generated in the United States by travelers who rented with Avis under contracts between Avis and the travelers' employers or through membership in an organization with whom Avis has an affiliation (such as AARP and USAA). Our franchisees also have the option to participate in these contracts. Unaffiliated business and leisure travelers are solicited by direct mail promotions and advertising campaigns.

Our domestic customers can make Avis reservations through the Avis toll–free reservation center at 1–888–777–AVIS, via our Avis web site at *www.avis.com*, through online portals or by contacting their travel agent. Travel agents can access Avis through all major global distribution systems, and can obtain information with respect to our rental locations, vehicle availability and applicable rate structures through these systems. An automated link between these systems and the Wizard System gives them the ability to reserve and confirm rentals directly. We also maintain strong links to the travel industry. Avis offers customers the ability to earn frequent traveler points with virtually all the major airlines. Avis is also affiliated with TripRewards, our loyalty marketing program, and with the frequent traveler programs of various hotels including the Hilton Hotels Corporation, Hyatt Corporation, and Starwood Hotels and Resorts Worldwide, Inc. These arrangements provide various incentives to all program participants and cooperative marketing opportunities for Avis and the airlines and hotels. We also have an arrangement with our lodging brands whereby lodging customers who are making reservations by telephone may be transferred to Avis if they desire to rent a vehicle. In addition, we have marketing relationships with American Express, MBNA Corporation and Sears, Roebuck and Co., through which we are able to provide their customers with incentives to rent from Avis.

Internationally, we utilize a multi–faceted approach to sales and marketing throughout our global network by employing or contracting with teams of trained and qualified account executives to negotiate contracts with major corporate accounts and leisure and travel industry companies. In addition, we utilize a wide range of marketing and direct mail initiatives to continuously broaden our customer base. Sales efforts are designed to secure customer commitment and support customer requirements for both domestic and international car rental needs. Our international operations maintain close relationships with the travel industry through participation in several non– U.S. based airline frequent flyer programs, such as those operated by Air Canada and Qantas Airways Limited. We also participate in Avis Europe's programs with British Airways Plc, Lufthansa and other carriers.

*Budget* (9%, 10% and 1% of revenue for 2004, 2003 and 2002, respectively)

The Budget System is one of the largest car and truck rental systems in the world, based on total revenue and number of locations. We operate and/or franchise 2,170 of the approximately 3,070 car rental locations in the Budget System, including locations at most of the largest airports and cities in the United States and internationally. The Budget System in Europe, Africa, and the Middle East is operated under a royalty–free license arrangement with Zodiac Europe Limited, an independent third party and an affiliate of Avis Europe, and is comprised of approximately 900 locations. We operate approximately 825 Budget car rental locations in both airport and non–airport (downtown and suburban) locations in the United States, Canada, Puerto Rico, Australia and New Zealand. In 2004, our Budget car rental operations generated total vehicle rental revenue of approximately $1.24 billion, of which 92% (or $1.13 billion) was derived from U.S. operations. We also franchise the Budget System to independent business owners who operate approximately 1,345 locations throughout the United States, Canada, Latin America, the Caribbean and the Asia Pacific region. In 2004, approximately 85% of the Budget System rental revenue in the United States was generated by locations owned by us or operated for us under agency arrangements, with the remainder generated by locations operated by independent franchisees. Independent franchisees generally pay fees based on gross rental revenue.

Table of Contents

We also operate a local and one-way truck rental business under the Budget brand utilizing a fleet of approximately 28,000 trucks which are rented through a network of approximately 2,500 corporate-owned and commissioned dealer locations throughout the continental United States. Our truck rental business serves both the consumer and light commercial sectors. The consumer sector consists primarily of individuals who rent trucks to move household goods on either a one-way or local basis. The light commercial sector consists of a wide range of businesses that rent light to medium-duty trucks, which we define as trucks having a gross vehicle weight of less than 26,000 pounds, for a variety of commercial applications. In 2004 our Budget truck rental business generated total vehicle revenue of approximately $514.7 million.

## Budget Marketing

*Car Rental.* In connection with its focus on leisure travelers, Budget primarily uses retail advertising and value pricing to drive reservations on its web site, in the reservation center, and in other leisure channels. In addition, Budget offers proprietary marketing programs such as Fastbreak, an expedited rental program for frequent travelers, and Unlimited Budget, a travel agent rewards program.

In 2003 Budget launched a small business program, the "Budget Business Program." In response to constraints of small business customers, the Budget Business Program focuses primarily on offering a value proposition. In addition, Budget continued to build its affiliated base of customers through relationships with various partners, including Costco Wholesale Corporation and Southwest Airlines Company, and through TripRewards.

Customers can make Budget reservations through the Budget toll-free reservation center at 1-800-BUDGET7, via our Budget web site at *www.budget.com*, through online travel portals, or through their travel agent. Travel agents can access Budget through all major global distribution systems and can obtain information with respect to our rental locations, vehicle availability and applicable rate structures through these systems. In addition, Budget offers Unlimited Budget, a loyalty incentive program for travel agents. Participating travel agents earn cash for every eligible U.S. business and leisure rental completed by their clients. As of December 31, 2004, approximately 38,000 travel agents were enrolled and active in this program.

*Truck Rental.* Budget primarily advertises in the yellow pages to promote its trucks to potential customers. Customers can make truck reservations through the Budget truck toll-free reservation center at 1-800-GO-BUDGET, via our Budget truck web site at *www.budgettruck.com* or by calling a location directly. In addition, Budget has established online affiliations with web sites like monstermoving.com to reach its targeted audience. Budget truck reservations may also be made through the budget.com web site.

**Vehicle Rental Optional Products and Services.** In addition to revenue from vehicle rentals and franchisee royalties, we generate revenue from Avis and Budget customers through the sale of optional products and services such as supplemental equipment (child seats and ski racks), loss damage waivers, additional/supplemental liability insurance, personal accident/effects insurance and gas service option and fuel service charges.

**Vehicle Rental Growth.** For 2004, we generated 84.0% and 79.3% of our Avis and Budget revenue, respectively, from our owned airport locations. We also opened 82 new off-airport Avis locations in 2004, and intend to increase business at our off-airport locations through a combination of advertising, promotions, local sales calls and targeted marketing to members of various associations and corporations. Our business relationship with State Farm Insurance Company in the insurance replacement market was also strengthened in 2004 utilizing the location network of our two brands, as well as enhanced technology. We intend to increase our replacement business by marketing our car rental services to other insurance carriers. We also intend to increase our focus on Budget's truck business by continuing to upgrade the truck fleet and improving utilization.

**Vehicle Rental Web Sites.** Avis and Budget have strong brand presence on the Internet through their web sites, avis.com and budget.com. A steadily increasing number of Avis and Budget vehicle rental customers obtain rate, location and fleet information and then reserve their rentals directly on these web sites. In addition, both Avis and Budget have agreements to promote their car rental services with major Internet portals, and have a strong advertising presence on Yahoo!

**Vehicle Rental Fleet Management.** With respect to the car rental operations owned and operated by us, we participate in a variety of vehicle purchase programs with major domestic and foreign manufacturers. Our

24

Table of Contents

featured supplier for the Avis brand is General Motors Corporation. Our featured supplier for the Budget brand is Ford Motor Company. Under the terms of our agreements with Ford and GM, which expire in 2007 and 2008, respectively, we are required to purchase a certain number of vehicles from these manufacturers. Our current operating strategy is to maintain an average fleet age of approximately seven months. For model year 2004, approximately 99% of our domestic fleet vehicles were subject to repurchase programs. Under these programs, subject to certain conditions, such as mileage and vehicle condition, a manufacturer is required to repurchase those vehicles at a pre–negotiated price thereby reducing our risk on the resale of the vehicles. In 2004, approximately 2.9% of repurchase program vehicles did not meet the conditions for repurchase.

**Vehicle Rental Airport Concession Fees.** In general, concession fees for airport locations are based on a percentage of total commissionable revenue (as determined by each airport authority), subject to minimum annual guaranteed amounts. Concessions are typically awarded by airport authorities every three to five years based upon competitive bids. Our concession agreements with the various airport authorities generally impose certain minimum operating requirements, provide for relocation in the event of future construction and provide for abatement of the minimum annual guarantee in the event of extended low passenger volume.

**Vehicle Rental Competition.** The vehicle rental industry is characterized by intense price and service competition. In any given location, we and our franchisees may encounter competition from national, regional and local companies. Nationally, Avis' principal competitor is Ford Motor Company's Hertz Corporation and Budget's principal competitors are Alamo Rent–A–Car, LLC and Dollar Rent–A–Car System, Inc. for car rental, and U–Haul International, Inc. and Penske Truck Leasing Corporation for truck rental. However, both Avis and Budget also compete with each of these car rental companies and with National Car Rental System, Inc., Thrifty Rent–A–Car System, Inc., and Enterprise Rent–A–Car Company. In addition, we compete with a large number of smaller regional and local vehicle rental companies throughout the country.

Competition in the U.S. vehicle rental operations business is based primarily upon price, reliability, national distribution, usability of booking systems, ease of rental and return and other elements of customer service. In addition, competition is influenced strongly by advertising, marketing and brand reputation.

*Fleet Management Services Business* (9%, 8% and 11% of revenue for 2004, 2003 and 2002, respectively)

PHH Arval, the second largest provider of outsourced fleet management services in the United States and Canada and Wright Express, a leading fuel card service provider in the United States comprised this business during 2004. Both of these businesses are no longer part of our Company. PHH Arval was distributed to our stockholders in a spin–off on January 31, 2005. On February 22, 2005, we disposed of our Wright Express business in an initial public offering and in connection with this disposition, we received approximately $1 billion (net of offering expenses). In connection with this disposition, we also entered into a tax receivable agreement with Wright Express, pursuant to which we currently expect Wright Express will make payments to us over the expected 15–year term of the agreement aggregating over $300 million. The actual amount of payments, if any, and the timing of receipt of any payments will vary depending upon a number of factors, including whether Wright Express earns sufficient taxable income to realize the full tax benefit of the amortization of its assets.

PHH Arval provides commercial fleet management services to corporate clients and government agencies. Fleet management services include vehicle leasing, fleet policy analysis and recommendations, benchmarking, vehicle recommendations, ordering and purchasing vehicles, arranging for vehicle delivery and administration of the title and registration process, as well as tax and insurance requirements, pursuing warranty claims and remarketing used vehicles. PHH Arval also provides fuel, maintenance, accident and similar management services, which assist its corporate and governmental clients in the effective management and control of automotive expenses by providing cards that permit a client's representatives to purchase gasoline or other fleet–related products and services through a network of merchants. As of December 31, 2004, PHH Arval had more than 320,000 vehicles leased. In February 2004, PHH Arval acquired First Fleet Corporation, a national provider of fleet management services to companies that maintain private truck fleets, for approximately $26 million, net of cash acquired.

Wright Express is a leading provider of payment processing and information management services to the U.S. vehicle fleet industry. Wright Express provides fleets using its services with detailed transaction data,

Exhibit A
Page B25

Table of Contents

analysis tools and purchase control capabilities. Wright Express captures transaction data at approximately 180,000 fuel and vehicle management locations, including over 90% of the nation's retail fuel locations and 41,000 vehicle maintenance locations.

### Vehicle Services Trademarks and Intellectual Property

The service marks "Avis" and "Budget", related marks incorporating the words "Avis" or "Budget", and related logos and marks such as "We Try Harder" are material to our vehicle rental operations and franchise businesses. Our subsidiaries and franchisees actively use these marks. All of the material marks used in the Avis and Budget businesses are registered (or have applications pending for registration) with the United States Patent and Trademark Office as well as major countries worldwide where Avis and Budget franchises are in operation. We own the marks used in the Avis and Budget businesses.

### Vehicle Services Seasonality

For our Avis and Budget businesses, the third quarter of the year, which covers the summer vacation period, represents the peak season for vehicle rentals. Any occurrence that disrupts travel patterns during the summer period could have a greater adverse effect on Avis' and Budget's annual performance than in other periods. The fourth quarter is generally the weakest financial quarter for the Avis and Budget Systems. In 2004 our average monthly combined Avis and Budget car rental fleet, excluding franchisees ranged from a low of approximately 277,000 vehicles in January to a high of approximately 369,000 vehicles in July. Rental utilization for the combined Avis and Budget car rental fleet, which is based on the number of hours vehicles are rented compared to the total number of hours vehicles are available for rental, ranged from 65.1% in December to 80.9% in August and averaged 74.1% for all of 2004.

### Vehicle Services Employees

The businesses that make up our Vehicle Services segment employed approximately 30,700 people as of December 31, 2004, including approximately 1,900 people employed by our former fleet management and fuel card businesses which are no longer part of our company.

### MARKETING SERVICES SEGMENT (8%, 7% and 8% of our revenue for 2004, 2003 and 2002, respectively)

As previously discussed, we intend to dispose of our Marketing Services division, including our loyalty/insurance marketing and individual membership businesses, and anticipate that the disposition of the division will take place before the conclusion of the third quarter of 2005.

In June 2004, we completed the initial public offering of our Jackson Hewitt subsidiary comprising our tax preparation services business. As a result of this sale of our ownership interest, Jackson Hewitt has been classified as a discontinued operation and its results are excluded from the results of the Marketing Services segment for all periods presented.

### Individual Membership Business (5%, 4% and 4% of our revenue for 2004, 2003 and 2002, respectively)

Our individual membership business markets various clubs and services to individuals through joint marketing arrangements with various institutions such as banks, financial institutions, retailers and oil companies. For a membership fee (typically of $89.99 to $480.00 annually or $8.99 to $49.99 monthly), we provide members with access to a variety of discounted products and services. Our programs offer consumers discounts on many categories along with shop–at–home convenience in such areas as retail merchandise, travel, automotive and home improvement. Participating institutions generally receive commissions on initial and renewal memberships, based on a percentage of the net membership fees. We also provide our products to such institutions on a wholesale or resale basis upon request. As of December 31, 2004, we serviced approximately 16 million memberships, approximately 10 million of which consist of our memberships and approximately 6 million consist of members that we service on behalf of TRL Group (as discussed below).

We offer a variety of membership programs, including Shoppers Advantage, a discount shopping program; Travelers Advantage, a discount travel service program; AutoVantage, a program which offers preferred prices on new cars and discounts on maintenance, tires and parts; AutoVantage Gold, a program which provides a premium

26

Table of Contents

version of the AutoVantage service; Credit Card Guardian and Hot–Line, services which enable consumers to register their credit and debit cards to keep the account numbers securely in one place; PrivacyGuard and Credentials, services which provide monitoring of a member's credit history and access to driving records and medical files; Buyers Advantage, a service which extends manufacturer warranties; CompleteHome, a service designed to save members time and money in maintaining and improving their homes; National Home Protection Alliance, a service that provides insurance coverage for breakdowns of household systems and appliances; Great Fun, a program which provides the opportunity to purchase family travel services and other family related products at a discount; and HealthSaver, a program which provides discounts on prescription drugs, eyewear, eye care, dental care, selected health–related services and fitness equipment.

**Trilegiant Transaction.** From July 2001 to January 2004, the operations of our individual membership business, including marketing to prospective new members, were outsourced to Trilegiant Corporation. On January 30, 2004, we terminated Trilegiant's right to market membership programs that we had previously licensed to Trilegiant in July 2001, terminated Trilegiant's right to use the Trilegiant trademark and terminated our outsourcing arrangement whereby Trilegiant provided membership fulfillment services to our members. We are now responsible for providing fulfillment services to our members. In connection with this transaction, we hired substantially all Trilegiant employees, agreed to service Trilegiant's members and made a $13 million cash payment to Trilegiant as consideration for the early termination of the rights referred to above. Trilegiant has now changed its name to TRL Group, Inc. and we have renamed one of our subsidiaries Trilegiant Corporation. In connection with such transaction, we also acquired Trilegiant Loyalty Solutions, Inc., a wholly–owned subsidiary of TRL Group, for approximately $20 million in cash. Trilegiant Loyalty Solutions offers wholesale loyalty enhancement services primarily to credit card issuers who make such services available to their credit card holders to foster increased product usage and loyalty and serves as the administrator of our points database for our TripRewards Loyalty Program. We continue to own preferred stock of TRL Group, which is currently convertible, at any time at our option, into approximately 45% of TRL Group common stock (taken together with the shares of common stock currently held by us). As a result of this transaction, we now have managerial control of TRL Group through our majority representation on the TRL Group Board of Directors.

Upon completion of the Trilegiant Transaction, we began integrating our individual membership and our Progeny loyalty/insurance marketing businesses. The organizational structures of the two businesses have now been realigned to combine departments and eliminate redundant functions. We also reorganized the sales forces to be more closely aligned with the size of our clients and their needs and we have combined our marketing and procurement efforts to take advantage of the larger scale of the combined businesses. We intend to expand our integration efforts to our Cims loyalty marketing business.

**Growth.** Primary growth drivers include expanding our customer base to include a greater number of financial institutions and targeted non–financial partners. In addition, we are expanding the array of our products and services sold through the direct marketing channels to existing clients.

**Competition.** The membership services industry is highly competitive. Competitors include membership services companies, such as Vertrue Incorporated (formerly known as MemberWorks Incorporated), as well as large retailers, travel agencies, insurance companies and financial service institutions, some of which have financial resources, product availability, technological capabilities or customer bases that may be greater than ours.

*Loyalty/Insurance Marketing Business* (3%, 3% and 4% of our revenue for 2004, 2003 and 2002, respectively)

Our loyalty/insurance marketing business provides enhancement packages for financial institutions and marketing for accidental death and dismemberment insurance and certain other insurance products through our Progeny Marketing Innovations Inc. and Cims subsidiaries. With approximately 42.5 million insureds as of December 31, 2004, Progeny offers the following products and services:

**Enhancement Package Service.** We sell enhancement packages for financial institution consumer and business checking and deposit account holders primarily through our Progeny subsidiary. Progeny's financial institution clients select a customized package of our products and services and then usually add their own services (such as unlimited check writing privileges, personalized checks, cashiers' or travelers' checks without issue charge, or discounts on safe deposit box charges or installment loan interest rates). With our marketing and promotional

27

Table of Contents

assistance, the financial institution then offers the complete package of enhancements to its checking account holders as a special program for a monthly fee. Most of these financial institutions choose a standard enhancement package, which generally includes $10,000 of accidental death and dismemberment insurance and travel discounts. Other enhancements may include our shopping and credit card registration services, a travel newsletter or pharmacy, eyewear or entertainment discounts. The common carrier coverage is underwritten under group insurance policies with two third–party underwriters. We generally charge a financial institution client an initial fee to implement this program and monthly fees thereafter based on the number of customer accounts participating in that financial institution's program.

**AD&D Insurance.** Through our Progeny subsidiary, we serve as an agent and third–party administrator for marketing accidental death and dismemberment insurance throughout the country to the customers of financial institutions. Progeny's insurance products and other services are offered primarily to customers of banks, credit unions, credit card issuers and mortgage companies. These products are primarily marketed through direct mail solicitations and telemarketing which generally offer $1,000 of accidental death and dismemberment insurance at no cost to the customers and the opportunity to choose additional coverage of up to $250,000. The annual premium generally ranges from $10 to $250 and we derive revenue primarily from commissions based on premiums received pursuant to agreements with the insurance carriers that issue the policies we market. Progeny also acts as an administrator for, and markets, term life and hospital accident insurance as well as a number of other insurance products.

**Distribution Channels.** We market our Progeny products to consumers (i) of financial institutions or other associations through direct marketing; (ii) of financial institutions or other associations through a direct sales force, participating merchants or general advertising; and (iii) through companies and various other entities.

**Cims.** Our Cims subsidiary develops customer loyalty solutions and insurance products for the benefit of financial institutions and businesses in other industries. Cims clients include over 85 financial institutions throughout Europe and South Africa. The primary customer loyalty solution offered to Cims clients is the loyalty package. Loyalty packages provide targeted consumers of client organizations with a "package" of benefits and services for the purpose of improving customer retention, attracting consumers to become customers of the client organization and encouraging them to buy additional services. For example, packages include discounted travel services such as discounts on vacation rentals, car rentals, travel insurance, timeshare weeks, cruises, hotels and airlines. As of December 31, 2004, Cims has expanded its membership base to approximately 19.7 million individuals. Cims offers travel and real estate benefits and other services within its loyalty packages for the benefit of consumers. Cims also uses its internal insurance competencies and strategic relationships to provide insurance benefits to consumers. Cims derives fees from its financial institution and other corporate clients for its loyalty packages.

**Growth.** Primary growth drivers for Progeny include expanding our customer base to include a greater number of financial institutions and targeted non–financial partners. In addition, we are expanding the array of insurance products and services sold through the direct marketing channels to existing clients. The primary growth drivers for Cims are (i) to increase the number of consumers, from within our existing client base, who participate in loyalty programs for their particular financial institution, (ii) to increase the number of financial institutions we partner with for their respective loyalty marketing programs, (iii) to develop marketing relationships with clients in other industries (wireless providers for example) and (iv) to offer multiple loyalty solutions to our clients.

**Competition.** Our checking account enhancement packages and services compete with similar services offered by other companies, including insurance companies and other third–party marketers such as Sisk Company, Generations Gold and Econ–O–Check Corporation. In larger financial institutions, we may also compete with a financial institution's internal marketing staff. Competition for the offering of our insurance products through financial institutions is growing and intense. Our competitors include other third–party marketers and large national insurance companies with established reputations that offer products with rates, benefits and compensation similar to ours. Cims represents an outsourcing alternative to marketing departments of large retail organizations. Cims competes with certain other niche loyalty solution providers throughout Europe and internal marketing groups of large financial institutions.

28

Table of Contents

**Long Term Care Insurance.** In June 2003, our Long Term Preferred Care subsidiary discontinued the marketing and sale of long term care insurance policies. We continue to derive revenue from commissions based on premiums received pursuant to agreements with the insurance carriers that issued the policies we sold and LTPC continues to provide customer service and related services to the existing block of insurance policies and policyholders. On December 30, 2004, LTPC sold the majority of its long–term care insurance renewal commissions.

### Marketing Services Trademarks and Other Intellectual Property

The service mark "Progeny Marketing Innovations" and its associated logo is material to Progeny's business. Progeny actively uses this mark which is registered in the United States Patent and Trademark Office. The individual membership business trademarks and service marks listed above and related logos, together with the "Trilegiant" trademark, are material to our individual membership business. The "Trilegiant" trademark and individual membership business trademarks and logos are registered (or have applications pending for registration) with the United States Patent and Trademark Office. With the exception of "National Home Protection Alliance" which is owned by TRL Group and licensed to us, we own the material marks used in the individual membership business.

### Marketing Services Seasonality

The businesses that comprise our Marketing Services segment are not seasonal.

### Marketing Services Employees

The businesses that comprise our Marketing Services segment employed approximately 3,200 people as of December 31, 2004.

## FINANCIAL DATA OF SEGMENTS AND GEOGRAPHIC AREAS

Financial data for our segments and geographic areas are reported in Note 25—Segment Information to our Consolidated Financial Statements included in Item 8 of this Form 10–K.

## REGULATION

**Franchise Regulation.** The sale of franchises is regulated by various state laws, as well as by the Federal Trade Commission (the "FTC"). The FTC requires that franchisors make extensive disclosure to prospective franchisees but does not require registration. The FTC has proposed changes to its franchise rule that will affect the sales practices and procedures and the content of disclosure documents used by our franchising subsidiaries for selling franchises in the United States. The content of the final rule and its effective date have not been announced. Although no assurance can be given, proposed changes in the FTC's franchise rule should have no adverse impact on our franchised businesses. A number of states require registration or disclosure in connection with franchise offers and sales. In addition, several states have "franchise relationship laws" or "business opportunity laws" that limit the ability of the franchisor to terminate franchise agreements or to withhold consent to the renewal or transfer of these agreements. While our franchising operations have not been materially adversely affected by such existing regulation, we cannot predict the effect of any future federal or state legislation or regulation. Our franchisors may engage in certain lending transactions common in their respective industries and provide loans to franchisees as part of the sale of the franchise. Such transactions may require the franchisor to register under state laws governing business lenders. We cannot predict the effect of the impact of those laws or any decision not to register under such laws and to cease offering such loans.

**Real Estate Regulation.** The federal Real Estate Settlement Procedures Act ("RESPA") and state real estate brokerage laws restrict payments which real estate and mortgage brokers and other parties may receive or pay in connection with the sales of residences and referral of settlement services (e.g., mortgages, homeowners insurance, title insurance). Such laws may to some extent restrict preferred alliance and other arrangements involving our real estate franchise, real estate brokerage, settlement services and relocation businesses. Our title insurance operations are subject to numerous state laws and regulations. Our settlement services business is subject to various federal and state regulations including those promulgated by state departments of insurance and

29

Table of Contents

departments of corporations. Currently, there are local efforts in certain states, which could limit referral fees to our relocation business.

In addition, with respect to our real estate brokerage, relocation and settlement services businesses, RESPA and similar state laws require timely disclosure of certain relationships or financial interests with providers of real estate settlement services. Our real estate brokerage business is also subject to numerous federal, state and local laws and regulations that contain general standards for and prohibitions on the conduct of real estate brokers and sales associates, including those relating to licensing of brokers and sales associates, fiduciary and agency duties, administration of trust funds, collection of commissions, advertising and consumer disclosures and governing telephone practices under the Do Not Call legislation. Under state law, our real estate brokers have the duty to supervise and are responsible for the conduct of their brokerage business.

**Timeshare Exchange Regulation.** Our timeshare exchange business, which includes RCI exchange programs and other exchange programs operated by our timeshare sales and marketing business, is subject to foreign, federal, state and local laws and regulations including those relating to taxes, consumer credit, environmental protection and labor matters. In addition, we are subject to state statutes in those states regulating timeshare exchange services, and must prepare and file annually certain disclosure guides with regulators in states where required. While our timeshare exchange business is not subject to those state statutes governing the development of timeshare properties and the sale of timeshare interests, such statutes directly affect both our timeshare sales and marketing business as described below and the other members and resorts that participate in the RCI exchange programs and other exchange programs operated by our timeshare sales and marketing business. Therefore, the statutes indirectly impact our timeshare exchange business.

**Timeshare Sales and Marketing Regulation.** Our timeshare sales and marketing business, which includes our resort management business, is subject to extensive regulation by the states and countries in which our resorts are located and in which its vacation ownership interests are marketed and sold. In addition, we are subject to federal legislation, including without limitation, the Federal Trade Commission Act and rules promulgated by the FTC thereunder, including the federal Telemarketing Sales Rule with its Do Not Call provisions; the Fair Housing Act; the Truth–in–Lending Act and Regulation Z promulgated thereunder, which require certain disclosures to borrowers regarding the terms of their loans; the Real Estate Settlement Procedures Act and Regulation X promulgated thereunder which require certain disclosures to borrowers regarding the settlement and servicing of loans; the Equal Credit Opportunity Act and Regulation B promulgated thereunder, which prohibit discrimination in the extension of credit on the basis of age, race, color, sex, religion, marital status, national origin, receipt of public assistance or the exercise of any right under the Consumer Credit Protection Act; the Telemarketing and Fraud and Abuse Prevention Act; the Gramm–Leach–Bliley Act and the Fair Credit Reporting Act, which address privacy of consumer financial information; and the Civil Rights Acts of 1964, 1968 and 1991. In Australia, we are regulated by the Australian Securities and Investments Commission.

Many states have laws and regulations regarding the sale of vacation ownership interests. The laws of most states require a designated state authority to approve a timeshare public report, a detailed offering statement describing the resort operator and all material aspects of the resort and the sale of vacation ownership interests. In addition, the laws of most states in which we sell vacation ownership interests grant the purchaser of such an interest the right to rescind a contract of purchase at any time within a statutory rescission period, which generally ranges from three to ten days. Furthermore, most states have other laws that regulate our timeshare sales and marketing activities, such as real estate licensing laws, travel sales licensing laws, anti–fraud laws, telemarketing laws, telephone solicitation laws including Do Not Call legislation and restrictions on the use of predictive dialers, prize, gift and sweepstakes laws, labor laws and various regulations governing access and use of our resorts by disabled persons.

**Internet Regulation.** Although our business units' operations on the Internet are not currently regulated by any government agency in the United States beyond regulations discussed above and applicable to businesses generally, it is likely that a number of laws and regulations may be adopted governing the Internet. In addition, existing laws may be interpreted to apply to the Internet in ways not currently applied. Regulatory and legal requirements are subject to change and may become more restrictive, making our business units' compliance

Exhibit A
Page B30

Table of Contents

more difficult or expensive or otherwise restricting their ability to conduct their businesses as they are now conducted.

**Vehicle Rental Regulation.** We are subject to federal, state and local laws and regulations including those relating to taxing and licensing of vehicles, franchising, consumer credit, environmental protection and labor matters. The principal environmental regulatory requirements applicable to our vehicle and rental operations relate to the ownership or use of tanks for the storage of petroleum products, such as gasoline, diesel fuel and waste oils; the treatment or discharge of waste waters; and the generation, storage, transportation and off–site treatment or disposal of solid or liquid wastes. We operate 450 Avis and Budget locations at which petroleum products are stored in underground or above ground tanks. We have instituted an environmental compliance program designed to ensure that these tanks are in compliance with applicable technical and operational requirements, including the replacement and upgrade of underground tanks to comply with the December 1998 EPA upgrade mandate and periodic testing and leak monitoring of underground storage tanks. We believe that the locations where we currently operate are in compliance, in all material respects, with such regulatory requirements.

We may also be subject to requirements related to the remediation of, or the liability for remediation of, substances that have been released to the environment at properties owned or operated by us or at properties to which we send substances for treatment or disposal. Such remediation requirements may be imposed without regard to fault and liability for environmental remediation can be substantial.

We may be eligible for reimbursement or payment of remediation costs associated with future releases from regulated underground storage tanks and have established funds to assist in the payment of remediation costs for releases from certain registered underground tanks. Subject to certain deductibles, the availability of funds, compliance status of the tanks and the nature of the release, these tank funds may be available to us for use in remediating future releases from our tank systems.

A traditional revenue source for the vehicle rental industry has been the sale of loss damage waivers, by which rental companies agree to relieve a customer from financial responsibility arising from vehicle damage incurred during the rental period. Approximately 5% of our vehicle operations revenue during 2004 was generated by the sale of loss damage waivers. Approximately 40 states have considered legislation affecting the loss damage waivers. To date, 24 states have enacted legislation which requires disclosure to each customer at the time of rental that damage to the rented vehicle may be covered by the customer's personal automobile insurance and that loss damage waivers may not be necessary. In addition, New York permits the sale of loss damage waivers at a capped rate per day based on the vehicle manufacturer's suggested retail price. Illinois, Nevada and California have similar rules regarding fees for loss damage waivers.

We are also subject to regulation under the insurance statutes, including insurance holding company statutes, of the jurisdictions in which our insurance company subsidiaries are domiciled. These regulations vary from state to state, but generally require insurance holding companies and insurers that are subsidiaries of insurance holding companies to register and file certain reports including information concerning their capital structure, ownership, financial condition and general business operations with the state regulatory authority, and require prior regulatory agency approval of changes in control of an insurer and intercorporate transfers of assets within the holding company structure. Such insurance statutes also require that we obtain limited licenses to sell optional insurance coverage to our customers at the time of rental.

The payment of dividends to us by our insurance company subsidiaries is restricted by government regulations in Colorado, Bermuda and Barbados affecting insurance companies domiciled in those jurisdictions.

**Marketing Regulation.** The products and services offered by our various businesses, including our real estate brokerage, timeshare exchange, timeshare sales and marketing, loyalty/insurance marketing and individual membership businesses, are marketed via a number of distribution channels, including direct mail, telemarketing and online. These channels are regulated on the state and federal levels and we believe that these activities will increasingly be subject to such regulation. Such regulation, including anti–fraud laws, consumer protection laws, privacy laws, telemarketing laws and telephone solicitation laws, may limit our ability to solicit new customers or to offer one or more products or services to existing customers. In addition to direct marketing, our loyalty/

31

Table of Contents

insurance marketing business is subject to various state and local regulations including, as applicable, those of state insurance departments. While we have not been materially adversely affected by existing regulations, we cannot predict the effect of any future foreign, federal, state or local legislation or regulation.

We are also aware of, and are actively monitoring the status of, certain proposed privacy–related state legislation that might be enacted in the future; it is unclear at this point what effect, if any, such state legislation might have on our businesses. A number of our businesses are significant users of email marketing to existing and prospective customers. It is unclear what effect, if any, legislation restricting such marketing practices would have on those businesses. California has enacted legislation requiring enhanced disclosure on Internet web sites regarding consumer privacy and information sharing among affiliated entities. We cannot predict whether these laws will inhibit customer information practices used in marketing our products and services or will be enacted in other states.

Some of our business units use sweepstakes and contests as part of their marketing and promotional programs. These activities are regulated primarily by state laws that require certain disclosures and providing certain assurances that the prizes will be available to the winners.

In Europe, legislation has recently been implemented which regulates the sale of general insurance. In addition, data protection legislation has also been implemented across Europe which restricts the use of personal data and cross–border flows of data outside the European Union. Each European Union country in which we operate must implement these directives through national laws. While we do not believe that the laws and regulations passed to date will have a material impact on our business, additional European or national laws, including subsequent amendments to existing laws, could cause a material adverse impact on our business.

**Global Distribution Services Regulation.** Our GDS business is subject to specific GDS regulations in the European Union ("EU") and Canada. In 2004, the U.S. government allowed its GDS regulations to expire in two stages. An abbreviated set of regulations was in effect from January 21, 2004 through July 31, 2004. After July 31, 2004, all GDS regulations in the United States expired.

In early 2004, the Canadian government published an amended set of regulations that eliminated several GDS regulations and modified several others. For example, the new regulations retain the prohibition against GDS display bias but eliminate the ban on discriminatory pricing. The Canadian government reasoned that changes in the travel industry warranted a more discrete set of regulations.

In Europe, the EU commission continues to examine the ongoing need for GDS regulations. An amended set of rules, if any, is expected to be issued in 2005. In 2002, the EU advised that it was considering the elimination of many rules, including the rules that require GDSs to treat all airlines and travel agents equally not only in terms of services offered but also with regard to fees charged. In addition, the EU has proposed the elimination of many rules relating to subscribers as well as the rule that requires an airline that owns a GDS to treat all GDSs equally.

**Travel Agency Regulation.** The products and services we provide are subject to various federal, state and local regulations. We must comply with laws and regulations relating to our sales and marketing activities, including those prohibiting unfair and deceptive advertising or practices. Our travel service is subject to laws governing the offer and/or sale of travel products and services, including laws requiring us to register as a "seller of travel," to comply with disclosure. In addition, many of our travel suppliers are heavily regulated by the United States and other governments and we are indirectly affected by such regulation.

## EMPLOYEES

As of December 31, 2004, we employed approximately 87,000 people, inclusive of approximately 8,000 people employed by our former mortgage, appraisal, fleet management and Wright Express fuel card businesses. We have approximately 7,300 employees covered under collective bargaining arrangements. Management considers our employee relations to be satisfactory and does not anticipate any material interruptions to operations from labor disputes.

32

Table of Contents

## INDEX TO FINANCIAL STATEMENTS

| | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm | F–2 |
| Consolidated Statements of Income for the years ended December 31, 2004, 2003 and 2002 | F–3 |
| Consolidated Balance Sheets as of December 31, 2004 and 2003 | F–4 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2004, 2003 and 2002 | F–5 |
| Consolidated Statements of Stockholders' Equity for the years ended December 31, 2004, 2003 and 2002 | F–7 |
| Notes to Consolidated Financial Statements | F–9 |

F–1

Table of Contents

**Cendant Corporation and Subsidiaries**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
(Unless otherwise noted, all amounts are in millions, except per share amounts)

1.    **Basis of Presentation**

Cendant Corporation is a global provider of a wide range of complementary consumer and business services, focusing primarily on travel and real estate services and operating in the following business segments:

- **Real Estate Franchise and Operations**—franchises the real estate brokerage businesses of four residential and one commercial brands, provides real estate brokerage services and facilitates employee relocations.
- **Mortgage Services**—provides home buyers with mortgage lending services and title, appraisal and closing services.
- **Hospitality Services**—develops and sells vacation ownership interests, provides consumer financing to individuals purchasing these interests, facilitates the exchange of vacation ownership interests, franchises eight lodging brands and markets vacation rental properties.
- **Travel Distribution Services**—provides global distribution services for the travel industry, corporate and consumer online travel services and travel agency services;
- **Vehicle Services**—operates and franchises the Company's vehicle rental businesses and provides commercial fleet management and fuel card services.
- **Marketing Services (formerly, Financial Services)**—provides insurance, membership, loyalty and enhancement products and services to financial institutions and other partners and their customers.

The accompanying Consolidated Financial Statements include the accounts and transactions of Cendant Corporation and its subsidiaries ("Cendant"), as well as entities in which Cendant directly or indirectly has a controlling financial interest (collectively, the "Company"). For more detailed information regarding the Company's consolidation policy, refer to Note 2—Summary of Significant Accounting Policies. In presenting the Consolidated Financial Statements, management makes estimates and assumptions that affect the amounts reported and related disclosures. Estimates, by their nature, are based on judgment and available information. Accordingly, actual results could differ from those estimates. Certain reclassifications have been made to prior year amounts to conform to the current year presentation.

*Management and Mortgage Programs.* The Company's Consolidated Financial Statements present separately the financial data of the Company's management and mortgage programs. These programs are distinct from the Company's other activities since the assets are generally funded through the issuance of debt that is collateralized by such assets. Specifically, in the Company's vehicle rental, fleet management, relocation, mortgage services and vacation ownership and rental businesses, assets under management and mortgage programs are funded largely through borrowings under asset–backed funding arrangements and unsecured borrowings at the Company's PHH subsidiary. Such borrowings are classified as debt under management and mortgage programs. The income generated by these assets is used, in part, to repay the principal and interest associated with the debt. Cash inflows and outflows relating to the generation or acquisition of such assets and the principal debt repayment or financing of such assets are classified as activities of the Company's management and mortgage programs. The Company believes it is appropriate to segregate the financial data of its management and mortgage programs because, ultimately, the source of repayment of such debt is the realization of such assets.

On June 25, 2004, the Company completed an initial public offering ("IPO") for the sale of 100% of its ownership interest in Jackson Hewitt Tax Service Inc. ("Jackson Hewitt") and on May 22, 2002, the Company sold its car parking facility business, National Car Parks ("NCP"). Pursuant to Statement of Financial Accounting Standards ("SFAS") No. 144, "Accounting for the Impairment or Disposal of Long–Lived Assets," the account balances and activities of Jackson Hewitt and NCP have been segregated and reported as a discontinued operation for all periods presented. See Note 3—Discontinued Operations for more detailed information regarding the disposition of these businesses.

F–9

Table of Contents

*Employee Stock Purchase Plan*

The Company is also authorized to sell up to 8.5 million shares of its CD common stock to eligible employees under its current non–compensatory employee stock purchase plan ("ESPP"). Under the terms of the ESPP, employees may authorize the Company to withhold up to 10% of their compensation from each paycheck for the purchase of CD common stock. For amounts withheld during 2004 and 2003, the purchase price of the stock was calculated as 95% of the fair market value of CD common stock as of the first day of each month. For amounts withheld during 2002, the purchase price of the stock was calculated as 85% of the lower of the fair market value of CD common stock on the first or the last trade date of each calendar quarter. During 2004, the Company issued approximately 0.5 million shares under the ESPP, bringing the cumulative issuances to approximately 4.1 million shares. As of December 31, 2004, approximately 4.4 million shares were available for issuance under the ESPP.

21. **Two Flags Joint Venture LLC**

In 2002, the Company formed Two Flags Joint Venture LLC ("Two Flags") through the contribution of its domestic Days Inn trademark and related license agreements. The Company did not contribute any other assets to Two Flags. The Company then sold 49.9999% of Two Flags to Marriott in exchange for the contribution to Two Flags of the domestic Ramada trademark and related license agreements. The Company retained a 50.0001% controlling equity interest in Two Flags. Both Marriott and the Company had the right, but were not obligated, to cause the sale of Marriott's interest at any time after March 1, 2004 for approximately $200 million, which represented the projected fair market value of Marriott's interest at such time. On April 1, 2004, the Company exercised its right to purchase Marriott's interest in Two Flags for approximately $200 million. In connection with such transaction, the Company assumed a note payable of approximately $200 million, which was paid in September 2004. As a result, the Company now owns 100% of Two Flags and has exclusive rights to the domestic Ramada and Days Inn trademarks and the related license agreements.

Prior to April 1, 2004, the Company consolidated Two Flags and, as a result, Marriott's equity interest in Two Flags, which approximated $100 million as of December 31, 2003, was recorded as minority interest (within accounts payable and other current liabilities) on the Company's Consolidated Balance Sheet. Pursuant to the terms of the venture, the Company and Marriott shared income from Two Flags on a substantially equal basis. For the period January 1, 2004 through April 1, 2004 (the date on which the Company purchased Marriott's interest) and for the years ended December 31, 2003 and 2002, the Company recorded pre–tax minority interest expense of $6 million, $25 million and $20 million, respectively, in connection with Two Flags.

22. **TRL Group, Inc.**

On January 30, 2004, Trilegiant Corporation changed its legal name to TRL Group, Inc.

From July 2, 2001 to January 30, 2004, TRL Group operated membership–based clubs and programs and other incentive–based loyalty programs through an outsourcing arrangement with Cendant whereby Cendant licensed TRL Group the right to market products to new members utilizing certain assets of Cendant's individual membership business. Accordingly, Cendant collected membership fees from, and was obligated to provide services to, members of its individual membership business that existed as of July 2, 2001, including their renewals, and TRL Group provided fulfillment services for these members in exchange for a servicing fee paid by Cendant. Furthermore, TRL Group collected the membership fees from, and was obligated to provide membership benefits to, any members who joined the membership–based clubs and programs and all other incentive programs subsequent to July 2, 2001 and recognized the related revenue and expenses. Accordingly, similar to Cendant's franchise businesses, Cendant received a royalty from TRL Group on all revenue generated by TRL Group's new members (those who joined TRL's clubs as a result of TRL Group's marketing efforts occurring between July 2001 and January 2004). The assets licensed to TRL Group included various tradenames, trademarks, logos, service marks and other intellectual property relating to its membership business.

F–59

Table of Contents

During 2003, Cendant performed a strategic review of the TRL Group membership business, Cendant's existing membership business and Cendant's loyalty/insurance marketing business, which provides enhancement packages for financial institutions and marketing for accidental death and dismemberment insurance and certain other insurance products. Upon completion of such review, Cendant concluded that it could achieve certain revenue and expense synergies by combining its loyalty/insurance marketing business with the new–member marketing performed by TRL Group. Additionally, as a result of the adoption of FIN 46, the Company had been consolidating the results of TRL Group since July 1, 2003 even though it did not have managerial control of the entity. Therefore, in an effort to achieve the revenue and expense synergies identified in Cendant's strategic review and to obtain managerial control over an entity whose results were being consolidated, Cendant and TRL Group agreed to amend their contractual relationship by terminating the contractual rights, intellectual property license and third party administrator arrangements that Cendant had previously entered into with TRL Group in 2001.

In connection with this new relationship, Cendant (i) terminated leases of Cendant assets by TRL Group, (ii) terminated the original third party administration agreement, (iii) entered into a new third party administration agreement whereby Cendant performs fulfillment services for TRL Group, (iv) leased certain TRL Group fixed assets from TRL Group, (v) offered employment to substantially all of TRL Group's employees and (vi) entered into other incidental agreements. These contracts were negotiated on an arm's–length basis and have terms that Cendant's management believes are reasonable from an economic standpoint and consistent with what management would expect from similar arrangements with non–affiliated parties. None of these agreements had an impact on the Company's Consolidated Financial Statements as the Company continues to consolidate TRL Group subsequent to this transaction. In connection with the transaction, the parties agreed to liquidate and dissolve TRL Group in an orderly fashion when and if the number of TRL Group members decreases below 1.3 million, provided that such dissolution may not occur prior to January 2007. Cendant paid $13 million in cash on January 30, 2004 for the contract termination, regained exclusive access to the various tradenames, trademarks, logos, service marks and other intellectual property that it had previously licensed to TRL Group for its use in marketing to new members and now has managerial control of TRL Group through its majority representation on the TRL Group board of directors. TRL Group continues to service and collect membership fees from its members to whom it marketed through January 29, 2004, including their renewals. Cendant provides fulfillment services (including collecting cash, paying commissions, processing refunds, providing membership services and benefits and maintaining specified service level standards) for TRL Group's members in exchange for a servicing fee. TRL Group no longer has the ability to market to new members; rather, Cendant now markets to new members under the Trilegiant tradename. Immediately following consummation of this transaction, Cendant owned approximately 43% of TRL Group on a fully diluted basis and as of December 31, 2004, Cendant's equity ownership interest in TRL Group approximated 45% on a fully diluted basis.

On January 30, 2004, TRL Group had net deferred tax assets of approximately $121 million, which were mainly comprised of net operating loss carryforwards expiring in years 2021, 2022 and 2023. These deferred tax assets were fully reserved for by TRL Group through a valuation allowance, as TRL Group had not been able to demonstrate future profitability due to the large marketing expenditures it incurred (new member marketing has historically been TRL Group's single largest expenditure). However, given the fact that TRL Group would no longer incur marketing expenses (as they no longer have the ability to market to new members as a result of this transaction), TRL Group determined that it was more likely than not that it would generate sufficient taxable income (as it would continue to recognize revenue from TRL Group's existing membership base in the form of renewals and the lapsing of the refund privilege period) to utilize its net operating loss carryforwards within the statutory periods. Accordingly, TRL Group reversed the entire valuation allowance of $121 million in January 2004, which resulted in a reduction to the Company's consolidated tax provision during 2004 of $121 million, with a corresponding increase in consolidated net income. The $13 million cash payment the Company made to TRL Group was also recorded by the Company as a component of its provision for income taxes line item on the Consolidated Statement of Income for 2004 and partially offsets the $121 million reversal of TRL Group's valuation allowance.

F–60

Table of Contents

During 2004, TRL Group contributed revenues of $468 million and expenses of $279 million (on a stand–alone basis before eliminations of intercompany entries in consolidation). Reflected within such amounts is $34 million of revenue recorded during third quarter 2004 relating to the early termination of a contractual relationship with a third party marketing partner, originally expected to extend beyond 2005. TRL Group had provided services for this marketing partner in 2002 in exchange for royalties related to the success of the marketing program. TRL Group and the marketing partner disputed certain aspects of the marketing agreement and a settlement was reached in September 2004 that provided for early termination of the agreement.

For the period July 1, 2003 through December 31, 2003 (post consolidation), TRL Group contributed revenues and expenses of $241 million and $256 million, respectively (on a stand–alone basis before eliminations of intercompany entries in consolidation). The consolidation of TRL Group resulted in a non–cash charge of $293 million ($0.27 per diluted share) recorded on July 1, 2003 as a cumulative effect of accounting change. The results for 2003 further reflect revenues and expenses recorded by the Company for the period January 1, 2003 through June 30, 2003 (prior to the consolidation of TRL Group) in connection with the outsourcing arrangement. The Company recorded revenues of $33 million (representing royalties, licensing and leasing fees and travel agency fees) and net expenses of $76 million (relating to fulfillment services and the amortization of the marketing advance made in 2001) for such period.

Cendant's maximum exposure to loss as of December 31, 2004 as a result of its involvement with TRL Group was substantially limited to the advances and loans made to TRL Group, as well as any receivables due from TRL Group (collectively aggregating $33 million as of December 31, 2004), as such amounts may not be recoverable if TRL Group were to cease operations. The creditors of TRL Group have no recourse to Cendant's credit and the assets of TRL Group are not available to pay Cendant's obligations. Cendant is not obligated or contingently liable for any debt incurred by TRL Group.

### 23. Employee Benefit Plans

#### Defined Contribution Savings Plans

The Company sponsors several defined contribution savings plans that provide certain eligible employees of the Company an opportunity to accumulate funds for retirement. The Company matches the contributions of participating employees on the basis specified by the plans. The Company's cost for contributions to these plans was $80 million, $71 million and $62 million during 2004, 2003 and 2002, respectively.

#### Defined Benefit Pension Plans

The Company sponsors domestic non–contributory defined benefit pension plans, which cover certain eligible employees. The majority of the employees participating in these plans are no longer accruing benefits. Additionally, the Company sponsors contributory defined benefit pension plans in certain foreign subsidiaries with participation in the plans at the employees' option. Under both the domestic and foreign plans, benefits are based on an employee's years of credited service and a percentage of final average compensation or as otherwise described by the plan. As of December 31, 2004 and 2003, the aggregate projected benefit obligation of these plans was $549 million and $499 million, respectively, and the aggregate fair value of the plans' assets was $383 million and $337 million, respectively. Accordingly, the plans were underfunded by $166 million and $162 million as of December 31, 2004 and 2003, respectively, primarily due to the downturn in the financial markets and a decline in interest rates. However, the net pension liability recorded by the Company (primarily as a component of other non–current liabilities) as of December 31, 2004 and 2003 approximated $160 million and $159 million, respectively, of which approximately $112 million and $94 million, as of December 31, 2004 and 2003, respectively, represents additional minimum pension liability recorded as a charge to other comprehensive income. The Company's policy is to contribute amounts sufficient to meet minimum funding requirements as set forth in employee benefit and tax laws plus such additional amounts the Company determines to be appropriate. During 2004, 2003 and 2002, the Company recorded pension expense of $9 million, $16 million and $9 million, respectively.

#### Other Employee Benefit Plans

The Company also maintains health and welfare plans for certain domestic subsidiaries. As of December 31, 2004 and 2003, the related projected benefit obligation, which was fully accrued for on the Company's



# FORM 10–Q

## CENDANT CORP – CD

**Filed: November 02, 2004 (period: September 30, 2004)**

Quarterly report which provides a continuing view of a company's financial position

Table of Contents

PART I – FINANCIAL INFORMATION

Item 1.   Financial Statements

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholders
of Cendant Corporation
New York, New York

We have reviewed the accompanying consolidated condensed balance sheet of Cendant Corporation and subsidiaries (the "Company") as of September 30, 2004, and the related consolidated condensed statements of income for the three–month and nine–month periods ended September 30, 2004 and 2003 and the related consolidated condensed statements of cash flows for the nine–month periods ended September 30, 2004 and 2003. These interim financial statements are the responsibility of the Company's management.

We conducted our reviews in accordance with the standards of the Public Company Accounting Oversight Board (United States). A review of interim financial information consists principally of applying analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States), the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to such consolidated condensed interim financial statements for them to be in conformity with accounting principles generally accepted in the United States of America.

We have previously audited, in accordance with standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheet of the Company as of December 31, 2003, and the related consolidated statements of income, stockholders' equity, and cash flows for the year then ended; and in our report dated February 25, 2004 (April 29, 2004 as to the effects of the revised segment reporting structure described in Notes 1 and 27, and July 30, 2004 as to the effects of the discontinued operations described in Note 1), we expressed an unqualified opinion (which included an explanatory paragraph with respect to the adoption of the fair value method of accounting for stock–based compensation and the adoption of the consolidation provisions for variable interest entities in 2003, the non–amortization provisions for goodwill and other indefinite–lived intangible assets in 2002, and the modification of the accounting treatment relating to securitization transactions and the accounting for derivative instruments and hedging activities in 2001, as discussed in Note 2 to the consolidated financial statements; and an explanatory paragraph with respect to the accounting for Jackson Hewitt as a discontinued operation, as discussed in Note 1 to the consolidated financial statements) on those consolidated financial statements. In our opinion, the information set forth in the accompanying consolidated condensed balance sheet as of December 31, 2003 is fairly stated, in all material respects, in relation to the consolidated balance sheet from which it has been derived.

/s/ Deloitte & Touche LLP
New York, New York
October 29, 2004

3

Table of Contents

**Cendant Corporation and Subsidiaries**
**CONSOLIDATED CONDENSED STATEMENTS OF INCOME**
**(In millions, except per share data)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2004** | **2003** | **2004** | **2003** |
| **Revenues** | | | | |
| Service fees and membership, net | $ 3,727 | $ 3,503 | $ 10,363 | $ 9,305 |
| Vehicle–related | 1,630 | 1,574 | 4,449 | 4,317 |
| Other | 6 | 8 | 69 | 49 |
| Net revenues | 5,363 | 5,085 | 14,881 | 13,671 |
| **Expenses** | | | | |
| Operating | 2,777 | 2,621 | 7,717 | 7,063 |
| Vehicle depreciation, lease charges and interest, net | 667 | 651 | 1,882 | 1,865 |
| Marketing and reservation | 517 | 489 | 1,514 | 1,292 |
| General and administrative | 347 | 354 | 1,122 | 1,024 |
| Non–program related depreciation and amortization | 136 | 126 | 395 | 378 |
| Non–program related interest, net: | | | | |
| Interest expense, net | 33 | 74 | 184 | 235 |
| Early extinguishment of debt | – | 4 | 18 | 58 |
| Acquisition and integration related costs (credits): | | | | |
| Amortization of pendings and listings | 5 | 5 | 13 | 12 |
| Other | (9) | 15 | (3) | 30 |
| Total expenses | 4,473 | 4,339 | 12,842 | 11,957 |
| **Income before income taxes and minority interest** | 890 | 746 | 2,039 | 1,714 |
| Provision for income taxes | 296 | 252 | 570 | 566 |
| Minority interest, net of tax | 1 | 4 | 6 | 17 |
| **Income from continuing operations** | 593 | 490 | 1,463 | 1,131 |
| Income (loss) from discontinued operations, net of tax | – | (4) | 64 | 46 |
| Gain on disposal of discontinued operations, net of tax | – | – | 198 | – |
| **Income before cumulative effect of accounting changes** | 593 | 486 | 1,725 | 1,177 |
| Cumulative effect of accounting change, net of tax | – | (293) | – | (293) |
| **Net income** | $ 593 | $ 193 | $ 1,725 | $ 884 |
| **Earnings per share** | | | | |
| **Basic** | | | | |
| Income from continuing operations | $ 0.57 | $ 0.48 | $ 1.43 | $ 1.11 |
| Net income | 0.57 | 0.19 | 1.69 | 0.87 |
| **Diluted** | | | | |
| Income from continuing operations | $ 0.56 | $ 0.47 | $ 1.38 | $ 1.09 |
| Net income | 0.56 | 0.19 | 1.63 | 0.85 |

See Notes to Consolidated Condensed Financial Statements.

4

Table of Contents

## Cendant Corporation and Subsidiaries
### CONSOLIDATED CONDENSED BALANCE SHEETS
(In millions, except share data)

| | September 30, 2004 | December 31, 2003 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1,633 | $ 839 |
| Restricted cash | 364 | 448 |
| Receivables, net | 1,544 | 1,665 |
| Deferred income taxes | 502 | 454 |
| Assets of discontinued operations | – | 556 |
| Other current assets | 812 | 1,060 |
| | | |
| Total current assets | 4,855 | 5,022 |
| | | |
| Property and equipment, net | 1,749 | 1,763 |
| Deferred income taxes | 1,848 | 1,040 |
| Goodwill | 10,981 | 10,716 |
| Other intangibles, net | 2,494 | 2,311 |
| Other non–current assets | 830 | 965 |
| | | |
| Total assets exclusive of assets under programs | 22,757 | 21,817 |
| | | |
| Assets under management and mortgage programs: | | |
| Program cash | 457 | 542 |
| Mortgage loans held for sale | 2,150 | 2,508 |
| Relocation receivables | 761 | 534 |
| Vehicle–related, net | 11,242 | 10,143 |
| Timeshare–related, net | 2,306 | 1,803 |
| Mortgage servicing rights, net | 1,653 | 1,641 |
| Other | 283 | 468 |
| | | |
| | 18,852 | 17,639 |
| | | |
| **Total assets** | $ 41,609 | $ 39,456 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable and other current liabilities | $ 4,429 | $ 4,668 |
| Current portion of long–term debt | 864 | 1,629 |
| Liabilities of discontinued operations | – | 61 |
| Deferred income | 809 | 854 |
| | | |
| Total current liabilities | 6,102 | 7,212 |
| | | |
| Long–term debt | 3,601 | 4,373 |
| Deferred income | 316 | 311 |
| Other non–current liabilities | 830 | 883 |
| | | |
| Total liabilities exclusive of liabilities under programs | 10,849 | 12,779 |
| | | |
| Liabilities under management and mortgage programs: | | |
| Debt | 9,607 | 9,141 |
| Debt due to Cendant Rental Car Funding (AESOP) LLC—related party | 5,963 | 5,644 |
| Deferred income taxes | 2,712 | 1,429 |
| Other | 67 | 277 |
| | | |
| | 18,349 | 16,491 |
| | | |
| Commitments and contingencies (Note 11) | | |
| | | |
| Stockholders' equity: | | |
| Preferred stock, $.01 par value—authorized 10 million shares; none issued and outstanding | – | – |
| CD common stock, $.01 par value—authorized 2 billion shares; issued 1,331,645,414 and 1,260,397,204 shares | 13 | 13 |
| Additional paid–in capital | 11,752 | 10,284 |

Exhibit B
Page B41

| | | |
|---|---:|---:|
| Retained earnings | 5,918 | 4,430 |
| Accumulated other comprehensive income | 201 | 209 |
| CD treasury stock, at cost—278,806,534 and 251,553,531 shares | (5,473) | (4,750) |
| Total stockholders' equity | 12,411 | 10,186 |
| **Total liabilities and stockholders' equity** | $    41,609 | $    39,456 |

See Notes to Consolidated Condensed Financial Statements.

5

Table of Contents

**Cendant Corporation and Subsidiaries**
**CONSOLIDATED CONDENSED STATEMENTS OF CASH FLOWS**
(In millions)

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2004 | 2003 |
| **Operating Activities** | | |
| Net income | $ 1,725 | $ 884 |
| Adjustments to arrive at income from continuing operations | (262) | 247 |
| Income from continuing operations | 1,463 | 1,131 |
| Adjustments to reconcile income from continuing operations to net cash provided by operating activities exclusive of management and mortgage programs: | | |
| Non–program related depreciation and amortization | 395 | 378 |
| Amortization of pendings and listings | 13 | 12 |
| Net change in assets and liabilities, excluding the impact of acquisitions and dispositions: | | |
| Receivables | (13) | 47 |
| Income taxes and deferred income taxes | 480 | 658 |
| Accounts payable and other current liabilities | (119) | (236) |
| Deferred income | (58) | (98) |
| Proceeds from (payments for) termination of fair value hedges | (9) | 200 |
| Other, net | 88 | 215 |
| **Net cash provided by operating activities exclusive of management and mortgage programs** | 2,240 | 2,307 |
| *Management and mortgage programs:* | | |
| Vehicle depreciation | 1,571 | 1,519 |
| Amortization and impairment of mortgage servicing rights | 386 | 735 |
| Net gain on mortgage servicing rights and related derivatives | (70) | (150) |
| Origination of timeshare–related assets | (848) | (554) |
| Principal collection of investment in timeshare–related assets | 462 | 693 |
| Origination of mortgage loans | (28,772) | (53,168) |
| Proceeds on sale of and payments from mortgage loans held for sale | 29,137 | 52,100 |
| Other | (12) | 23 |
| | 1,854 | 1,198 |
| **Net cash provided by operating activities** | 4,094 | 3,505 |
| **Investing Activities** | | |
| Property and equipment additions | (311) | (307) |
| Net assets acquired, net of cash acquired, and acquisition–related payments | (443) | (234) |
| Proceeds received on asset sales | 30 | 120 |
| Proceeds from dispositions of businesses, net of transaction–related payments | 821 | – |
| Other, net | 42 | 90 |
| **Net cash provided by (used in) investing activities exclusive of management and mortgage programs** | 139 | (331) |
| *Management and mortgage programs:* | | |
| Decrease in program cash | 87 | 66 |
| Investment in vehicles | (9,270) | (9,134) |
| Payments received on investment in vehicles | 6,875 | 7,230 |
| Equity advances on homes under management | (3,565) | (4,439) |
| Repayment of advances on homes under management | 3,503 | 4,383 |
| Additions to mortgage servicing rights | (401) | (819) |
| Cash received on derivatives related to mortgage servicing rights, net | 132 | 273 |
| Other, net | 54 | 32 |
| | (2,585) | (2,408) |
| **Net cash used in investing activities** | (2,446) | (2,739) |
| **Financing Activities** | | |
| Proceeds from borrowings | 26 | 2,588 |

| | | |
|---|---:|---:|
| Principal payments on borrowings | (1,353) | (3,215) |
| Issuances of common stock | 1,347 | 247 |
| Repurchases of common stock | (1,153) | (710) |
| Payment of dividends | (237) | – |
| Other, net | (22) | (86) |
| **Net cash used in financing activities exclusive of management and mortgage programs** | (1,392) | (1,176) |
| | | |
| *Management and mortgage programs:* | | |
| Proceeds from borrowings | 12,145 | 22,570 |
| Principal payments on borrowings | (11,679) | (21,041) |
| Net change in short–term borrowings | 50 | (276) |
| Other, net | (21) | (10) |
| | 495 | 1,243 |
| | | |
| **Net cash provided by (used in) financing activities** | (897) | 67 |
| | | |
| Effect of changes in exchange rates on cash and cash equivalents | 5 | (10) |
| Cash provided by discontinued operations | 38 | 56 |
| | | |
| Net increase in cash and cash equivalents | 794 | 879 |
| Cash and cash equivalents, beginning of period | 839 | 125 |
| | | |
| **Cash and cash equivalents, end of period** | $ 1,633 | $ 1,004 |

See Notes to Consolidated Condensed Financial Statements.

6

Table of Contents

**Cendant Corporation and Subsidiaries**
**NOTES TO CONSOLIDATED CONDENSED FINANCIAL STATEMENTS**
**(Unless otherwise noted, all amounts are in millions, except per share amounts)**

1.  **Summary of Significant Accounting Policies**

*Basis of Presentation*
Cendant Corporation is a global provider of a wide range of complementary consumer and business services, focusing primarily on travel and real estate services and operating in the following business segments:

-   **Real Estate Franchise and Operations**—franchises the real estate brokerage businesses of four residential and one commercial brands, provides real estate brokerage services and facilitates employee relocations.

-   **Mortgage Services**—provides home buyers with mortgage lending services and title, appraisal and closing services.

-   **Hospitality Services**—sells and develops vacation ownership interests, provides consumer financing to individuals purchasing these interests, facilitates the exchange of vacation ownership interests, franchises eight lodging brands and markets vacation rental properties in Europe.

-   **Travel Distribution Services**—provides primarily global distribution services for the travel industry and travel agency services.

-   **Vehicle Services**—operates and franchises the Company's vehicle rental brands and provides commercial fleet management and fuel card services.

-   **Marketing Services (formerly, Financial Services)**—provides insurance, membership, loyalty and enhancement products and services to financial institutions and other partners and their customers.

The accompanying unaudited Consolidated Condensed Financial Statements include the accounts and transactions of Cendant Corporation and its subsidiaries ("Cendant"), as well as entities in which Cendant directly or indirectly has a controlling financial interest (collectively, the "Company"). In presenting the Consolidated Condensed Financial Statements, management makes estimates and assumptions that affect the amounts reported and related disclosures. Estimates, by their nature, are based on judgment and available information. Accordingly, actual results could differ from those estimates. In management's opinion, the Consolidated Condensed Financial Statements contain all normal recurring adjustments necessary for a fair presentation of interim results reported. The results of operations reported for interim periods are not necessarily indicative of the results of operations for the entire year or any subsequent interim period. Certain reclassifications have been made to prior period amounts to conform to the current period presentation. These financial statements should be read in conjunction with the Company's 2003 Annual Report on Form 10–K filed on March 1, 2004 and Current Report on Form 8–K filed on August 2, 2004.

The Company's Consolidated Condensed Financial Statements present separately the financial data of the Company's management and mortgage programs. These programs are distinct from the Company's other activities since the assets are generally funded through the issuance of debt that is collateralized by such assets. Specifically, in the Company's vehicle rental, fleet management, relocation, mortgage services, vacation ownership and vacation rental businesses, assets under management and mortgage programs are funded largely through borrowings under asset–backed funding arrangements and unsecured borrowings at the Company's PHH subsidiary. Such borrowings are classified as debt under management and mortgage programs. The income generated by these assets is used, in part, to repay the principal and interest associated with the debt. Cash inflows and outflows relating to the generation or acquisition of such assets and the principal debt repayment or financing of such assets are classified as activities of the Company's management and mortgage programs. The Company believes it is appropriate to segregate the financial data of its management and mortgage programs because, ultimately, the source of repayment of such debt is the realization of such assets.

On June 25, 2004, the Company completed an initial public offering ("IPO") for the sale of 100% of its ownership interest in Jackson Hewitt Tax Service Inc. ("Jackson Hewitt"). Pursuant to Statement of Financial Accounting Standards ("SFAS") No. 144, "Accounting for the Impairment or Disposal of Long–Lived Assets," the account balances and activities of Jackson Hewitt have been segregated and reported as a discontinued operation for all periods presented. See Note 4—Discontinued Operations for a more detailed discussion.

*Recently Issued Accounting Pronouncement*
In September 2004, the Emerging Issues Task Force reached a consensus on Issue No. 04–8, "The Effect of Contingently Convertible Instruments on Diluted Earnings per Share" ("EITF 04–8"), which requires that diluted earnings per share include the dilutive effect of any contingently convertible debt securities regardless of whether the market price trigger had been satisfied during the period. The Company is required to adopt the provisions of EITF 04–8 as of December 31, 2004 and is also required to restate prior period diluted earnings per share for convertible debt

7

securities that were outstanding during such periods and not ultimately settled in cash or modified prior to December 31, 2004. The Company is currently assessing the impact of adopting EITF 04–8.

*Change in Accounting Policy*

On March 9, 2004, the United States Securities and Exchange Commission ("SEC") issued Staff Accounting Bulletin No. 105—Application of Accounting Principles to Loan Commitments ("SAB 105"). SAB 105 summarizes the views of the SEC staff regarding the application of generally accepted accounting principles to loan commitments accounted for as derivative instruments. The SEC staff believes that in recognizing a loan commitment, entities should not consider expected future cash flows related to the associated servicing of the loan until the servicing asset has been contractually separated from the underlying loan by sale or securitization of the loan with the servicing retained. The provisions of SAB 105 are applicable to all loan commitments accounted for as derivatives and entered into subsequent to March 31, 2004. The adoption of SAB 105 did not have a material impact on the Company's consolidated results of operations, financial position or cash flows, as the Company's preexisting accounting treatment for such loan commitments was consistent with the provisions of SAB 105.

2.  **Earnings Per Share**

The following table sets forth the computation of basic and diluted earnings per share ("EPS").

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 |
| Income from continuing operations | $ 593 | $ 490 | $ 1,463 | $ 1,131 |
| Income (loss) from discontinued operations | – | (4) | 64 | 46 |
| Gain on disposal of discontinued operations | – | – | 198 | – |
| Cumulative effect of accounting change | – | (293) | – | (293) |
| Net income | $ 593 | $ 193 | $ 1,725 | $ 884 |
| Basic weighted average shares outstanding | 1,036 | 1,013 | 1,024 | 1,019 |
| Stock options, warrants and non-vested shares | 28 | 26 | 32 | 20 |
| Convertible debt (*) | – | – | 3 | – |
| Diluted weighted average shares outstanding | 1,064 | 1,039 | 1,059 | 1,039 |
| *Earnings per share:* | | | | |
| Basic | | | | |
| Income from continuing operations | $ 0.57 | $ 0.48 | $ 1.43 | $ 1.11 |
| Income from discontinued operations | – | – | 0.06 | 0.04 |
| Gain on disposal of discontinued operations | – | – | 0.20 | – |
| Cumulative effect of accounting change | – | (0.29) | – | (0.28) |
| Net income | $ 0.57 | $ 0.19 | $ 1.69 | $ 0.87 |
| Diluted | | | | |
| Income from continuing operations | $ 0.56 | $ 0.47 | $ 1.38 | $ 1.09 |
| Income from discontinued operations | – | – | 0.06 | 0.04 |
| Gain on disposal of discontinued operations | – | – | 0.19 | – |
| Cumulative effect of accounting change | – | (0.28) | – | (0.28) |
| Net income | $ 0.56 | $ 0.19 | $ 1.63 | $ 0.85 |

---

(*) In the nine months ended September 30, 2004, amount represents the dilutive impact of the Company's zero coupon senior convertible contingent notes for the period during which the contingency provisions were satisfied (January 1 through February 13, 2004). The impact of the conversion on February 13, 2004 into shares of Cendant common stock is reflected within basic weighted average shares outstanding from the conversion date forward (22 million and 19 million shares in the three and nine months ended September 30, 2004, respectively). The Company has additional contingently convertible debt securities, which have been excluded from the computation of weighted average shares outstanding as the related contingency provisions were not met during the respective periods. For the three and nine months ended September 30, 2004 and 2003, the Company's 3 7/8% convertible senior debentures, which may convert into as many as 33.4 million shares of Cendant common stock, are not reflected in basic or diluted weighted average shares outstanding. Additionally, basic and diluted weighted average shares outstanding for the three and nine months ended September 30, 2003 did not reflect the potential issuance of 22 million shares relating to the then-outstanding balance of the Company's zero coupon senior convertible contingent notes (which were converted into shares of Cendant stock in February 2004). See Note 9—Long-term Debt and Borrowing Arrangements for more information regarding these contingently convertible debt securities.

8

Table of Contents

The following table summarizes the Company's outstanding common stock equivalents that were antidilutive and therefore excluded from the computation of diluted EPS.

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2004 | 2003 | 2004 | 2003 |
| Options [a] | 24 | 94 | 24 | 121 |
| Warrants [b] | – | 2 | – | 2 |
| Upper DECS [c] | 19 | 40 | 32 | 40 |

[a]  The overall decrease in antidilutive options for the three and nine months ended September 30, 2004 principally reflects a reduction in the total number of options outstanding from 205 million at September 30, 2003 to 156 million at September 30, 2004. The weighted average exercise price for antidilutive options for the three months ended September 30, 2004 and 2003 was $29.71 and $22.57, respectively. The weighted average exercise price for antidilutive options for the nine months ended September 30, 2004 and 2003 was $29.73 and $21.44, respectively.

[b]  The weighted average exercise price for antidilutive warrants for the three and nine months ended September 30, 2003 was $21.31.

[c]  Represents the shares that were issuable under the forward purchase contract component of the Company's Upper DECS securities prior to the settlement of such securities on August 17, 2004, at which time the Company issued 38 million shares of Cendant common stock. The impact of this share issuance is included in basic EPS from the settlement date forward (19 million and 6 million in the three and nine months ended September 30, 2004, respectively). However, the remaining shares that were issued on August 17, 2004 (19 million and 32 million in the three and nine months ended September 30, 2004, respectively) are not included in the diluted EPS calculation, as the Upper DECS were antidilutive during such periods (since the appreciation price of $28.42 was greater than the average price of Cendant common stock). These securities were also antidilutive and excluded from the calculations of diluted EPS for 2003, at which time the Company expected to issue approximately 40 million shares of Cendant common stock based upon the then–current price of such stock.

3.  **Acquisitions**

*Pending Acquisition*

*Orbitz, Inc.* On September 29, 2004, the Company announced that it had entered into a definitive agreement to acquire all the shares of Orbitz, Inc. ("Orbitz"), an online travel company, for $27.50 per share in cash, or approximately $1.0 billion (net of cash acquired), in the aggregate plus transaction costs and expenses. The acquisition is subject to certain conditions, including the successful completion of a tender offer and regulatory approval. The Company currently expects to complete the acquisition during the fourth quarter of 2004.

*Consummated 2004 Acquisitions*

*Trilegiant Loyalty Solutions.* On January 30, 2004, the Company acquired Trilegiant Loyalty Solutions, Inc. ("TLS"), a wholly–owned subsidiary of TRL Group (formerly Trilegiant Corporation), for approximately $20 million in cash. TLS offers wholesale loyalty enhancement services primarily to credit card issuers. The Company has been consolidating the results of TLS (as a component of TRL Group) since July 1, 2003 pursuant to the application of Financial Accounting Standards Board ("FASB") Interpretation No. 46, "Consolidation of Variable Interest Entities" ("FIN 46"). This acquisition resulted in goodwill of $7 million, none of which is expected to be deductible for tax purposes. Such goodwill was assigned to the Company's Marketing Services segment, with the balance assigned to identifiable intangible assets having finite lives.

*Sotheby's International Realty.* On February 17, 2004, the Company acquired the domestic residential real estate brokerage operations of Sotheby's International Realty and obtained the rights to create a Sotheby's International Realty franchise system pursuant to an agreement to license the Sotheby's International Realty brand in exchange for a license fee to Sotheby's Holdings, Inc., the former parent of Sotheby's International Realty. Such license agreement has a 50–year initial term and a 50–year renewal option. The total cash purchase price for these transactions was approximately $100 million. These transactions resulted in goodwill (based on the preliminary allocation of the purchase price) of $48 million, all of which is expected to be deductible for tax purposes. Such goodwill was assigned to the Company's Real Estate Franchise and Operations segment.

*First Fleet Corporation.* On February 27, 2004, the Company acquired First Fleet Corporation ("First Fleet"), a national provider of fleet management services to companies that maintain private truck fleets, for approximately $30 million in cash. This acquisition resulted in goodwill (based on the preliminary allocation of the purchase price) of $18 million, none of which is expected to be deductible for tax purposes. Such goodwill was assigned to the Company's Vehicle Services segment.

*Landal GreenParks.* On May 5, 2004, the Company acquired Landal GreenParks ("Landal"), a Dutch vacation rental company that specializes in the rental of privately owned vacation homes located in European holiday parks, for approximately $78 million in cash, net of cash acquired of $22 million. As part of this acquisition, the Company also assumed approximately $78 million of debt. This acquisition did not result in any goodwill (based on the preliminary allocation of the purchase price as of September 30, 2004).

9

Table of Contents

*Other.* During 2004, the Company also acquired 15 other real estate brokerage operations through its wholly–owned subsidiary, NRT Incorporated ("NRT"), for approximately $68 million in cash, which resulted in goodwill (based on the preliminary allocation of the purchase price) of $60 million that was assigned to the Company's Real Estate Franchise and Operations segment. The acquisition of real estate brokerages by NRT is a core part of its growth strategy. In addition, the Company acquired 22 other individually non–significant businesses during 2004 for aggregate consideration of approximately $107 million in cash, which resulted in goodwill (based on the preliminary allocation of the purchase price) of $90 million that was assigned to the Company's Travel Distribution Services ($52 million), Vehicle Services ($33 million) and Mortgage Services ($5 million) segments. These acquisitions were not significant to the Company's results of operations, financial position or cash flows.

*Utilization of Purchase Acquisition Liabilities for Exiting Activities*
In connection with the Company's November 2002 acquisition of substantially all of the domestic assets of the vehicle rental business of Budget Group, Inc. ("Budget"), as well as selected international operations, the Company established the following purchase accounting liabilities for costs associated with exiting activities that are currently in progress. These exiting activities were formally committed to by the Company's management in connection with strategic initiatives primarily aimed at creating synergies between the cost structures of the Company and the acquired entity. The recognition of such costs and the corresponding utilization are summarized by category as follows:

|  | Personnel Related | Contract Termination | Facility Related | Total |
|---|---|---|---|---|
| Cost and balance at December 31, 2002 | $    35 | $    6 | $    7 | $    48 |
| Cash payments | (28) | – | (4) | (32) |
| Additions | 6 | – | 14 | 20 |
| Balance at December 31, 2003 | 13 | 6 | 17 | 36 |
| Cash payments | (8) | (6) | (6) | (20) |
| Other reductions | (1) | – | (1) | (2) |
| Balance at September 30, 2004 | $    4 | $    – | $    10 | $    14 |

The principal cost reduction opportunity resulting from these exit activities is the relocation of the corporate headquarters of Budget. In connection with this initiative, the Company has relocated selected Budget employees, terminated other Budget employees and abandoned certain facilities primarily related to reservation processing and administrative functions. As a result, the Company incurred severance and other personnel costs related to the termination or relocation of employees, as well as facility–related costs primarily representing future lease payments for abandoned facilities. The adjustments recorded during 2003 represent the finalization of estimates made at the time of acquisition. The Company formally communicated the termination of employment to approximately 1,800 employees, representing a wide range of employee groups, and as of September 30, 2004, the Company had terminated substantially all of these employees. The Company anticipates that the majority of the remaining facility–related costs will be paid through 2007.

*Acquisition and Integration Related Costs*
During third quarter 2004, the Company recorded a net credit of $4 million in connection with acquisition and integration related costs, which comprised a $12 million reversal of a previously established accrual, partially offset by $5 million of non–cash amortization expense relating to the contractual pendings and listings intangible asset and $3 million of costs primarily associated with the integration of Budget's information technology systems with the Company's platform and the integration of real estate brokerages acquired by NRT. The $12 million reversal represents the termination of a lease on more favorable terms than originally anticipated. The nine month results for 2004 further reflect an additional $8 million of non–cash amortization of the contractual pendings and listings intangible asset and an additional $6 million of costs primarily related to the integration of Budget's information technology systems with the Company's platform and the integration of real estate brokerages acquired by NRT.

During the three and nine months ended September 30, 2003, the Company incurred $20 million and $42 million, respectively, of acquisition and integration related costs, of which $5 million and $12 million, respectively, represented the non–cash amortization of the contractual pendings and listings intangible asset. The remaining costs ($15 million and $30 million during the three and nine months ended September 30, 2003, respectively) primarily related to the integration of Budget's information technology systems with the Company's platform and revisions to the Company's original estimate of costs to exit a facility in connection with its decision to outsource its data operations in 2001.

**4.    Discontinued Operations**

As previously discussed in Note 1, on June 25, 2004, the Company completed the IPO of its tax preparation business, Jackson Hewitt, a then wholly–owned subsidiary of the Company within its former Financial Services segment (which

10

Table of Contents

was renamed as the Marketing Services segment upon the completion of the IPO). In connection with the IPO, the Company received $772 million in cash, net of transaction−related costs, and recorded an after−tax gain of $198 million.

Summarized statement of income data for Jackson Hewitt consisted of:

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2004 | | 2003 | | 2004 | | 2003 | |
| Net revenues | $ | – | $ | 12 | $ | 194 | $ | 171 |
| | | | | | | | | |
| *Income (loss) from discontinued operations:* | | | | | | | | |
| Income (loss) before income taxes | $ | – | $ | (7) | $ | 106 | $ | 76 |
| Provision (benefit) for income taxes | | – | | (3) | | 42 | | 30 |
| | | | | | | | | |
| Income (loss) from discontinued operations, net of tax | $ | – | $ | (4) | $ | 64 | $ | 46 |
| | | | | | | | | |
| *Gain on disposal of discontinued operations:* | | | | | | | | |
| Gain on disposal of discontinued operations | | | | | $ | 251 | | |
| Provision for income taxes | | | | | | 53 | | |
| | | | | | | | | |
| Gain on disposal of discontinued operations, net of tax | | | | | $ | 198 | | |

Summarized balance sheet data for Jackson Hewitt consisted of:

| | December 31, 2003 | |
| --- | --- | --- |
| *Assets of discontinued operations:* | | |
| Current assets | $ | 12 |
| Property and equipment, net | | 40 |
| Goodwill | | 403 |
| Other assets | | 101 |
| | | |
| Total assets of discontinued operations | $ | 556 |
| | | |
| *Liabilities of discontinued operations:* | | |
| Current liabilities | $ | 21 |
| Other liabilities | | 40 |
| | | |
| Total liabilities of discontinued operations | $ | 61 |

5.  Intangible Assets

Intangible assets consisted of:

| | As of September 30, 2004 | | | | | | As of December 31, 2003 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Gross Carrying Amount | | Accumulated Amortization | | Net Carrying Amount | | Gross Carrying Amount | | Accumulated Amortization | | Net Carrying Amount | |
| *Amortized Intangible Assets* | | | | | | | | | | | | |
| Franchise agreements | $ | 1,141 | $ | 357 | $ | 784 | $ | 1,141 | $ | 330 | $ | 811 |
| Customer lists | | 557 | | 161 | | 396 | | 543 | | 149 | | 394 |
| Pendings and listings | | 8 | | 7 | | 1 | | 22 | | 17 | | 5 |
| Other | | 217 | | 53 | | 164 | | 139 | | 41 | | 98 |
| | $ | 1,923 | $ | 578 | $ | 1,345 | $ | 1,845 | $ | 537 | $ | 1,308 |
| | | | | | | | | | | | | |
| *Unamortized Intangible Assets* | | | | | | | | | | | | |
| Goodwill | $ | 10,981 | | | | | $ | 10,716 | | | | |

| | | | |
|---|---|---|---|
| Trademarks (*) | $    1,149 | $    1,003 |

---

(*)  The change in the balance at September 30, 2004 principally reflects the Company's purchase of Marriott International Inc.'s interest in Two Flags Joint Venture LLC in April 2004, which provided the Company with the exclusive rights to the domestic Ramada and Days Inn trademarks.

11

Table of Contents

The changes in the carrying amount of goodwill were as follows:

| | Balance at January 1, 2004 | Goodwill Acquired during 2004 | Adjustments to Goodwill Acquired during 2003 | Foreign Exchange and Other | Balance at September 30, 2004 |
|---|---|---|---|---|---|
| Real Estate Franchise and Operations | $ 2,696 | $ 108 (a) | $ 13 (b) | $ 2 | $ 2,819 |
| Mortgage Services | 80 | 5 (b) | – | – | 85 |
| Hospitality Services | 2,514 | – | – | 22 | 2,536 |
| Travel Distribution Services | 2,555 | 52 (c) | 8 (f) | (3) | 2,612 |
| Vehicle Services | 2,653 | 51 (d) | – | – | 2,704 |
| Marketing Services | 218 | 7 (e) | – | – | 225 |
| Total Company | $ 10,716 | $ 223 | $ 21 | $ 21 | $ 10,981 |

(a) Relates to the acquisitions of Sotheby's International Realty and real estate brokerages by NRT (January 2004 and forward).

(b) Relates to the acquisitions of real estate brokerages by NRT (April 2003 and forward).

(c) Primarily relates to the acquisition of Flairview Travel (April 2004).

(d) Primarily relates to the acquisitions of First Fleet and Budget licensees (February 2004 and forward).

(e) Relates to the acquisition of TLS.

(f) Primarily relates to the acquisition of Travel 2/Travel 4 (November 2003).

Amortization expense relating to all intangible assets, excluding mortgage servicing rights (See Note 6—Mortgage Activities), was as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 |
| Franchise agreements | $ 9 | $ 9 | $ 27 | $ 27 |
| Customer lists | 9 | 9 | 27 | 26 |
| Pendings and listings | 5 | 5 | 13 | 12 |
| Other | 7 | 2 | 15 | 8 |
| Total | $ 30 | $ 25 | $ 82 | $ 73 |

Based on the Company's amortizable intangible assets (excluding mortgage servicing rights) as of September 30, 2004, the Company expects related amortization expense for the remainder of 2004 and the five succeeding fiscal years to approximate $20 million, $80 million, $80 million, $70 million, $60 million and $50 million, respectively.

6.  **Mortgage Activities**

The activity in the Company's residential mortgage loan servicing portfolio consisted of:

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2004 | 2003 |
| Balance, January 1, | $ 136,427 | $ 114,079 |
| Additions | 27,327 | 53,858 |
| Payoffs/curtailments | (24,656) | (46,365) |
| Purchases, net | 5,616 | 11,354 |
| Balance, September 30, (*) | $ 144,714 | $ 132,926 |

(*) Does not include approximately $2.6 billion and $2.1 billion of home equity loans serviced by the Company as of September 30, 2004 and 2003, respectively. The weighted average note rate on all the underlying mortgages within the Company's servicing portfolio was 5.3% and 5.4% as of September 30, 2004 and 2003, respectively.

Approximately $6.6 billion (approximately 5%) of loans within the Company's servicing portfolio as of September 30, 2004 were sold with recourse. The majority of the loans sold with recourse (approximately $6.0 billion of the $6.6 billion) represents sales under a program where the Company retains the credit risk for a limited period of time and only for a specific default event. The retained credit risk represents the unpaid principal balance of the mortgage loans. For these loans, the Company records an allowance for estimated losses, which is determined based upon the Company's

12

Table of Contents

history of actual loss experience under the program. Such allowance and the related activity is not significant to the Company's results of operations or financial position.

The activity in the Company's capitalized mortgage servicing rights ("MSR") asset consisted of:

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2004 | 2003 |
| Balance, January 1, | $    2,015 | $    1,883 |
| Additions, net | 401 | 819 |
| Changes in fair value | – | 66 |
| Amortization | (230) | (578) |
| Sales | (4) | (11) |
| Permanent impairment | (11) | (315) |
| Balance, September 30, | 2,171 | 1,864 |
| *Valuation Allowance* | | |
| Balance, January 1, | (374) | (503) |
| Provision for impairment | (156) | (157) |
| Reductions | 1 | 4 |
| Permanent impairment | 11 | 315 |
| Balance, September 30, | (518) | (341) |
| **Mortgage Servicing Rights, net** | $    1,653 | $    1,523 |

The MSR asset is subject to substantial interest rate risk as the mortgage notes underlying the asset permit the borrowers to prepay the loans. Therefore, the value of the MSR asset tends to diminish in periods of declining interest rates (as prepayments increase) and increase in periods of rising interest rates (as prepayments decrease). The Company primarily uses a combination of derivative instruments to offset expected changes in fair value of its MSR asset that could affect reported earnings. Beginning in 2004, the Company designated the full change in fair value of its MSR asset as the hedged risk and, as a result, discontinued hedge accounting treatment until such time that the documentation required to support the assessment of hedge effectiveness on a full fair value basis could be completed. During the nine months ended September 30, 2004 all of the derivatives associated with the MSR asset were designated as freestanding derivatives.

The net activity in the Company's derivatives related to mortgage servicing rights consisted of:

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2004 | 2003 |
| Net balance, January 1, (*) | $    85 | $    385 |
| Additions, net | 422 | 288 |
| Changes in fair value | 70 | 84 |
| Sales/proceeds received | (554) | (561) |
| Net balance, September 30, (*) | $    23 | $    196 |

(*)  At January 1, 2004, the net balance represents the gross asset of $316 million net of the gross liability of $231 million. At September 30, 2004, the net balance represents the gross asset of $71 million net of the gross liability of $48 million. The gross asset and liability amounts are recorded within other assets under management and mortgage programs and other liabilities under management and mortgage programs, respectively, on the Company's Consolidated Condensed Balance Sheets.

13

Table of Contents

The net impact to the Company's Consolidated Condensed Statements of Income resulting from changes in the fair value of the Company's MSR asset and the related derivatives was as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2004 | 2003 | 2004 | 2003 |
| Adjustment of MSR asset under hedge accounting | $        – | $        193 | $        – | $        66 |
| Net gain (loss) on derivatives related to MSR asset | 240 | (175) | 70 | 84 |
| Net gain | 240 | 18 | 70 | 150 |
| Provision for MSR asset valuation allowance | (249) | – | (156) | (157) |
| Net impact | $        (9) | $        18 | $        (86) | $        (7) |

Based upon the composition of the portfolio as of September 30, 2004 (and other assumptions regarding interest rates and prepayment speeds), the Company expects MSR amortization expense for the remainder of 2004 and the five succeeding fiscal years to approximate $90 million, $320 million, $270 million, $230 million, $190 million and $160 million, respectively. As of September 30, 2004, the MSR portfolio had a weighted average life of approximately 5.1 years.

7.    **Vehicle Rental and Leasing Activities**

The components of the Company's vehicle–related assets under management and mortgage programs are as follows:

| | As of September 30, 2004 | | As of December 31, 2003 | |
| --- | --- | --- | --- | --- |
| | Rental | Leasing | Rental | Leasing |
| Rental vehicles | $      6,831 | $        – | $      6,177 | $        – |
| Vehicles under open–end operating leases | – | 6,147 | – | 5,429 |
| Vehicles under closed–end operating leases | – | 178 | – | 156 |
| **Vehicles held for rental/leasing** | 6,831 | 6,325 | 6,177 | 5,585 |
| Vehicles held for sale | 81 | 2 | 58 | 13 |
| | 6,912 | 6,327 | 6,235 | 5,598 |
| Less: Accumulated depreciation | (650) | (2,778) | (525) | (2,323) |
| **Total investment in vehicles, net** | 6,262 | 3,549 | 5,710 | 3,275 |
| Plus: Investment in Cendant Rental Car Funding (AESOP) LLC | 339 | – | 361 | – |
| Plus: Receivables under direct financing leases | – | 135 | – | 129 |
| Plus: Fuel card related receivables | – | 414 | – | 282 |
| Plus: Receivables from manufacturers | 543 | – | 386 | – |
| **Total vehicle–related, net** | $      7,144 | $      4,098 | $      6,457 | $      3,686 |

The components of vehicle depreciation, lease charges and interest, net are summarized below:

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2004 | | 2003 | | 2004 | | 2003 | |
| | Rental | Leasing | Rental | Leasing | Rental | Leasing | Rental | Leasing |
| Depreciation expense | $253 | $  297 | $258 | $  272 | $702 | $  869 | $702 | $  817 |
| Interest expense, net | 65 | 29 | 73 | 22 | 194 | 79 | 197 | 65 |
| Lease charges | 15 | – | 9 | – | 42 | – | 41 | – |
| (Gain) loss on sales of vehicles, net | 9 | (1) | 17 | – | (2) | (2) | 43 | – |
| Total | $342 | $  325 | $357 | $  294 | $936 | $  946 | $983 | $  882 |

14

**8.   Accounts Payable and Other Current Liabilities**

Accounts payable and other current liabilities consisted of:

| | As of September 30, 2004 | As of December 31, 2003 |
|---|---|---|
| Accounts payable | $ 1,203 | $ 1,142 |
| Accrued payroll and related | 643 | 672 |
| Acquisition and integration–related | 280 | 332 |
| Income taxes payable | 564 | 588 |
| Other | 1,739 | 1,934 |
| | $ 4,429 | $ 4,668 |

**9.   Long–term Debt and Borrowing Arrangements**

Long–term debt consisted of:

| | Maturity Date | As of September 30, 2004 | As of December 31, 2003 |
|---|---|---|---|
| **Term notes:** | | | |
| 11% senior subordinated notes [a] | n/a | $ – | $ 333 |
| 6 7/8% notes | August 2006 | 849 | 849 |
| 4.89% notes [b] | August 2006 | 100 | – |
| 6 1/4% notes | January 2008 | 797 | 797 |
| 6 1/4% notes | March 2010 | 349 | 348 |
| 7 3/8% notes | January 2013 | 1,191 | 1,190 |
| 7 1/8% notes | March 2015 | 250 | 250 |
| **Contingently convertible debt securities:** | | | |
| Zero coupon senior convertible contingent notes [c] | n/a | – | 430 |
| Zero coupon convertible debentures | n/a | – | 7 |
| 3 7/8% convertible senior debentures [d] | November 2004 (*) | 804 | 804 |
| **Other:** | | | |
| Net hedging gains [e] | | 28 | 31 |
| Other | | 97 | 100 |
| Total long–term debt, excluding Upper DECS | | 4,465 | 5,139 |
| Less: Current portion [f] | | 864 | 1,629 |
| **Long–term debt, excluding Upper DECS** | | 3,601 | 3,510 |
| Upper DECS [b] | | – | 863 |
| **Long–term debt, including Upper DECS** | | $ 3,601 | $ 4,373 |

(*)   Indicates earliest mandatory redemption date.

[a]   The Company redeemed these notes on May 3, 2004 for $345 million in cash, including accrued interest.

[b]   On May 10, 2004, the Company's outstanding 6.75% senior notes that formed a part of the Upper DECS were successfully remarketed. Accordingly, the interest rate was reset to 4.89%. The Company did not receive any proceeds from the remarketing. Rather, the proceeds generated from the remarketing were utilized to purchase a portfolio of U.S. Treasury securities, which was pledged to the Company as collateral for the forward purchase contracts that also formed a part of the Upper DECS and that required holders of the Upper DECS to purchase shares of Cendant common stock on August 17, 2004. In connection with such remarketing, the Company purchased and retired $763 million of the senior notes for $778 million in cash and recorded a loss of $18 million on the early extinguishment.

[c]   During first quarter 2004, the Company announced its intention to redeem these notes. As a result, holders had the right to convert their notes into shares of Cendant common stock. Virtually all holders elected to convert their notes. Accordingly, the Company issued approximately 22 million shares in exchange for approximately $430 million in notes (carrying value) during February 2004 (see Note 12—Stockholders' Equity).

[d]   The Company intends to redeem these securities in fourth quarter 2004 (see Note 16—Subsequent Events).

15

Table of Contents

(e)   As of September 30, 2004, the balance represents $162 million of realized gains resulting from the termination of interest rate hedges, which will be amortized by the Company as a reduction to future interest expense. Such gains were partially offset by $134 million of mark-to-market adjustments on current interest rate hedges. As of December 31, 2003, the balance represented $201 million of realized gains resulting from the termination of interest rate hedges, which were partially offset by $170 million of mark-to-market adjustments on other interest rate hedges.

(f)   The balance as of September 30, 2004 includes the $804 million 3 $^7/8$% convertible senior debentures. The balance as of December 31, 2003 included the $333 million 11% senior subordinated notes, the $430 million zero coupon senior convertible contingent notes, the $7 million zero coupon convertible debentures and the $804 million 3 $^7/8$% convertible senior debentures.

Aggregate maturities of debt based upon maturity or earliest mandatory redemption dates are as follows:

|  | As of September 30, 2004 |
| --- | --- |
| Within 1 year (a) | $       864 |
| Between 1 and 2 years | 967 |
| Between 2 and 3 years | 46 |
| Between 3 and 4 years | 800 |
| Between 4 and 5 years | 1 |
| Thereafter | 1,787 |
|  | $     4,465 |

(a)   Includes $804 million related to the 3 $^7/8$% convertible senior debentures, which may be converted into shares of Cendant common stock rather than be redeemed in cash if holders make such election.

**3 $^7/8$% Convertible Senior Debentures Call Spread Options**

The Company plans to redeem its 3 $^7/8$% convertible senior debentures in November 2004. In connection with such redemption, holders may elect to convert their debentures into 41.58 shares of Cendant common stock (33.4 million shares in the aggregate). The Company estimates that, as of November 27, 2004 (the date on which the debentures become redeemable at the Company's option), holders would convert their debentures into shares of Cendant common stock if such stock were trading at or above a price of $24.50 per share. In order to offset a portion of the dilution that would occur if the holders of the debentures elect to convert their debentures in connection with the Company's anticipated redemption thereof in November 2004, the Company purchased call spread options on April 30, 2004 covering 16.3 million of the 33.4 million shares issuable upon conversion. The call spread options have a lower strike price of $24.50 and a higher strike price of $28.50. The call spread options will settle in November and December 2004 either by modified physical settlement, net cash settlement or net share settlement, at the Company's election. Modified physical settlement would result in the Company receiving a maximum of approximately 16.3 million shares, to the extent the Cendant common stock price is above $24.50, plus to the extent that the share price is in excess of $28.50, the Company would pay an amount equal to the difference between the market price and $28.50. Net cash settlement of the call spread options would result in the Company receiving an amount ranging from zero (if the price of Cendant common stock is at or below $24.50) to a maximum of $65.3 million (if the price of Cendant common stock is at or above $28.50). Net share settlement would result in the Company receiving up to approximately 2.3 million shares of Cendant common stock. The call spread options, costing $23 million, are accounted for as a capital transaction and included as a component of stockholders' equity.

At September 30, 2004, the credit facilities available to the Company at the corporate level included:

|  | Total Capacity | Borrowings Outstanding | Letters of Credit Issued and Outstanding | Available Capacity |
| --- | --- | --- | --- | --- |
| Maturing in December 2005 (a) | $    2,900 | $         – | $     1,226 | $     1,674 |
| Maturing in July 2009 (b) | 203 | – | 203 | – |

(a)   The Company has the ability to issue an additional $524 million of letters of credit under this facility.

(b)   Represents a separate letter of credit facility, which was entered into by the Company in third quarter 2004.

As of September 30, 2004, the Company also had $400 million of availability for public debt or equity issuances under a shelf registration statement.

At September 30, 2004, the Company was in compliance with all financial covenants of its material debt instruments and credit facilities.

16

Table of Contents

## 10. Debt Under Management and Mortgage Programs and Borrowing Arrangements

Debt under management and mortgage programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLC) consisted of:

| | As of September 30, 2004 | As of December 31, 2003 |
|---|---|---|
| **Asset–Backed Debt:** | | |
| Vehicle rental program | | |
| Cendant Rental Car Funding (AESOP) LLC (a) | $ 5,963 | $ 5,644 |
| Other | 841 | 651 |
| Vehicle management program (b) | 3,391 | 3,118 |
| Mortgage program (c) | 1,305 | 1,651 |
| Timeshare program (d) | 1,391 | 1,109 |
| Relocation program | 400 | 400 |
| Vacation rental program (e) | 77 | — |
| | 13,368 | 12,573 |
| **Unsecured Debt:** | | |
| Term notes | 1,848 | 1,916 |
| Commercial paper | 125 | 164 |
| Other | 229 | 132 |
| | 2,202 | 2,212 |
| **Total debt under management and mortgage programs** | $ 15,570 | $ 14,785 |

(a) The change in the balance at September 30, 2004 principally reflects the issuance of term notes at various interest rates to support the acquisition of vehicles used in the Company's vehicle rental business.

(b) The change in the balance at September 30, 2004 principally reflects debt assumed in connection with the Company's acquisition of First Fleet (see Note 3—Acquisitions).

(c) The change in the balance at September 30, 2004 primarily reflects the January 2004 repayment of $350 million of medium–term notes.

(d) The change in the balance at September 30, 2004 primarily reflects borrowings under an asset–linked facility to support the creation of consumer notes receivable and the acquisition of timeshare properties related to the Company's timeshare development business, which replaced a $275 million term loan with $219 million outstanding as of December 31, 2003. Borrowings under the Company's asset–linked facility represent bank debt with a three–year term bearing interest at a rate of LIBOR plus 62.5 basis points, based on the Company's current credit ratings.

(e) This amount represents debt under management and mortgage programs assumed in connection with the acquisition of Landal (see Note 3—Acquisitions).

The following table provides the contractual maturities for debt under management and mortgage programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLC) at September 30, 2004 (except for notes issued under the Company's vehicle management and certain of the Company's timeshare programs, where the underlying indentures require payments based on cash inflows relating to the corresponding assets under management and mortgage programs and for which estimates of repayments have been used):

| | Asset–Backed | Unsecured | Total |
|---|---|---|---|
| Within 1 year | $ 2,979 | $ 574 | $ 3,553 |
| Between 1 and 2 years | 4,460 | 6 | 4,466 |
| Between 2 and 3 years | 2,347 | 184 | 2,531 |
| Between 3 and 4 years | 1,709 | 432 | 2,141 |
| Between 4 and 5 years | 1,384 | 183 | 1,567 |
| Thereafter | 489 | 823 | 1,312 |
| | $ 13,368 | $ 2,202 | $ 15,570 |

17

Table of Contents

As of September 30, 2004, available funding under the Company's asset–backed debt programs and committed credit facilities (including related party debt due to Cendant Rental Car Funding (AESOP) LLC) related to the Company's management and mortgage programs consisted of:

| | Total Capacity | Outstanding Borrowings | Available Capacity |
|---|---|---|---|
| *Asset–Backed Funding Arrangements* (a) | | | |
| Vehicle rental program | | | |
| Cendant Rental Car Funding (AESOP) LLC (b) | $ 7,348 | $ 5,963 | $ 1,385 |
| Other (c) | 1,139 | 841 | 298 |
| Vehicle management program (d) | 3,826 | 3,391 | 435 |
| Mortgage program (e) | 3,116 | 1,305 | 1,811 |
| Timeshare program (f) | 2,253 | 1,391 | 862 |
| Relocation program (g) | 600 | 400 | 200 |
| Vacation rental program | 77 | 77 | – |
| | 18,359 | 13,368 | 4,991 |
| *Committed Credit Facilities* (h) | | | |
| Maturing in June 2007 | 1,250 | – | 1,250 |
| | $ 19,609 | $ 13,368 | $ 6,241 |

---

(a)  Capacity is subject to maintaining sufficient assets to collateralize debt.

(b)  The outstanding debt is collateralized by approximately $6.0 billion of underlying vehicles and related assets.

(c)  The outstanding debt is collateralized by approximately $1.1 billion of underlying vehicles and related assets.

(d)  The outstanding debt is collateralized by approximately $3.9 billion of leased vehicles and related assets.

(e)  The outstanding debt is collateralized by approximately $1.4 billion of underlying mortgage loans and related assets.

(f)  The outstanding debt is collateralized by approximately $2.5 billion of timeshare–related assets. Borrowings under the Company's asset–linked facility ($425 million) are also recourse to Cendant.

(g)  The outstanding debt is collateralized by $561 million of underlying relocation receivables and related assets.

(h)  These committed credit facilities were entered into by and are for the exclusive use of PHH Corporation ("PHH"), a subsidiary of the Company. As of September 30, 2004, the Company also had $874 million of availability for public debt issuances under a shelf registration statement at its PHH subsidiary.

At September 30, 2004, the Company was in compliance with all financial covenants of its material debt instruments and credit facilities related to management and mortgage programs.

11.  **Commitments and Contingencies**

The June 1999 disposition of the Company's fleet businesses was structured as a tax–free reorganization and, accordingly, no tax provision was recorded on a majority of the gain. However, pursuant to an interpretive ruling, the Internal Revenue Service ("IRS") has subsequently taken the position that similarly structured transactions do not qualify as tax–free reorganizations under the Internal Revenue Code Section 368(a)(1)(A). If upon final determination, the transaction is not considered a tax–free reorganization, the Company may have to record a tax charge of up to $270 million, depending upon certain factors. Any cash payments that would be made in connection with this charge are not expected to be significant, as the Company would use its net operating losses as an offset to the charge. Notwithstanding the IRS interpretive ruling and the inherent difficulties in predicting a final outcome, the Company believes that based upon the facts and analysis of the tax law, it is more likely than not that its position would be sustained upon litigation of the matter.

The Company is involved in litigation asserting claims associated with accounting irregularities discovered in 1998 at former CUC business units outside of the principal common stockholder class action litigation. While the Company has an accrued liability of approximately $70 million recorded on its Consolidated Condensed Balance Sheet as of September 30, 2004 for these claims based upon its best estimates, it does not believe that it is feasible to predict or determine the final outcome or resolution of these unresolved proceedings. An adverse outcome from such unresolved proceedings could be material with respect to earnings in any given reporting period. However, the Company does not believe that the impact of such unresolved proceedings should result in a material liability to the Company in relation to its consolidated financial position or liquidity.

Table of Contents

In addition to the matters discussed above, the Company is also involved in claims, legal proceedings and governmental inquiries related to contract disputes, securities, business practices, environmental issues and other commercial, employment and tax matters. Based on currently available information, the Company does not believe such matters will have a material adverse effect on its results of operations, financial position or cash flows. However, litigation is inherently unpredictable and, although the Company believes that it has valid defenses in these matters, unfavorable resolutions could occur, which could have a material adverse effect on the Company's results of operations or cash flows in a particular reporting period.

## 12. Stockholders' Equity

### *Dividend Payments*
The Company paid quarterly cash dividends of $0.07 on both March 16, 2004 and June 15, 2004 and of $0.09 on September 14, 2004 ($237 million in the aggregate during the nine months ended September 30, 2004).

### *Share Repurchases*
During the nine months ended September 30, 2004, the Company used $669 million of available cash and $484 million of proceeds primarily received in connection with option exercises to repurchase $1,153 million (approximately 50 million shares) of Cendant common stock under its common stock repurchase program. During the nine months ended September 30, 2003, the Company used $463 million of available cash and $247 million of proceeds primarily received in connection with option exercises to repurchase $710 million (approximately 46 million shares) of Cendant common stock under its common stock repurchase program.

### *Share Issuances*
As previously discussed in Note 9—Long–term Debt and Borrowing Arrangements, during first quarter 2004, the Company announced its intention to redeem its $430 million outstanding zero coupon senior convertible contingent notes for cash. As a result, holders had the right to convert their notes into shares of Cendant common stock. Virtually all holders elected to convert their notes. Accordingly, the Company issued approximately 22 million shares in exchange for approximately $430 million in notes (carrying value) during February 2004. The Company used the cash that otherwise would have been used to redeem these notes to repurchase shares in the open market.

On August 17, 2004, the forward purchase contracts that formed a portion of the Company's Upper DECS securities settled pursuant to the terms of such contracts. Accordingly, the Company issued approximately 38 million shares in exchange for $863 million in cash and recorded an increase of $863 million to stockholders' equity.

### *Comprehensive Income*

The components of comprehensive income are summarized as follows:

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2004 | | 2003 | | 2004 | | 2003 | |
| Net income | $ | 593 | $ | 193 | $ | 1,725 | $ | 884 |
| Other comprehensive income: | | | | | | | | |
| Currency translation adjustments | | 35 | | 10 | | 15 | | 78 |
| Unrealized gains (losses), net of tax: | | | | | | | | |
| Cash flow hedges | | (17) | | 17 | | 16 | | 27 |
| Available–for–sale securities | | (5) | | 43 | | (11) | | 39 |
| Reclassification of realized holding gains, net of tax | | (3) | | – | | (28) | | – |
| Total comprehensive income | $ | 603 | $ | 263 | $ | 1,717 | $ | 1,028 |

Table of Contents

The after–tax components of accumulated other comprehensive income are as follows:

| | Currency Translation Adjustments | Unrealized Gains (Losses) on Cash Flow Hedges | Unrealized Gains (Losses) on Available–for–Sale Securities | Minimum Pension Liability Adjustment | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|---|---|
| Balance, January 1, 2004 | $ 224 | $ (3) | $ 46 | $ (58) | $ 209 |
| Current period change | 15 | 16 | (39) | – | (8) |
| Balance, September 30, 2004 | $ 239 | $ 13 | $ 7 | $ (58) | $ 201 |

All components of accumulated other comprehensive income are net of tax except for currency translation adjustments, which exclude income taxes related to indefinite investments in foreign subsidiaries.

13.  **Stock–Based Compensation**

On January 1, 2003, the Company began applying the fair value method of accounting provisions of SFAS No. 123, "Accounting for Stock–Based Compensation." Accordingly, the Company recorded pre–tax stock–based compensation expense of $16 million and $30 million during the three and nine months ended September 30, 2004, respectively, and $6 million and $11 million during the three and nine months ended September 30, 2003, respectively. Such compensation expense relates principally to restricted stock units granted to employees. As of September 30, 2004, approximately 17 million restricted stock units, with a weighted average grant price of $20.82, were outstanding. The related deferred compensation balance, which is recorded as a reduction to additional paid–in–capital on the Consolidated Condensed Balance Sheets, approximated $321 million and $73 million at September 30, 2004 and December 31, 2003, respectively. This deferred compensation balance will be amortized to expense over the remaining vesting period of the restricted stock units. However, the deferred compensation balance that was recorded during 2004 relates entirely to restricted stock units that have vesting provisions that are linked to the Company's financial performance. To the extent that the required performance metrics are not achieved, the underlying restricted stock units will not vest and the deferred compensation balance and related expense would be reversed. The following table illustrates the effect on net income and earnings per share as if the fair value based method had been applied by the Company to all employee stock awards granted (including those granted prior to January 1, 2003 for which the Company has not recorded compensation expense):

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 |
| Reported net income | $ 593 | $ 193 | $ 1,725 | $ 884 |
| Add back: Stock–based employee compensation expense included in reported net income, net of tax | 10 | 4 | 19 | 7 |
| Less: Total stock–based employee compensation expense determined under the fair value based method for all awards, net of tax (a) | (10) | (14) | (21) | (37) |
| Pro forma net income | $ 593 | $ 183 | $ 1,723 | $ 854 |
| *Net income per share:* | | | | |
| Reported | | | | |
| Basic | $ 0.57 | $ 0.19 | $ 1.69 | $ 0.87 |
| Diluted | 0.56 | 0.19 | 1.63 | 0.85 |
| Pro Forma | | | | |
| Basic | $ 0.57 | $ 0.18 | $ 1.68 | $ 0.84 |
| Diluted | 0.56 | 0.18 | 1.63 | 0.82 |

(a)  Pro forma compensation expense reflected for grants awarded prior to January 1, 2003 is not indicative of future compensation expense that would be recorded by the Company, as future expense will vary based upon factors such as the type of award granted by the Company and the then–current fair market value of such award.

14.  **TRL Group, Inc. (formerly Trilegiant Corporation)**

On January 30, 2004, Trilegiant Corporation changed its legal name to TRL Group, Inc. ("TRL Group").

Prior to January 30, 2004, TRL Group operated membership–based clubs and programs and other incentive–based loyalty programs through an outsourcing arrangement with Cendant whereby Cendant licensed TRL Group the right to market

20

Table of Contents

products to new members utilizing certain assets of Cendant's individual membership business. Accordingly, Cendant collected membership fees from, and was obligated to provide services to, members of its individual membership business that existed as of July 2, 2001, including their renewals, and TRL Group provided fulfillment services for these members in exchange for a servicing fee paid by Cendant. Furthermore, TRL Group collected the membership fees from, and was obligated to provide membership benefits to, any members who joined the membership–based clubs and programs and all other incentive programs subsequent to July 2, 2001 and recognized the related revenue and expenses. Accordingly, similar to Cendant's franchise businesses, Cendant received a royalty from TRL Group on all revenue generated by TRL Group's new members. The assets licensed to TRL Group included various tradenames, trademarks, logos, service marks and other intellectual property relating to its membership business.

During 2003, Cendant performed a strategic review of the TRL Group membership business, Cendant's existing membership business and Cendant's loyalty/insurance marketing business, which provides enhancement packages for financial institutions and marketing for accidental death and dismemberment insurance and certain other insurance products. Upon completion of such review, Cendant concluded that it could achieve certain revenue and expense synergies by combining its loyalty/insurance marketing business with the new–member marketing performed by TRL Group. Additionally, as a result of the adoption of FIN 46, the Company began consolidating the results of TRL Group since July 1, 2003 even though it did not have managerial control of the entity. Therefore, in an effort to achieve the revenue and expense synergies identified in Cendant's strategic review and to obtain managerial control over an entity whose results were being consolidated, Cendant and TRL Group agreed to amend their contractual relationship by terminating the contractual rights, intellectual property license and third party administrator arrangements that Cendant had previously entered into with TRL Group in 2001.

In connection with this new relationship, Cendant (i) terminated leases of Cendant assets by TRL Group, (ii) terminated the original third party administration agreement, (iii) entered into a new third party administration agreement whereby Cendant will perform fulfillment services for TRL Group, (iv) leased certain TRL Group fixed assets from TRL Group, (v) offered employment to substantially all of TRL Group's employees and (vi) entered into other incidental agreements. These contracts were negotiated on an arm's–length basis and have terms that Cendant's management believes are reasonable from an economic standpoint and consistent with what management would expect from similar arrangements with non–affiliated parties. None of these agreements had an impact on the Company's Consolidated Condensed Financial Statements as the Company continues to consolidate TRL Group subsequent to this transaction. In connection with the TRL Group transaction, the parties agreed to liquidate and dissolve TRL Group in an orderly fashion when and if the number of TRL Group members decreases below 1.3 million, provided that such dissolution may not occur prior to January 2007. Cendant paid $13 million in cash on January 30, 2004 for the contract termination, regained exclusive access to the various tradenames, trademarks, logos, service marks and other intellectual property that it had previously licensed to TRL Group for its use in marketing to new members and now has managerial control of TRL Group through its majority representation on the TRL Group board of directors. TRL Group will continue to service and collect membership fees from its members to whom it marketed through January 29, 2004, including their renewals. Cendant will provide fulfillment services (including collecting cash, paying commissions, processing refunds, providing membership services and benefits and maintaining specified service level standards) for TRL Group's members in exchange for a servicing fee. TRL Group will no longer have the ability to market to new members; rather, Cendant now markets to new members under the Trilegiant tradename. Immediately following consummation of this transaction, Cendant owned approximately 43% of TRL Group on a fully diluted basis and as of September 30, 2004, Cendant's equity ownership interest in TRL Group approximated 45% on a fully diluted basis.

On January 30, 2004, TRL Group had net deferred tax assets of approximately $121 million, which were mainly comprised of net operating loss carryforwards expiring in years 2021, 2022 and 2023. These deferred tax assets were fully reserved for by TRL Group through a valuation allowance, as TRL Group had not been able to demonstrate future profitability due to the large marketing expenditures it incurred (new member marketing has historically been TRL Group's single largest expenditure). However, given the fact that TRL Group will no longer incur marketing expenses (as they no longer have the ability to market to new members as a result of this transaction), TRL Group now believes that it is more likely than not that it will generate sufficient taxable income (as it will continue to recognize revenue from TRL Group's existing membership base in the form of renewals and the lapsing of the refund privilege period) to utilize its net operating loss carryforwards within the statutory periods. Accordingly, TRL Group reversed the entire valuation allowance of $121 million in January 2004, which resulted in a reduction to the Company's consolidated tax provision during the nine months ended September 30, 2004 of $121 million, with a corresponding increase in consolidated net income. The $13 million cash payment the Company made to TRL Group was also recorded by the Company as a component of its provision for income taxes line item on the Consolidated Condensed Statement of Income for the nine months ended September 30, 2004 and partially offsets the $121 million reversal of TRL Group's valuation allowance.

21

Table of Contents

During the three and nine months ended September 30, 2004 (periods during which TRL Group is consolidated), TRL Group contributed revenues of $135 million and $377 million, respectively, and expenses of $60 million and $231 million, respectively (on a stand–alone basis before eliminations of intercompany entries in consolidation). Reflected within such amounts is $34 million of revenue recorded during third quarter 2004 relating to the early termination of a contractual relationship with a third party marketing partner, originally expected to extend beyond 2005. TRL Group had provided services for this marketing partner in 2002 in exchange for royalties related to the success of the marketing program. TRL Group and the marketing partner disputed certain aspects of the marketing agreement and a settlement was reached in September 2004 that provided for early termination of the agreement.

For the period July 1, 2003 through September 30, 2003 (post consolidation), TRL Group contributed revenues and expenses of $109 million and $111 million, respectively (on a stand–alone basis before eliminations of intercompany entries in consolidation). The consolidation of TRL Group resulted in a non–cash charge of $293 million ($0.28 per diluted share) recorded on July 1, 2003 as a cumulative effect of accounting change. The nine–month results for 2003 further reflect revenues and expenses recorded by the Company in connection with the outsourcing arrangement for the period January 1, 2003 through June 30, 2003 (prior to the consolidation of TRL Group). The Company recorded revenues of $33 million (representing royalties, licensing and leasing fees and travel agency fees) and net expenses of $76 million (relating to fulfillment services and the amortization of the marketing advance made in 2001) for such period.

Cendant's maximum exposure to loss as of September 30, 2004 as a result of its involvement with TRL Group was substantially limited to the advances and loans made to TRL Group, as well as any receivables due from TRL Group (collectively aggregating $57 million as of September 30, 2004), as such amounts may not be recoverable if TRL Group were to cease operations. The creditors of TRL Group have no recourse to Cendant's credit and the assets of TRL Group are not available to pay Cendant's obligations. Cendant is not obligated or contingently liable for any debt incurred by TRL Group.

15. **Segment Information**

Management evaluates the operating results of each of its reportable segments based upon revenue and "EBITDA," which is defined as income from continuing operations before non–program related depreciation and amortization, non–program related interest, amortization of pendings and listings, income taxes and minority interest. The Company's presentation of EBITDA may not be comparable to similarly–titled measures used by other companies. Presented below are the revenue and EBITDA for each of the Company's reportable segments and the reconciliation of EBITDA to income before income taxes and minority interest.

| | Three Months Ended September 30, | | | |
| | 2004 | | 2003 | |
| | Revenues | EBITDA | Revenues | EBITDA |
|---|---|---|---|---|
| Real Estate Franchise and Operations | $ 1,774 | $ 358 | $ 1,593 | $ 325 |
| Mortgage Services | 283 | 55 | 411 | 111 |
| Hospitality Services | 789 | 211 | 696 | 189 |
| Travel Distribution Services | 437 | 123 | 424 | 119 |
| Vehicle Services | 1,693 | 221 | 1,610 | 187 |
| Marketing Services | 389 | 111 | 358 | 67 |
| Total Reportable Segments | 5,365 | 1,079 | 5,092 | 998 |
| Corporate and Other (*) | (2) | (15) | (7) | (43) |
| Total Company | $ 5,363 | $ 1,064 | $ 5,085 | $ 955 |
| **Reconciliation:** | | | | |
| EBITDA | | $ 1,064 | | $ 955 |
| Less: Non–program related depreciation and amortization | | 136 | | 126 |
| Non–program related interest expense, net | | 33 | | 74 |
| Early extinguishment of debt | | – | | 4 |
| Amortization of pendings and listings | | 5 | | 5 |
| Income before income taxes and minority interest | | $ 890 | | $ 746 |

22

Table of Contents

| | Nine Months Ended September 30, | | | |
| | 2004 | | 2003 | |
| | Revenues | EBITDA | Revenues | EBITDA |
|---|---|---|---|---|
| Real Estate Franchise and Operations | $   4,742 | $   842 | $   3,966 | $   699 |
| Mortgage Services | 865 | 157 | 1,174 | 316 |
| Hospitality Services | 2,171 | 558 | 1,910 | 483 |
| Travel Distribution Services | 1,337 | 364 | 1,266 | 351 |
| Vehicle Services | 4,637 | 497 | 4,467 | 369 |
| Marketing Services | 1,098 | 257 | 863 | 219 |
| Total Reportable Segments | 14,850 | 2,675 | 13,646 | 2,437 |
| Corporate and Other (*) | 31 | (26) | 25 | (40) |
| Total Company | $   14,881 | $   2,649 | $   13,671 | $   2,397 |
| **Reconciliation:** | | | | |
| EBITDA | | $   2,649 | | $   2,397 |
| Less: Non–program related depreciation and amortization | | 395 | | 378 |
| Non–program related interest expense, net | | 184 | | 235 |
| Early extinguishment of debt | | 18 | | 58 |
| Amortization of pendings and listings | | 13 | | 12 |
| Income before income taxes and minority interest | | $   2,039 | | $   1,714 |

(*) Includes the results of operations of certain non–strategic businesses, unallocated corporate overhead and the elimination of transactions between segments. Additionally, revenue and EBITDA for the nine months ended September 30, 2004 include a $40 million gain on the sale of Homestore, Inc. common stock. As of September 30, 2004, the Company owned approximately 7.3 million shares of Homestore, Inc. common stock, which approximated a 5.0% ownership interest. EBITDA for the three and nine months ended September 30, 2004 further reflects a $12 million credit relating to the termination of a lease (see Note 3—Acquisitions). Revenue and EBITDA for the nine months ended September 30, 2003 include a $30 million gain on the sale of Entertainment Publications, Inc. common stock.

## 16.  Subsequent Events

### Potential Spin–off of Mortgage and Fleet Leasing Operations

On October 12, 2004, the Company announced its intention to distribute its mortgage and fleet leasing operations to its shareholders. The transaction is anticipated to be structured as a tax–free distribution of the common stock of PHH Corporation; however, the relocation and fuel card businesses will remain a part of the Company. The Company anticipates that it will enter into a joint venture with the mortgage business designed to preserve the cross–selling opportunities with its residential real estate, relocation and settlement services businesses.

As a result of the contemplated transaction, the Company will be required to evaluate the carrying value of its net assets for impairment. Depending on a variety of factors, including the market value established for PHH Corporation when it begins trading as a separate public entity, the Company may be required to adjust the book value of certain long–lived assets, including goodwill. Any adjustments to these values would be recorded as non–cash adjustments.

The dividend distribution to the Company's shareholders of the common stock of PHH Corporation, and the establishment of the record date related thereto, remain subject to the formal declaration of such dividend by the Company's board of directors. The transaction is expected to be consummated in the first quarter of 2005, although there can be no assurance that the transaction will be completed.

### Declaration of Dividend

On October 19, 2004, the Company's Board of Directors declared a quarterly cash dividend of $0.09 per common share payable December 14, 2004 to stockholders of record on November 22, 2004.

### Notice to Redeem 3 7/8% Convertible Senior Debentures

On October 27, 2004, the Company announced its intention to redeem its outstanding 3 7/8% convertible senior debentures on November 27, 2004 for cash. Pursuant to the terms of the underlying indenture, holders have the right to convert their debentures into 41.58 shares of Cendant common stock (33.4 million shares in the aggregate) in lieu of receiving cash on or prior to November 24, 2004.

**** 

23



# FORM 10–Q

## CENDANT CORP – CD

**Filed: August 02, 2005 (period: June 30, 2005)**

Quarterly report which provides a continuing view of a company's financial position

Exhibit C
Page B65

**Item 2.   Management's Discussion and Analysis of Financial Condition and Results of Operations**

*The following discussion should be read in conjunction with our Consolidated Condensed Financial Statements and accompanying Notes thereto included elsewhere herein and with our 2004 Annual Report on Form 10–K filed with the Commission on March 1, 2005 and our Current Report on Form 8–K filed with the Commission on May 5, 2005. Unless otherwise noted, all dollar amounts are in millions.*

We are one of the foremost providers of travel and real estate services in the world. We operate our businesses within three divisions: Real Estate, Travel Content and Travel Distribution. Our Real Estate division has two segments: Real Estate Services and Mortgage Services; our Travel Content division has three segments: Hospitality Services, Timeshare Resorts and Vehicle Rental; and our Travel Distribution division has only one segment, Travel Distribution Services. This segment reporting structure was adopted in first quarter 2005 in connection with our strategic realignment, which is discussed in detail below, and now reflects our renewed focus on our travel and real estate services businesses. Following is a brief description of the services provided by each of our operating segments:

- **Real Estate Services**—franchises the real estate brokerage businesses of our four residential brands and one commercial brand, provides real estate brokerage services, facilitates employee relocations and provides home buyers with title and closing services.

- **Hospitality Services**—facilitates the exchange of vacation ownership interests, franchises eight lodging brands and markets vacation rental properties.

- **Timeshare Resorts**—develops and sells vacation ownership interests, provides consumer financing to individuals purchasing these interests and manages resort properties.

- **Vehicle Rental**—operates and franchises our car and truck rental brands.

- **Travel Distribution Services**—provides global distribution services for the travel industry, corporate and consumer online travel services and travel agency services.

- **Mortgage Services**—provided home buyers with mortgage lending services (this business was disposed of in January 2005—see below for further discussion).

In first quarter 2005, we began the final phase of our strategic realignment, which was commenced in early 2004 and undertaken to simplify our business model through exiting non–core businesses or businesses that produce volatility to our earnings inconsistent with our business model and the remainder of our core businesses. We began this strategic realignment in 2004 by completing the initial public offering of Jackson Hewitt Tax Service Inc., raising approximately $770 million of cash, and acquiring Orbitz, Inc., an online travel company. We completed the spin–off of our former mortgage, fleet leasing and appraisal businesses in a tax–free distribution of the common stock of PHH Corporation to our stockholders in January 2005. In February 2005, we completed an initial public offering of Wright Express Corporation, raising approximately $965 million of cash, and acquired ebookers plc, a travel agency. In March 2005, our Board of Directors formally approved a plan to dispose of our Marketing Services division, which is comprised of our individual membership and loyalty/insurance marketing businesses. We then completed the acquisition of Gullivers Travel Associates, a wholesaler and global online provider of hotel rooms, destination services, travel packages and group tours, in April 2005. In July 2005, we entered into a definitive agreement to sell the Marketing Services division for approximately $1.83 billion (See Note 17 to our Consolidated Condensed Financial Statements). The completion of the sale of the Marketing Services division, which we anticipate will occur during the fall of 2005, will mark the culmination of our strategic realignment.

Our management team remains committed to building long–term value through operational excellence and we are steadfast in our commitment to deploy our cash to increase stockholder value. To this end, the proceeds from the aforementioned divestitures will be or have already been reinvested to acquire strategic assets in our core travel and real estate verticals, as well as to increase our quarterly dividend and to continue to repurchase our common stock, both of which return value to our shareholders.

In the first six months of 2005, we have already used $269 million of cash, net of proceeds from option exercises, to repurchase our common stock and concurrent with the closing of the sale of our Marketing Services division, we intend to increase our repurchase target from $1.0 billion during 2005 to $2.0 billion to be completed by the end of 2006. Through the first six months of 2005, we have made dividend payments aggregating $192 million and for the third quarter of 2005, our Board has declared a quarterly cash dividend of 11 cents per share, which will reflect an increase of 22% from the first and second quarter 2005 amounts and an increase of 57% from the initial dividend payment made in first quarter 2004. While no assurances can be given, we expect to continue to periodically increase our dividend at a rate at least equal to our earnings growth.

In connection with the strategic realignment discussed above, we also performed a comprehensive review of our businesses to isolate opportunities for cost reductions and organizational efficiencies. As a result, we undertook significant restructuring activities during 2005 and incurred charges of $48 million, or $30 million net of tax (see Note 6 to our Consolidated

Exhibit C
Page B66

Exhibit C
Page B67

Table of Contents

Condensed Financial Statements for a detailed description of these activities). We expect to incur additional restructuring charges of $3 million throughout 2005 in connection with these activities.

## RESULTS OF OPERATIONS

Discussed below are our consolidated results of operations and the results of operations for each of our reportable segments. Generally accepted accounting principles require us to segregate and report as discontinued operations for all periods presented the account balances and activities of Jackson Hewitt, our fleet leasing and appraisal businesses, Wright Express, and our Marketing Services division. Although we no longer own our former mortgage services operations, we cannot classify such business as a discontinued operation due to our participation in a mortgage origination venture that was established with PHH in connection with the spin–off.

Management evaluates the operating results of each of our reportable segments based upon revenue and "EBITDA," which is defined as income from continuing operations before non–program related depreciation and amortization, non–program related interest, amortization of pendings and listings, income taxes and minority interest. Our presentation of EBITDA may not be comparable to similarly–titled measures used by other companies.

### Three Months Ended June 30, 2005 vs. Three Months Ended June 30, 2004

Our consolidated results of operations comprised the following:

| | Three Months Ended June 30, | | |
|---|---|---|---|
| | 2005 | 2004 | Change |
| Net revenues | $ 4,735 | $ 4,404 | $ 331 |
| Total expenses | 4,147 | 3,771 | 376 |
| Income before income taxes and minority interest | 588 | 633 | (45) |
| Provision for income taxes | 195 | 212 | (17) |
| Minority interest, net of tax | 1 | 1 | – |
| Income from continuing operations | 392 | 420 | (28) |
| Income (loss) from discontinued operations, net of tax | (9) | 73 | (82) |
| Gain on disposal of discontinued operations, net of tax | 4 | 198 | (194) |
| Net income | $ 387 | $ 691 | $ (304) |

Net revenues and total expenses increased $331 million (8%) and $376 million (10%), respectively, in second quarter 2005 as compared with the same period in 2004. Such increases reflect the acquisitions of the following several strategic businesses during or subsequent to second quarter 2004, as well as organic growth and other items discussed below:

| Acquired Business | Date of Acquisition | Contribution to Net Revenues | Contribution to Total Expenses |
|---|---|---|---|
| Orbitz | November 2004 | $ 101 | $ 89 |
| Gullivers | April 2005 | 68 | 62 |
| ebookers | February 2005 | 33 | 47 |
| Landal GreenParks | May 2004 | 14 | 14 |
| Real estate brokerages | * | 55 | 53 |
| | | $ 271 | $ 265 |

(*) These businesses were acquired at various dates during or subsequent to second quarter 2004.

The remaining revenue increase reflects organic growth (on a comparable basis) across all our segments with the most significant contributions from our Vehicle Rental and Real Estate Services segments. Such growth also contributed to the increase in total expenses primarily to support additional volume, higher vehicle costs and additional marketing investments. Partially offsetting these revenue and expense increases was the absence of $217 million in revenue generated and $167 million in expenses incurred by our former mortgage business during second quarter 2004 (this business was disposed on January 31, 2005). Our effective tax rate for continuing operations was 33.2% and 33.5% for second quarter 2005 and 2004, respectively. As a result of the above–mentioned items, income from continuing operations decreased $28 million (7%).

Exhibit C
Page B68

Income (loss) from discontinued operations decreased $82 million, which primarily reflects (i) a decrease of $53 million of net income generated by our Marketing Services division primarily due to a $28 million charge recorded during 2005 in connection with a breach of contract claim, (ii) a decrease of $15 million in net income generated by our former fleet leasing and appraisal businesses (since their results were included for second quarter 2004 but not in second quarter 2005) and (iii) a decrease of $14 million in net income generated by Wright Express (since its results were included for second quarter 2004 but not in second quarter 2005). We also recognized a net gain of $198 million on the disposal of Jackson Hewitt Tax Service, Inc. in second quarter 2004. As a result of the above-mentioned items, net income decreased $304 million.

Following is a discussion of the results of each of our reportable segments during second quarter:

|  | Revenues | | | EBITDA | | |
|  | 2005 | 2004 | % Change | 2005 | 2004 | % Change |
|---|---|---|---|---|---|---|
| Real Estate Services | $ 2,043 | $ 1,908 | 7% | $ 393 | $ 383 | 3% |
| Hospitality Services | 367 | 320 | 15 | 100 | 120 | (17) |
| Timeshare Resorts | 436 | 381 | 14 | 73 | 58 | 26 |
| Vehicle Rental | 1,224 | 1,119 | 9 | 128 | 140 | (9) |
| Travel Distribution Services | 661 | 448 | 48 | 143 | 118 | 21 |
| Mortgage Services | – | 217 | * | – | 58 | * |
| Total Reportable Segments | 4,731 | 4,393 | 8 | 837 | 877 | |
| Corporate and Other (a) | 4 | 11 | | (36) | (39) | |
| Total Company | $ 4,735 | $ 4,404 | 8 | 801 | 838 | |
| Less: Non-program related depreciation and amortization | | | | 140 | 113 | |
| Non-program related interest expense, net | | | | 70 | 70 | |
| Early extinguishment of debt | | | | – | 18 | |
| Amortization of pendings and listings | | | | 3 | 4 | |
| Income before income taxes and minority interest | | | | $ 588 | $ 633 | |

(*) Not meaningful.

(a) Includes unallocated corporate overhead, the elimination of transactions between segments and the results of operations of certain non-strategic businesses. Additionally, the 2004 amounts include a gain of $8 million on the sale of Homestore, Inc. common stock.

### Real Estate Services

Revenues and EBITDA increased $135 million (7%) and $10 million (3%), respectively, in second quarter 2005 compared with second quarter 2004 reflecting revenue growth across our real estate franchise, real estate brokerage and relocation services businesses, although EBTIDA margin comparisons were negatively impacted by a gain on the 2004 sale of non-core assets within our settlement services business and the timing of marketing campaigns and certain other expenses at our real estate brokerage business, which are discussed in greater detail below.

Royalty revenue within our real estate franchise business increased $16 million (13%) in second quarter 2005 as compared with second quarter 2004. Such growth was primarily driven by a 14% increase in the average price of homes sold and a 2% increase in the number of homesale transactions from our third-party franchises. Royalty increases in our real estate franchise business are generally recognized with little or no corresponding increase in variable operating expenses due to the significant operating leverage within the franchise operations. In addition to royalties received from our third-party franchisees, NRT Incorporated, our wholly-owned real estate brokerage firm, continues to pay royalties to our real estate franchise business. However, these intercompany royalties, which approximated $106 million and $100 million during second quarter 2005 and 2004, respectively, are eliminated in consolidation and therefore have no impact on this segment's revenues or EBITDA. Our strategy for continued growth in the real estate franchise business is to expand our global franchise base by aggressively marketing our Century 21, Coldwell Banker, Coldwell Banker Commercial, ERA and Sotheby's International Realty brands.

Revenues within our real estate brokerage business increased $102 million (7%) in second quarter 2005 as compared with second quarter 2004. Such increase is partially attributable to significant acquisitions made by NRT during or subsequent to second quarter 2004, which together contributed incremental revenues and EBITDA of $55 million and $5 million, respectively, to second quarter 2005 operating results. Excluding the impact of these acquisitions, NRT's revenues increased $47 million (3%) in second quarter 2005 compared with second quarter 2004. This increase was substantially comprised of higher commission income earned on homesale transactions, which was primarily driven by a 13% increase in the average price of homes sold and partially offset by an 8% decline in the number of homesale transactions. This quarter-over-quarter increase in average price is reflective of the supply of, and demand for, homes resulting in an overall increase in the sales prices of homes across the nation. We believe that the reduction in homesale transactions and, in part, the increase in

29

Exhibit C
Page B69

Exhibit C
Page B70

Table of Contents

price, is reflective of low inventories of homes available for sale in the coastal regions that NRT serves, which experienced unusually high levels of activity in second quarter 2004, and increased competition. EBITDA further reflects an increase of $34 million in commission expenses paid to real estate agents as a result of the incremental revenues earned on homesale transactions, as well as a higher average commission rate paid to real estate agents in second quarter 2005 due to the progressive nature of revenue–based agent commission schedules. Our strategy for continued growth in this business includes strategic acquisitions of real estate brokerages, the continued recruitment and retention of real estate agents and to maintain our commission rates in an increasingly competitive market through the delivery of industry–leading sales support technology and customer service.

NRT has a significant concentration of real estate brokerage offices and transactions in geographic regions where home prices are at the higher end of the U.S. real estate market, particularly the east and west coasts. The real estate franchise business has franchised offices that are more widely dispersed across the United States than our NRT real estate brokerage operations. Accordingly, operating results and homesale statistics may differ between NRT and the real estate franchise business based upon geographic presence and the corresponding homesale activity in each geographic region.

Revenues from our relocation services business increased $21 million (18%) in second quarter 2005 as compared with second quarter 2004, which was primarily driven by $9 million (47%) of higher government homesale revenues and $8 million (17%) of increased referral fees. The increase in government homesale revenues is attributable to increased home values and a higher volume of government home acquisition and closing transactions. The increase in referral fees was due to higher referral rates and transaction volume.

Revenues from our settlement services business decreased $8 million (8%) in second quarter 2005 as compared with second quarter 2004 primarily due to the absence of a $7 million gain recognized in second quarter 2004 as a result of the sale of certain non–core assets by our settlement services business.

EBITDA further reflects an increase of approximately $40 million (3%) in operating, marketing and administrative expenses (apart from NRT's significant acquisitions and real estate agent commission expenses, both of which are discussed separately above) principally resulting from (i) a $12 million increase in staffing and other personnel–related costs incurred within our relocation business to support increases in current and anticipated future volume, (ii) $7 million of higher marketing expenses primarily reflecting changes in seasonal spending patterns and the implementation of certain Internet–based strategic marketing initiatives within our brokerage operations, (iii) a $7 million increase in government homesale direct expenses incurred within our relocation services business primarily in connection with higher volume, (iv) $6 million of incremental incentive expenses at our real estate brokerage operations due to an anticipated increase in year–over–year profitability and (v) $1 million of expenses resulting from restructuring actions at our settlement services and real estate brokerage businesses.

*Hospitality Services*
Revenues increased $47 million (15%), while EBITDA declined $20 million (17%), in second quarter 2005 compared with second quarter 2004. Key revenue drivers increased across all our Hospitality Services businesses reflecting positive industry–wide dynamics but the period–over–period EBITDA comparison was negatively impacted by the absence of a settlement recorded in second quarter 2004 related to a lodging franchisee receivable, as well as increased marketing–related expenses across all our Hospitality Services businesses and the timing of acquisitions in our vacation rental business, all of which are discussed in greater detail below.

Subscriber related revenues within our RCI timeshare exchange business increased $11 million (8%) during second quarter 2005 primarily due to a $6 million (6%) increase in exchange and subscription fee revenues and a $5 million (19%) increase in other timeshare points and rental transaction revenues. The increase in exchange and subscription fee revenues in second quarter 2005 was primarily driven by a 5% increase in the average number of worldwide subscribers and a 9% increase in the average exchange fee, partially offset by a 3% reduction in exchange transaction volume. Revenue trends reflect the continued shift in the RCI timeshare membership base toward a greater mix of points members from traditional one–week timeshare members. The increase in other timeshare points and rental transaction revenues during second quarter 2005 was principally driven by a 29% increase in points and rental transaction volume, partially offset by a 10% decrease in the average price per rental transaction. Other timeshare points transactions are those executed by points members for other than a standard, one–week stay at an RCI timeshare property. Timeshare rental transactions are rentals of unused timeshare inventory to RCI members and non–members.

Royalty, marketing and reservation fund revenues within our lodging franchise operations increased $6 million (6%) in second quarter 2005 partially due to our purchase of the exclusive rights to the Ramada International trademark in December 2004, which contributed $4 million of incremental revenues to second quarter 2005 results. The Ramada International properties also added approximately 26,000 rooms, which is approximately 5% of the total weighted average rooms available within our lodging franchise system. Apart from this acquisition, royalty, marketing and reservation fund revenues increased $2 million (2%) primarily resulting from a 7% increase in revenue per available room ("RevPAR"), partially offset by a 5% decrease in weighted average rooms available. The RevPAR increase reflects (i) increases in both price and occupancy principally

Exhibit C
Page B71

Table of Contents

attributable to an overall improvement in the economy lodging segment in which our hotel brands primarily operate, (ii) the termination of underperforming properties throughout 2004 that did not meet our required quality standards or their financial obligations to us and (iii) the strategic assignment of personnel to field locations designed to assist franchisees in improving their hotel operating performance. The decrease in weighted average rooms available reflects our termination of underperforming properties, as discussed above, and the timing of new additions and terminations to our franchise system. Additionally, our Trip Rewards loyalty program contributed $3 million of incremental revenue during second quarter 2005.

We acquired Landal GreenParks and Canvas Holidays Limited, which are both European vacation rental businesses, in May 2004 and October 2004, respectively. The operating results of Landal have been included in our results for the entire second quarter of 2005 but only for two months during second quarter 2004. The operating results of Canvas have been included in our results for the entire second quarter 2005 but for none of second quarter 2004. Accordingly, Landal and Canvas contributed incremental revenues of $14 million and $5 million, respectively, (with no incremental contributions to EBITDA) during second quarter 2005. The operations of Landal and Canvas are seasonally weakest in the first half of each calendar year and begin to improve moderately toward the latter part of the second quarter and more significantly into third quarter. Apart from these acquisitions, revenues at our European vacation rental companies increased $4 million (6%) primarily as a result of a 4% increase in cottage weeks sold, which partially reflects a shift in booking volumes from first quarter into the latter half of second quarter. European consumers' appear to be booking their vacations closer to their eventual departure dates, which are heavily concentrated during the latter half of the second quarter and throughout the third quarter of each year, corresponding to the peak vacation season. As a result, we expect a greater volume of bookings during third quarter 2005 as compared with third quarter 2004.

EBITDA further reflects an increase of approximately $45 million (24%) in operating, marketing and administrative expenses (excluding the incremental expenses generated by Landal and Canvas Holidays) principally resulting from (i) $18 million of higher quarter–over–quarter bad debt expense primarily due to the absence of a $15 million settlement recorded in second quarter 2004 related to a lodging franchisee receivable, (ii) $11 million of increased marketing–related expenses across all our Hospitality Services businesses primarily to encourage bookings within our vacation rental business and to increase brand recognition within our lodging franchise business, (iii) $5 million of increased volume–related costs within our timeshare exchange and vacation rental businesses and (iv) $3 million of additional costs resulting from infrastructure expansion to support acquisition growth.

*Timeshare Resorts*

Revenues and EBITDA increased $55 million (14%) and $15 million (26%), respectively, in second quarter 2005 compared with second quarter 2004. The operating results reflect organic growth in timeshare sales, a gain on the sale of land and increased consumer finance income.

Net sales of vacation ownership interests ("VOIs") at our timeshare resorts business increased $33 million (10%) in second quarter 2005 principally driven by a 10% increase in tour flow and a 2% increase in revenue per guest. Tour flow, as well as revenue per guest, benefited in second quarter 2005 from our expanded presence in premium destinations such as Hawaii, Las Vegas and Orlando. Tour flow was also positively impacted by the opening of new sales offices, our strategic focus on new marketing alliances and increased local marketing efforts.

Revenues and EBITDA also increased $14 million and $15 million, respectively, in second quarter 2005 as a result of incremental net interest income earned on our contract receivables primarily due to growth in the portfolio and reduced net borrowing costs. Revenue and EBITDA comparisons were further impacted by $11 million of income recorded in second quarter 2005 in connection with the disposal of a parcel of land that was no longer consistent with our development plans.

EBITDA further reflects an increase of approximately $40 million (13%) in operating, marketing and administrative expenses primarily resulting from (i) $12 million of increased cost of sales and $10 million of additional commission expense, both of which are primarily associated with increased VOI sales, (ii) $11 million of additional costs incurred to fund additional staffing needs to support continued growth in the business, improve existing properties and integrate the Trendwest and Fairfield contract servicing systems and (iii) $5 million of incremental marketing spend to support sales efforts and anticipated growth in the business.

*Vehicle Rental*

Revenues increased $105 million (9%), while EBITDA decreased $12 million (9%), in second quarter 2005 compared with second quarter 2004. We experienced strong demand for vehicle rentals throughout the quarter and expect rental volumes to continue to grow in the foreseeable future, while EBITDA margin comparisons were negatively impacted by lower domestic rental car pricing and comparatively higher fleet costs.

Revenues generated by our domestic car rental operations increased $69 million (8%) during second quarter 2005, which was comprised of a $56 million (7%) increase in car rental time and mileage ("T&M") revenue and a $13 million (12%) increase

31

Exhibit C
Page B72

Table of Contents

in ancillary revenues. The increase in domestic T&M revenues was principally driven by a 14% increase in the number of days a car was rented, partially offset by a 6% decrease in T&M revenue per day. The increase in rental days and the reduction in pricing reflects, in part, our strategic decision to reposition the Budget car rental brand by reducing the cost structure and pricing to be more competitive with other leisure–focused car rental brands. In addition, pricing at our car rental brands was negatively impacted by competitive conditions in the domestic car rental industry resulting from higher industry–wide fleet levels, which we believe were caused by enhanced incentives offered by car manufacturers in prior periods. EBITDA also reflects an increase of $56 million in fleet depreciation and related costs primarily due to (i) an increase of 13% in the average size of our domestic rental fleet and (ii) reductions to manufacturer incentives received on our 2005 model year inventory (which was in utilization during second quarter 2005) as compared with those received on our 2004 model year inventory (which was in utilization during second quarter 2004). The $13 million increase in ancillary revenues was due primarily to a $7 million increase in counter sales of insurance and other items and a $5 million increase in gasoline revenues. EBITDA from our domestic car rental operations was also negatively impacted by (i) $19 million of additional expenses primarily associated with increased car rental volume, including vehicle maintenance and damage costs, vehicle license and registration fees, airport commissions and shuttling costs and (ii) $7 million of increased expenses associated with higher gasoline costs and a lower profit margin on the sale of gasoline.

Revenues generated by our international car rental operations increased $28 million (26%) primarily due to a $21 million (24%) increase in car rental T&M revenue and a $7 million (33%) increase in ancillary revenues. The increase in T&M revenues was principally driven by a 17% increase in the number of days a car was rented and a 7% increase in T&M revenue per day. The favorable effect of incremental T&M revenues was partially offset in EBITDA by $13 million of increased vehicle depreciation and related costs and $16 million of higher operating expenses, both principally resulting from increased car rental volume and an increase of 20% in the average size of our international rental fleet to support such volume. The increase in revenue generated by our international car rental operations includes the effect of favorable foreign currency exchange rate fluctuations of $10 million, which was principally offset in EBITDA by the opposite impact of foreign currency exchange rate fluctuations on expenses.

We are currently negotiating the purchase of our 2006 model year inventory and, based upon preliminary discussions, expect to incur increased fleet depreciation costs throughout the remainder of 2005 and 2006. Accordingly, our ability to maintain profit margins consistent with prior periods will be dependent on our ability to obtain more favorable customer pricing in response to increases in fleet costs. We implemented such a pricing program during third quarter 2005.

Budget truck rental revenues increased $8 million (6%) in second quarter 2005 primarily representing a $6 million (5%) increase in T&M revenue, which reflects a 6% increase in T&M per day. The favorable impact on EBITDA of increased T&M revenue was principally offset by $10 million of incremental vehicle depreciation and related costs resulting from a 14% increase in the average size of our truck rental fleet in anticipation of increased demand.

### Travel Distribution Services

Revenues and EBITDA increased $213 million (48%) and $25 million (21%), respectively, in second quarter 2005 compared with second quarter 2004, reflecting the inclusion of revenues and expenses from recent acquisitions as well as integration costs associated with those acquisitions. Subsequent to second quarter 2004, we completed the acquisitions of Orbitz (November 2004), Gullivers (April 2005) and ebookers (February 2005). The operating results of these companies have been included in our results from their respective acquisition dates forward and therefore were incremental to our results during second quarter 2005. Accordingly, Orbitz, Gullivers and ebookers contributed incremental revenues of $101 million, $68 million and $33 million, respectively, and EBITDA earnings (losses) of $22 million, $13 million and ($10) million, respectively. EBITDA for second quarter 2005 also includes $8 million of acquisition and integration related costs, the majority of which are reflected in the EBITDA results of such acquired businesses. In addition, effective January 1, 2005, we transferred our membership travel business to the discontinued Marketing Services segment. As a result, revenue and EBITDA of $16 million and $4 million, respectively, generated by such operations in second quarter 2004 were absent from this segment's results in second quarter 2005. Apart from these acquisitions and the transfer of the membership travel business, revenue and EBITDA increased $27 million (6%) and $4 million (4%), respectively.

Our strategic focus has been to grow our business and enhance profitability by further penetrating corporate and consumer online channels, which we are accomplishing, in part, through our recent strategic acquisitions and ongoing integration efforts. We believe that combining our existing travel businesses with the acquisitions of Orbitz, Gullivers and ebookers will strengthen our position as a global travel intermediary. We have expanded our operations within the travel industry such that in addition to our role as an "order taker," or transaction processor, primarily serving offline travel agencies via their use of our Galileo branded electronic global distribution system ("GDS") services, we have also grown our presence as an "order maker," or transaction generator, where we directly serve the end customer.

To execute our strategy, we will continue to integrate our businesses. We have already completed the migration of Cheaptickets.com and Orbitz to a common technology platform and have made progress in developing the migration plans for

Exhibit C
Page B73

Table of Contents

the ebookers platform. We are also merging certain booking and distribution functionality within our ebookers, Gullivers and our Travel 2/Travel 4 brands. In the United States, we will continue to promote the Orbitz, Cheap Tickets and Travelport businesses as differentiated travel brands in the leisure and corporate travel sectors. With the recent acquisitions of Orbitz, ebookers and Gullivers, we expect our integration efforts to continue through 2006, with the most significant cost savings synergies to be recognized beginning in early 2006.

Galileo, our "order taker" subsidiary that provides GDS services to the travel industry, experienced an overall $13 million (4%) increase in worldwide air booking fees in second quarter 2005. Such increase was comprised of a $17 million (8%) increase in international air booking fees, partially offset by a $4 million (5%) decrease in domestic air booking fees. The increase in international air booking fees was principally driven by 6% higher booking volumes, which totaled 46.1 million segments in second quarter 2005 and which primarily resulted from an increase in travel demand within the Middle East and Asia/Pacific regions. The $4 million decrease in domestic air booking fees was driven by a 9% decline in the effective yield on such bookings, partially offset by a 5% increase in booking volumes, which totaled 22.5 million segments in second quarter 2005. The domestic volume increase and effective yield decline are consistent with our pricing program with major U.S. carriers, which was designed to gain access to all public fares made available by the participating airlines. International air bookings represented approximately two–thirds of our total air bookings during second quarter 2005. Additionally, revenue at our Galileo subsidiary was further impacted by an $8 million reduction in subscriber fees resulting from fewer travel agencies leasing computer equipment from us during second quarter 2005 compared with second quarter 2004, which was substantially offset by $8 million of additional ancillary revenue, including higher fees earned on outsourcing arrangements where we provide technology services for certain airline carriers.

Revenues generated from our online "order maker" related businesses grew $14 million (40%) organically (excluding the impact of the aforementioned acquisitions) in second quarter 2005 compared with second quarter 2004 principally driven by a 47% increase in online gross bookings substantially at our CheapTickets.com website. The growth in online gross bookings was attributable to (i) improved site functionality resulting in greater conversion rates, (ii) enhanced content including additional online hotel offerings and (iii) more visitors resulting from increased marketing efforts.

EBITDA further reflects an increase of approximately $25 million in expenses (excluding the impact of the aforementioned acquisitions and the transfer of the membership travel business) principally resulting from (i) the absence in second quarter 2005 of a $10 million expense reduction realized in second quarter 2004 in connection with a benefit plan amendment, (ii) $8 million of additional expenses associated with developing enhanced technology and other project initiatives, (iii) $5 million of higher commission expenses attributable to higher booking volumes in the Middle East and Asia/Pacific regions and (iv) $1 million of restructuring changes incurred during second quarter 2005 as a result of actions taken to reduce staff levels in some of our order–taker related businesses and the realignment of our global sales force.

*Mortgage Services*
Revenues and EBITDA decreased $217 million and $58 million, respectively, in second quarter 2005 compared with the same period in 2004 due to the disposition of this business in January 2005 in connection with our spin–off of PHH.

### SIX MONTHS ENDED JUNE 30, 2005 VS. SIX MONTHS ENDED JUNE 30, 2004

Our consolidated results of operations comprised the following:

| | Six Months Ended June 30, | | |
| | 2005 | 2004 | Change |
|---|---|---|---|
| Net revenues | $ 8,612 | $ 7,943 | $ 669 |
| Total expenses | 7,845 | 7,014 | 831 |
| Income before income taxes and minority interest | 767 | 929 | (162) |
| Provision for income taxes | 311 | 303 | 8 |
| Minority interest, net of tax | 2 | 6 | (4) |
| Income from continuing operations | 454 | 620 | (166) |
| Income (loss) from discontinued operations, net of tax | (15) | 314 | (329) |
| Gain (loss) on disposal of discontinued operations, net of tax: | | | |
| PHH valuation and transaction–related charges | (312) | – | (312) |
| Gain on disposal | 179 | 198 | (19) |
| Net income | $ 306 | $ 1,132 | $ (826) |

33

Exhibit C
Page B74

Table of Contents

Net revenues and total expenses increased $669 million (8%) and $831 million (12%), respectively, in the six months ended June 30, 2005 as compared with the same period in 2004. Such increases reflect the acquisitions of the following several strategic businesses subsequent to January 1, 2004, as well as organic growth and other items, including a non-cash valuation charge related to the PHH spin-off, discussed below:

| Acquired Business | Date of Acquisition | Contribution to Net Revenues | | Contribution to Total Expenses | |
|---|---|---|---|---|---|
| Orbitz | November 2004 | $ | 196 | $ | 176 |
| Gullivers | April 2005 | | 68 | | 62 |
| ebookers | February 2005 | | 41 | | 65 |
| Landal GreenParks | May 2004 | | 44 | | 51 |
| Real estate brokerages | * | | 113 | | 110 |
| | | $ | 462 | $ | 464 |

(*)  These businesses were acquired at various dates during or subsequent to the six months ended June 30, 2004.

The remaining revenue increase reflects organic growth (on a comparable basis) across all our segments with the most significant contributions from our Vehicle Rental and Real Estate Services segments. Such growth also contributed to the increase in total expenses primarily to support additional volume, higher vehicle costs and additional marketing investments. Partially offsetting these revenue and expense increases was the absence of five months of revenues generated and expenses incurred by our former mortgage business, which was disposed on January 31, 2005. Our former mortgage business contributed $326 million and $274 million of revenues and expenses during the period February 1, 2004 through June 30, 2004. The increase in total expenses also reflects the following transaction-related charges recorded during 2005: (i) a $180 million non-cash impairment charge relating to the PHH spin-off and (ii) charges aggregating $51 million primarily relating to restructuring activities undertaken following the PHH spin-off and initial public offering of Wright Express. Partially offsetting these charges is a $112 million decrease in interest expense primarily relating to the reversal of $73 million of accrued interest associated with the resolution of amounts due under a litigation settlement reached in 1999, as well as an overall reduction in our average outstanding indebtedness period-over-period and debt extinguishment costs incurred in 2004. Our effective tax rate for continuing operations was 40.5% and 32.6% for the six months ended June 30, 2005 and 2004, respectively. The change in the effective tax rate for 2005 was primarily due to the non-deductibility of the valuation charge associated with the PHH spin-off and a one-time tax expense associated with the planned repatriation of foreign earnings, which was partially offset by a tax benefit related to asset basis differences. As a result of the above-mentioned items, income from continuing operations decreased $166 million (27%).

Income (loss) from discontinued operations decreased $329 million, which primarily reflects (i) $64 million in net income generated by Jackson Hewitt Tax Service Inc. prior to its disposition, (ii) a decrease of $50 million in net income generated by our former fleet leasing and appraisal businesses (since their results were included for six months in 2004 but only one month in 2005 and due to a $24 million tax-related charge recorded in 2005), (iii) a decrease of $29 million in net income generated by Wright Express (since its results were included for six months in 2004 but only through February 22, 2005 in 2005), and (iv) a decrease of $186 million in net income generated by our Marketing Services division, which principally reflects the reversal of a tax valuation allowance of $121 million in January 2004 and a $28 million charge recorded during 2005 in connection with a breach of contract claim. We also incurred a net loss on the disposal of discontinued operations of $133 million in 2005, which includes a $308 million non-cash impairment charge and $4 million of transaction costs relating to the PHH spin-off, partially offset by a net gain of $179 million recognized in connection with the IPO of Wright Express. As a result of the above-mentioned items, net income decreased $826 million.

34

Exhibit C
Page B75

Table of Contents

Following is a discussion of the results of each of our reportable segments during the six months ended June 30:

|  | Revenues | | | EBITDA | | |
|---|---|---|---|---|---|---|
|  | 2005 | 2004 | % Change | 2005 | 2004 | % Change |
| Real Estate Services | $ 3,452 | $ 3,124 | 10% | $ 554 | $ 515 | 8% |
| Hospitality Services | 762 | 651 | 17 | 225 | 246 | (9) |
| Timeshare Resorts | 805 | 731 | 10 | 113 | 101 | 12 |
| Vehicle Rental | 2,312 | 2,120 | 9 | 194 | 208 | (7) |
| Travel Distribution Services | 1,213 | 900 | 35 | 272 | 241 | 13 |
| Mortgage Services | 46 | 370 | * | (181) | 59 | * |
| Total Reportable Segments | 8,590 | 7,896 | 9 | 1,177 | 1,370 |  |
| Corporate and Other (a) | 22 | 47 |  | (75) | (44) |  |
| Total Company | $ 8,612 | $ 7,943 | 8 | 1,102 | 1,326 |  |
| Less: Non–program related depreciation and amortization |  |  |  | 276 | 224 |  |
| Non–program related interest expense, net |  |  |  | 53 | 147 |  |
| Early extinguishment of debt |  |  |  | – | 18 |  |
| Amortization of pendings and listings |  |  |  | 6 | 8 |  |
| Income before income taxes and minority interest |  |  |  | $ 767 | $ 929 |  |

\*  Not meaningful.

(a)  Includes unallocated corporate overhead, the elimination of transactions between segments and the results of operations of certain non–strategic businesses. Additionally, the six months ended June 30, 2005 and 2004 include gains of $18 million and $40 million, respectively, on the sale of Homestore, Inc. common stock.

### Real Estate Services
Revenues and EBITDA increased $328 million (10%) and $39 million (8%), respectively, in the six months ended June 30, 2005 compared with the same period in 2004 reflecting growth across our real estate franchise, real estate brokerage and relocation services businesses.

Royalty revenue within our real estate franchise business increased $41 million (20%) in the six months ended June 30, 2005 as compared with the same period in 2004. Such growth was primarily driven by a 14% increase in the average price of homes sold and a 7% increase in the number of homesale transactions from our third–party franchisees. Royalty increases in our real estate franchise business are generally recognized with little or no corresponding increase in variable operating expenses due to the significant operating leverage within the franchise operations. In addition to royalties received from our third–party franchisees, NRT Incorporated, our wholly–owned real estate brokerage firm, continues to pay royalties to our real estate franchise business. However, these intercompany royalties, which approximated $179 million and $163 million during the six months ended June 30, 2005 and 2004, respectively, are eliminated in consolidation and therefore have no impact on this segment's revenues or EBITDA.

Revenues within our real estate brokerage business increased $263 million (11%) in the six months ended June 30, 2005 as compared with the same period in 2004. Such increase is partially attributable to significant acquisitions made by NRT during or subsequent to the six months ended June 30, 2004 which together contributed incremental revenues and EBITDA of $113 million and $9 million, respectively, to 2005 operating results. Excluding the impact of these acquisitions, NRT's revenues increased $150 million (6%). This increase was substantially comprised of higher commission income earned on homesale transactions, which was primarily driven by a 16% increase in the average price of homes sold and partially offset by a 7% decline in the number of homesale transactions. The 16% period–over–period increase in average price is reflective of the supply of, and demand for, homes resulting in an overall increase in the sales prices of homes across the nation. We believe that the reduction in homesale transactions and, in part, the increase in price, is reflective of low inventories of homes available for sale in the coastal regions that NRT serves, which experienced unusually high levels of activity in 2004, and increased competition. EBITDA further reflects an increase of $109 million in commission expenses paid to real estate agents as a result of the incremental revenues earned on homesale transactions, as well as a higher average commission rate paid to real estate agents in 2005 due to the progressive nature of revenue–based agent commission schedules.

Revenues from our relocation services business increased $21 million (9%) in the six months ended June 30, 2005 as compared with the same period in 2004, which was primarily driven by $14 million (18%) of increased referral fees and a $7 million increase in other service fees. The increase in referral fees was driven by higher referral rates and transaction volume.

Exhibit C
Page B76

Table of Contents

Revenues from our settlement services business decreased $2 million (2%) in the six months ended June 30, 2005 as compared with the same period in 2004 primarily due to the absence of a $7 million gain recognized in second quarter 2004 as a result of the sale of certain non–core assets by our settlement services business, partially offset by $5 million of increased title and closing fees generated on a higher volume of homesale transactions period–over–period.

EBITDA further reflects an increase of approximately $75 million (3%) in operating, marketing and administrative expenses (apart from NRT's significant acquisitions and real estate agent commission expenses, both of which are discussed separately above) principally resulting from (i) an $18 million increase in staffing and other personnel–related costs incurred within our relocation business to support increases in current and anticipated future volume, (ii) $17 million of higher marketing expenses primarily reflecting changes in seasonal spending patterns and the implementation of certain Internet–based strategic marketing initiatives within our real estate brokerage and franchise businesses, (iii) $13 million of incremental incentive expenses at our real estate brokerage operations due to an anticipated increase in year–over–year profitability, (iv) $5 million of costs at our settlement services business related to developing and enhancing certain infrastructures that were previously maintained at, and leveraged from, our former mortgage business and (v) $5 million of expenses resulting from restructuring actions primarily at our settlement services and real estate brokerage businesses.

*Hospitality Services*
Revenues increased $111 million (17%), while EBITDA declined $21 million (9%), in the six months ended June 30, 2005 compared with the same period in 2004. Key revenue drivers increased at our timeshare exchange and lodging franchise businesses reflecting positive industry–wide dynamics but the period–over–period EBITDA comparison was negatively impacted by the absence of a settlement recorded in the six months ended June 30, 2004 related to a lodging franchisee receivable, as well as increased marketing–related expenses across all our Hospitality Services businesses and the timing of acquisitions in our vacation rental business, all of which are discussed in greater detail below.

Subscriber related revenues within our RCI timeshare exchange business increased $20 million (7%) in the six months ended June 30, 2005 primarily due to an $11 million (5%) increase in exchange and subscription fee revenues and an $11 million (19%) increase in other timeshare points and rental transaction revenues. The increase in exchange and subscription fee revenues in the six months ended June 30, 2005 was primarily driven by a 5% increase in the average number of worldwide subscribers and a 9% increase in the average exchange fee, partially offset by a 4% reduction in exchange transaction volume. Revenue trends reflect the continued shift in the RCI timeshare membership base toward a greater mix of points members from traditional one–week timeshare members. The increase in other timeshare points and rental transaction revenues during the six months ended June 30, 2005 was principally driven by a 22% increase in points and rental transaction volume, partially offset by a 4% decrease in the average price per rental transaction.

Royalty, marketing and reservation fund revenues within our lodging franchise operations increased $13 million (8%) in the six months ended June 30, 2005 partially due to our purchase of the exclusive rights to the Ramada International trademark in December 2004, which contributed $7 million of incremental revenues to the six months ended June 30, 2005 results. The Ramada International properties also added approximately 26,000 rooms, which is approximately 5% of the total weighted average rooms available within our lodging franchise system for the six months ended June 30, 2005. Apart from this acquisition, royalty, marketing and reservation fund revenues increased $6 million (4%) primarily resulting from an 8% increase in RevPAR, partially offset by a 4% decrease in weighted average rooms available. The RevPAR increase reflects (i) increases in both price and occupancy principally attributable to an overall improvement in the economy lodging segment in which our hotel brands primarily operate, (ii) the termination of underperforming properties throughout 2004 that did not meet our required quality standards or their financial obligations to us and (iii) the strategic assignment of personnel to field locations designed to assist franchisees in improving their hotel operating performance. The decrease in weighted average rooms available reflects our termination of underperforming properties, as discussed above, and the timing of new additions and terminations to our franchise system. Revenue and EBITDA also benefited from a $7 million gain recognized on the sale of an investment within our lodging business during the six months ended June 30, 2005. Additionally, our Trip Rewards loyalty program contributed $6 million of incremental revenue during the six months ended June 30, 2005.

We acquired Landal GreenParks and Canvas Holidays Limited, which are both European vacation rental businesses, in May 2004 and October 2004, respectively. The operating results of Landal have been included in our results for the entire six months ended June 30, 2005 but only for two months during the same period in 2004. The operating results of Canvas have been included in our results for the entire six months ended June 30, 2005 but for none of the six months ended June 30, 2004. Accordingly, Landal and Canvas contributed incremental revenues of $44 million and $15 million, respectively, and EBITDA of ($5) million and $2 million, respectively, during the six months ended June 30, 2005. The operations of Landal and Canvas are seasonally weakest in the first half of each calendar year and begin to improve moderately toward the latter part of the second quarter and more significantly into third quarter. Apart from these acquisitions, revenues at our European vacation rental companies were relatively flat. European consumers' appear to be booking their vacations closer to their eventual departure dates, which are heavily concentrated during the latter half of the second quarter and throughout the third quarter of

36

Exhibit C
Page B77

Table of Contents

each year, corresponding to the peak vacation season. As a result, we expect a greater volume of bookings during third quarter 2005 as compared with third quarter 2004.

EBITDA further reflects an increase of approximately $70 million (17%) in operating, marketing and administrative expenses (excluding the incremental expenses generated by the Landal and Canvas Holidays acquisitions) principally resulting from (i) $18 million of higher year–over–year bad debt expense primarily due to the absence of a $15 million settlement recorded in the six months ended June 30, 2004 related to a lodging franchisee receivable, (ii) $20 million of increased marketing–related expenses across all our Hospitality Services businesses primarily to encourage bookings within our vacation rental business and to increase brand recognition within our lodging franchise business, (iii) $6 million of increased volume–related costs within our timeshare exchange and vacation rental businesses, (iv) $5 million of restructuring costs incurred as a result of the consolidation of certain call centers and back–office functions and (v) $5 million of additional costs resulting from infrastructure expansion to support acquisition growth.

*Timeshare Resorts*

Revenues and EBITDA increased $74 million (10%) and $12 million (12%), respectively, in the six months ended June 30, 2005 compared with the same period in 2004. The operating results reflect organic growth in timeshare sales, a gain on the sale of land and increased consumer finance income.

Net sales of VOIs at our timeshare resorts business increased $40 million (7%) in the six months ended June 30, 2005, principally driven by a 9% increase in tour flow and a 3% increase in revenue per guest. This revenue increase was partially offset by a $14 million decrease in higher margin upgrade sales at our Trendwest resort properties due to special upgrade promotions conducted in the first half of 2004 undertaken to mitigate the negative impact on tour flow from the Do Not Call legislation. Tour flow, as well as revenue per guest, benefited in the six months ended June 30, 2005 from our expanded presence in premium destinations such as Hawaii, Las Vegas and Orlando. Tour flow was also positively impacted by the opening of new sales offices, our strategic focus on new marketing alliances and increased local marketing efforts.

Revenue and EBITDA also increased $28 million in the six months ended June 30, 2005 as a result of incremental net interest income earned on our contract receivables primarily due to growth in the portfolio and reduced net borrowing costs. Revenue and EBITDA comparisons were further impacted by $11 million of income recorded in second quarter 2005 in connection with the disposal of a parcel of land that was no longer consistent with our development plans. The year–over–year revenue and EBITDA comparisons were further impacted by the absence of a $4 million gain recognized in first quarter 2004 in connection with the sale of a third–party timeshare financing operation and $3 million of revenue generated by such operations in 2004 prior to the sale date.

EBITDA further reflects an increase of approximately $60 million (10%) in operating, marketing and administrative expenses primarily resulting from (i) $11 million of increased cost of sales and $14 million of additional commission expense, both of which are primarily associated with increased VOI sales, (ii) $13 million of additional costs incurred to fund additional staffing needs to support continued growth in the business, improve existing properties and integrate the Trendwest and Fairfield contract servicing systems and (iii) $11 million of incremental marketing spend to support sales efforts and anticipated growth in the business.

*Vehicle Rental*

Revenues increased $192 million (9%), while EBITDA decreased $14 million (7%), in the six months ended June 30, 2005 compared with the same period in 2004. We experienced strong demand for vehicle rentals throughout the first half of 2005 and expect rental volumes to continue to grow in the foreseeable future, although EBITDA margin comparisons have been negatively impacted by lower domestic rental car pricing and comparatively higher fleet costs.

Revenues generated by our domestic car rental operations increased $127 million (8%) during the six months ended June 30, 2005, which was comprised of a $103 million (7%) increase in car rental T&M revenue and a $24 million (12%) increase in ancillary revenues. The increase in domestic T&M revenues was principally driven by a 12% increase in the number of days a car was rented, partially offset by a 5% decrease in T&M revenue per day. The increase in rental days and the reduction in pricing reflects, in part, our strategic decision to reposition the Budget car rental brand by reducing the cost structure and pricing to be more competitive with other leisure–focused car rental brands. In addition, pricing at our car rental brands was negatively impacted by competitive conditions in the domestic car rental industry resulting from higher industry–wide fleet levels, which we believe were caused by enhanced incentives offered by car manufacturers in prior periods. EBITDA also reflects an increase of $56 million in fleet depreciation and related costs primarily due to (i) an increase of 12% in the average size of our domestic rental fleet and (ii) reductions to manufacturer incentives received on our 2005 model year inventory (which was in utilization during the six months ended June 30, 2005) as compared with those received on our 2004 model year inventory (which was in utilization during the six months ended June 30, 2004). The $24 million increase in ancillary revenues was due primarily to a $10 million increase in gasoline revenues and a $10 million increase in counter sales of insurance and other items. We also received a $6 million settlement during first quarter 2005 from an airport authority in connection with the

37

Exhibit C
Page B78

Table of Contents

mandated relocation of an Avis car rental site at such airport. EBITDA from our domestic car rental operations was also negatively impacted by (i) $60 million of additional expenses primarily associated with increased car rental volume, including vehicle maintenance and damage costs, vehicle license and registration fees, airport commissions and shuttling costs and (ii) $13 million of increased expenses associated with higher gasoline costs and a lower profit margin on the sale of gasoline.

Revenues generated by our international car rental operations increased $48 million (21%) primarily due to a $34 million (19%) increase in car rental T&M revenue and a $14 million (29%) increase in ancillary revenues. The increase in T&M revenues was principally driven by a 15% increase in the number of days a car was rented and a 3% increase in T&M revenue per day. The favorable effect of incremental T&M revenues was partially offset in EBITDA by $20 million of increased vehicle depreciation and related costs and $27 million of higher operating expenses, both principally resulting from increased car rental volume and an increase of 18% in the average size of our international rental fleet to support such volume. The increase in revenue generated by our international car rental operations includes the effect of favorable foreign currency exchange rate fluctuations of $15 million, which was principally offset in EBITDA by the opposite impact of foreign currency exchange rate fluctuations on expenses.

Budget truck rental revenues increased $18 million (8%) in the six months ended June 30, 2005 primarily representing a $15 million (7%) increase in T&M revenue, which reflects a 4% increase in T&M per day and a 3% increase in rental days. The favorable impact on EBITDA of increased T&M revenue was principally offset by (i) $18 million of incremental vehicle depreciation and related costs resulting from a 17% increase in the average size of our truck rental fleet in anticipation of increased demand and (ii) $6 million of restructuring costs incurred during first quarter 2005 in connection with the closure of a reservation center and unprofitable Budget truck rental locations.

### Travel Distribution Services

Revenues and EBITDA increased $313 million (35%) and $31 million (13%), respectively, in the six months ended June 30, 2005 compared with the same period in 2004, reflecting the inclusion of revenues and expenses from recent acquisitions as well as integration costs associated with those acquisitions. Subsequent to the six months ended June 30, 2004, we completed the acquisitions of Orbitz (November 2004), Gullivers (April 2005), ebookers (February 2005) and another online travel business (April 2004). The operating results of these companies have been included in our results from their respective acquisition dates forward and therefore were incremental to our results during the six months ended June 30, 2005. Accordingly, Orbitz, Gullivers, ebookers and the other online travel business contributed incremental revenues of $196 million, $68 million, $41 million and $11 million, respectively, and EBITDA earnings (losses) of $36 million, $13 million, ($17) million and $5 million, respectively. EBITDA for the six months ended June 30, 2005 also includes $19 million of acquisition and integration–related costs, the majority of which are reflected in the EBITDA results of such acquired businesses. In addition, effective January 1, 2005, we transferred our membership travel business to the discontinued Marketing Services segment. As a result, revenue and EBITDA of $31 million and $4 million, respectively, generated by such operations during the six months ended June 30, 2004 were absent from this segment's results during the same period in 2005. Apart from these acquisitions and the transfer of the membership travel business, revenue increased $28 million (3%) and EBITDA declined $2 million (1%), respectively.

Galileo, our "order taker" subsidiary that provides GDS services to the travel industry, experienced an overall $9 million (1%) increase in worldwide air booking fees in the six months ended June 30, 2005 over the comparable period in 2004. Such increase was comprised of a $13 million (3%) increase in international air booking fees, partially offset by a $4 million (3%) decrease in domestic air booking fees. The increase in international air booking fees was principally driven by a 2% increase in the effective yield and 1% higher booking volumes, which totaled 90.4 million segments for the six months ended June 30, 2005 and primarily resulted from an increase in travel demand within the Middle East and Asia/Pacific regions. The $4 million decrease in domestic air booking fees was driven by an 8% decline in the effective yield on such bookings, partially offset by a 6% increase in booking volumes, which totaled 47.3 million segments for the six months ended June 30, 2005. The domestic volume increase and effective yield decline are consistent with our pricing program with major U.S. carriers, which was designed to gain access to all public fares made available by the participating airlines. International air bookings represented approximately two–thirds of our total air bookings during the six months ended June 30, 2005. Additionally, revenue at our Galileo subsidiary was further impacted by a $12 million reduction in subscriber fees resulting from fewer travel agencies leasing computer equipment from us during the six months ended June 30, 2005 compared with the six months ended June 30, 2004, which was partially offset by $5 million of additional ancillary revenue, including higher fees earned on outsourcing arrangements where we provide technology services for certain airline carriers.

Revenues generated from our online "order maker" related businesses grew $26 million (42%) organically (excluding the impact of the aforementioned acquisitions) during the six months ended June 30, 2005 compared with the same period in 2004 principally driven by a 51% increase in online gross bookings substantially at our CheapTickets.com website. The growth in online gross bookings was attributable to (i) improved site functionality resulting in greater conversion rates, (ii) enhanced content including additional online hotel offerings and (iii) more visitors resulting from increased marketing efforts.

Exhibit C
Page B79

Table of Contents

EBITDA further reflects an increase of approximately $30 million in expenses (excluding the impact of the aforementioned acquisitions and the transfer of the membership travel business) principally resulting from (i) the absence in 2005 of a $21 million expense reduction realized in the six months ended June 30, 2004 in connection with a benefit plan amendment, (ii) $11 million of restructuring charges incurred during the six months ended June 30, 2005 as a result of actions taken to reduce staff levels in some of our order–taker related businesses and the realignment of our global sales force, (iii) $10 million of additional expenses associated with developing enhanced technology and other project initiatives and (iv) $5 million of higher commission expenses attributable to higher booking volumes in the Middle East and Asia/Pacific regions. Such amounts were partially offset by (i) $9 million of expense savings on network communications and equipment maintenance and installation due, in part, to reduced subscriber volume and (ii) $6 million of cost savings realized at our existing travel services businesses resulting from cost containment initiatives within our offline travel agency operations undertaken in 2004.

*Mortgage Services*
Revenues and EBITDA decreased $324 million and $240 million, respectively, in the six months ended June 30, 2005 compared with the same period in 2004. As a result of the spin-off, the six months ended June 30, 2005 consists of only one month of activity while the six months ended June 30, 2004 consists of six months. Our mortgage operations generated revenue and EBITDA of $326 million and $64 million, respectively, for the five–month period ended June 30, 2004. For the month of January, revenue increased $2 million and EBITDA decreased $176 million in 2005 compared with 2004. The EBITDA reduction was primarily due to an expected non–cash impairment charge of $180 million recorded in January 2005 to reflect a portion of the difference between the carrying value and market value of PHH as a result of the spin–off.

### FINANCIAL CONDITION, LIQUIDITY AND CAPITAL RESOURCES

We present separately the financial data of our management programs. These programs are distinct from our other activities as the assets are generally funded through the issuance of debt that is collateralized by such assets. The income generated by these assets is used, in part, to repay the principal and interest associated with the debt. Cash inflows and outflows relating to the generation or acquisition of such assets and the principal debt repayment or financing of such assets are classified as activities of our management programs. We believe it is appropriate to segregate the financial data of our management programs because, ultimately, the source of repayment of such debt is the realization of such assets.

### FINANCIAL CONDITION

|  | June 30, 2005 | December 31, 2004 | Change |
|---|---|---|---|
| Total assets exclusive of assets under management programs | $    23,261 | $    27,872 | $    (4,611) |
| Total liabilities exclusive of liabilities under management programs | 11,988 | 15,494 | (3,506) |
| Assets under management programs | 12,870 | 14,698 | (1,828) |
| Liabilities under management programs | 12,909 | 14,381 | (1,472) |
| Stockholders' equity | 11,234 | 12,695 | (1,461) |

Total assets exclusive of assets under management programs decreased approximately $4.6 billion primarily due to (i) the spin–off of PHH, which reduced assets by approximately $5.6 billion, (ii) the sale of Wright Express, which (excluding proceeds received on the sale) reduced assets by $685 million and (iii) a reduction of $581 million in our net deferred tax asset principally due to utilization of our net operating loss carryforwards during 2005. These decreases were partially offset by (i) approximately $1.6 billion and $707 million of assets acquired in connection with our acquisitions of Gullivers and ebookers, respectively, (See Note 4 to our Consolidated Condensed Financial Statements) and (ii) an increase of $156 million in cash and cash equivalents (see "Liquidity and Capital Resources—Cash Flows" for a detailed discussion).

Total liabilities exclusive of liabilities under management programs decreased approximately $3.5 billion primarily due to (i) the spin–off of PHH, which reduced liabilities by approximately $4.4 billion and (ii) the sale of Wright Express, which reduced liabilities by $434 million. These decreases were partially offset by (i) net incremental borrowings of $609 million under our revolving credit facility and commercial paper program which were utilized to fund a portion of the purchase price of Gullivers (see Note 4 to our Consolidated Condensed Financial Statements) and (ii) $380 million and $256 million of liabilities that we assumed in connection with our acquisitions of Gullivers and ebookers, respectively (See Note 4 to our Consolidated Condensed Financial Statements).

Assets under management programs decreased approximately $1.8 billion primarily due to the spin–off of PHH, which had approximately $4.2 billion of assets. This decrease was partially offset by approximately $2.3 billion of net additions to our vehicle rental fleet reflecting current and projected increases in demand.

Exhibit C
Page B80

Table of Contents

Liabilities under management programs decreased approximately $1.5 billion primarily due to the spin-off of PHH, which had approximately $3.4 billion of liabilities. This decrease was partially offset by approximately $2.1 billion of additional borrowings to support the growth in our vehicle rental fleet described above. See "Liquidity and Capital Resources—Financial Obligations—Debt Under Management Programs" for a detailed account of the change in our debt related to management programs.

Stockholders' equity decreased approximately $1.5 billion primarily due to (i) the $1.65 billion dividend of PHH's equity to our shareholders, (ii) our repurchase of $522 million (approximately 24 million shares) of Cendant common stock and (iii) $192 million of cash dividend payments. Such decreases were partially offset by (i) the $488 million valuation charge associated with the PHH spin-off (which is included in both the $1.65 billion PHH dividend and in the 2005 net income), (ii) net income of $306 million for the six months ended June 30, 2005 and (iii) $242 million related to the exercise of employee stock options (including a $56 million tax benefit). See Note 16 to our Consolidated Condensed Financial Statements for a description of the effect of the PHH spin-off.

## LIQUIDITY AND CAPITAL RESOURCES

Our principal sources of liquidity are cash on hand and our ability to generate cash through operations and financing activities, as well as available funding arrangements and committed credit facilities, each of which is discussed below.

## CASH FLOWS

At June 30, 2005, we had $623 million of cash on hand, an increase of $156 million from $467 million at December 31, 2004. The following table summarizes such increase:

|  | Six Months Ended June 30, | | |
|  | 2005 | 2004 | Change |
| --- | --- | --- | --- |
| Cash provided by (used in): |  |  |  |
| Operating activities | $ 1,598 | $ 926 | $ 672 |
| Investing activities | (3,520) | (2,439) | (1,081) |
| Financing activities | 2,065 | 1,034 | 1,031 |
| Effects of exchange rate changes | (29) | 38 | (67) |
| Cash provided by discontinued operations | 42 | 146 | (104) |
| Net change in cash and cash equivalents | $ 156 | $ (295) | $ 451 |

During the six months ended June 30, 2005, we generated $672 million more cash from operating activities in comparison with the same period in 2004. This change principally reflects the spin-off of our former mortgage business, which generated $88 million of cash from program activities in 2005 and used $678 million in 2004.

We used approximately $1.1 billion more cash in investing activities during the six months ended June 30, 2005 compared with the six months ended June 30, 2004. Such change primarily reflects the use of approximately $1.3 billion more cash to fund acquisitions in 2005 (principally Gullivers and ebookers), partially offset by $139 million of additional proceeds received in 2005 in connection with dispositions. Capital expenditures, which increased by $13 million during the six months ended June 30, 2005 as compared with the six months ended June 30, 2004, are anticipated to be in the range of $450 million to $500 million for 2005.

We generated approximately $1.0 billion more cash from financing activities during the six months ended June 30, 2005 in comparison with the same period in 2004. Such change principally reflects (i) a reduction of approximately $1.0 billion in cash used to settle corporate indebtedness (including the payment of $778 million to repurchase $763 million of our 6.75% notes in 2004 that formed a portion of the Upper DECS and $345 million to retire our former 11% senior subordinated notes in 2004), (ii) net incremental short-term borrowings of $609 million under our $3.5 billion revolving credit facility and $1.0 billion commercial paper program, which were utilized to fund a portion of the purchase price of Gullivers in April 2005 and (iii) a decrease of $297 million in cash used for repurchases of Cendant common stock (net of proceeds received on the issuance of Cendant common stock), which primarily reflects our efforts in first quarter 2004 to mitigate the impact of the conversion of our former zero coupon senior convertible contingent notes. Such inflows were partially offset by activities of our management programs, which provided $615 million less cash in the six months ended June 30, 2005 due to the spin-off of our former mortgage business and greater borrowing activity in our timeshare business during the six months ended June 30, 2004. See "Liquidity and Capital Resources— Financial Obligations" for a detailed discussion of financing activities during 2005.

Exhibit C
Page B81

Table of Contents

## DEBT AND FINANCING ARRANGEMENTS

At June 30, 2005, we had approximately $16.0 billion of indebtedness (including corporate indebtedness of approximately $4.9 billion and debt under management programs of approximately $11.1 billion).

Corporate indebtedness consisted of:

| | Maturity Date | As of June 30, 2005 | As of December 31, 2004 | Change |
|---|---|---|---|---|
| 6 7/8% notes | August 2006 | $    850 | $    850 | $    -- |
| 4.89% notes | August 2006 | 100 | 100 | -- |
| 6 1/4% notes | January 2008 | 798 | 797 | 1 |
| 6 1/4% notes | March 2010 | 349 | 349 | -- |
| 7 3/8% notes | January 2013 | 1,191 | 1,191 | -- |
| 7 1/8% notes | March 2015 | 250 | 250 | -- |
| Revolver borrowings [a] | November 2009 | 284 | 650 | (366) |
| Commercial paper borrowings [b] | | 975 | -- | 975 |
| Net hedging gains [c] | | 29 | 17 | 12 |
| Other | | 96 | 126 | (30) |
| | | $  4,922 | $  4,330 | $    592 |

[a] The change in the balance at June 30, 2005 primarily represents borrowings utilized to fund a portion of the purchase price of Gullivers, partially offset by repayments funded with commercial paper proceeds.

[b] The balance as of June 30, 2005 represents borrowings under our $1.0 billion commercial paper program, which we commenced on April 1, 2005. The funds from this issuance were used to refinance a portion of our then-outstanding revolver borrowings at more favorable interest rates. Such borrowings are due between July 2005 and August 2005 and currently bear interest at a weighted average rate of 3%. Generally, we refinance maturing borrowings under this program with additional commercial paper issuances.

[c] As of June 30, 2005, this balance represents $122 million of net gains resulting from the termination of interest rate hedges, which we will amortize to reduce future interest expense. Such gains are partially offset by $93 million of mark-to-market adjustments on current interest rate hedges. As of December 31, 2004, the balance represents $138 million of net gains resulting from the termination of interest rate hedges, partially offset by $121 million of mark-to-market adjustments on current interest rate hedges.

The following table summarizes the components of our debt under management programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLC (formerly, AESOP Funding II L.L.C.):

| | As of June 30, 2005 | As of December 31, 2004 | Change |
|---|---|---|---|
| **Asset-Backed Debt:** | | | |
| Vehicle rental program | | | |
| Cendant Rental Car Funding (AESOP) LLC [a] | $    7,697 | $    5,935 | 1,762 |
| Other [b] | 1,109 | 792 | 317 |
| Mortgage program [c] | -- | 1,306 | (1,306) |
| Timeshare program | 1,560 | 1,473 | 87 |
| Relocation program [d] | 556 | 400 | 156 |
| Vacation rental program | 218 | 251 | (33) |
| | 11,140 | 10,157 | 983 |
| | | | |
| **Unsecured Debt:** [e] | | | |
| Term notes | -- | 1,833 | (1,833) |
| Commercial paper | -- | 130 | (130) |
| Other | -- | 34 | (34) |

Exhibit C
Page B82

| | | | | |
|---|---|---|---|---|
| | — | 1,997 | (1,997) |
| **Total debt under management programs** | $ 11,140 | $ 12,154 | $ (1,014) |

(a) The change in the balance at June 30, 2005 principally reflects the issuance of fixed and floating rate asset-backed notes at various interest rates to support the acquisition of vehicles used in our vehicle rental business.

41

Exhibit C
Page B83

Table of Contents

(b)   The change in the balance at June 30, 2005 reflects borrowings under our truck financing program and our revolving credit agreements to support the acquisition of vehicles used in our vehicle rental business.

(c)   Represents a borrowing arrangement of our former mortgage business, which was spun-off with PHH in January 2005.

(d)   The change in the balance at June 30, 2005 principally reflects the issuance of variable funding notes maturing in February 2006 and additional borrowings under a conduit facility. Such increases were partially offset by the repayment of various variable funding notes that matured in first quarter 2005.

(e)   The balances at December 31, 2004 represent unsecured borrowings of our former PHH subsidiary, which was spun-off in January 2005.

The following table provides the contractual maturities for debt under management programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLC) at June 30, 2005 (except for notes issued under our timeshare program where the underlying indentures require payments based on cash inflows relating to the corresponding assets under management programs and for which estimates of repayments have been used):

|  | As of June 30, 2005 |
| --- | --- |
| Within 1 year | $       3,391 |
| Between 1 and 2 years | 2,979 |
| Between 2 and 3 years | 1,734 |
| Between 3 and 4 years | 1,433 |
| Between 4 and 5 years | 221 |
| Thereafter | 1,382 |
|  | $      11,140 |

At June 30, 2005, we had approximately $2.7 billion of available funding under our various financing arrangements (comprised of approximately $1.0 billion of availability at the corporate level and approximately $1.7 billion available for use in our management programs). As of June 30, 2005, the committed credit facility and commercial paper programs at the corporate level included:

|  | Total Capacity | Outstanding Borrowings | Letters of Credit Issued | Available Capacity |
| --- | --- | --- | --- | --- |
| Revolving credit facility and commercial paper program (*) | $   3,500 | $    1,259 | $    1,249 | $     992 |
| Letter of credit facility | 303 | – | 303 | – |

(*)   Outstanding borrowings include $975 million under our $1.0 billion commercial paper program and $284 million under our $3.5 billion revolving credit facility. The $1.0 billion commercial paper program is fully supported by our $3.5 billion revolving credit facility; accordingly, outstanding borrowings thereunder reduce availability under the $3.5 billion revolving credit facility by a corresponding amount. In addition to the letters of credit issued as of June 30, 2005, the revolving credit facility contains the committed capacity to issue an additional $501 million in letters of credit. The letters of credit outstanding under this facility as of June 30, 2005 were issued primarily to support our vehicle rental business.

As of June 30, 2005, available funding under our asset-backed debt programs related to our management programs consisted of:

|  | Total Capacity (a) | Outstanding Borrowings | Available Capacity |
| --- | --- | --- | --- |
| Vehicle rental program |  |  |  |
| Cendant Rental Car Funding (AESOP) LLC (b) | $   8,597 | $    7,697 | $     900 |
| Other (c) | 1,348 | 1,109 | 239 |
| Timeshare program (d) | 1,971 | 1,560 | 411 |
| Relocation program (e) | 675 | 556 | 119 |
| Vacation rental program | 223 | 218 | 5 |
|  | $  12,814 | $   11,140 | $   1,674 |

(a)   Capacity is subject to maintaining sufficient assets to collateralize debt.

(b)   The outstanding debt is collateralized by approximately $8.2 billion of underlying vehicles (the majority of which are subject to manufacturer repurchase obligations) and related assets.

(c)   The outstanding debt is collateralized by approximately $1.2 billion of underlying vehicles (the majority of which are subject to manufacturer

Exhibit C
Page B84

repurchase obligations) and related assets.

(4)   The outstanding debt is collateralized by approximately $2.7 billion of timeshare–related assets. Borrowings under our asset–linked facility ($500 million) are also recourse to us.

42

Exhibit C
Page B85

Table of Contents

(s)   The outstanding debt is collateralized by $645 million of underlying relocation receivables and related assets.

At June 30, 2005, we also had $400 million of availability for public debt or equity issuances under a shelf registration statement.

We believe that access to our existing financing arrangements is sufficient to meet liquidity requirements for the forseeable future.

## LIQUIDITY RISK

Our liquidity position may be negatively affected by unfavorable conditions in any one of the industries in which we operate. Additionally, our liquidity as it relates to management programs could be adversely affected by (i) the deterioration in the performance of the underlying assets of such programs and (ii) the impairment of our ability to access the principal financing program for our vehicle rental subsidiaries if General Motors Corporation or Ford Motor Company should not be able to honor its obligations to repurchase the related vehicles. Access to our credit facilities may be limited if we were to fail to meet certain financial ratios. Additionally, we monitor the maintenance of required financial ratios and, as of June 30, 2005, we were in compliance with all financial covenants under our credit and securitization facilities.

Currently our credit ratings are as follows:

|  | Moody's Investors Service | Standard & Poor's | Fitch Ratings |
|---|---|---|---|
| Senior unsecured debt | Baa1 | BBB+ | BBB+ |
| Commercial paper | P-2 | A-2 | F-2 |

Moody's Investors Service, Standard & Poor's and Fitch Ratings have assigned a "stable outlook" to our senior unsecured credit ratings. A security rating is not a recommendation to buy, sell or hold securities and is subject to revision or withdrawal by the assigning rating organization. Each rating should be evaluated independently of any other rating.

## CONTRACTUAL OBLIGATIONS

Our future contractual obligations have not changed significantly from the amounts reported within our Current Report on Form 8–K filed on May 5, 2005 with the exception of our commitment to purchase vehicles, which decreased from the amount previously disclosed by approximately $3.8 billion to approximately $1.8 billion at June 30, 2005 as a result of purchases during the six months ended June 30, 2005. Any changes to our obligations related to corporate indebtedness and debt under management programs are presented above within the section entitled "Liquidity and Capital Resources—Financial Obligations" and also within Notes 10 and 11 to our Consolidated Condensed Financial Statements.

## ACCOUNTING POLICIES

The majority of our businesses operate in environments where we are paid a fee for a service performed. Therefore, the results of the majority of our recurring operations are recorded in our financial statements using accounting policies that are not particularly subjective, nor complex. However, in presenting our financial statements in conformity with generally accepted accounting principles, we are required to make estimates and assumptions that affect the amounts reported therein. Several of the estimates and assumptions that we are required to make pertain to matters that are inherently uncertain as they relate to future events. Presented within the section entitled "Critical Accounting Policies" of our 2004 Annual Report on Form 10–K are the accounting policies that we believe require subjective and/or complex judgments that could potentially affect 2005 reported results (financial instruments, income taxes and goodwill). As previously discussed, our former mortgage business was spun-off with PHH in January 2005. Accordingly, our results of operations for periods subsequent to January 31, 2005 will not be subject to the uncertainty inherent in valuing the former mortgage servicing rights asset. There have been no other significant changes to those accounting policies or our assessment of which accounting policies we would consider to be critical accounting policies.

We plan to adopt the following recently issued standards as required:

- FASB Interpretation No. 47, "Accounting for Conditional Asset Retirement Obligations" and FSP No. 143–1, "Accounting for Electronic Equipment Waste Obligations"

- SFAS No. 152, "Accounting for Real Estate Time–Sharing Transactions" and Statement of Position No. 04–2, "Accounting for Real Estate Time–Sharing Transactions"

- SFAS No. 123R, "Share Based Payment"

For detailed information regarding any of these pronouncements and the impact thereof on our business, see Note 1 to our Consolidated Condensed Financial Statements.

Exhibit C
Page B86



# FORM 10–Q

## CENDANT CORP – CD

**Filed: November 02, 2005 (period: September 30, 2005)**

Quarterly report which provides a continuing view of a company's financial position

**Cendant Corporation and Subsidiaries**
**NOTES TO CONSOLIDATED CONDENSED FINANCIAL STATEMENTS**
**(Unless otherwise noted, all amounts are in millions, except per share amounts)**

**1. Basis of Presentation and Recently Issued Accounting Pronouncements**

*Basis of Presentation*

Cendant Corporation is a global provider of travel and real estate services. The accompanying unaudited Consolidated Condensed Financial Statements include the accounts and transactions of Cendant Corporation and its subsidiaries ("Cendant"), as well as entities in which Cendant directly or indirectly has a controlling financial interest (collectively, the "Company"). The Company operates in the following business segments:

- **Real Estate Services**—franchises the real estate brokerage businesses of four residential brands and one commercial brand, provides real estate brokerage services, facilitates employee relocations and provides home buyers with title and closing services.

- **Hospitality Services**—facilitates the exchange of vacation ownership interests, franchises nine lodging brands (including the Wyndham brand acquired on October 11, 2005) and markets vacation rental properties.

- **Timeshare Resorts**—develops and sells vacation ownership interests, provides consumer financing to individuals purchasing these interests and manages resort properties.

- **Vehicle Rental**—operates and franchises the Company's car and truck rental brands.

- **Travel Distribution Services**—provides global distribution services for the travel industry, corporate and consumer online travel services and travel agency services.

- **Mortgage Services**—provided home buyers with mortgage lending services through January 2005 (See Note 16—Spin-off of PHH Corporation).

In presenting the Consolidated Condensed Financial Statements, management makes estimates and assumptions that affect the amounts reported and related disclosures. Estimates, by their nature, are based on judgments and available information. Accordingly, actual results could differ from those estimates. In management's opinion, the Consolidated Condensed Financial Statements contain all normal recurring adjustments necessary for a fair presentation of interim results reported. The results of operations reported for interim periods are not necessarily indicative of the results of operations for the entire year or any subsequent interim period. Certain reclassifications have been made to prior period amounts to conform to the current period presentation. These financial statements should be read in conjunction with the Company's 2004 Annual Report on Form 10–K filed on March 1, 2005 and Current Report on Form 8–K filed on May 5, 2005.

The Company adopted the above segment reporting structure in 2005 as a result of a reevaluation performed subsequent to (i) the completion of an initial public offering ("IPO") of Jackson Hewitt Tax Service Inc. ("Jackson Hewitt") in June 2004, for which the Company raised approximately $770 million in proceeds; (ii) the completion of a spin–off of the Company's mortgage, fleet leasing and appraisal businesses in January 2005 in a distribution of the common stock of PHH Corporation ("PHH") to the Company's stockholders (a more detailed description of this transaction can be found in Note 16— Spin-off of PHH Corporation); (iii) the completion of an IPO of Wright Express Corporation ("Wright Express") in February 2005, for which the Company raised approximately $965 million in proceeds; and (iv) the formal approval by the Company's Board of Directors in March 2005 to dispose of its Marketing Services division, which was comprised of the Company's individual membership and loyalty/insurance marketing businesses. The Company completed the sale of its Marketing Services division for approximately $1.8 billion on October 17, 2005 (see Note 17—Subsequent Events).

*Discontinued Operations.* Pursuant to Statement of Financial Accounting Standards ("SFAS") No. 144, "Accounting for the Impairment or Disposal of Long–Lived Assets," the account balances and activities of Wright Express, the Company's fleet leasing and appraisal businesses, the Marketing Services division and Jackson Hewitt have been segregated and reported as discontinued operations for all periods presented. The Company's mortgage business cannot be classified as a discontinued operation due to the Company's participation in a mortgage origination venture that was established with PHH in connection with the spin–off. Summarized financial data for the aforementioned disposed businesses are provided in Note 2—Discontinued Operations.

*Management Programs.* The Company presents separately the financial data of its management programs. These programs are distinct from the Company's other activities as the assets are generally funded through the issuance of debt that is collateralized by such assets. The income generated by these assets is used, in part, to repay the principal and interest associated with the debt. Cash inflows and outflows relating to the generation or acquisition of such assets and the principal debt repayment or financing of such assets are classified as activities of management programs. The

8

Table of Contents

Company believes it is appropriate to segregate the financial data of its management programs because, ultimately, the source of repayment of such debt is the realization of such assets.

### Recently Issued Accounting Pronouncements

***Conditional Asset Retirement Obligations.*** On March 30, 2005, the Financial Accounting Standards Board ("FASB") issued FASB Interpretation No. 47, "Accounting for Conditional Asset Retirement Obligations" ("FIN 47"), which clarifies that conditional asset retirement obligations are within the scope of SFAS No. 143, "Accounting for Asset Retirement Obligations." FIN 47 requires the Company to recognize a liability for the fair value of conditional asset retirement obligations if the fair value of the liability can be reasonably estimated. The Company will adopt the provisions of FIN 47 in fourth quarter 2005, as required. The Company does not expect such adoption to significantly affect its earnings, financial position or cash flows.

***Timeshare Transactions.*** In December 2004, the FASB issued SFAS No. 152, "Accounting for Real Estate Time−Sharing Transactions," in connection with the previous issuance of the American Institute of Certified Public Accountants' Statement of Position No. 04−2, "Accounting for Real Estate Time−Sharing Transactions" ("SOP 04−2"). The Company will adopt the provisions of SFAS No. 152 and SOP 04−2 effective January 1, 2006, as required, and anticipates recording an after tax charge in the range of $80 million to $110 million on such date as a cumulative effect of an accounting change. The Company is evaluating actions that may mitigate such impact. There is no expected impact to cash flows from the adoption.

***Stock−Based Compensation.*** In December 2004, the FASB issued SFAS No. 123R, "Share Based Payment," which eliminates the alternative to measure stock−based compensation awards using the intrinsic value approach permitted by APB Opinion No. 25 and by SFAS No. 123, "Accounting for Stock−Based Compensation." The Company will adopt SFAS No. 123R on January 1, 2006, as required by the Securities and Exchange Commission. Although the Company has not yet completed its assessment of adopting SFAS No. 123R, it does not believe that such adoption will significantly affect its earnings, financial position or cash flows since the Company does not use the alternative intrinsic value approach.

## 2. Discontinued Operations

Summarized statement of income data for discontinued operations are as follows:

### Three Months Ended September 30, 2005

| | Wright Express [*] | Marketing Services Division | Total |
|---|---|---|---|
| Net revenues | $ – | $ 341 | $ 341 |
| | | | |
| Income before income taxes | $ – | $ 67 | $ 67 |
| Provision for income taxes | – | 24 | 24 |
| Income from discontinued operations, net of tax | $ – | $ 43 | $ 43 |
| Gain on disposal of discontinued operations | $ 5 | $ – | $ 5 |
| Provision for income taxes | 2 | – | 2 |
| Gain on disposal of discontinued operations, net of tax | $ 3 | $ – | $ 3 |

[*] Represents a payment received from Wright Express in connection with a tax receivable agreement pursuant to which Wright Express is obligated to make payments to the Company over a 15 year term. The Company currently expects such payments to aggregate over $400 million pretax and has received $11 million as of September 30, 2005. However, the actual amount and timing of receipt of such payments are dependent upon a number of factors, including whether Wright Express earns sufficient future taxable income to realize the full tax benefit of the amortization of certain assets.

### Three Months Ended September 30, 2004

| | Wright Express | Fleet and Appraisal Businesses | Marketing Services Division | Total |
|---|---|---|---|---|
| Net revenues | $ 47 | $ 426 | $ 389 | $ 862 |
| | | | | |
| Income before income taxes | $ 21 | $ 31 | $ 103 | $ 155 |
| Provision for income taxes | 8 | 12 | 39 | 59 |
| Income from discontinued operations, net of tax | $ 13 | $ 19 | $ 64 | $ 96 |

9

*Nine Months Ended September 30, 2005* [(*)]

| | Wright Express [(a)] | Fleet and Appraisal Businesses [(b)] | Marketing Services Division | Total |
|---|---|---|---|---|
| Net revenues | $ 29 | $ 134 | $ 1,011 | $ 1,174 |
| Income (loss) before income taxes | $ (7) | $ 7 | $ 86 | $ 86 |
| Provision (benefit) for income taxes | (3) | 28 | 33 | 58 |
| Income (loss) from discontinued operations, net of tax | $ (4) | $ (21) | $ 53 | $ 28 |
| Gain (loss) on disposal of discontinued operations | $ 511 | $ (312) | $ – | $ 199 |
| Provision for income taxes | 330 | – | – | 330 |
| Gain (loss) on disposal of discontinued operations, net of tax | $ 181 | $ (312) | $ – | $ (131) |

[(*)] Results for Wright Express and the fleet and appraisal businesses are through the dates of disposition.
[(a)] Includes a payment received from Wright Express in connection with a tax receivable agreement pursuant to which Wright Express is obligated to make payments to the Company over a 15 year term. The Company currently expects such payments to aggregate over $400 million pretax and has received $11 million as of September 30, 2005. However, the actual amount and timing of receipt of such payments are dependent upon a number of factors, including whether Wright Express earns sufficient future taxable income to realize the full tax benefit of the amortization of certain assets.
[(b)] The provision for income taxes reflects a $24 million charge associated with separating the appraisal business from the Company in connection with the spin–off.

*Nine Months Ended September 30, 2004* [(*)]

| | Jackson Hewitt | Wright Express | Fleet and Appraisal Businesses | Marketing Services Division [(a)] | Total |
|---|---|---|---|---|---|
| Net revenues | $ 194 | $ 137 | $ 1,208 | $ 1,098 | $ 2,637 |
| Income before income taxes | $ 106 | $ 60 | $ 80 | $ 234 | $ 480 |
| Provision (benefit) for income taxes | 42 | 22 | 31 | (26) | 69 |
| Income from discontinued operations, net of tax | $ 64 | $ 38 | $ 49 | $ 260 | $ 411 |
| Gain on disposal of discontinued operations | $ 251 | $ – | $ – | $ – | $ 251 |
| Provision for income taxes | 53 | – | – | – | 53 |
| Gain on disposal of discontinued operations, net of tax | $ 198 | $ – | $ – | $ – | $ 198 |

[(*)] Results for Jackson Hewitt are through the date of disposition.
[(a)] The benefit for income taxes reflects the reversal of a valuation allowance of $121 million by TRL Group associated with federal and state deferred tax assets, partially offset by a $13 million cash payment the Company made to TRL Group in connection with the January 2004 contract termination transaction.

Summarized balance sheet data for discontinued operations are as follows:

| | As of September 30, 2005 | As of December 31, 2004 | | | |
|---|---|---|---|---|---|
| | Marketing Services Division | Wright Express | Fleet and Appraisal Businesses | Marketing Services Division | Total |
| *Assets of discontinued operations:* | | | | | |
| Current assets | $ 427 | $ 72 | $ 334 | $ 388 | $ 794 |
| Property and equipment, net | 109 | 37 | 36 | 84 | 157 |
| Goodwill | 254 | 135 | 447 | 256 | 838 |
| Assets under management programs | – | 419 | 3,958 | – | 4,377 |
| Other assets | 333 | 22 | 99 | 352 | 473 |
| Total assets of discontinued operations | $ 1,123 | $ 685 | $ 4,874 | $ 1,080 | $ 6,639 |
| *Liabilities of discontinued operations:* | | | | | |
| Current liabilities | $ 602 | $ 213 | $ 219 | $ 738 | $ 1,170 |
| Liabilities under management programs | – | 215 | 3,838 | – | 4,053 |
| Other liabilities | 14 | 6 | 25 | 20 | 51 |
| Total liabilities of discontinued operations | $ 616 | $ 434 | $ 4,082 | $ 758 | $ 5,274 |

10

Summarized statement of cash flow data for discontinued operations are as follows:

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2005 | 2004 |
| Net cash provided by (used in) discontinued operations for: | | |
| Operating activities | $    233 | $    1,281 |
| Investing activities | (213) | (981) |
| Financing activities | 4 | 60 |
| Effect of exchange rate changes | (3) | 1 |
| Cash provided by discontinued operations | $     21 | $     361 |

## 3. Earnings Per Share

The following table sets forth the computation of basic and diluted earnings per share ("EPS").

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| Income from continuing operations | $    453 | $    497 | $    908 | $    1,116 |
| Income from discontinued operations | 43 | 96 | 28 | 411 |
| Gain (loss) on disposal of discontinued operations: | | | | |
| PHH valuation and transaction–related charges | – | – | (312) | – |
| Gain on disposal | 3 | – | 181 | 198 |
| Net income | $    499 | $    593 | $    805 | $    1,725 |
| | | | | |
| Basic weighted average shares outstanding | 1,037 | 1,036 | 1,047 | 1,024 |
| Stock options, warrants and restricted stock units [(*)] | 20 | 28 | 22 | 32 |
| Convertible debt | – | – | – | 3 |
| Diluted weighted average shares outstanding | 1,057 | 1,064 | 1,069 | 1,059 |
| *Earnings per share:* | | | | |
| Basic | | | | |
| Income from continuing operations | $    0.44 | $    0.48 | $    0.87 | $    1.09 |
| Income from discontinued operations | 0.04 | 0.09 | 0.03 | 0.40 |
| Gain on disposal of discontinued operations: | | | | |
| PHH valuation and transaction–related charges | – | – | (0.30) | – |
| Gain on disposal | – | – | 0.17 | 0.20 |
| Net income | $    0.48 | $    0.57 | $    0.77 | $    1.69 |
| Diluted | | | | |
| Income from continuing operations | $    0.43 | $    0.47 | $    0.85 | $    1.05 |
| Income from discontinued operations | 0.04 | 0.09 | 0.02 | 0.39 |
| Gain on disposal of discontinued operations: | | | | |
| PHH valuation and transaction–related charges | – | – | (0.29) | – |
| Gain on disposal | – | – | 0.17 | 0.19 |
| Net income | $    0.47 | $    0.56 | $    0.75 | $    1.63 |

[(*)]  Excludes restricted stock units for which performance based vesting criteria have not been achieved.

The following table summarizes the Company's outstanding common stock equivalents that were antidilutive and therefore excluded from the computation of diluted EPS.

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 |
| Options [(a)] | 38 | 24 | 38 | 24 |
| Upper DECS [(b)] | – | 19 | – | 32 |

(a) The increase in the number of antidilutive options for third quarter 2005 represents approximately 14 million options that became "in–the–money" between $20.97 (the average stock price for third quarter 2005) and $21.54 (the average stock price for the same period in 2004). The increase for the nine–month period in 2005 represents approximately 14 million options that became "in–the–money" between $21.20 (the average stock price for the nine months ended September 30, 2005) and $22.03 (the average stock price for the same period in 2004). The weighted average exercise price for antidilutive options for the three months ended September 30, 2005 and 2004 was $25.86 and $29.71, respectively. The weighted average exercise price for antidilutive options for the nine months ended September 30, 2005 and 2004 was $25.87 and $29.73, respectively.

(b) Represents the shares that were issuable under the forward purchase contract component of the Company's Upper DECS securities prior to the settlement of such securities on August 17, 2004, at which time the Company issued 38 million shares of Cendant common stock. Diluted EPS for the three and nine months ended September 30, 2004 does not reflect these shares, as the Upper DECS were antidilutive during such periods (since the appreciation price of $28.42 was greater than the average price of Cendant common stock).

## 4. Acquisitions

Assets acquired and liabilities assumed in business combinations were recorded on the Company's Consolidated Condensed Balance Sheets as of the respective acquisition dates based upon their estimated fair values at such dates. The results of operations of businesses acquired by the Company have been included in the Company's Consolidated Condensed Statements of Income since their respective dates of acquisition. The excess of the purchase price over the estimated fair values of the underlying assets acquired and liabilities assumed was allocated to goodwill. In certain circumstances, the allocations of the excess purchase price are based upon preliminary estimates and assumptions. Accordingly, the allocations may be subject to revision when the Company receives final information, including appraisals and other analyses. Any revisions to the fair values, which may be significant, will be recorded by the Company as further adjustments to the purchase price allocations. The Company is also in the process of integrating the operations of its acquired businesses and expects to incur costs relating to such integrations. These costs may result from integrating operating systems, relocating employees, closing facilities, reducing duplicative efforts and exiting and consolidating other activities. These costs will be recorded on the Company's Consolidated Condensed Balance Sheets as adjustments to the purchase price or on the Company's Consolidated Condensed Statements of Income as expenses, as appropriate.

*Wyndham Worldwide.* On September 14, 2005, the Company announced that it had signed a definitive agreement to acquire the management and franchise business of the Wyndham hotel chain for approximately $100 million in cash. The acquisition includes franchise agreements, management contracts and the Wyndham brand, which may be used in the Company's lodging and timeshare businesses. The Company completed this acquisition on October 11, 2005 (see Note 17 — Subsequent Events).

*Gullivers Travel Associates.* On April 1, 2005, the Company completed the acquisition of Donvand Limited, which operates under the name of Gullivers Travel Associates, and Octopus Travel Group Limited (collectively, "Gullivers"). Gullivers is a wholesaler of hotel rooms, destination services, travel packages and group tours and a global online provider of lodging and destination services. Management believes that this acquisition positions the Company as a worldwide leader in the global online travel intermediary space. The preliminary allocation of the purchase price is summarized as follows:

|  | Amount |
|---|---|
| Cash consideration | $ 1,202 |
| Transaction costs and expenses | 12 |
| Total purchase price | 1,214 |
| Less: Historical value of assets acquired in excess of liabilities assumed | 77 |
| Less: Fair value adjustments | 247 |
| Excess purchase price over fair value of assets acquired and liabilities assumed | $ 890 |

The fair value adjustments included in the preliminary allocation of the purchase price above primarily consisted of:

|  | Amount |
|---|---|
| Allocation of purchase price to intangible assets [a] | $ 360 |
| Deferred tax liability for book–tax basis differences | (109) |
| Costs associated with exiting activities [b] | (4) |
|  | $ 247 |

(a) Represents (i) $142 million of indefinite–lived trademarks associated with the Company's exclusive right to use the Gullivers name, (ii) $185 million of customer relationships with an estimated weighted average life of 14 years and (iii) $33 million of other intangible assets with an estimated weighted average life of 20 years.

(b) As part of the acquisition, the Company's management formally committed to various strategic initiatives primarily aimed at creating synergies between the cost structures of the Company and Gullivers, which will be achieved through the involuntary termination of certain Gullivers

12

Table of Contents

employees. The Company formally communicated the termination of employment to approximately 14 employees, principally representing certain members of senior management, and as of September 30, 2005, all of these employees had been terminated. As a result of these actions, the Company established personnel-related liabilities of $4 million. As of September 30, 2005, substantially all of the personnel-related liabilities had been paid.

The following table summarizes the preliminary estimated fair values of the assets acquired and liabilities assumed in connection with the Company's acquisition of Gullivers:

|  | Amount |
|---|---|
| Cash | $ 157 |
| Other current assets | 141 |
| Property and equipment | 54 |
| Intangible assets | 360 |
| Goodwill | 890 |
| **Total assets acquired** | 1,602 |
|  |  |
| Total current liabilities | 264 |
| Total non-current liabilities | 124 |
| **Total liabilities assumed** | 388 |
|  |  |
| **Net assets acquired** | $ 1,214 |

The goodwill, none of which is expected to be deductible for tax purposes, was assigned to the Company's Travel Distribution Services segment. As previously discussed, the preliminary allocation of the purchase price is subject to revision as analyses are finalized. The Company continues to gather information and consult with third party experts concerning the valuation of the assets acquired and liabilities assumed (including the identified intangible assets and their associated lives). This acquisition was not significant to the Company's results of operations, financial position or cash flows.

*ebookers plc.* On February 28, 2005, the Company acquired ebookers plc ("ebookers"), a travel agency with Web sites servicing 13 European countries offering a wide range of discount and standard price travel products including airfares, hotels, car rentals, cruises and travel insurance. Management believes that this acquisition enhances the Company's role in the global online travel intermediary space. The preliminary allocation of the purchase price is summarized as follows:

|  | Amount |
|---|---|
| Cash consideration | $ 444 |
| Transaction costs and expenses | 10 |
| Total purchase price | 454 |
| Plus: Historical value of liabilities assumed in excess of assets acquired | 33 |
| Less: Fair value adjustments | 118 |
| Excess purchase price over fair value of assets acquired and liabilities assumed | $ 369 |

The fair value adjustments included in the preliminary allocation of the purchase price above primarily consisted of:

|  | Amount |
|---|---|
| Allocation of purchase price to intangible assets [a] | $ 187 |
| Deferred tax liability for book-tax basis differences | (36) |
| Costs associated with exiting activities [b] | (13) |
| Other fair value adjustments | (20) |
|  | $ 118 |

[*] Represents (i) $135 million of indefinite-lived trademarks associated with the Company's exclusive right to use the ebookers names, (ii) $41 million of customer relationships with an estimated weighted average life of five years and (iii) $11 million of other intangible assets with an estimated weighted average life of 10 years.

[b] As part of the acquisition, the Company's management formally committed to various strategic initiatives primarily aimed at creating synergies between the cost structures of the Company and ebookers, which will be achieved through the involuntary termination of certain ebookers employees and the termination of certain lease obligations. The Company formally communicated the termination of employment to approximately 110 employees, representing a wide range of employee groups, and as of September 30, 2005, substantially all of these employees had been terminated. As a result of these actions, the Company established personnel-related and facility-related liabilities of $7 million and $6 million, respectively. As of September 30, 2005, cash payments of $5 million have been made to reduce the personnel-related liability and $1 million of other adjustments were made to reduce the facility-related liability. Accordingly, as of September 30, 2005, the remaining balances for the personnel-related liability and the facility-related liability were $2 million and $5 million, respectively. The Company anticipates the remainder of the personnel-related costs will be paid in 2005 and the remainder of the lease termination costs will be paid by 2009.

13

The following table summarizes the preliminary estimated fair values of the assets acquired and liabilities assumed in connection with the Company's acquisition of ebookers:

|  | Amount |
|---|---|
| Cash | $ 82 |
| Other current assets | 32 |
| Property and equipment | 24 |
| Intangible assets | 187 |
| Goodwill | 369 |
| Other non–current assets | 13 |
| **Total assets acquired** | 707 |
|  |  |
| Total current liabilities | 157 |
| Total non–current liabilities | 96 |
| **Total liabilities assumed** | 253 |
|  |  |
| **Net assets acquired** | $ 454 |

The goodwill, all of which is expected to be deductible for tax purposes, was assigned to the Company's Travel Distribution Services segment. As previously discussed, the preliminary allocation of the purchase price is subject to revision as analyses are finalized. The Company continues to gather information and consult with third party experts concerning the valuation of the assets acquired and liabilities assumed (including the identified intangible assets and their associated lives). This acquisition was not significant to the Company's results of operations, financial position or cash flows.

*Other.* During 2005, the Company also acquired 26 real estate brokerage operations through its wholly–owned subsidiary, NRT Incorporated ("NRT"), for approximately $183 million of cash, in the aggregate, which resulted in goodwill (based on the preliminary allocation of the purchase price) of $157 million that was assigned to the Company's Real Estate Services segment. The acquisition of real estate brokerages by NRT is a core part of its growth strategy. In addition, the Company acquired 30 other individually non–significant businesses during 2005 for aggregate consideration of approximately $90 million in cash, which resulted in goodwill (based on the preliminary allocation of the purchase price) of $34 million that was assigned to the Company's Timeshare Resorts ($20 million), Travel Distribution Services ($8 million), Hospitality Services ($4 million) and Real Estate Services ($2 million) segments. These acquisitions were not significant to the Company's results of operations, financial position or cash flows.

### 2004 Acquisition

*Orbitz, Inc.* On November 12, 2004, the Company acquired Orbitz, Inc. ("Orbitz"), an online travel company. Management believes that the addition of Orbitz to the Company's portfolio of travel distribution businesses placed the Company in a leading position in the domestic online travel distribution business.

The preliminary allocation of the purchase price as of September 30, 2005 is summarized as follows:

|  | Amount |
|---|---|
| Cash consideration | $ 1,223 |
| Fair value of converted options | 1 |
| Transaction costs and expenses | 28 |
| Total purchase price | 1,252 |
| Less: Historical value of assets acquired in excess of liabilities assumed | 204 |
| Less: Fair value adjustments [*] | 426 |
| Excess purchase price over fair value of assets acquired and liabilities assumed | $ 622 |

[*]   Reflects an increase of $95 million from the December 31, 2004 amount. Such change principally relates to greater value assigned to identifiable intangible assets and property and equipment.

14

Table of Contents

The fair value adjustments included in the preliminary allocation of the purchase price above primarily consisted of:

|  | Amount |
|---|---|
| Allocation of purchase price to identifiable intangible assets [a] | $    261 |
| Deferred tax assets for book–tax basis differences | 463 |
| Costs associated with exiting activities [b] | (22) |
| Fair value adjustments to: |  |
| Assets acquired | 35 |
| Liabilities assumed [c] | (311) |
|  | $    426 |

[a] Represents (i) $209 million of indefinite–lived trademarks associated with the Company's exclusive right to use the Orbitz name and (ii) $52 million of customer relationships with a weighted average life of eight years.

[b] As part of the acquisition, the Company's management formally committed to various strategic initiatives primarily aimed at creating synergies between the cost structures of the Company and Orbitz, which will be achieved through the involuntary termination of certain Orbitz employees and the consolidation of facilities. The Company formally communicated the termination of employment to approximately 40 employees, representing a wide range of employee groups, and as of September 30, 2005, the Company had terminated all of these employees. As a result of these actions, the Company established personnel–related and facility–related liabilities of $15 million and $7 million, respectively. As of September 30, 2005, cash payments and other reductions of $14 million and $1 million, respectively, of which $6 million and $1 million, respectively, were recorded during the nine months ended September 30, 2005, had been made to reduce the personnel–related liability. As such, all personnel–related liabilities have been paid. No payments or reductions have been made to the facility–related liability; however, the Company anticipates the remainder of the facility–related costs will be paid by 2009.

[c] Primarily represents (i) amounts due to former Orbitz owners related to a pre–existing tax–sharing agreement for which the Company has determined payment is probable as a result of its expected utilization of Orbitz tax benefits (prior to Cendant's acquisition, Orbitz had not established a liability for this tax–sharing agreement as it did not expect to be able to utilize the associated benefits within the statutory periods) and (ii) costs associated with certain Orbitz contracts containing above–market terms.

The following table summarizes the preliminary estimated fair values of the assets acquired and liabilities assumed in connection with the Company's acquisition of Orbitz:

|  | Amount |
|---|---|
| Cash | $    160 |
| Other current assets | 72 |
| Property and equipment | 58 |
| Intangible assets | 261 |
| Goodwill | 622 |
| Other non–current assets | 510 |
| **Total assets acquired** | 1,683 |
|  |  |
| Total current liabilities | 103 |
| Total non–current liabilities | 328 |
| **Total liabilities assumed** | 431 |
|  |  |
| **Net assets acquired** | $    1,252 |

The goodwill, all of which is expected to be deductible for tax purposes, was assigned to the Company's Travel Distribution Services segment. As previously discussed, the preliminary allocation of the purchase price is subject to revision as analyses are finalized. This acquisition was not significant to the Company's results of operations, financial position or cash flows.

*Acquisition and Integration Related Costs*
During the three and nine months ended September 30, 2005, the Company incurred acquisition and integration related costs of $14 million and $41 million, respectively, of which $6 million and $12 million, respectively, represented amortization of its contractual pendings and listings intangible assets acquired in connection with the acquisitions of real estate brokerages. The remaining costs during the three and nine months ended September 30, 2005 of $8 million and $29 million, respectively, were incurred principally to integrate and combine the operations and Internet booking technology at the Company's Orbitz, ebookers, Gullivers and Cheaptickets.com businesses.

During third quarter 2004, the Company recorded a net credit of $4 million in connection with acquisition and integration related costs, which comprised a $12 million reversal of a previously established accrual, partially offset by $5 million of non–cash amortization expense relating to the contractual pendings and listings intangible asset and $3 million of costs primarily associated with the integration of Budget's information technology systems with the Company's platform and the integration of real estate brokerages acquired by NRT. The $12 million reversal represents the termination of a lease on more favorable terms than originally anticipated. The nine month results for 2004 further reflect an additional

15

$8 million of non–cash amortization of the contractual pendings and listings intangible asset and an additional $5 million of costs primarily related to the integration of Budget's information technology systems with the Company's platform and the integration of real estate brokerages acquired by NRT.

## 5.  Intangible Assets

Intangible assets consisted of:

| | As of September 30, 2005 | | | As of December 31, 2004 | | |
|---|---|---|---|---|---|---|
| | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
| *Amortized Intangible Assets* (*) | | | | | | |
| Franchise agreements | $   1,135 | $        389 | $    746 | $   1,154 | $        366 | $    788 |
| Customer lists | 435 | 146 | 289 | 427 | 125 | 302 |
| Customer relationships | 284 | 21 | 263 | 43 | 1 | 42 |
| Below market contracts acquired | 42 | 9 | 33 | 56 | 12 | 44 |
| License agreement | 47 | 3 | 44 | 47 | 2 | 45 |
| Other | 95 | 15 | 80 | 58 | 9 | 49 |
| | $   2,038 | $        583 | $  1,455 | $   1,785 | $        515 | $  1,270 |
| *Unamortized Intangible Assets* (*) | | | | | | |
| Goodwill | $  12,275 | | | $  11,087 | | |
| Trademarks | $   1,690 | | | $   1,338 | | |

(*)  The change in the balance at September 30, 2005 principally relates to the preliminary allocation of the purchase price of Gullivers, ebookers and Orbitz to intangible assets. The Company continues to gather information and consult with third party experts concerning the valuation and associated lives of the acquired intangible assets.

The changes in the carrying amount of goodwill are as follows:

| | Balance at January 1, 2005 | Goodwill Acquired during 2005 | Adjustments to Goodwill Acquired during 2004 | Foreign Exchange and Other | Balance at September 30, 2005 |
|---|---|---|---|---|---|
| Real Estate Services | $   2,913 | $   159 (a) | $      5 (e) | $   13 (h) | $   3,090 |
| Hospitality Services | 1,320 | 4 (b) | 20 (f) | (40) (i) | 1,304 |
| Timeshare Resorts | 1,305 | 20 (c) | – | 1 | 1,326 |
| Vehicle Rental | 2,132 | – | – | (2) (j) | 2,130 |
| Travel Distribution Services | 3,353 | 1,267 (d) | (106) (g) | (89) (i) | 4,425 |
| Mortgage Services | 64 | – | – | (64) (k) | – |
| Total Company | $  11,087 | $  1,450 | $     (81) | $  (181) | $  12,275 |

(a)  Primarily relates to the acquisitions of real estate brokerages by NRT (January 2005 and forward).
(b)  Primarily relates to the acquisition of a vacation rental company (March 2005).
(c)  Relates to the acquisition of a timeshare resort business (August 2005).
(d)  Primarily relates to the acquisition of ebookers and Gullivers (see Note 4— Acquisitions).
(e)  Relates to the acquisitions of real estate brokerages by NRT (January 2004 to December 2004), including earnout payments.
(f)  Primarily relates to the acquisitions of Landal GreenParks (May 2004) and Ramada International, Inc. (December 2004).
(g)  Primarily relates to the acquisition of Orbitz (see Note 4— Acquisitions).
(h)  Primarily relates to earnout payments for acquisitions of real estate brokerages by NRT prior to 2004 and the reallocation to the Real Estate Services segment of goodwill recorded within the Mortgage Services segment at December 31, 2004 as a result of the spin–off of PHH.
(i)  Primarily relates to foreign exchange translation adjustments.
(j)  Relates to changes in tax basis of acquired assets.
(k)  Represents goodwill of the Company's mortgage business, which was disposed of on January 31, 2005 (see Note 16— Spin–off of PHH Corporation).

16

Table of Contents

Amortization expense relating to all intangible assets was as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2005 | 2004 | 2005 | 2004 |
| Franchise agreements | $      9 | $      9 | $     26 | $     27 |
| Customer lists | 6 | 6 | 18 | 18 |
| Customer relationships | 8 | – | 21 | 1 |
| Below market contracts acquired | 1 | 2 | 3 | 3 |
| License agreement | – | 1 | 1 | 2 |
| Other [(*)] | 8 | 6 | 16 | 16 |
| Total | $     32 | $     24 | $     85 | $     67 |

[(*)]  Includes pendings and listings amortization expense during the three months ended September 30, 2005 and 2004 of $6 million and $5 million, respectively, and during the nine months ended September 30, 2005 and 2004 of $12 million and $13 million, respectively.

Based on the Company's amortizable intangible assets as of September 30, 2005, the Company expects related amortization expense for the remainder of 2005 and the five succeeding fiscal years to approximate $40 million, $100 million, $90 million, $80 million, $80 million and $70 million, respectively.

## 6.  Restructuring and Transaction–Related Charges

During the three and nine months ended September 30, 2005, the Company recorded $1 million and $52 million, respectively, of restructuring and transaction–related charges, of which $1 million and $49 million, respectively, were incurred as a result of restructuring activities undertaken following the PHH spin–off and the IPO of Wright Express and $3 million relates to transaction costs incurred during the nine months ended September 30, 2005 in connection with the PHH spin–off.

### Restructuring Charges

During first quarter 2005, the Company committed to various strategic initiatives targeted principally at reducing costs, enhancing organizational efficiency and consolidating and rationalizing existing processes and facilities. The more significant areas of cost reduction include the closure of a call center and field locations of the Company's truck rental business, consolidation of processes and offices in the Company's real estate brokerage business and reductions in staff within the Travel Distribution Services and Hospitality Services segments and the Company's corporate functions. In connection with the first quarter 2005 action, the Company expects to record a total charge of approximately $50 million, of which $43 million is anticipated to be cash, most of which the Company expects to pay during 2005. The Company recorded restructuring charges of $1 million and $49 million in the three and nine months ended September 30, 2005, respectively, and estimates that throughout the remainder of 2005, its Real Estate Services segment will incur additional charges of $1 million representing facility consolidation and employee relocation costs.

The initial recognition of the restructuring charge and the corresponding utilization from inception are summarized by category as follows:

| | Personnel Related [(a)] | Facility Related [(b)] | Asset Impairments [(c)] | Total |
|---|---|---|---|---|
| Initial charge | $     38 | $      9 | $      2 | $     49 |
| Cash payments | (30) | (3) | – | (33) |
| Other reductions [(d)] | (5) | – | (2) | (7) |
| Balance at September 30, 2005 | $      3 | $      6 | $      – | $      9 |

[(a)]  The initial charge primarily represents severance benefits resulting from the reductions in staff. The Company formally communicated the termination of employment to approximately 900 employees, representing a wide range of employee groups. As of September 30, 2005, the Company had terminated substantially all of these employees.

[(b)]  The initial charge principally represents costs incurred in connection with facility closures and lease obligations resulting from the consolidation of truck rental operations.

[(c)]  The initial charge principally represents the write–off of leasehold improvements in connection with lease terminations.

[(d)]  Other reductions to charges recorded for personnel–related costs represent the accelerated vesting of restricted stock units previously granted to individuals who were terminated in connection with this restructuring action. Other reductions to liabilities established for asset impairments principally represent the write–off of leasehold improvements in connection with lease terminations.

17

Total restructuring charges are expected to be recorded as follows:

| | Costs Expected to be Incurred | | Costs Incurred | | Cash Payments/ Other Reductions | | Liability as of September 30, 2005 | |
|---|---|---|---|---|---|---|---|---|
| Real Estate Services | $ | 7 | $ | 6 | $ | (4) | $ | 2 |
| Hospitality Services | | 5 | | 5 | | (5) | | – |
| Timeshare Resorts | | 1 | | 1 | | (1) | | – |
| Vehicle Rental | | 8 | | 8 | | (3) | | 5 |
| Travel Distribution Services | | 11 | | 11 | | (9) | | 2 |
| Corporate and Other | | 18 | | 18 | | (18) | | – |
| | $ | 50 | $ | 49 | $ | (40) | $ | 9 |

## 7. Vehicle Rental Activities

The components of the Company's vehicle–related assets under management programs are as follows:

| | As of September 30, 2005 | | As of December 31, 2004 | |
|---|---|---|---|---|
| Rental vehicles | $ | 8,685 | $ | 6,997 |
| Vehicles held for sale | | 75 | | 49 |
| | | 8,760 | | 7,046 |
| Less: Accumulated depreciation | | (955) | | (671) |
| **Total investment in vehicles, net** | | 7,805 | | 6,375 |
| Plus: Investment in Cendant Rental Car Funding (AESOP) LLC | | 378 | | 349 |
| Plus: Receivables from manufacturers | | 423 | | 348 |
| **Total vehicle–related, net** | $ | 8,606 | $ | 7,072 |

The components of vehicle depreciation, lease charges and interest, net are summarized below:

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2005 | | 2004 | | 2005 | | 2004 | |
| Depreciation expense | $ | 330 | $ | 253 | $ | 863 | $ | 703 |
| Interest expense, net | | 87 | | 65 | | 227 | | 194 |
| Lease charges | | 16 | | 15 | | 51 | | 42 |
| (Gain) loss on sales of vehicles, net | | (5) | | 9 | | (15) | | (4) |
| | $ | 428 | $ | 342 | $ | 1,126 | $ | 935 |

## 8. Income Taxes

The Company's effective tax rate from continuing operations for the nine months ended September 30, 2005 is 37.8%. Such rate differs from the Federal statutory rate of 35.0% primarily due to (i) an increase associated with the non–deductibility of the $180 million valuation charge associated with the PHH spin-off, (ii) an increase associated with a one–time tax expense of $39 million associated with the planned repatriation of $569 million of unremitted foreign earnings and (iii) a decrease associated with a tax benefit of $55 million related to asset basis differences.

The Company expects to utilize a substantial portion of its net operating loss carryforwards within the next 12 months and, therefore, reclassified a corresponding amount of its non–current deferred tax assets to current deferred tax assets during 2005.

18

Table of Contents

### 9. Accounts Payable and Other Current Liabilities

Accounts payable and other current liabilities consisted of:

|  | As of September 30, 2005 | As of December 31, 2004 |
|---|---|---|
| Accounts payable | $ 1,085 | $ 926 |
| Income taxes payable | 754 | 612 |
| Accrued payroll and related | 559 | 615 |
| Accrued legal settlements | 308 | 189 |
| Accrued advertising and marketing | 208 | 195 |
| Acquisition and integration−related | 92 | 165 |
| Accrued interest | 67 | 219 |
| Other | 1,150 | 1,088 |
|  | $ 4,223 | $ 4,009 |

### 10. Long−term Debt and Borrowing Arrangements

Long−term debt consisted of:

|  | Maturity Date | As of September 30, 2005 | As of December 31, 2004 |
|---|---|---|---|
| $6^7/8\%$ notes | August 2006 | $ 850 | $ 850 |
| 4.89% notes | August 2006 | 100 | 100 |
| $6^1/4\%$ notes | January 2008 | 798 | 797 |
| $6^1/4\%$ notes | March 2010 | 349 | 349 |
| $7^3/8\%$ notes | January 2013 | 1,191 | 1,191 |
| $7^1/8\%$ notes | March 2015 | 250 | 250 |
| Revolver borrowings [a] | November 2009 | 381 | 650 |
| Commercial paper borrowings [b] |  | 800 | − |
| Net hedging gains (losses) [c] |  | (25) | 17 |
| Other |  | 120 | 126 |
| Total long−term debt |  | 4,814 | 4,330 |
| Less: Current portion [d] |  | 2,232 | 739 |
| **Long−term debt** |  | $ 2,582 | $ 3,591 |

[a]  The change in the balance at September 30, 2005 primarily represents borrowings utilized to fund a portion of the purchase price of Gullivers, offset by repayments funded with commercial paper borrowings.

[b]  The balance as of September 30, 2005 represents borrowings under the Company's $1.0 billion commercial paper program, which the Company commenced on April 1, 2005. The funds from this issuance were used to refinance a portion of the then−outstanding revolver borrowings at more favorable interest rates. Such borrowings are due in October 2005 and currently bear interest at a weighted average rate of 4%. Generally, the Company refinances maturing borrowings under this program with additional commercial paper issuances.

[c]  As of September 30, 2005, this balance represents $139 million of mark−to−market adjustments on current interest rate hedges, partially offset by $114 million of net gains resulting from the termination of interest rate hedges, which will be amortized by the Company to reduce future interest expense. As of December 31, 2004, the balance represents $138 million of net gains resulting from the termination of interest rate hedges, partially offset by $121 million of mark−to−market adjustments on current interest rate hedges.

[d]  The balance as of September 30, 2005 includes (i) $850 million and $100 million of borrowings under the Company's $6^7/8\%$ and 4.89% notes, respectively, due in August 2006, (ii) $800 million of borrowings under the Company's $1.0 billion commercial paper program and (iii) $381 million of borrowings under the Company's $3.5 billion revolving credit facility. The balance as of December 31, 2004 includes $650 million of borrowings under the Company's $3.5 billion revolving credit facility.

Table of Contents

Aggregate maturities of debt are as follows:

|  | As of September 30, 2005 |
|---|---|
| Within 1 year [*] | $ 2,232 |
| Between 1 and 2 years | 21 |
| Between 2 and 3 years | 801 |
| Between 3 and 4 years | 1 |
| Between 4 and 5 years | 334 |
| Thereafter | 1,425 |
|  | $ 4,814 |

[*] Includes (i) $850 million and $100 million of borrowings under the Company's 6⅞% and 4.89% notes, respectively, due in August 2006, (ii) $800 million of borrowings under the Company's $1.0 billion commercial paper program due in October 2005 and (iii) $381 million of borrowings under the Company's $3.5 billion revolving credit facility, which matures in 2009, as discussed below, due to the Company's intent to repay such borrowings prior to September 30, 2006.

At September 30, 2005, the committed credit facilities and commercial paper program available to the Company at the corporate level were as follows:

|  | Total Capacity | Outstanding Borrowings | Letters of Credit Issued | Available Capacity |
|---|---|---|---|---|
| Revolving credit facility and commercial paper program [a] | $ 3,500 | $ 1,181 | $ 1,308 | $ 1,011 |
| Letter of credit facility [b] | 303 | – | 303 | – |

[a] Outstanding borrowings include (i) $800 million under the Company's $1.0 billion commercial paper program, which are due in October 2005, and (ii) $381 million under the Company's $3.5 billion revolving credit facility, which has a final maturity date of November 2009. The $1.0 billion commercial paper program is fully supported by the Company's $3.5 billion revolving credit facility; accordingly, outstanding borrowings thereunder effectively reduce availability under the $3.5 billion revolving credit facility by a corresponding amount. In addition to the letters of credit issued as of September 30, 2005, the revolving credit facility contains the committed capacity to issue an additional $442 million in letters of credit. The letters of credit outstanding under this facility at September 30, 2005 were issued primarily to support the Company's vehicle rental businesses.

[b] Final maturity date is July 2010.

As of September 30, 2005, the Company also had $400 million of availability for public debt or equity issuances under a shelf registration statement.

Certain of the Company's debt instruments and credit facilities contain restrictive covenants, including restrictions on indebtedness of material subsidiaries, mergers, limitations on liens, liquidations and sale and leaseback transactions, and also require the maintenance of certain financial ratios. At September 30, 2005, the Company was in compliance with all restrictive and financial covenants. The Company's debt instruments permit the debt issued thereunder to be accelerated upon certain events, including the failure to pay principal when due under any of the Company's other debt instruments or credit facilities subject to materiality thresholds. The Company's credit facilities permit the loans made thereunder to be accelerated upon certain events, including the failure to pay principal when due under any of the Company's debt instruments subject to materiality thresholds.

20

## 11. Debt Under Management Programs and Borrowing Arrangements

Debt under management programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLC) consisted of:

| | As of September 30, 2005 | As of December 31, 2004 |
|---|---|---|
| **Asset–Backed Debt:** | | |
| Vehicle rental program | | |
|   Cendant Rental Car Funding (AESOP) LLC [a] | $ 7,063 | $ 5,935 |
|   Other [b] | 1,049 | 792 |
| Mortgage program [c] | – | 1,306 |
| Timeshare program [d] | 1,746 | 1,473 |
| Relocation program [e] | 668 | 400 |
| Vacation rental program | 212 | 251 |
| | 10,738 | 10,157 |
| **Unsecured Debt:** [f] | | |
| Term notes | – | 1,833 |
| Commercial paper | – | 130 |
| Other | – | 34 |
| | – | 1,997 |
| **Total debt under management programs** | $ 10,738 | $ 12,154 |

[a] The change in the balance at September 30, 2005 principally reflects the issuance of fixed and floating rate asset–backed notes at various interest rates to support the acquisition of vehicles used in the Company's vehicle rental business.

[b] The change in the balance at September 30, 2005 reflects borrowings under the Company's truck financing program and its revolving credit agreements to support the acquisition of vehicles used in the Company's vehicle rental business.

[c] Represents a borrowing arrangement of the Company's former mortgage business, which was spun–off with PHH in January 2005.

[d] The change in the balance at September 30, 2005 principally reflects the issuance of $300 million of term notes bearing interest at 4.67% and $225 million of term notes bearing interest at one–month LIBOR plus 18 basis points, both of which have estimated maturity dates in 2010. Such additional borrowings were partially offset by repayments of approximately $240 million of term notes.

[e] The change in the balance at September 30, 2005 principally reflects the issuance of variable funding notes maturing in February 2006 and additional borrowings under a conduit facility. Also, in September 2005, the Company issued $65 million of debt under a separate conduit facility, which has a three year term and an interest rate of UK LIBOR plus 25 basis points. Such increases were partially offset by the repayment of approximately $400 million of term notes that matured in first quarter 2005.

[f] The balances at December 31, 2004 represent unsecured borrowings of the Company's former PHH subsidiary, which was spun–off in January 2005.

The following table provides the contractual maturities for debt under management programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLP) at September 30, 2005 (except for notes issued under the Company's timeshare program where the underlying indentures require payments based on cash inflows relating to the corresponding assets under management programs and for which estimates of repayments have been used):

| | As of September 30, 2005 |
|---|---|
| Within 1 year | $ 3,722 |
| Between 1 and 2 years | 2,395 |
| Between 2 and 3 years | 1,875 |
| Between 3 and 4 years | 952 |
| Between 4 and 5 years | 951 |
| Thereafter | 843 |
| | $ 10,738 |

Exhibit D
Page B101

Table of Contents

As of September 30, 2005, available funding under the Company's asset-backed debt programs (including related party debt due to Cendant Rental Car Funding (AESOP) LLC related to the Company's management programs) consisted of:

| | Total Capacity [a] | Outstanding Borrowings | Available Capacity |
|---|---|---|---|
| Vehicle rental program | | | |
| Cendant Rental Car Funding (AESOP) LLC [b] | $ 8,464 | $ 7,063 | $ 1,401 |
| Other [c] | 1,354 | 1,049 | 305 |
| Timeshare program [d] | 2,392 | 1,746 | 646 |
| Relocation program [e] | 851 | 668 | 183 |
| Vacation rental program [f] | 220 | 212 | 8 |
| | $ 13,281 | $ 10,738 | $ 2,543 |

[a]  Capacity is subject to maintaining sufficient assets to collateralize debt.
[b]  The outstanding debt is collateralized by approximately $7.6 billion of underlying vehicles (the majority of which are subject to manufacturer repurchase obligations) and related assets.
[c]  The outstanding debt is collateralized by approximately $1.2 billion of underlying vehicles (the majority of which are subject to manufacturer repurchase obligations) and related assets.
[d]  The outstanding debt is collateralized by approximately $2.9 billion of timeshare-related assets. Borrowings under the Company's asset-linked facility ($525 million) are also recourse to Cendant.
[e]  The outstanding debt is collateralized by $829 million of underlying relocation receivables and related assets.
[f]  The outstanding debt consists of $143 million of capital leases and $69 million of bank debt. The bank debt is collateralized by $119 million of land and related vacation rental assets. The capital lease obligations have corresponding assets classified within assets under management programs on the Company's Consolidated Condensed Balance Sheet as of September 30, 2005.

Certain of the Company's debt instruments and credit facilities related to its management programs contain restrictive covenants, including restrictions on dividends paid to the Company by certain of its subsidiaries and indebtedness of material subsidiaries, mergers, limitations on liens, liquidations, and sale and leaseback transactions, and also require the maintenance of certain financial ratios. At September 30, 2005, the Company was in compliance with all financial covenants of its debt instruments and credit facilities related to management programs.

## 12. Commitments and Contingencies

The June 1999 disposition of the Company's former fleet businesses was structured as a tax-free reorganization and, accordingly, no tax provision was recorded on a majority of the gain. However, pursuant to an interpretive ruling, the Internal Revenue Service ("IRS") has subsequently taken the position that similarly structured transactions do not qualify as tax-free reorganizations under the Internal Revenue Code Section 368(a)(1)(A). If upon final determination, the transaction is not considered a tax-free reorganization, the Company may have to record a tax charge of up to $270 million, depending upon certain factors. Any cash payments that would be made in connection with this charge are not expected to be significant as the treatment of this transaction as taxable would create additional tax deductions that the Company would use to offset the impact of any cash payment. Notwithstanding the IRS interpretive ruling and the inherent difficulties in predicting a final outcome, the Company believes that based upon the facts and analysis of the tax law, it is more likely than not that its position would be sustained upon litigation of the matter.

The Company is involved in litigation asserting claims associated with accounting irregularities discovered in 1998 at former CUC business units outside of the principal common stockholder class action litigation. While the Company has an accrued liability of approximately $80 million recorded on its Consolidated Condensed Balance Sheet as of September 30, 2005 for these claims based upon its best estimates, it does not believe that it is feasible to predict or determine the final outcome or resolution of these unresolved proceedings. As such, an adverse outcome from such unresolved proceedings for which claims are awarded in excess of $80 million could be material with respect to earnings in any given reporting period. However, the Company does not believe that the impact of such unresolved proceedings should result in a material liability to the Company in relation to its consolidated financial position or liquidity.

In addition to the matters discussed above, the Company is also involved in claims, legal proceedings and governmental inquiries related to contract disputes, business practices, patents, environmental issues and other commercial, employment and tax matters. Such matters include but are not limited to: (i) various suits brought against the Company's membership businesses, including its Trilegiant, TRL Group and Marketing Services subsidiaries, by individual consumers and state regulatory authorities seeking monetary and/or injunctive relief relating to the marketing of such subsidiaries' membership programs and inquiries from state regulatory authorities related to such programs, (ii) claims by the purchaser of a business formerly owned by the Company's Avis subsidiary and (iii) various suits relating to wages paid to sales representatives at the Company's timeshare resort business. The Company believes that it has adequately accrued for such matters as appropriate or, for matters not requiring accrual, believes that they will not have a material

Table of Contents

adverse effect on its results of operations, financial position or cash flows based on information currently available. However, litigation is inherently unpredictable and, although the Company believes that its accruals are adequate and/or that it has valid defenses in these matters, unfavorable resolutions could occur, which could have a material adverse effect on the Company's results of operations or cash flows in a particular reporting period.

The Company has provided certain guarantees to subsidiaries of PHH, which, as previously discussed, was spun–off during first quarter 2005. These guarantees relate primarily to various real estate and product operating leases. The maximum potential amount of future payments that the Company may be required to make under the guarantees relating to the various real estate and product operating leases is estimated to be approximately $40 million. At September 30, 2005, the liability recorded by the Company in connection with these guarantees was approximately $1 million. To the extent that the Company would be required to perform under any of these guarantees, PHH has agreed to indemnify the Company.

## 13. Stockholders' Equity

### Dividend Payments
During the quarterly periods ended March 31, June 30 and September 30, 2005, the Company paid cash dividends of $0.09, $0.09 and $0.11 per common share, respectively ($309 million in the aggregate). During the three quarterly periods ended March 31, June 30 and September 30, 2004, the Company paid cash dividends of $0.07, $0.07 and $0.09 per common share, respectively ($237 million in the aggregate).

### Share Repurchases
During the nine months ended September 30, 2005, the Company used $790 million of available cash and $228 million of proceeds primarily received in connection with option exercises to repurchase approximately $1.0 billion (approximately 48 million shares) of Cendant common stock under its common stock repurchase program, including 12.5 million shares repurchased under an accelerated share repurchase transaction. During the nine months ended September 30, 2004, the Company used $669 million of available cash and $484 million of proceeds primarily received in connection with option exercises to repurchase approximately $1.2 billion (approximately 50 million shares) of Cendant common stock under its common stock repurchase program. The 2004 amount is reflective of the Company's efforts to mitigate the impact of the February 2004 conversion of its former zero coupon senior convertible contingent notes.

### Accumulated Other Comprehensive Income
The after–tax components of accumulated other comprehensive income are as follows:

|  | Currency Translation Adjustments | Unrealized Gains (Losses) on Cash Flow Hedges | Unrealized Gains (Losses) on Available– for–Sale Securities | Minimum Pension Liability Adjustment | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|---|---|
| Balance, January 1, 2005 | $ 308 | $ 20 | $ 16 | $ (70) | $ 274 |
| Effect of PHH spin-off | (12) | (5) | (1) | 7 | (11) |
| Current period change | (145) | 26 | (14) | (10) | (143) |
| Balance, September 30, 2005 | $ 151 | $ 41 | $ 1 | $ (73) | $ 120 |

## 14. Stock–Based Compensation

The Company recorded pre–tax stock–based compensation expense of $21 million and $63 million during the three and nine months ended September 30, 2005, respectively, and $16 million and $30 million during the three and nine months ended September 30, 2004, respectively, related to employee stock awards that were granted or modified subsequent to December 31, 2002. The expense recorded in the nine months ended September 30, 2005 includes $5 million related to the accelerated vesting of restricted stock units ("RSUs") of individuals who were terminated in connection with the Company's 2005 restructuring initiatives (See Note 6— Restructuring and Transaction–Related Charges).

23

Table of Contents

The activity related to the Company's RSU and stock option plans consisted of:

| | Nine Months Ended September 30, 2005 | | | |
| | RSUs | | Options | |
| | Number of RSUs | Weighted Average Grant Price | Number of Options | Weighed Average Exercise Price |
|---|---|---|---|---|
| Balance at January 1, 2005 | 16 | $ 20.85 | 151 | $ 17.83 |
| Granted | 14 | 20.19 | 1 | 20.38 |
| Granted in connection with the PHH spin−off [a] | 1 | * | 6 | * |
| Vested/exercised | (3) | 19.02 | (18) | 11.88 |
| Canceled | (4) | 20.80 | (5) | 20.37 |
| Balance at September 30, 2005 | 24 | 20.69 | 135 | 17.73 |

[*] Not meaningful.

[a] As a result of the spin−off of PHH, the closing price of Cendant common stock was adjusted downward by $1.10 on January 31, 2005. In order to provide an equitable adjustment to holders of its RSUs, the Company granted incremental RSUs to achieve a balance of 1.0477 RSUs outstanding subsequent to the spin−off for each RSU outstanding prior to the spin−off. Additionally, the Company granted incremental options to achieve a balance of 1.04249 options outstanding subsequent to the spin−off for each option outstanding prior to the spin−off. The exercise price of each option was also adjusted downward by a proportionate value.

The effect on net income and earnings per share for 2004 as if the fair value based method had been applied by the Company to all employee stock awards granted (including those granted prior to January 1, 2003 for which the Company has not recorded compensation expense) is as follows:

| | Three Months Ended September 30, 2004 | | Nine Months Ended September 30, 2004 | |
|---|---|---|---|---|
| Reported net income | $ | 593 | $ | 1,725 |
| Add back: Stock−based employee compensation expense included in reported net income, net of tax | | 10 | | 19 |
| Less: Total stock−based employee compensation expense determined under the fair value based method for all awards, net of tax | | (10) | | (21) |
| Pro forma net income | $ | 593 | $ | 1,723 |
| *Net income per share:* | | | | |
| Reported | | | | |
| Basic | $ | 0.57 | $ | 1.69 |
| Diluted | | 0.56 | | 1.63 |
| Pro Forma | | | | |
| Basic | $ | 0.57 | $ | 1.68 |
| Diluted | | 0.56 | | 1.63 |

As of January 1, 2005, the Company records compensation expense for all outstanding employee stock awards; accordingly, pro forma information is not presented for any period subsequent to December 31, 2004.

## 15. Segment Information

Management evaluates the operating results of each of its reportable segments based upon revenue and "EBITDA," which is defined as income from continuing operations before non−program related depreciation and amortization, non−program related interest, amortization of pendings and listings, income taxes and minority interest. The Company's presentation of EBITDA may not be comparable to similarly−titled measures used by other companies. Presented below

24

Table of Contents

are the revenue and EBITDA for each of the Company's reportable segments and the reconciliation of EBITDA to income before income taxes and minority interest.

| | Three Months Ended September 30, | | | |
| | 2005 | | 2004 | |
| | Revenues | EBITDA | Revenues | EBITDA |
|---|---|---|---|---|
| Real Estate Services | $ 2,068 | $ 409 | $ 1,856 | $ 379 |
| Hospitality Services | 404 | 144 | 365 | 131 |
| Timeshare Resorts | 484 | 80 | 424 | 80 |
| Vehicle Rental | 1,433 | 173 | 1,243 | 179 |
| Travel Distribution Services | 646 | 160 | 437 | 123 |
| Mortgage Services [a] | – | – | 175 | 29 |
| Total Reportable Segments | 5,035 | 966 | 4,500 | 921 |
| Corporate and Other [b] | 11 | (62) | 5 | (30) |
| Total Company | $ 5,046 | 904 | $ 4,505 | 891 |
| Less: Non–program depreciation and amortization | | 134 | | 118 |
| Non–program related interest expense, net | | 66 | | 32 |
| Amortization of pendings and listings | | 6 | | 5 |
| Income before income taxes and minority interest | | $ 698 | | $ 736 |

| | Nine Months Ended September 30, | | | |
| | 2005 | | 2004 | |
| | Revenues | EBITDA | Revenues | EBITDA |
|---|---|---|---|---|
| Real Estate Services | $ 5,520 | $ 963 | $ 4,980 | $ 894 |
| Hospitality Services | 1,166 | 369 | 1,017 | 378 |
| Timeshare Resorts | 1,288 | 192 | 1,155 | 180 |
| Vehicle Rental | 3,745 | 367 | 3,363 | 387 |
| Travel Distribution Services | 1,858 | 432 | 1,337 | 364 |
| Mortgage Services [a] | 46 | (181) | 545 | 88 |
| Total Reportable Segments | 13,623 | 2,142 | 12,397 | 2,291 |
| Corporate and Other [b] | 35 | (137) | 52 | (75) |
| Total Company | $ 13,658 | 2,005 | $ 12,449 | 2,216 |
| Less: Non–program related depreciation and amortization | | 411 | | 341 |
| Non–program related interest expense, net [c] | | 117 | | 180 |
| Early extinguishment of debt | | – | | 18 |
| Amortization of pendings and listings | | 12 | | 13 |
| Income before income taxes and minority interest | | $ 1,465 | | $ 1,664 |

[a] Includes the results of operations of the Company's former mortgage business prior to the spin-off of PHH. EBITDA in the nine months ended September 30, 2005 also includes a $180 million non–cash valuation charge associated with the PHH spin–off (see Note 16— Spin–off of PHH Corporation).

[b] Includes unallocated corporate overhead, the elimination of transactions between segments and the results of operations of certain non–strategic businesses. Additionally, the nine months ended September 30, 2005 and 2004 include gains of $18 million and $40 million, respectively, on the sale of Homestore, Inc. common stock. EBITDA for the three and nine months ended September 30, 2004 reflects a $12 million credit relating to the termination of a lease (see Note 4— Acquisitions).

[c] The 2005 amount includes the reversal of $73 million of accrued interest associated with the resolution of amounts due under a litigation settlement reached in 1999.

## 16. Spin–off of PHH Corporation

As previously discussed, on January 31, 2005, the Company completed the spin–off of its former mortgage, fleet leasing and appraisal businesses in a tax–free distribution to the Company's stockholders of one share of PHH common stock per every twenty shares of Cendant common stock held on January 19, 2005. As a result, the Company's total stockholders' equity was reduced by approximately $1.65 billion during first quarter 2005 (see the Consolidated Condensed Statement of Stockholders' Equity).

Pursuant to SFAS No. 144, the Company was required to perform an impairment analysis upon completion of the PHH spin–off. Accordingly, the Company recorded a non–cash impairment charge of $488 million in first quarter 2005, to reflect the difference between PHH's carrying value and PHH's initial market value, as determined by the average trading

25

price of PHH common stock on February 1, 2005. The charge was recorded as a reduction to net income with an offsetting increase to retained earnings since the impaired assets had been disposed of on January 31, 2005. Of the $488 million total charge, approximately $180 million ($0.17 per diluted share) was allocated to the mortgage business and, therefore, recorded within continuing operations. The remaining charge, approximately $308 million ($0.29 per diluted share), was allocated to the fleet leasing and appraisal businesses and, therefore, recorded within discontinued operations. There were no tax benefits recorded in connection with these charges as such charges are not tax deductible.

Similarly, the Company incurred $7 million of transaction costs during first quarter 2005 associated with the PHH spin-off, of which $3 million was allocated to continuing operations (which is recorded within the restructuring and transaction-related costs line item on the Consolidated Condensed Statement of Income within the Mortgage Services segment) and $4 million was allocated to discontinued operations (which is recorded within the valuation charge associated with the PHH spin-off line item on the Company's Consolidated Condensed Statement of Income). There were no tax benefits recorded in connection with these charges as such charges are not tax deductible.

The account balances and activities of the Company's former fleet leasing and appraisal businesses, as well as the $308 million impairment charge described above and $4 million of transaction costs also described above, have been presented as discontinued operations (see Note 2—Discontinued Operations for summary financial data for these entities). However, as previously discussed, the Company's mortgage business cannot be classified as a discontinued operation.

The Company has entered into a mortgage origination venture with PHH to continue to participate in the earnings generated from originating mortgages for customers of its real estate brokerage and relocation businesses. PHH manages this venture, which commenced operations in October 2005. The Company's proportionate share of the venture's results of operations will be recorded within the Real Estate Services segment.

## 17. Subsequent Events

### Acquisition of Wyndham Worldwide
On October 11, 2005, the Company completed its acquisition of the management and franchise business of the Wyndham hotel chain, which was renamed Wyndham Worldwide, for approximately $100 million in cash. As a result of the acquisition, the Company also acquired the Wyndham brand, which may be used in the Company's lodging and timeshare businesses.

### Sale of Marketing Services Division
On October 17, 2005, the Company completed the sale of its Marketing Services division to an affiliate of Apollo Management V, L.P. ("Apollo") for approximately $1.8 billion. The purchase price consisted of approximately $1.7 billion of cash, net of estimated closing adjustments, plus $125 million face value of newly issued preferred stock of the parent of the purchaser. In addition, the Company received warrants to purchase up to 7.5 percent of the common equity of the parent, which will become exercisable upon the earlier of four years or the achievement by Apollo of certain investment return hurdles.

In connection with this transaction, the Company will record a pretax gain in excess of $1.0 billion in its fourth quarter 2005 results. Reflected within such gain is the establishment of liabilities resulting from (i) commercial agreements executed between the Company and the former Marketing Services division in connection with this transaction, (ii) certain retained litigation and limited indemnities agreed to by the Company covering other litigation matters and (iii) guarantees of certain obligations of the former Marketing Services division entered into by the Company prior to the closing of the sale.

The estimated gain is based upon the estimated net book value of the former Marketing Services division as of the closing date and is subject to further refinement, including in connection with (i) an independent valuation of the non-cash consideration and the indemnities and liabilities described above and (ii) assumptions concerning income taxes.

### Declaration of Dividends
On October 18, 2005, the Company's Board of Directors declared a quarterly cash dividend of $0.11 per common share payable December 13, 2005 to stockholders of record on November 21, 2005.

### Plan of Separation
On October 23 2005, the Company's Board of Directors approved a plan to separate the Company into four independent, publicly traded companies: (i) Travel Network—will encompass the current Travel Distribution Services segment as well as the Company's timeshare exchange and European vacation rental businesses, which are currently included within the Hospitality Services segment; (ii) Real Estate Services—will encompass the current Real Estate Services segment;

Table of Contents

(iii) Hospitality Services—will encompass the current Hospitality Services and Timeshare Resorts segments excluding the Company's timeshare exchange and European vacation rental businesses, which will be part of the Travel Network company and (iv) Vehicle Rental Services—will encompass the current Vehicle Rental Services segment.

Following the proposed transaction, Cendant's shareholders will own 100% of the equity in all four companies. The transaction is expected to be effected through three 100% spin–offs no later than the summer of 2006 and is expected to be tax–free for Cendant and its shareholders. The Company is exploring the possible acceleration of the effectiveness of the proposed transaction. This acceleration may allow the first two spin–offs, Real Estate Services and Hospitality Services, to occur in mid–second quarter 2006.

There can be no assurances, however, that the plan of separation will be completed. Completion of the contemplated separation is subject to various risks, including but not limited to, risks inherent in the contemplated separation and related transactions and borrowings and costs related to the contemplated separation and related transactions; increased demands on Cendant's management team as a result of the proposed transactions; changes in business, political and economic conditions in the U.S. and in other countries in which the Company currently does business; changes in governmental regulations and policies and actions of regulatory bodies; changes in operating performance; access to financing sources, required changes to existing financings, and changes in credit ratings, including those that may result from the proposed transaction; the Company's ability to obtain the financing necessary to consummate the transaction; and the Company's ability to satisfy certain conditions precedent, including, final approval by the Company's Board of Directors, receipt of a tax opinion of counsel and the filing and effectiveness of registration statements. Approval by the Company's shareholders is not required.

### Share Repurchase Plan

On October 28, 2005, the Company entered into an agreement with a broker–dealer that specifies the parameters under which up to $500 million of open–market repurchases of our common stock are expected to be made on the Company's behalf.

### Settlement of Vehicle Services Dispute

On October 28, 2005, the Company agreed to settle for $10 million in cash an ongoing dispute with licensees of the Company's Avis brand arising out of the Company's acquisition of the Budget business in 2002. Accordingly, the Company recorded a pretax expense of $10 million for the three and nine months ended September 30, 2005. The settlement is subject to definitive documentation.

### Settlement of the PRIDES Action

On October 28, 2005, the Company agreed to settle its PRIDES securities litigation for approximately $32.5 million in cash. As of September 30, 2005, the Company had accrued a pretax liability of $20 million with regard to this litigation. Accordingly, the Company recorded an additional $12.5 million pretax expense for the three and nine months ended September 30, 2005. The settlement is subject to execution of a definitive settlement agreement and court approval.

### Repayment of Commercial Paper Borrowings

In October 2005, the Company repaid all outstanding commercial paper borrowings, which approximated $800 million at September 30, 2005.

*    *    *    *

27

Login                                                                Your cart

# Network**Solutions**.

# WHOIS Search Results



**WANT A DOMAIN NAME THAT'S ALREADY REGISTERED?**
**Use our Backorder service**
**to get that name as soon as it expires.**    **» TRY IT NOW**

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

avis        .bz

**Continue »**

## WHOIS Record For

**avis.com**

Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**            Make this info private
Avis Rent A Car Systems, Inc.
6 Sylvan Way
Parsippany, NJ 07054
US

**Domain Name:** AVIS.COM

**Administrative Contact :**
Cendant DNS Administrator
dns.administrator@cendant.com
6901 S. HAVANA STREET
CENTENNIAL, CO 80112-3805
US
Phone: 720-535-2222
Fax: 720-535-2199

**Technical Contact :**
CENDANT DNS TECHNICAL SUPPORT
dns.techreq@CENDANT.COM
Cendant Corporation
900 Old Country Rd.
Garden City, NY 11530
US

SEARCH AGAIN

**Enter a search term:**

e.g. networksolutions.cc

Search by:
● Domain Name
○ NIC Handle
○ IP Address

Phone: 516-222-4454
Fax: 516-222-4032

**Record expires on** 21-Jan-2007
**Record created on** 20-Jan-1995
**Database last updated on** 06-Jan-2006

**Domain servers in listed order:** Manage DNS

| | |
|---|---|
| NS1.DTC.CENDANT.COM | 198.151.35.5 |
| NS2.DTC.CENDANT.COM | 198.151.36.1 |
| DNSAUTH1.SYS.GTEI.NET | 4.2.49.2 |
| DNSAUTH2.SYS.GTEI.NET | 4.2.49.3 |

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 170.225.0.212  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NORTH CAROLINA-DURHAM |
| **Record Type:** | Domain Name |
| **Server Type:** | Indeterminate |
| **Lock Status:** | REGISTRAR-LOCK |
| **DMOZ** | 1 listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 25-Sep-2005 |




**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet M

Exhibit E
Page B109



**Secure Your Site with an SSL Certificate**

© Copyright 2006 Network Solutions. All rights reserved.





"An outstanding customer service experience"
- J.D. Power & Associates

Exhibit E
Page B110

Login                                                                 Your cart

# Network**Solutions**



## WHOIS Search Results

| **WANT A DOMAIN NAME THAT'S ALREADY REGISTERED?** |
|---|
| **Use our Backorder service** |
| **to get that name as soon as it expires.    » TRY IT NOW** |

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NA**

| budget | ☑ | .bz |
| budget | ☑ | .vg |
| budget | ☑ | .gs |
| budget | ☑ | .tc |
| budget | ☑ | .ms |

**Continue »**

### WHOIS Record For

**budget.com**

Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**                    Make this info private
Budget Rent A Car System, Inc.
6 Sylvan Way
Parsippany, NJ 07054
US

**Domain Name:** BUDGET.COM

**Administrative Contact :**
Cendant DNS Administrator
dns.administrator@cendant.com
6901 S. HAVANA STREET
CENTENNIAL, CO 80112-3805
US
Phone: 720-535-2222
Fax: 720-535-2199

**Technical Contact :**
AT&T Enhanced Network Services,
hostmaster@ATTENS.COM
P.O. Box 919014
San Diego, CA 92191
US
Phone: 858-812-5000

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.cc

Search by:
◉ Domain Name
○ NIC Handle
○ IP Address

Exhibit E
Page B111

Fax: 858-812-3990

**Record expires on** 13-Oct-2007
**Record created on** 21-Mar-1995
**Database last updated on** 05-Oct-2005

**Domain servers in listed order:** Manage DNS

| | |
|---|---|
| NS1.DTC.CENDANT.COM | 198.151.35.5 |
| NS2.DTC.CENDANT.COM | 198.151.36.1 |
| DNSAUTH1.SYS.GTEI.NET | 4.2.49.2 |
| DNSAUTH2.SYS.GTEI.NET | 4.2.49.3 |

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 170.225.0.197  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NORTH CAROLINA-DURHAM |
| **Record Type:** | Domain Name |
| **Server Type:** | Other 6 |
| **Lock Status:** | REGISTRAR-LOCK |
| **DMOZ** | 2 listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 07-Aug-2005 |




**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.




**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet M



Exhibit E
Page B112

**Secure Your Site with an SSL Certificate**

© Copyright 2006 Network Solutions. All rights reserved.

 

"An outstanding customer service experience"
- J.D. Power & Associates

Exhibit E
Page B113



| Rates & Reservations | Deals | Renter's Guide | Programs | Partners | About Avis | My Avis | Custom |



**Make a Reservation** View/Modify/Cancel »

## Rental Date & Time    Help?

Pick-up Date:              Return Date:
February    20            February    21

Pick-up Time:             Return Time:
9    00   ⦿ AM ◯ PM       9    00   ⦿ AM ◯ PM

## Rental Location Information    Help?

City/Town:

Airport
Location          State/Province:
Code:     - OR -   Please Select One

                  Country:
(if known)        U S A

                  ◯ Only Airport Locations  ⦿ All Locations

☐ I plan to return the car to a different location

## Additional Information (optional)    Help?

Wizard Number:            Last Name:
          - AND -

Arriving Airline:         Flight Number:
None

**Continue to Next Step →**

### My Avis

**My Avis Members**
Login Here »

**Not Yet a Member?**
Register » | Benefits

### Red Hot From Avis

→ **Save $15 off weekly rentals**
→ **Rent Off Airport and Save**
→ **Explore Europe and Save**

**FRESH POWDER, COOL DEALS**

*Save on our fully equipped
SUVs for your next ski trip.*   **BOOK NOW**

### Customize You

**Country of Reside**
US/Global

**Language Prefere**
English

Rent 5 days
**FREE WE**

**SIGN UP N**

weeke

**More Special Deals From**

Log In | Help | Find an Avis Location

Home | Rates & Reservations | Deals | Renter's Guide | Programs | Partners
About Avis | My Avis | Customer Service | Affiliate | Site Map

**Check here for our most current Privacy policy.** | Terms of Use

© 2006 Avis Rent A Car System, LLC.



Click here

to verify



reviewed by
site privacy statement



**Budget**

reservations    deals         cars      locations      frequent renter      about us      cust

▌**Get rates and reserve. Start here.**        ▌today's best car rental deals - Feb 19, 2006

step 1 of 4: choose place and time

**pick-up location**
enter city, state (or country), zip or airport

**pick-up date**
▦  20    Feb - 2006        noon

☑ I'll return car to pick-up location

**return date**
▦  21    Feb - 2006        noon

☑ I'm a U.S. resident                          help

optional offer code (BCD)                      help

▌ I have a Fastbreak/RapidRez Number    help

I already have a reservation

**moving?**
great rates, great trucks
budgettruck.com ▶

airport deal                    only on bud

compact
**rent for $25**
a weekend day
details

e-mail me deals!   my e-mail address is ⎯⎯⎯⎯⎯⎯⎯   su

budget.com promise #1
find a lower Budget price
get a free renta
learn more >>

home | PRIVACY | terms of use | site map | moving trucks | contact us        travel
Copyright © 2006 Budget Rent A Car System, Inc.

Cendant: Travel Distribution

http://www.cendant.com/about-cendant/travel-distribution/

Home | ABOUT CENDANT | Investor Center | Media Center | Franchisee | Careers | HR CENDANT

Search    Contact Us    Site Map

**About Cendant**

- **At-A-Glance**
- **Travel Distribution**
- Travel Content
- Real Estate Services
- Diversity & Inclusion

About Cendant > Travel Distribution

# Travel Distribution

The comprised businesses of Travel Distribution Services create one of the most geographically diverse and vertically integrated travel companies in the global travel industry. Travel Distribution Services is focused on changing the experience of travel by improving systems, making processes more efficient and employing a more customer-focused approach. Travel Distribution Services is dedicated to identifying, qualifying and delivering maximum value to its customers.

Travel Distribution Services has nearly 9,000 employees located in approximately 120 countries around the world. While the division is composed of 22 distinct brands, these complementary businesses are managed geographically by customer channels. The core channels are Business to Business/Corporate and Business to Consumer.

The 22 brands within Travel Distribution Services are: AoYou.com, Asia-hotels.com, Away.com, Cendant Travel, CheapTickets, ebookers.com, Galileo International, Gulliver's Travel Associates, HotelClub.com, Lodging.com, Neat Group, OctopusTravel, Orbitz, Orbitz for Business, RatesToGo.com, Shepherd Systems, THOR, Travel 2/Travel 4, Travel Bound, Inc., Travelport, TRUST International and WizCom. Additionally, Travel Distribution Services manages the Travelers Advantage business, which is operated by Trilegiant, a premier membership-based business that provides solutions such as travel redemptions.

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation and/or its subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email Attachment Policy

2/19/2006

Exhibit G
Page B116

Home | About CENDANT | Investor Center | Media Center | Franchising | Careers with CENDANT        Search        Contact Us

---

**About Cendant**

About Cendant > Travel Conte

At-A-Glance

Travel Distribution

Travel Content

Real Estate Services

Diversity & Inclusion

# Vehicle Rental

The Cendant Car Rental Group has emerged as the world's largest general use car rental company, comprising Avis, a leading supplier to the business travel industry, and Budget, a top brand in the leisure travel market. The two brands combine for extended global reach that includes over 6,000 car and truck rental locations in the Americas, Australia, New Zealand and the Caribbean.





---

All Cendant logos and marks as well as all other proprietary materials depicted herein are the property of Cendant Corporation a subsidiaries. © Copyright 1999-2006. All rights reserved.

Our policies: Privacy Policy | Terms of Use Policy | Email



# Network**Solutions**.

## WHOIS Search Results

## GET A FREE DOMAIN
for the life of any annual Web Hosting Package  ▶ LEARN MORE

**WHOIS Record For**

trilegiantaffiliates.com



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**                         Make this info private
Trilegiant Corporation
100 Connecticut Avenue
Norwalk, CT 06850
US

**Domain Name:** TRILEGIANTAFFILIATES.COM

**Administrative Contact :**
Cendant DNS Administrator
dns.administrator@cendant.com
6901 S. HAVANA STREET
CENTENNIAL, CO 80112-3805
US
Phone: 720-535-2222
Fax: 720-535-2199

**Technical Contact :**
Trilegiant Corporation
dns.administrator@cendant.com
100 Connecticut Avenue
Norwalk, CT 06850
US

---

View Order

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

trilegiantaf...  ☑  .t
trilegiantaf...  ☑  .u
trilegiantaf...  ☑  .c
trilegiantaf...  ☑  .v
trilegiantaf...  ☑  .b
trilegiantaf...  ☑  .v
trilegiantaf...  ☑  .g
trilegiantaf...  ☑  .t
trilegiantaf...  ☑  .n

Continue >

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.co

Search by:
◉ **Domain Name**
○ **NIC Handle**
○ **IP Address**



Exhibit I
Page B118

Phone: 720-535-2222
Fax: 720-535-2196

**Record expires on** 19-Jan-2007
**Record created on** 19-Jan-2005
**Database last updated on** 19-Jan-2005

**Domain servers in listed order:**Manage DNS

NS1.PHPWEBHOSTING.COM   64.65.1.112
NS2.PHPWEBHOSTING.COM   67.19.146.50

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 67.18.78.130  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-INDIANA-INDIANAPOLIS |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Trilegiant Affiliate Program |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 03-Aug-2005 |




**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.




**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Exhibit I
Page B119

Securing Your Site with an SSL Certificate

© Copyright 2005 Network Solutions. All rights reserved.

Exhibit I
Page B120

**Network Solutions**

# WHOIS Search Results



**WANT A DOMAIN NAME THAT'S ALREADY REGISTERED?**
**Use our Backorder service**
**to get that name as soon as it expires**  ▶ TRY IT NOW

**WHOIS Record For**

avgautostore.com



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

Make this info private

**Registrant:**
Trilegiant Corporation
100 Connecticut Avenue
Norwalk, CT 06850
US

**Domain Name:** AVGAUTOSTORE.COM

**Administrative Contact :**
Cendant DNS Administrator
dns.administrator@cendant.com
6901 S. HAVANA STREET
CENTENNIAL, CO 80112-3805
US
Phone: 720-535-2222
Fax: 720-535-2199

**Technical Contact :**
Trilegiant Corporation
hostmaster@TRILEGIANT.COM
40 Oakview Drive
Trumbull, CT 06611
US

**View Order**

BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NA

avgautostore  ☑ .n
avgautostore  ☑ .o
avgautostore  ☑ .in
avgautostore  ☑ .b
avgautostore  ☑ .tv
avgautostore  ☑ .us
avgautostore  ☑ .c
avgautostore  ☑ .w
avgautostore  ☑ .b
avgautostore  ☑ .v
avgautostore  ☑ .g
avgautostore  ☑ .tc
avgautostore  ☑ .m

**Continue**

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.co

**Search by:**
● **Domain Name**
○ **NIC Handle**

Exhibit I
Page B121

Phone: 203-416-2000
Fax: 203-416-7023

**Record expires on** 07-May-2006
**Record created on** 13-Jul-2000
**Database last updated on** 07-Jul-2004

**Domain servers in listed order:** Manage DNS

| NS.TRILEGIANT.COM | 204.155.122.66 |
| NS2.TRILEGIANT.COM | 204.155.124.66 |
| NS3.TRILEGIANT.COM | 204.155.124.67 |

Show underlying registry data for this record

| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 198.245.183.154  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NEW YORK-NEW YORK |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 5 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **YI Directory:** | see listings |
| **Web Site Title:** | The Auto Store |
| **Secure:** | Yes |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 03-Aug-2005 |

 **IP Address**



**RELATED CATEGORIE**

**Advance Auto Parts**
**Auto Zone com**
**WWW Autozone com**
**Auto Part**
**Auto Care**

**Napa**
**BMW Automotive Part:**
**Auto Insurance**
**Napa Bed and Breakfa:**
**Auto Insurers**

**POPULAR CATEGORIE**

**Travel**
**Car Rental**
**Hotels**
**Airline**

**Financial Planning**
**Debt**
**Credit Cards**
**Loans**

**Business and Finance**
**Affiliate Program**
**Student Loans**
**Stocks**




**Get a Web Site Fast and Easy**
Our hosting packages gets you started with a Web site and a FREE domain.



**Search Through Thousands of Expired Domains**
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

Exhibit I
Page B122



Secure Your Site with an SSL Certificate

© Copyright 2005 Network Solutions. All rights reserved.

Exhibit I
Page B123