# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 8, 2006

The Honorable Joseph J. Farnan
United States District Court
844 King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Amazon.com, Inc and A9.com, Inc. v. Cendant Corporation, et al.,*
C.A. No. 06-41-JJF

Dear Judge Farnan:

Pursuant to Local Rule 7.1.4, defendants respectfully request that the Court hear oral argument on their motion to: (1) dismiss all claims against Cendant Corporation; (2) dismiss the complaint in its entirety for failure to state a claim, or in the alternative, for a more definite statement; and (3) stay discovery pending resolution of the motions to dismiss (D.I. 46).

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD: nml
167392.1

c:  Clerk of the Court (by hand)
    John W. Shaw, Esquire (by hand)
    Douglas Olson, Esquire (via electronic mail)
    Lynn H. Pasahow, Esquire (via electronic mail)