IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON.COM, INC. and A9.COM, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CENDANT CORPORATION, TRILEGIANT ) <br> CORPORATION, ORBITZ, LLC, ORBITZ, INC., ) <br> BUDGET RENT A CAR SYSTEM, INC., ) <br> and AVIS RENT A CAR SYSTEM, INC., ) <br> ) <br> Defendants. ) | C.A. No. 06-041-JJF |

## **STIPULATED ORDER**

WHEREAS the Court previously has stayed this matter to allow the parties to discuss a possible business resolution of their differences; and

WHEREAS the parties desire to continue their discussions of a possible business resolution, and jointly request that the Court stay all litigation activities and defer ruling on any pending motions until September 5, 2006, so as to permit the parties to continue to pursue such potential resolution;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all litigation activities be stayed and ruling on any pending motions be deferred until September 5, 2006 so as to permit the parties to pursue such potential resolution.

1

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Karen Elizabeth Keller* | /s/ *John G. Day* |
| John W. Shaw (I.D. #3362)<br>Karen Elizabeth Keller (I.D. #4489)<br>Monté T. Squire (I.D. #4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>302-571-6600<br>jshaw@ycst.com<br>kkeller@ycst.com<br>msquire@ycst.com | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>ASHBY & GEDDES<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

171517.1