IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMAZON.COM, INC. and A9.COM, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-41-JJF |
| | : | |
| CENDANT CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

WHEREAS, the parties have submitted several stipulations, requesting that the Court stay all activities and defer ruling on any pending motions while the parties discuss settlement;

WHEREAS, the most recent stipulation requests that the parties be given until September 5, 2006 to discuss settlement (D.I. 62);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Amazon.com, Inc.'s and A9.com, Inc.'s Motion To Consolidate (D.I. 43) is **DENIED WITH LEAVE TO RENEW**.

2. Defendants' (1) Motion To Dismiss All Claims Against Cendant Corporation; (2) Motion To Dismiss The Complaint In Its Entirety For Failure To State A Claim Or, In The Alternative, For A More Definite Statement; And (3) Motion To Stay All Discovery Pending Resolution Of the Motion (D.I. 46) is **DENIED WITH LEAVE TO RENEW**.

August 23, 2006

UNITED STATES DISTRICT COURT