IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMAZON.COM, INC. and A9.COM, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-041-JJF |
| ) | |
| CENDANT CORPORATION, TRILEGIANT ) | |
| CORPORATION, ORBITZ, LLC, ORBITZ, INC., ) | |
| BUDGET RENT A CAR SYSTEM, INC., ) | |
| and AVIS RENT A CAR SYSTEM, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel and subject to the approval of the Court, that the above entitled action be, and hereby is dismissed in its entirety, including all claims and counterclaims, respectively, of Plaintiffs and Defendants, WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys fees.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *John W. Shaw* | /s/ *John G. Day* |
| Josy W. Ingersoll (I.D. #1088) | Steven J. Balick (I.D. #2114) |
| John W. Shaw (I.D. #3362) | John G. Day (I.D. #2403) |
| Karen E. Keller (I.D. #4489) | Tiffany Geyer Lydon (I.D. #3950) |
| The Brandywine Building | 222 Delaware Ave., 17th Floor |
| 1000 West Street, 17th Floor | P.O. Box 1150 |
| Wilmington, DE  19801 | Wilmington, DE 19899 |
| 302-571-6600 | (302) 654-1888 |
| jingersoll@ycst.com | sbalick@ashby-geddes.com |
| jshaw@ycst.com | jday@ashby-geddes.com |
| kkeller@ycst.com | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

174477.1